**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | TOC Holdings Co., fka Time Oil Co. (change effective 11/07) |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | FKA  Time Oil Co.(change effective 11/07) |
| 3. | Debtor's federal Employer Identification Number (EIN) | 91-0441095 |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2737 W. Commodore Way**<br>**Seattle, WA 98199-1233**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **King**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL)    _____

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | | | | | |

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | | | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | | Relationship |
|---|---|---|---|---|
| | District | | When | Case number, if known |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? **See attached Exhibit to Voluntary Petition, Question #12 Property That Needs Immediate Attention**

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

Seattle Terminal
2737 W. Commodore Way
Seattle, WA 98199-1233

Portland Terminal
10350 North Time Oil Road
Portland, OR 97203

Seattle & Portland Terminal - Needs immediate/constant attention to deter trespassing into vacant buildings, vandalism, illegal parking and dumping, & graffiti.

Seattle Terminal - Historically plagued by homeless squatters; Onsite Security & Fire Alarm by Washington Alarm (206) 328-1800 & Protective Systems (206)819-1234. 1st Responder is Madigan Security at (206) 542-1640.

Portland Terminal- NightHawk Protection provides nightly/weekly security patrol and is 1st Responder at (360)-892-4885.

Security services provided through 4/18/17, at both terminals.

Note: The pole that is being held up by a utility line, that is suspended above the entrance and the access keypad, still poses an immediate health and safety risk. Stantec is to remove the pole and deactivate the electrical power to the line.

■ Other **Please note that the Seattle Terminal Dock Lease with the DNR expires on 5/31/2017**

Where is the property? **Seattle and Portland Terminal Properties**
**Seattle and Portland, 00000-0000**

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

■ Yes. Insurance agency **Lovsted - Worthington/Hub International for the Seattle and Portland Terminal Property**

Contact name **Steven Colson**

Phone **206-838-1090**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of** ☐ 1-49       ☐ 25,001-50,000

creditors

- ☐ 50-99
- ☐ 100-199
- ☐ 200-999

- ☑ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000

- ☐ 50,001-100,000
- ☐ More than100,000

---

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        MM / DD / YYYY

X _C. Edward Miller_                    C. Edward Miller, Jr.
    Signature of authorized representative of debtor          Printed name

Title    **President & CEO**

**18. Signature of attorney**

X _(signature)_                          Date   04 / 24 / 2017
   Signature of attorney for debtor                         MM / DD / YYYY

Lawrence R. Ream
Printed name

Schwabe Williamson & Wyatt
Firm name

1420 5th Ave., Suite 300
Seattle, WA 98101-4010
Number, Street, City, State & ZIP Code

Contact phone   **206-622-1711**       Email address   **lream@schwabe.con**

18159     WA
Bar number and State

**Official Form 202**

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/24/2017     X _C. Edward Miller_____

                                Signature of individual signing on behalf of debtor

                                **C. Edward Miller, Jr.**
                                Printed name

                                **President & CEO**
                                Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor name    **TOC Holdings Co., fka Time Oil Co. (change effective 11/07)**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals         12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................   $    **36,584,944.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................   $    **3,161,611.51**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................   $    **39,746,555.51**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **175,298.87**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................   $    **31,802.41**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    **954,141.52**

4. **Total liabilities** ........................................................................
   Lines 2 + 3a + 3b               $    **1,161,242.80**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**      Current value of debtor's interest

2.    **Cash on hand**      $0.00

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | US Bank - Concentration<br>P.O. Box 1800<br>Saint Paul, Minnesota 55101-0800 | Concentration | 3799 | $414,789.42 |
| 3.2. | US Bank - Disbursement (-$361.71)<br>P.O. Box 1800<br>Saint Paul, Minnesota 55101-0800 | Disbursement | 2261 | $0.00 |
| 3.3. | Bank of America - Checking<br>PO Box 15284<br>Wilmington, Deleware 19850<br>PO Box 2511<br>Tampa, Florida 33622-5118 | Checking | 0596 | $4,467.04 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      $419,256.46

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

Case 17-11872-CMA    Doc 1    Filed 04/24/17    Ent. 04/24/17 18:19:27    Pg. 8 of 481

■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

|  | | |
|---|---|---:|
| 7.1. | TOC Holdings Co. for the benefit of Pierce County<br>Washington Federal - CD<br>8747 Holman Rd<br>Seattle, WA | $5,000.00 |
| 7.2. | TOC Holdings Co for the benefit of City of Mt. Lake Terrace<br>Washington Federal - CD<br>8747 Holman Rd<br>Seattle, WA | $9,450.00 |
| 7.3. | TOC Holdings Co for the benefit of the State of Washington<br>Washington Federal - CD<br>8747 Holman Rd<br>Seattle, WA | $20,000.00 |
| 7.4. | Lower Willamette Group Participation Agreement assessments | $9,000.00 |
| 7.5. | See Exhibit to Schedule B - Personal Property - Question #7 for additional information on deposits and prepayments | $0.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

|  | | |
|---|---|---:|
| 8.1. | Liberty Mutual Insurance - automobile - Policy #BAW57693444<br>PO Box 85384<br>San Diego, CA 92186-5834 | $4,441.30 |
| 8.2. | Liberty Mutual Insurance - general liability - Policy #BAW56793444<br>PO Box 85384<br>San Diego, CA 92186-5834 | $4,572.10 |
| 8.3. | HUB International LLC - property / fire - Policy #ESP730083003<br>PO Box 749672<br>Los Angeles, CA 90074-9672<br><br>Steven Colson<br>200 1st Ave W, Suite 500<br>Seattle. WA 98119-4219 | $12,209.47 |
| 8.4. | HUB International LLC - excess umbrella #1 - Policy #NHA241405<br>PO Box 749672<br>Los Angeles, CA 90074-9672<br><br>Steven Colson<br>200 1st Ave W, Suite 500<br>Seattle. WA 98119-4219 | $7,700.00 |

| | | |
|---|---|---|
| | HUB International LLC - excess umbrella #2 - Policy #SHX00048933204<br>PO Box 749672<br>Los Angeles, CA 90074-9672 | |
| 8.5. | Steven Colson<br>200 1st Ave W, Suite 500<br>Seattle. WA 98119-4219 | $9,420.81 |
| | HUB International LLC - Crime / Fiduciary - Policy #105516311<br>PO Box 749672<br>Los Angeles, CA 90074-9672 | |
| 8.6. | Steven Colson<br>200 1st Ave W, Suite 500<br>Seattle. WA 98119-4219 | $1,470.00 |
| | HUB International LLC - Excess Crime / Fiduciary - Policy #BD2104111100<br>PO Box 749672<br>Los Angeles, CA 90074-9672 | |
| 8.7. | Steven Colson<br>200 1st Ave W, Suite 500<br>Seattle. WA 98119-4219 | $1,260.56 |
| | HUB International LLC - Directors & Officers - Policy #BLSF190282216<br>PO Box 749672<br>Los Angeles, CA 90074-9672 | |
| 8.8. | Steven Colson<br>200 1st Ave W, Suite 500<br>Seattle. WA 98119-4219 | $14,327.81 |
| 8.9. | The Hartford - Workers Compensation - Policy #52WECLQ8048 | $1,680.00 |
| 8.10. | Prepaid Rents - State of Washington - Tidelands lease | $377.50 |
| 8.11. | AMEC Foster Wheeler - Services Deposit - #1-115<br>7346 SW Durham Rd<br>Portland, OR 97224 | $24,000.00 |
| 8.12. | HydroCon Environmental LLC - Services Deposit - #1-176<br>510 Allen St. Suite B<br>Kelso, WA 98626 | $42,960.00 |
| 8.13. | HydroCon Environmental LLC - Services Deposit - #1-400<br>510 Allen St. Suite B<br>Kelso, WA 98626 | $33,937.00 |
| 8.14. | HydroCon Environmental LLC - Services Deposit - #1-817<br>510 Allen St. Suite B | $149,453.00 |

| | | |
|---|---|---|
| 8.15 | **Stantec Consulting Corp - Services Deposit - #3-610**<br>**4100 194th Street SW, Suite 400**<br>**Lynnwood, WA 98036** | $37,000.00 |

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | $388,259.55 |
| | Add lines 7 through 8. Copy the total to line 81. | |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

See Attached Exhibit to Schedule B - Personal
Property - Question #11 - Accounts Receivable

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **789,603.00** | - | 0.00 | = .... | $789,603.00 |
| | | face amount | | doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | $789,603.00 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC,**<br>**partnership, or joint venture**<br>Name of entity: | % of ownership | |
| | **Superior Oil Co. (cash in bank)**<br>**2737 W Commodore Way**<br>**Seattle, WA 98199**<br>**Wells Fargo**<br>**Acct #6735** | | |
| 15.1. | **Ballard Branch** | 100 % | Equity | $2,107.88 |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | |
|---|---|---|

| | | |
|---|---|---|
| 17. | **Total of Part 4.** | $2,107.88 |
| | Add lines 14 through 16.  Copy the total to line 83. | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

Debtor    **TOC Holdings Co., fka Time Oil Co. (change effective**
          **11/07)**                                    Case number *(If known)*
          _____
          Name

☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Seattle Office - Office Furniture 2737 W Commodore Way Seattle, WA 98199** | $9,849.00 | Book Value | $9,849.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software **Seattle - 2737 W Commodore Way, Seattle, WA 98199** **Portland - 10350 N Time Oil Road, Portland, OR 97203** **Computer Equipment:** | $34,411.00 | Book Value | $34,411.00 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.  **None** | $0.00 | | $0.00 |

| 43. | Total of Part 7. Add lines 39 through 42. Copy the total to line 86. | $44,260.00 |
|---|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Vehicle: 2013 Toyota Tundra -<br>5TFUY5FIXDX272740 | $2,435.00 | Blue Book | $16,709.00 |
| 47.2.   Vehicle: 2013 Chevrolet Equinox -<br>2GNFLGEK2D6199402 | $2,757.00 | Blue Book | $10,360.00 |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Seattle Office - Other Equipment: storage container etc<br>2737 W Commodore Way<br>Seattle, WA 98199 | $946.00 | Book Value | $946.00 |
| Olympia - Other Equipment: Shelving, coolers, safe, etc<br>927 E 4th Ave<br>Olympia, WA | $3,245.00 | Book Value | $3,245.00 |
| Shelton - Other Equipment: Kitchen vent<br>401 S 1st St.<br>Shelton, WA | $71.00 | Book Value | $71.00 |
| Marine Supply - Other Equipment: work tables, forklift, fire extinguishers<br>2737 W Commodore Way, Suite B<br>Seattle, WA 98199 | $1,132.00 | Book Value | $1,132.00 |
| Amboy - Other Equipment: Remediation system & monitoring wells<br>42411 NE Yale Bridge Rd<br>Amboy, WA | $47,747.00 | Book Value | $47,747.00 |
| Vancouver - Other Equipment: Remediation system & monitoring wells<br>4403 NE St. James Road<br>Vancouver, WA 98665 | $97,715.00 | Book Value | $97,715.00 |
| Mt Lake Terrace - Other Equipment: remdiation system & monitoring wells<br>24205 - 24225 56th Ave W<br>Mt. Lake Terrace, WA | $185,180.00 | Book Value | $185,180.00 |

Case 17-11872-CMA    Doc 1    Filed 04/24/17    Ent. 04/24/17 18:19:27    Pg. 13 of 481

| | | | |
|---|---|---|---|
| Everett - Other Equipment: remediation system & monitoring wells 11701 Highway 99 N Everett, WA | $64,983.00 | Book Value | $64,983.00 |
| Olympia - Other Equipment: remediation system & monitoring wells 927 E 4th Avenue Olympia, WA 98501 | Unknown | Book Value | Unknown |
| Seattle - ASKO - Other Equipment: monitoring wells 2805 W Commodore Way Seattle, WA | Unknown | Book Value | Unknown |
| Shelton - Other Equipment: remediation system & monitoring wells 401 S 1st Street Shelton, WA 98584 | Unknown | Book Value | Unknown |
| Seattle - Other Equipment: remediation system & monitoring wells 2737 W Commodore Way Seattle, WA 98199 | $18,541.00 | Book Value | $18,541.00 |
| Seattle - Other Equipment: surplus remediation systems 2737 W Commodore Way Seattle, WA 98199 | $25,263.00 | Book Value | $25,263.00 |
| Snohomish - Other Equipment: remediation system & monitoring wells 712 Ave D Snohomish, WA | Unknown | Book Value | Unknown |
| Seattle - Other Equipment: remediation system & monitoring wells 500 12th Avenue Seattle, WA | Unknown | Book Value | Unknown |
| Vancouver - Anderson - Other Equipment: surplus remediation systems Anderson Environmental Contractors 705 Colorado Street Kelso, WA 98626 | $3,565.00 | Book Value | $3,565.00 |
| Portland - Other Equipment: remediation system & monitoring wells 10350 N Time Oil Road Portland, OR | $7,106.00 | Book Value | $7,106.00 |

Case 17-11872-CMA    Doc 1    Filed 04/24/17    Ent. 04/24/17 18:19:27    Pg. 14 of 481

| | | | |
|---|---|---|---|
| Stockton - Other Equipment: remediation system & monitoring wells<br>2941 Nave Drive<br>Stockton, CA | $16,852.00 | Book Value | $16,852.00 |
| Sun Valley - Other Equipment:  remediation system & monitoring wells<br>5190 Sun Valley Drive<br>Sun Valley, NV | $9,555.00 | Book Value | $9,555.00 |
| Kent - Other Equipment: Monitoring wells<br>301 Central Ave N<br>Kent, WA | $56,546.00 | Book Value | $56,546.00 |
| Puyallup - Other Equipment: Monitoring wells<br>8320 East Canyon Rd<br>Puyallup, WA | $3,809.00 | Book Value | $3,809.00 |

51. **Total of Part 8.**          $569,325.00

     Add lines 47 through 50.  Copy the total to line 87.

52. Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
■ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 9:**    **Real property**

54. Does the debtor own or lease any real property?

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Seattle - 2737 W Commodore Way  - Parcel #112503-9050<br>Land - acreage $21,182.00<br>Building - office $124,115.00<br>Bulk terminal $1,189.00 | Fee simple | $146,486.00 | Appraisal | $10,609,900.00 |

| | | | | |
|---|---|---|---|---|
| 55.2. | Seattle - 2752 W Commodore Way (aka 2800 W Commodore Way) - Parcel #112503-9081 Building - warehouse | Fee simple | Unknown | Prior Appraisal | $2,284,400.00 |
| 55.3. | Seattle - 2805 W Commodore Way - Parcel #423790-0405 Land-acreage $2470 Building - warehouse $396 | Fee simple | $2,866.00 | Prior Appraisal | $2,954,700.00 |
| 55.4. | Mt Lake Terrace - 24205 & 24225 56th Ave W - Parcel #00489300003501 & #00489300003400 Land - acreage - $1,111,635.00 Building - resturant - $68,750.00 | Fee simple | $1,180,385.00 | Broker's Price | $1,300,000.00 |
| 55.5. | Olympia - 927 East 4th - Parcel #7820290-0400 Land - acreage - $36,016 Building - convenience store - $34,912 | Fee simple | $70,928.00 | Prior Appraisal | $480,000.00 |
| 55.6. | Vancouver - 4403 NE St James Road - Parcel # 149562000 & 149567000 Land - acreage | Fee simple | $199,306.00 | Prior Appraisal | $230,000.00 |
| 55.7. | Shelton - 401 S First St - Parcel #32019-53-09001 Land - acreage - $7,000.00 Building - convenience - $8,265.00 | Fee simple | $15,265.00 | Prior Appraisal | $120,000.00 |
| 55.8. | Portland, OR - 10350 N Time Oil Road - Parcel #R325514 Land - acreage - $278,949.00 Building - bulk terminal | Fee simple | $278,949.00 | Prior Appraisal | $14,684,944.00 |

Case 17-11872-CMA    Doc 1    Filed 04/24/17    Ent. 04/24/17 18:19:27    Pg. 16 of 481

| | | | | |
|---|---|---|---|---|
| 55.9. | Seattle - 2750 W Commodore Way - Parcel #112503-9120 Submerged land - dock with approach ramp | Fee simple | $0.00 | Prior Appraisal | $3,921,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $36,584,944.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites **Internet Domain Name** | $0.00 | | $0.00 |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations **Customer lists, Mailing list (See Attached Exhibit to Schedules A/B))** | $0.00 | | $0.00 |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

Son  & Helen Pae       247,164.69  -  0.00  =
5319 San Francisco Ave SW     Total face amount     doubtful or uncollectible amount
Lakewood, WA 98499                                         $247,164.69

Silver City Viking Investments     378,389.57  -  62,000.00  =
19740 Viking Ave NW       Total face amount     doubtful or uncollectible amount
Poulsbo, WA 98370                                               $316,389.57

R & R Washington LLC       369,153.69  -  0.00  =
620 N 16th Ave            Total face amount     doubtful or uncollectible amount
Yakima, WA 98902                                              $369,153.69

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**
Portland Harbor response cost settlement trust.
Equitable share of proceeds of $500,000.00 trust.                                $0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Seattle Terminal Lease with the Department of Natural Resources - Executory Contract - Annual Lease cost to TOC -$5,000.00-**
**LEASE EXPIRES 5/31/2017 AND MUST BE RENEWED BEFORE EXPIRATION**                                 $5,000.00

**Seattle Terminal - Tenant - Marine Service & Supply**
Rental lease - Monthly Rent: $2,125.00- Lease expires
12/31/2017, but has a 60 day termination provision                                 $2,125.00

| | |
|---|---:|
| **Portland Terminal - Portland - Waterway Lease - Wharf Structure Renewal Application - TOC Annual Lease $2,500.00** | $2,500.00 |
| **Seattle Terminal Lease - Tenant - Lockhaven Marina - $3,416.67 monthly** | $3,416.67 |
| **Seattle Terminal Lease - Tenant - Guatamala Todos Santos/Prudentia Lorenzo Mendoza c/o Santiago Ramirez - $300.00 monthly** | $300.00 |
| **911 E. 4th Ave. Olympia Lease - Tenant - T & C Mini Market, Inc. c/o Mark Tran - $2750.00 monthly** | $2,750.00 |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$948,799.62

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Official Form 206A/B

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Schedule A/B Assets - Real and Personal Property

page 12

Best Case Bankruptcy

Case 17-11872-CMA   Doc 1   Filed 04/24/17   Ent. 04/24/17 18:19:27   Pg. 19 of 481

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $419,256.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $388,259.55 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $789,603.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,107.88 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $44,260.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $569,325.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................> | | $36,584,944.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $948,799.62 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,161,611.51 | + 91b. $36,584,944.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $39,746,555.51 |

Debtor name    **TOC Holdings Co., fka Time Oil Co. (change effective 11/07)**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Clark County Treasurer** | | |
|---|---|---|---|

| | | **$1,832.00** | **$115,000.00** |

Creditor's Name

**1300 Franklin Street
Vancouver, WA 98660**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/15/17**

Last 4 digits of account number
**2000**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**related to 4403 NE James Road (This is 1 of 2 adjacent tax parcels. Half the value has been listed here.)**

Describe the lien
**Real Property Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Clark County Treasurer** | **$1,582.44** | **$115,000.00** |
|---|---|---|---|

Creditor's Name

**1300 Franklin Street
Vancouver, WA 98660**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/15/17**

Last 4 digits of account number
**7000**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**related to 4403 NE James Road - (This is 1 of 2 adjacent tax parcels. Half the value has been listed here.)**

Describe the lien
**Real Property Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Clark County Treasurer** | | $137.37 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1300 Franklin Street**
**Vancouver, WA 98660**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/15/17**
Last 4 digits of account number
**1001**
Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**related to 2818 Cherry Rd**

Describe the lien
**Real Property Taxes**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **King County Treasurer** | | $42,271.45 | $3,921,000.00 |
|---|---|---|---|---|

Creditor's Name

**500 4th Ave**
**6th Floor Room 600**
**Seattle, WA 98104-2340**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/15/17**
Last 4 digits of account number
**2001**
Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**related to 2737 W Commodore Way**

Describe the lien
**Real Property Taxes**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **King County Treasury** | | $9,655.57 | $2,954,700.00 |
|---|---|---|---|---|

Creditor's Name

**500 4th Ave**
**6th Floor Room 600**
**Seattle, WA 98104-2340**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**related to 2737 W Commodore Way**

Describe the lien
**Real Property Taxes**
Is the creditor an insider or related party?
☐ No

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred
**2/15/17**
**Last 4 digits of account number**
**0509**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **King County Treasury** | Describe debtor's property that is subject to a lien related to 2737 W Commodore Way | $74,509.72 | $10,609,900.00 |
|---|---|---|---|---|

Creditor's Name

**500 4th Ave**
**6th Floor Room 600**
**Seattle, WA 98104-2340**
Creditor's mailing address

**Describe the lien**
**Real Property Taxes**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred
**2/15/17**
**Last 4 digits of account number**
**5005**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **King County Treasury** | Describe debtor's property that is subject to a lien related to 2737 W Commodore Way | $25,705.95 | $2,284,400.00 |
|---|---|---|---|---|

Creditor's Name

**500 4th Ave**
**6th Floor Room 600**
**Seattle, WA 98104-2340**
Creditor's mailing address

**Describe the lien**
**Real Property Taxes**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred
**2/15/17**
**Last 4 digits of account number**
**8108**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Mason County Treasurer** | Describe debtor's property that is subject to a lien | $1,530.71 | $120,000.00 |
|---|---|---|---|---|

Case 17-11872-CMA    Doc 1    Filed 04/24/17    Ent. 04/24/17 18:19:27    Pg. 23 of 481

Creditor's Name

**411 N 5th Building 1**
**PO Box 429**
**Shelton, WA 98584-0429**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/15/17**
Last 4 digits of account number
**9001**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

related to 401 S. First St.

Describe the lien
**Real Property Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Snohomish County Treasurer** | | |
|---|---|---|---|

Creditor's Name

**3000 Rockefeller Ave**
**M/S #501**
**Everett, WA 98201-4060**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/15/17**
Last 4 digits of account number
**3400**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
related to 56th Ave W (This is 1 of 2 adjacent tax parcels that have a total combined value of $1,300,000. Most of that value is in this parcel.)

Describe the lien
**Real Property Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,701.13     $1,000,000.00

---

| 2.10 | **Snohomish County Treasury** | | |
|---|---|---|---|

Creditor's Name

**3000 Rockefeller Ave**
**M/S #501**
**Everett, WA 98201-4060**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
related to 56th Ave W - (This is 1 of 2 adjacent tax parcels that have a total combined value of $1,300,000. Most of that value is in the adjacent parcel listed above.)

Describe the lien
**Real Property Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No

$2,743.29     $300,000.00

---

**2/15/17**
Last 4 digits of account number
**3501**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Thurston County Treasurer** | | | $5,629.24 | $480,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**2000 Lakeridge Dr. SW**
**Olympia, WA 98502-6080**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**related to 927 4th Ave E**

Describe the lien
**Real Property Taxes**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/15/17**
Last 4 digits of account number
**0400**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$175,298.87**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor name    **TOC Holdings Co., fka Time Oil Co. (change effective 11/07)**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Clark County Treasurer**<br>**1300 Franklin Street**<br>**Vancouver, WA 98660** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,105.64 | $2,105.64 |
| Date or dates debt was incurred | Basis for the claim:<br>**Personal property taxes** | | |
| Last 4 digits of account number **4810** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |
| **2.2** Priority creditor's name and mailing address<br>**King County Treasury**<br>**500 4th Ave**<br>**6th Floor Room 600**<br>**Seattle, WA 98104-2340** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $966.70 | $966.70 |
| Date or dates debt was incurred<br>**2/15/2017** | Basis for the claim:<br>**Personal property taxes** | | |
| Last 4 digits of account number **0008** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      53086      Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address<br>**State of California Board<br>of Equalization**<br>PO Box 942879<br>Sacramento, CA 94279-0056 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,643.69  $28,643.69 |
| | Date or dates debt was incurred<br>**3/2/17** | Basis for the claim:<br>**State of California Childhood Lead Poisioning<br>Prevention Fee - 2016** | |
| | Last 4 digits of account number **0005**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| **2.4** | Priority creditor's name and mailing address<br>**Thurston County Treasurer<br>2000 Lakeridge Dr. SW<br>Olympia, WA 98502-6080** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $86.38  $86.38 |
| | Date or dates debt was incurred<br>**2/15/2017** | Basis for the claim:<br>**Personal property taxes** | |
| | Last 4 digits of account number **7100**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | | |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**See Attached Exhibit to<br>Schedule F Unsecured Creditors**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ☐ No ■ Yes | $954,141.52 |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 31,802.41 |
| 5b. Total claims from Part 2 | 5b. + $ | 954,141.52 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 985,943.93 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**See Attached Exhibit to Schedule G - Contracts and Unexpired Leases**

**Fill in this information to identify the case:**

Debtor name    **TOC Holdings Co., fka Time Oil Co. (change effective 11/07)**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

**Official Form 206H**
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

     **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

     **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

       *Column 1:* **Codebtor**                             *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **See Attached Exhibit to** | **Schedule H - Codebtors** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor name    **TOC Holdings Co., fka Time Oil Co. (change effective 11/07)**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $34,367.00 |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $138,411.00 |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $225,240.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | **Interest** | $11,195.00 |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | **CA & NV UST Claims** | $3,561.00 |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | **Insurance Claims** | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2017 to Filing Date | Miscellaneous | $72,236.00 |
| For prior year:<br>From  1/01/2016 to 12/31/2016 | Interest | $110,757.00 |
| For prior year:<br>From  1/01/2016 to 12/31/2016 | CA & NV UST Claims | $22,491.00 |
| For prior year:<br>From  1/01/2016 to 12/31/2016 | Insurance Claims | $0.00 |
| For prior year:<br>From  1/01/2016 to 12/31/2016 | Miscellaneous | $1,186.00 |
| For year before that:<br>From  1/01/2015 to 12/31/2015 | Interest | $182,048.00 |
| For year before that:<br>From  1/01/2015 to 12/31/2015 | CA & NV UST Claims | $40,232.00 |
| For year before that:<br>From  1/01/2015 to 12/31/2015 | Insurance Claims | $133.00 |
| For year before that:<br>From  1/01/2015 to 12/31/2015 | Miscellaneous | $2,966.00 |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See Attached Exhibit to Statement of Financial Affairs, Question #3 - for additional payment information | See Attached Exhibit to Statement of Financial Affairs, Question #3 - for additional payment information | $1,994,954.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   See Attached Exhibit to Statement of Financial Affairs, Question #4 - Payments to Insiders | See Attached Exhibit to Statement of Financial Affairs, Question #4 - Payments to Insiders | $157,549.01 | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   See Attached Exhibit to Statement of Financial Affairs, Question #7, Legal Actions | | | ☐ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Schwabe Williamson & Wyatt<br>See Attached Exhibit to Statement of Financial Affairs, Question #11 -<br>Payments Related to Bankruptcy | | 4/10/2017<br>4/14/2017<br>4/20/2017<br>4/24/2017 | $138,753.11 |

Email or website address
ddunphy@schwabe.com

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | TOC Holdings Co.<br>12220 El Camino Real<br>Suite 330<br>San Diego, CA 92130 | 1998-2016 |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118 | XXXX-1308 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/01/16 | $10,000.00 |
| 18.2. | US Bank<br>PO Box 1800<br>Saint Paul, MN 55101-0800 | XXXX-4833 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other_CD_ | 07/05/16 | $501,582.39 |
| 18.3. | US Bank<br>PO Box 1800<br>Saint Paul, MN 55101-0800 | XXXX-4834 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other_CD_ | 07/05/16 | $501,582.39 |
| 18.4. | Washington Federal<br>8747 Holman Rd NW<br>Seattle, WA | XXXX-3911 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other_CD_ | 10/13/16 | $507,311.46 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Iron Mountain<br>1201 N 96th St.<br>Seattle, WA 98103 | Raymond Stromer - 342 NE 76th, Seattle, WA 98115-4026<br>Richard Gordon - 4221 Dayton Ave N, Seattle, WA 98103<br>Theone Scholl-Tollefson -22638 NE 26th Ct., Sammamish, WA 98074<br>Mark Chandler - 133 Lake View Rd, Prospect Hill, NC 27314 | Various corporate records | ☐ No<br>■ Yes |
| Gordon Thomas Honeywell<br>PO Box 1157<br>(Record Xpress of California LLC)<br>Tacoma, WA 98401 | Gordon Thomas Honeywell - PO Box 1157, Tacoma, WA 98401 | Legal files regarding environmental insurance coverage claims | ☐ No<br>■ Yes |
| McDonald Carano Wilson LLP<br>PO Box 2670<br>Reno, NV 89505-2670 | McDonald Carano Wilson LLP - PO Box 2670, Reno, NV 89505-2670 | Legal files regarding Sparks Terminal RR CERCLA (Superfund site) | ☐ No<br>■ Yes |
| C. Edward Miller, Jr.<br>12220 El Camino Real, Suite 330<br>San Diego, CA 92130 | C. Edward Miller, Jr. - 12220 El Camino Real, Suite 330, San Diego, CA 92130 | Original stock ledgers (lease expires 9/30/18) | ☐ No<br>■ Yes |
| Anderson Environmental Contractors<br>705 Colorado Street<br>Kelso, WA 98626 | Anderson Environmental Contractors - 705 Colorado Street, Kelso, WA 98626 | Remediation Equipment | ☐ No<br>■ Yes |
| Brantley, Janson, Yost & Ellison<br>1617 South 325th St<br>Federal Way, WA 98003-5000 | C. Edward Miller, Jr<br>Theone Scholl-Tollefson | Payroll records | ☐ No<br>■ Yes |
| Schwabe Williamson & Wyatt<br>1420 5th Ave, Suite 3400<br>Seattle, WA 98101 | Dennis Dunphy<br>Lawrence R. Ream | Legal files covering numerous cases during many years of representation | ☐ No<br>■ Yes |
| Archive Systems, Portland, Oregon<br>Pearl Legal Group<br>529 SW Third Ave #600<br>Portland, OR 97204 | Pearl Legal Group<br>529 SW Third Ave #600<br>Portland, OR 97204 | Approximately 92 boxes of operational records some or all of which are subject to record retention requirements under EPA consent order, DEQ consent judgment or DEQ voluntary agreement | ☐ No<br>■ Yes |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐  No.
■  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **See Attached Exhibit to Statement of Financial Affairs, Question #22** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐  No.
■  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **See Attached Exhibit to Statement of Financial Affairs - Question #23** | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☐  No.
■  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **See Attached Exhibit to Statement of Financial Affairs, Question #24** | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐  None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Superior Oil, Co.<br>2737 W Commodore Way<br>Seattle, WA 98199 | **See Attached Exhibit to Statement of Financial Affairs, Question #25 - Other businesses in which Debtor had or has an interest** | Dates business existed<br>EIN:  91-0779700<br><br>From-To  1945-2017 |

26.  **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   TOC Holdings Co<br>2737 W Commodore Way<br>Seattle, WA 98199-1233 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Brantley, Janson, Yost & Ellison<br>1617 South 325th St.<br>Federal Way, WA 98003-6009 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   TOC Holdings Co<br>2737 W Commodore Way<br>Seattle, WA 98199-1233 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   C. Edward Miller, Jr.
PO Box 2747
Del Mar, CA 92014-5747

26d.2.   Diana Makens
PO Box 5005 PMB87
Rancho Santa Fe, CA 92067

26d.3.   Carolyn Heck
PO Box 949
Langley, WA 98260-0949

26d.4.   Terry Abendroth
322 W Highland Dr
Seattle, WA 98119

26d.5.   Stephen Abendroth
PO Box 552
Methow, WA 98272

26d.6.   Brantley, Janson, Yost & Ellison
1617 South 325th Street
Federal Way, WA 98003-6009

26d.7.   Nils Fearnley (William & Sonja)
Mork Velen 1
1488 Hakadal, Norway

**Name and address**

| | |
|---|---|
| 26d.8. | **Rolf Nicolaissen**<br>Org.nr 917 820 627<br>Tidemands Gate 27, N-0260 Oslo |
| 26d.9. | **Adam Bistodeau**<br>RMS US LLP<br>801 Nicollet Mall West Tower Suite 1100<br>Minneapolis, MN 55402-2526 |
| 26d.10. | **Mike Nelson**<br>McGladrey & Pullen LLP<br>801 Nicollet Mall West Tower Suite 1100<br>Minneapolis, MN 55402-2526 |
| 26d.11. | **Chad Thiel**<br>Anderson Tax LLC<br>4 Park Plaza Suite 450<br>Irvine, CA 92614 |
| 26d.12. | **Forrest Allred**<br>Miller Family Trust<br>14 Second Ave Southwest Suite #200<br>Aberdeen, SD 57401 |
| 26d.13. | **Steven Colson**<br>HUB International NW LLC<br>200 1st Ave W Suite 500<br>Seattle, WA 98119-4219 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| C. Edward Miller, Jr. | PO Box 2747<br>Del Mar, CA 92014-5747 | Officer - President & CEO & Chairman of Board of Directors | |
| Mark Chandler | 133 Lake View Rd<br>Prospect Hill, NC 27314 | Officer - Vice President Environmental Services | |
| Raymond Stromer | 342 NE 76th<br>Seattle, WA 98115-4026 | Officer - Secretary,Treasurer & Board of Directors | |
| Theone Scholl-Tollerfson | 22638 NE 26th Ct<br>Sammamish, WA 98074 | Officer - Vice President of Operations & Human Resources, and Assistant Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Richard Gordon | 4221 Dayton Ave N Seattle, WA 98103 | Officer - Assistant Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Carolyn Heck | PO Box 949 Langley, WA 98260-0949 | Board of Directors - not an employee | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1 | See Attached Exhibit to Statement of Financial Affairs Question #30-Payments, distributions, or withdrawals credited or given to insiders | $715,014.00 Payroll, vacation, sick leave, severance and out placement. | | |
| | Relationship to debtor | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

## Part 14:  Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/24/2017

_____          C. Edward Miller, Jr.
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **President & CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Washington

In re    TOC Holdings Co., fka Time Oil Co. (change effective 11/07)      Case No. _____
                                                           Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2.   $ **0.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     b.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     c.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

4/24/2017
_Date_

Lawrence R. Ream
_Signature of Attorney_
**Schwabe Williamson & Wyatt**
**1420 5th Ave., Suite 300**
**Seattle, WA 98101-4010**
**206-622-1711**
**lream@schwabe.con**
_Name of law firm_

---

## United States Bankruptcy Court
### Western District of Washington

In re   TOC Holdings, Co.

                                   Debtor(s)

Case No. _____

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____

_C. Edward Miller, Jr. President & CEO_
Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

AATW C/O WILLIAM F. JOYCE
JOYCE ZIKER PARKINSON PLLC
1601 FIFTH AVENUE, SUITE 2040
SEATTLE, WA 98101


ACF INDUSTRIES, INC. /ACF INDU
WILLIAM L. FINN
PRESIDENT
101 CLARK ST.
SAINT CHARLES, MO 63301


ACME TRADING & SUPPLY
CHUCK GLEASON
2495 NW NICOLAI STREET
PORTLAND, OR 97296-0067


AFLAC
REMITTANCE PROCESSING SVC
1932 WYNNTON ROAD
COLUMBUS, GA 31999-0797


AIR LIQUIDE AMERICA
KEVIN FEENEY
2700 POST OAK BOULEVARD
SUITE 1800
HOUSTON, TX 77056


ALDER CREEK LUMBER COMPANY
ROBERT VRIJ
PRESIDENT
3400 WEST PLANO PARKWAY
PLANO, TX 75075


ALDER CREEK LUMBER COMPANY, IN
RON PRESTWOOD
P.O. BOX 19356
PORTLAND, OR 97280


ALEXANDER E POTENTE
SEDGWICK, LLP
333 BUSH STREET, 30TH FLOOR
SAN FRANCISCO, CA 94104

ALLIANZ
MR. JAMES ROSS
ENVIRONMENTAL DEPARTMENT
2350 EMPIRE AVENUE
BURBANK, CA 91504-3350


ALPHA ANALYTICAL
255 GLENDALE AVE, SUITE 21
SPARKS, NV 89431


AMEC ENVIRONMENTAL & INFRASTR
INC
24376 NEWWORK PLACE
CHICAGO, IL 60673-1376


AMEC FOSTER WHEELER
C/O JACK SPADARO
7376 SW DURHAM RD.
PORTLAND, OR 97224


AMEC FOSTER WHEELER ENVIRONMEN
7477 SW TECH CENTER DRIVE
PORTLAND, OR 97223


ANDERSON BROTHERS, INC.
JOHN ANDERSON, PRESIDENT
9111 N. VANCOUVER AVENUE
PORTLAND, OR 97217


APEX LABS
12232 SW GARDEN PL
ACCOUNTS RECEIVABLE
TIGARD, OR 97223


ARCHBRIGHT
P.O. BOX 20309
SEATTLE, WA 98121-3090


ARKEMA CHEMICALS, INC.
C/O PAUL G. DODDS, ESQ.
BROWNSTEIN, RASK, SWEENEY
1200 SOUTHWEST MAIN BUILDING
PORTLAND, OR 97205-2039

```
ARKEMA, INC.
DOUG LOUTZENHISER
468 THOMAS JONES WAY, STE 150
EXTON, PA 19341-2528


ARMSTRONG REALTY, INC.
C/O WEST LAW OFFICES, PS
332 1ST ST NE
AUBURN, WA 98002


ASHLAND, INC.
DAVID L. HAUSRATH, SR.
50 E. RIVERCENTER BLVD.
COVINGTON, KY 41012


ASKO HYDRAULICS
12128 CYRUS WAY
MUKILTEO, WA 98275


AT & T
P.O. BOX 105068
ATLANTA, GA 30348-5068


AT & T
P.O. BOX 5019
CAROL STREAM, IL 60197-5019


AT & T GLOBAL NETWORK
SERVICES LLC
P.O. BOX 5019
CAROL STREAM, IL 60197-5019


AT & T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463


ATKN COMPANY
JULIANNE VIADRO
3527 MT. DIABLO BOULEVARD
LAFAYETTE, CA 94549


ATLANTIC RICHFIELD CO.
C/O SUSSMAN SHANK LLP
1000 S.W. BROADWAY, SUITE 1400
PORTLAND, OR 97205
```

BABCOCK LAND COMPANY
GEORGE WEBB
9933 NW 107TH AVE.
PORTLAND, OR 97231


BAE SYSTEMS
SAN DIEGO SHIP REPAIR INC.
ROBERT A. KILPATRICK
2205 EAST BELT STREET
SAN DIEGO, CA 92113


BALVIN PROPERTIES, LLC
3314 NE 44TH ST.
VANCOUVER, WA 98663


BASIN STREET ASSOCIATES
BRAD SIMMONS
C/O PACIFIC INS. INVESTMENTS
7820 SOUTHWEST WILLOWMERE DR.
PORTLAND, OR 97225


BAY AREA / DIABLO PETROLEUM
501 SHELL AVE.
MARTINEZ, CA 94553


BAY VALLEY FOODS, LLC
JOSEPH CONING
PRESIDENT
857-897 SCHOOL PLACE
GREEN BAY, WI 54307-9000


BBD&R, INC
J. (MICK) LEITZ
6211 N. ENSIGN ST.
PORTLAND, OR 97217


BEAZER EAST, INC.
JILL M. BLUNDON
PRESIDENT
1 OXFORD CENTRE #300
PITTSBURGH, PA 15219


BERRY TRANSPORT, INCORPORATED
MR. STEVEN M. CARSON
PRESIDENT
3301 BROADMORE STREET
KLAMATH FALLS, OR 97603

BIRCH COMMUNICATIONS
P.O. BOX 105066
ATLANTA, GA 30348-5066


BNSF C/O TRC BRENT MCDANIEL
10550 RICHMOND AVE. #210
HOUSTON, TX 77042


BNSF RAILWAY CO
JONES LANG LASALLE-PERMITS DP
3017 LOU MENK DR SUITE 100
FORT WORTH, TX 76131-2800


BNSF RAILWAY CO
JONES LANG LASALLE BROKERAGE
4300 AMON CARTER BLVD STE 100
FORT WORTH, TX 76155


BNSF RAILWAY CO
SHARON BOXBERGER, DIR ENV REM
920 SE QUINCY
TOPEKA, KS 66612-1116


BNSF RAILWAY CO
TRC ENVIRONNENTAL - BNSF PGM
MG
10011 MEADOWGLEN LANE ST 100
HOUSTON, TX 77042


BNSF RAILWAY CO.
2650 LOU MENK DRIVE
FORT WORTH, TX 76131


BP WEST COAST PRODUCTS
MR. RALPH J. MORAN
ENVIRONMENTAL PORTFOLIO MGR
6 CENTERPOINT DRIVE SUITE 727
LA PALMA, CA 90623


BRAND-S CORPORATION
JOHN S. BRANDIS III
VICE PRESIDENT
6300 SW RESERVOIR AVENUE
CORVALLIS, OR 97333

BRANTLEY JANSON YOST ELLISON
1617 SOUTH 325TH ST.
FEDERAL WAY, WA 98003-5009


BRIX DEARMOND LLC
PETER J. BRIX
14020 SE JOHNSON ROAD #201
PORTLAND, OR 97269


BRIX MARITIME TOWING COMPANY
STEVE T. SCALZO
PRESIDENT
660 W. EWING STREET
SEATTLE, WA 98119


BROADWAY ASSOC., GP
C/O ANDREW ZABEL
100 N 35TH ST.
SEATTLE, WA 98103


BROWNIG-FERRIS INDUSTRIES OF
ILLINOIS
137 E 154TH ST.
SOUTH HOLLAND, IL 60473


BRUCE WHITE
BARNES & THORNBURG, LLP
1 NORTH WACKER DRIVE, STE 4400
CHICAGO, IL 60606-2833


BUCKEYE TERMINALS
C/O BRUDERECK
2700 WEST WASHINGTON ST
STOCKTON, CA 95203


BUCKEYE TERMINALS
C/O BRUDERECK
2700 W WASHINGTON ST.
STOCKTON, CA 95203


BURGARD 789 LLC
JAMES H. WINKLER
210 SOUTHWEST MORRISON
SUITE 600
PORTLAND, OR 97204

C & T QUINCY FOODS
C/O CT CORPORATION
388 STATE ST, SUITE 420
SALEM, OR 97301


CALBAG METALS COMPANY
CHUCK GLEASON
2495 NW NICOLAI STREET
P.O. BOX 10067
PORTLAND, OR 97296-0067


CALIFORNIA REGIONAL WATER
QUALITY CONTROL BOARD
C/O KRISTI SHELTON
11020 SUN CENTER DRIVE, #200
RANCHO CORDOVA, CA 95670


CANAM MINERALS, INC.
DBA KLEEN BLAST
TIMOTHY SPURGEON
50 OAK COURT, SUITE 210
DANVILLE, CA 94526


CAPITA HILL HOUSING
C/O KATIE PORTER
1620 12TH AVE., #205
SEATTLE, WA 98122


CARGILL, INC.
STEVEN C. EULLER
CORPORATE VP
15407 MCGINTY ROAD WEST
MINNEAPOLIS, MN 55440


CAROLINE CRESS
WASHINGTON ATTORNEY OFFICE
2425 BRISTOL CT SW
OLYMPIA, WA 98502


CARSON OIL COMPANY
JOHN A. CARSON
CHAIRMAN
3125 NORTHWEST 35TH AVENUE
PORTLAND, OR 97210

CASCADE DRILLING LP
PO BOX 205771
DALLAS, TX 75320-5771


CASCADE DRILLING LP
PO BOX 844046
LOS ANGELES, CA 90084-4048


CASCADE GENERAL INC.
ALAN SPROTT
5555 N. CHANNEL AVE
PORTLAND, OR 97217


CEMEX
PO BOX 100497
PASADENA, CA 91189-0490


CENEX AG, INC.
DAVID A. BAKER
SECRETARY/GENERAL COUNSEL
5500 CENEX DRIVE
INVER GROVE HEIGHTS, MN 55077


CENTURY LINK
PO BOX 4300
CAROL STREAM, IL 60197-4300


CENTURYLINK
PO BOX 29080
PHOENIX, AZ 85038-9080


CENTURYLINK
PO BOX 52187
PHOENIX, AZ 85072-2187


CENTURYLINK
PO BOX 91155
SEATTLE, WA 98111-9255


CHEVRON ENVIRONMENTAL MGMT CO
NATHAN BLOMGREN
6101 BOLLINGER CANYON ROAD
SAN RAMON, CA 94583

CHEVRON TEXACO CORP.
6111 BOLLINGER CANYON ROAD
SAN RAMON, CA 94583


CHEVRON-TEXACO
C/O LAWRENCE B. BURKE
DAVIS WRIGHT TREMAINE, LLP
1300 SW FIFTH AVENUE, STE 2300
PORTLAND, OR 97201


CHRISTENSON OIL
JOHN HORSTMAN
VICE PRESIDENT OF OPERATIONS
3865 N.W. ST. HELENS ROAD
PORTLAND, OR 97217


CHS INC., C/O HEATHER YAKELY
818 WEST RIVERSIDE, #250
SPOKANE, WA 99201


CHUCK SULLIVAN EXTERMINATORS
INC
8700 BURNS DR SW
OLYMPIA, WA 98512


CIGNA PROPERTY & CASUALTY CO.
C/O STEVEN SOHA
1210 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WA 98104


CITY OF KIRKLAND
C/O PHILIP VARTANIAN
123 FIFTH AVE.
KIRKLAND, WA 98003


CITY OF KIRKLAND
C/O WILLIAM EVANS
123 FIFTH AVE
KIRKLAND, WA 98003


CITY OF MOUNTLAKE TERRACE
UTILITIES DEPT
PO BOX 34858
SEATTLE, WA 98124-1858

CITY OF OLYMPIA UTILITIES DEPT
PO BOX 7866
OLYMPIA, WA 98507


CITY OF PORTLAND
PORTLAND WATER BUREAU
P.O. BOX 4216
PORTLAND, OR 97208-4216


CITY OF PORTLAND
AL SMITH
1211 SW 5TH AVE ROOM 1100
PORTLAND, OR 97204


CITY OF PORTLAND
ANNIE VON BURG
1120 SW 5TH AVENUE, SUITE 1000
PORTLAND, OR 97204


CITY OF SEATTLE
DEPT OF FINANCE
PO BOX 35178
SEATTLE, WA 98124-5178


CITY OF SEATTLE
DEPT OF FINANCE
PO BOX 35177
SEATTLE, WA 98124-5177


CITY OF SEATTLE
C/O TAD SCHIMAZU
600 FOURTH AVE., 4TH FL
PO BOX 94769
SEATTLE, WA 98124


CITY OF WEST SACRAMENTO
C/O PAUL DIRKSEN
1110 WEST CAPITAL AVENUE WEST
SACRAMENTO, CA 95651


CLARK COUNTY TREASURER
1300 FRANKLIN STREET
VANCOUVER, WA 98660

CLARK PUBLIC UTILITIES
PO BOX 8989
VANCOUVER, WA 98668


CNA INSURANCE COMPANIES
C/O GARY A. SPARLING, ESQ.
GORDON & POLSCER, LLP
1000 SECOND AVENUE, SUITE 150
SEATTLE, WA 98104


COLONY SPECIALTY INSURANCE
C/O STEPHEN TAN
CASCADIA LAW GROUP PLL
1201 THIRD AVENUE, SUITE 320
SEATTLE, WA 98101


COLUMBIA FORGE & MACHINE WORKS
DOUGLAS WAYNE MCMULLIN
VICE PRESIDENT
8524 NORTH CRAWFORD STREET
PORTLAND, OR 97203


COMCAST
P.O. BOX 34744
SEATTLE, WA 98124-1744


CONFEDERATED TRIBES AND BANDS
OF THE YAKAMA NATION
401 FORT ROAD
P.O. BOX 151
TOPPENISH, WA 98948


CONFEDERATED TRIBES OF SILETZ
INDIANS
ATTN: KAREN BELL - ACCT DEPT
PO BOX 549
SILETZ, OR 97380


CONFEDERATED TRIBES OF THE
GRAND RONDE
MICHAEL KARNOSH-CEDED LANDS PM
9615 GRAND RONDE ROAD
GRAND RONDE, OR 97347

CONFEDERATED TRIBES OF THE
UMATILLA IND
ATTN: A/R FINANCE DEPT
46411 TIM'INE WAY
PENDLETON, OR 97801


CONFEDERATED TRIBES OF THE
WARM SPRINGS
ATTN: FINANCE DEPT
PO BOX C
WARM SPRINGS, OR 97761


CONOCO-PHILLIPS CO.
C/O LAWRENCE B. BURKE
DAVIS WRIGHT TREMAINE, LLP
1300 SW FIFTH AVENUE, STE 2300
PORTLAND, OR 97201


CONSOLIDATED METCO, INC.
EMIE NIMISTER
13940 NORTH RIVERGATE BLVD.
PORTLAND, OR 97203


CONTAINER MANAGEMENT SERVICES
CHRISTIAN STAVIG
8435 NORTHEAST KILLINGSWORTH
PORTLAND, OR 97220


COUNSEL FOR MS. DAWN WELCH
CASCADIA LAW GROUP, PLLC
C/O VALERIE K. FAIRWELL
1201 3RD AVE., SUITE 320
SEATTLE, WA 98101


CRAWFORD STREET CORPORATION
ROBERT W. PHILIP
PRESIDENT
3200 NW YEON AVE
PORTLAND, OR 97296-0047


CROSBY & OVERTON INCORPORATED
MICHAEL A. SHLOUB
PRESIDENT
1610 WEST 17TH STREET
LONG BEACH, CA 90813

CROSBY & OVERTON, INC.
1610 WEST 17TH STREET
LONG BEACH, CA 90813


CROWN POINT CONST INC
PO BOX 294
CORBETT, OR 97019


CUMMINGS TRANSFER COMPANY
3015 SALEM AVE.
ALBANY, OR 97321


CURRENT PROPERTY OWNER
7018 E SPRAGUE
SPOKANE, WA 99212


CURRENT PROPERTY OWNER
3501 E FRANCIS
SPOKANE, WA 99207


CURRENT PROPERTY OWNER
314 SW MAIN ST.
WILBUR, WA 99185


CURRENT PROPERTY OWNER
715 PRESTON
WAITSBURG, WA 99361


CURRENT PROPERTY OWNER
380 F. ST.
QUINCY, WA 98848


CURRENT PROPERTY OWNER
1606 W. BROADWAY
MOSES LAKE, WA 98837


CURRENT PROPERTY OWNER
804 N. MAIN ST.
COLFAX, WA 99111


CURRENT PROPERTY OWNER
1303 SHERMAN AVE.
PROSSER, WA 99350

CURRENT PROPERTY OWNER
500 GEORGE WASHINGTON WAY
RICHLAND, WA 99352


CURRENT PROPERTY OWNER
119 EAST HUMORIST ROAD
BURBANK, WA 99323


CURRENT PROPERTY OWNER
301 S 1ST STREET
SELAH, WA 98942


CURRENT PROPERTY OWNER
?3312 MAIN ST.
UNION GAP, WA 98903


CURRENT PROPERTY OWNER
600 YAKIMA VALLEY HWY
SUNNYSIDE, WA 98944


CURRENT PROPERTY OWNER
100 E WINE COUNTRY RD
GRANDVIEW, WA 98930


CURRENT PROPERTY OWNER
4708 TIETON DRIVE
YAKIMA, WA 98902


CURRENT PROPERTY OWNER
1710 E NOB HILL
YAKIMA, WA 98901


CURRENT PROPERTY OWNER
2511 S. 3RD AVE.
YAKIMA, WA 98903


CURRENT PROPERTY OWNER
1002 W. WASHINGTON AVE.
YAKIMA, WA 98903


CURRENT PROPERTY OWNER
414 HANFORD ST.
OMAK, WA 98841

CURRENT PROPERTY OWNER
1300 E. SUNSET
BELLINGHAM, WA 98225

CURRENT PROPERTY OWNER
17587 STATE ROUTE 536
MOUNT VERNON, WA 98273

CURRENT PROPERTY OWNER
1121 MOORE ST
SEDRO WOOLLEY, WA 98284

CURRENT PROPERTY OWNER
5830 GROVE ST.
MARYSVILLE, WA 98270

CURRENT PROPERTY OWNER
6031 A 47TH AVE NE
MARYSVILLE, WA 98270

CURRENT PROPERTY OWNER
17927 HWY 9
SNOHOMISH, WA 98290

CURRENT PROPERTY OWNER
19090 HWY 2
MONROE, WA 98272

CURRENT PROPERTY OWNER
3532 N BROADWAY
EVERETT, WA 98201

CURRENT PROPERTY OWNER
?4001 CALIFORNIA AVE SW?
SEATTLE, WA 98116

CURRENT PROPERTY OWNER
5235 DELRIDGE WAY SW
SEATTLE, WA 98106

CURRENT PROPERTY OWNER
12807 DES MOINES WAY S.
SEATTLE, WA 98168

CURRENT PROPERTY OWNER
14312 LAKE CITY WAY NE
SEATTLE, WA 98125


CURRENT PROPERTY OWNER
18005 15TH AVE NE
SEATTLE, WA 98155


CURRENT PROPERTY OWNER
1602 "A" ST.
AUBURN, WA 98002


CURRENT PROPERTY OWNER
35201 HWY 507
MCKENNA, WA 98558


CURRENT PROPERTY OWNER
12714 122ND STREET EAST
PUYALLUP, WA 98374


CURRENT PROPERTY OWNER
1720 RIVER ROAD
PUYALLUP, WA 98371


CURRENT PROPERTY OWNER
204 N WASHINGTON ST
ORTING, WA 98360


CURRENT PROPERTY OWNER
2601 N STEVENS
TACOMA, WA 98407


CURRENT PROPERTY OWNER
4601 N PEARL
TACOMA, WA 98407


CURRENT PROPERTY OWNER
7201 GOLDEN GIVENS ROAD E.
TACOMA, WA 98404


CURRENT PROPERTY OWNER
9815 GOLDEN GIVENS RD E
TACOMA, WA 98445

CURRENT PROPERTY OWNER
8424 PACIFIC AVE
TACOMA, WA 98444


CURRENT PROPERTY OWNER
2342 SIMS WAY
PORT TOWNSEND, WA 98368


CURRENT PROPERTY OWNER
4200 WHEATON WAY
BREMERTON, WA 98310


CURRENT PROPERTY OWNER
331 W. 1ST ST.
PORT ANGELES, WA 98362


CURRENT PROPERTY OWNER
1100 NESS CORNER
PORT HADLOCK, WA 98339


CURRENT PROPERTY OWNER
108 N. FIRST
SHELTON, WA 98584


CURRENT PROPERTY OWNER
1802 W HARRISON
OLYMPIA, WA 98502


CURRENT PROPERTY OWNER
397 W SUSSEX
TENINO, WA 98589


CURRENT PROPERTY OWNER
1325 S. GOLD
CENTRALIA, WA 98531


CURRENT PROPERTY OWNER
108 STATE HWY 603
CHEHALIS, WA 98532


CURRENT PROPERTY OWNER
102 HARRISON
CENTRALIA, WA 98531

CURRENT PROPERTY OWNER
614 W. MAIN ST.
CHEHALIS, WA 98532


CURRENT PROPERTY OWNER
1986 SW MARKET
CHEHALIS, WA 98532


CURRENT PROPERTY OWNER
104 E. ROBERT BUSH DRIVE
SOUTH BEND, WA 98586


CURRENT PROPERTY OWNER
5404 STIELACOOM BLVD
TACOMA, WA 98407


CURRENT PROPERTY OWNER
770 LANCASTER DRIVE
SALEM, OR 97301


CURRENT PROPERTY OWNER
2101 SE COURT
PENDLETON, OR 97801


CURRENT PROPERTY OWNER
13437 PORTLAND RD NE
WOODBURN, OR 97071


CURRENT PROPERTY OWNER
2431 NE BROADWAY
PORTLAND, OR 97232


CURRENT PROPERTY OWNER
1510 NE 42ND
PORTLAND, OR 97213


CURRENT PROPERTY OWNER
23720 NE HALSEY
WOOD VILLAGE, OR 97060


CURRENT PROPERTY OWNER
3405 N. HWY 97
BEND, OR 97701

CURRENT PROPERTY OWNER
28300 SE HWY 212 – BOX 354
BORING, OR 97009


CURRENT PROPERTY OWNER
10580 SE 82ND
PORTLAND, OR 97266


CURRENT PROPERTY OWNER
13038 NE SANDY BLVD.
PORTLAND, OR 97230


CURRENT PROPERTY OWNER
29629 SE HWY 224
EAGLE CREEK, OR 97022


CURRENT PROPERTY OWNER
28210 ORIENT DR SE
GRESHAM, OR 97080


CURRENT PROPERTY OWNER
5235 SW MACADAM
PORTLAND, OR 97201


CURRENT PROPERTY OWNER
129 E. ELLENDALE
DALLAS, OR 97338


CURRENT PROPERTY OWNER
1098 13TH ST. SE
SALEM, OR 97302


CURRENT PROPERTY OWNER
376 SE MAIN ST.
ESTACADA, OR 97023


CURRENT PROPERTY OWNER
51883 COLUMBIA RIVER HWY
SCAPPOOSE, OR 97056


CURRENT PROPERTY OWNER
15900 SW UPPER BOONES FERRY RD
TIGARD, OR 97223

CURRENT PROPERTY OWNER
49950 NW SUNSET HWY
BANKS, OR 97106


CURRENT PROPERTY OWNER
HWY 40 WEST
FERNLEY, NV 89408


CURRENT PROPERTY OWNER
624 FIFTH STREET
HAWTHORNE, NV 89415


CURRENT PROPERTY OWNER
1325 S TAYLOR
FALLON, NV 89406


CURRENT PROPERTY OWNER
1675 VICTORIAN AVE
SPARKS, NV 89431


CURRENT PROPERTY OWNER
500 KEITZKE LANE
RENO, NV 89502


CURRENT PROPERTY OWNER
1049 S MAIN ST.
ANGELS CAMP, CA 95222


CURRENT PROPERTY OWNER
202 S. MAIN ST.
LAKEPORT, CA 95222


CURRENT PROPERTY OWNER
1115 W. 6TH ST.
CHICO, CA 95926


CURRENT PROPERTY OWNER
585 SIERRA ST.
HAMILTON CITY, CA 95951


CURRENT PROPERTY OWNER
4430 AUBURN BLVD.
SACRAMENTO, CA 95841

```
CURRENT PROPERTY OWNER
809 SOLANO ST.
CORNING, CA 96021


CURRENT PROPERTY OWNER
14000 E. HWY 88
LOCKEFORD, CA 95237


CURRENT PROPERTY OWNER
750 ATLANTIC AVE.
ROSEVILLE, CA 95676


CURRENT PROPERTY OWNER
615 EAST ST.
WOODLAND, CA 95776


CURRENT PROPERTY OWNER
2080 WHITMORE AVE.
CERES, CA 95307


CURRENT PROPERTY OWNER
440 W. ST. CHARLES
SAN ANDREAS, CA 95249


CURRENT PROPERTY OWNER
99 PLACERVILLE DR.
PLACERVILLE, CA 95667


CURRENT PROPERTY OWNER
3444 EAST HWY 20
NICE, CA 95464


CURRENT PROPERTY OWNER
1434 W. YOSEMITE
MANTECA, CA 95336


CURRENT PROPERTY OWNER
809 MARKET
COLUSA, CA 95932


CURRENT PROPERTY OWNER
88 W. HWY 4
MURPHYS, CA 95247
```

CURRENT PROPERTY OWNER
4203 N. DRISCOLL
SPOKANE, WA 99205


CURRENT PROPERTY OWNER
N. 1918 HAMILTON
SPOKANE, WA 99328


CURRENT PROPERTY OWNER
401 MAIN ST.
DAYTON, WA 99328


CURRENT PROPERTY OWNER
1154 SW BASIN
EPHRATA, WA 98823


CURRENT PROPERTY OWNER
2305 AIRWAY DR.
MOSES LAKE, WA 98837


CURRENT PROPERTY OWNER
118 BRIDGE ST.
CLARKSTON, WA 99403


CURRENT PROPERTY OWNER
23905 E WELLESLEY
OTIS ORCHARDS, WA 99027


CURRENT PROPERTY OWNER
503 E MAIN ST.
WALLA WALLA, WA 99362


CURRENT PROPERTY OWNER
1410 PLAZA WAY
WALLA WALLA, WA 99362


CURRENT PROPERTY OWNER
406 S. ELY ST.
KENNEWICK, WA 99336


CURRENT PROPERTY OWNER
524 W. COLUMBIA DR.
KENNEWICK, WA 99336

```
CURRENT PROPERTY OWNER
620 N ROAD 28
PASCO, WA 99301


CURRENT PROPERTY OWNER
526 W. COLUMBIA DR.
KENNEWICK, WA 99336


CURRENT PROPERTY OWNER
148 S ROAD 28
PASCO, WA 99301


CURRENT PROPERTY OWNER
1502 N 4TH STREET
PASCO, WA 99301


CURRENT PROPERTY OWNER
67831 HWY 97 E
WAPATO, WA 98951


CURRENT PROPERTY OWNER
618 E TOPPENISH AVE
TOPPENISH, WA 98948


CURRENT PROPERTY OWNER
1121 S 16TH
SUNNYSIDE, WA 98944


CURRENT PROPERTY OWNER
107 S LINCOLN
SUNNYSIDE, WA 98944


CURRENT PROPERTY OWNER
620 N 16TH AVE
YAKIMA, WA 98902


CURRENT PROPERTY OWNER
1518 MAIN STREET
OROVILLE, WA 98844


CURRENT PROPERTY OWNER
1754 N WENATCHEE
WENATCHEE, WA 98801
```

CURRENT PROPERTY OWNER
15320 NE CAPLES
BRUSH PRAIRIE, WA 98606


CURRENT PROPERTY OWNER
208 COLUMBUS AVE
GOLDENDALE, WA 98620


CURRENT PROPERTY OWNER
15320 NE CAPLES
BRUSH PRAIRIE, WA 98606


CURRENT PROPERTY OWNER
208 COLUMBUS AVE
GOLDENDALE, WA 98620


CURRENT PROPERTY OWNER
408 N 23RD
KELSO, WA 98626


CURRENT PROPERTY OWNER
1310 OCEAN BEACH HWY
LONGVIEW, WA 98632


CURRENT PROPERTY OWNER
26410 NE 10TH AVE
RIDGEFIELD, WA 98642


CURRENT PROPERTY OWNER
13808 NE 28TH AVE
VANCOUVER, WA 98682


CURRENT PROPERTY OWNER
2901 ST. JOHNS BLVD
VANCOUVER, WA 98661


CURRENT PROPERTY OWNER
2615 E EVERGREEN BLVD
VANCOUVER, WA 98661


CURRENT PROPERTY OWNER
5501 ST. JOHNS BLVD
VANCOUVER, WA 98661

CURRENT PROPERTY OWNER
9408 NE HWY 99
VANCOUVER, WA 98665


CURRENT PROPERTY OWNER
4564 GUIDE MERIDIAN RD
BELLINGHAM, WA 98225


CURRENT PROPERTY OWNER
1477 HWY 20
ANACORTES, WA 98221


CURRENT PROPERTY OWNER
1801 COMMERCIAL AVE
ANACORTES, WA 98221


CURRENT PROPERTY OWNER
2059 HWY 20
SEDRO WOOLLEY, WA 98270


CURRENT PROPERTY OWNER
1034 STATE ST
MARYSVILLE, WA 98270


CURRENT PROPERTY OWNER
40315 HIGHWAY 532
STANWOOD, WA 98292


CURRENT PROPERTY OWNER
1001 AVE D
SNOHOMISH, WA 98290


CURRENT PROPERTY OWNER
1202 CROFT AVE
GOLD BAR, WA 98251


CURRENT PROPERTY OWNER
928 N BROADWAY
EVERETT, WA 98201


CURRENT PROPERTY OWNER
851 N BROADWAY
EVERETT, WA 98201

```
CURRENT PROPERTY OWNER
3531 RUCKER AVE
EVERETT, WA 98201


CURRENT PROPERTY OWNER
4231 RUCKER AVE
EVERETT, WA 98203


CURRENT PROPERTY OWNER
3532 SMITH ST.
EVERETT, WA 98204


CURRENT PROPERTY OWNER
325 112TH
EVERETT, WA 98204


CURRENT PROPERTY OWNER
31325 SR 20/1394 PIONEER
OAK HARBOR, WA 98277


CURRENT PROPERTY OWNER
2465 S COLLEGE ST
SEATTLE, WA 98144


CURRENT PROPERTY OWNER
8208 AURORA AVE
SEATTLE, WA 98103


CURRENT PROPERTY OWNER
10420 15TH SW
SEATTLE, WA 98146


CURRENT PROPERTY OWNER
14511 BOTHELL WAY
SEATTLE, WA 98125


CURRENT PROPERTY OWNER
4224 PRESTON FALL CITY RD
FALL CITY, WA 98022


CURRENT PROPERTY OWNER
1551 MCHUGH ST.
ENUMCLAW, WA 98022
```

CURRENT PROPERTY OWNER
405 S CENTRAL
KENT, WA 98031


CURRENT PROPERTY OWNER
6112 RIVER RD
PUYALLUP, WA 98371


CURRENT PROPERTY OWNER
11802 S MERIDIAN
PUYALLUP, WA 98371


CURRENT PROPERTY OWNER
19121 PACIFIC AVENUE S
SPANAWAY, WA 98387


CURRENT PROPERTY OWNER
16521 PACIFIC AVENUE S
SPANAWAY, WA 98387


CURRENT PROPERTY OWNER
1608 MERIDIAN AVE E
PUYALLUP, WA 98371


CURRENT PROPERTY OWNER
823 MERIDIAN AVE E
EDGEWOOD, WA 98371


CURRENT PROPERTY OWNER
1501 S UNION
TACOMA, WA 98405


CURRENT PROPERTY OWNER
1753 S. TACOMA WAY
TACOMA, WA 98498


CURRENT PROPERTY OWNER
250 E "D" STREET
TACOMA, WA 98421


CURRENT PROPERTY OWNER
2502 SOUTH TACOMA WAY
TACOMA, WA 98445

```
CURRENT PROPERTY OWNER
8533 S. TACOMA WAY
TACOMA, WA 98444


CURRENT PROPERTY OWNER
10505 PORTLAND AVE
TACOMA, WA 98498


CURRENT PROPERTY OWNER
808 W WASHINGTON AVE
SEQUIM, WA 98382


CURRENT PROPERTY OWNER
3629 CHICO WAY
BREMERTON, WA 98312


CURRENT PROPERTY OWNER
2044 WHEATON WAY
BREMERTON, WA 98310


CURRENT PROPERTY OWNER
3302 W HWY 16
PORT ORCHARD, WA 98366


CURRENT PROPERTY OWNER
10958 HWY 104
KINGSTON, WA 98346


CURRENT PROPERTY OWNER
4814 HIGHWAY 303 N.E.
BREMERTON, WA 98310


CURRENT PROPERTY OWNER
7367 MARTIN WAY
OLYMPIA, WA 98503


CURRENT PROPERTY OWNER
476 SR 505
WINLOCK, WA 98596


CURRENT PROPERTY OWNER
501 PIONEER WAY
MONTESANO, WA 98563
```

CURRENT PROPERTY OWNER
100 N. WEST BLVD
ABERDEEN, WA 98520


CURRENT PROPERTY OWNER
19740 VIKING AVE NW
POULSBO, WA 98370


CURRENT PROPERTY OWNER
2810 SUNSET
SPOKANE, WA 99208


CURRENT PROPERTY OWNER
10113 - 213TH ST. E.
GRAHAM, WA 98338


CURRENT PROPERTY OWNER
4910 LEARY WAY NW
SEATTLE, WA 98107


CURRENT PROPERTY OWNER
3536 MARKET STREET
SPOKANE, WA 99207


CURRENT PROPERTY OWNER
3150 CHICO WAY
BREMERTON, WA 98312


CURRENT PROPERTY OWNER
2301 MONROE STREET
SPOKANE, WA 99205


CURRENT PROPERTY OWNER
519 S CAMBRIAN
BREMERTON, WA 98312


CURRENT PROPERTY OWNER
16006 PACIFIC HWY S
SEATAC, WA 98188


CURRENT PROPERTY OWNER
102 S. 3RD AVENUE
RENTON, WA 98057

CURRENT PROPERTY OWNER
1616 S. NORMAN STREET
SEATTLE, WA 98144


CURRENT PROPERTY OWNER
306 HWY 20
HINES, OR 97738


CURRENT PROPERTY OWNER
9205 SE HOLGATE
PORTLAND, OR 97226


CURRENT PROPERTY OWNER
157 S. COLUMBIA
MILTON FREEWATER, OR 97862


CURRENT PROPERTY OWNER
RT 3 BOX 388
MILTON FREEWATER, OR 97862


CURRENT PROPERTY OWNER
530 N MAIN
P.O. BOX 518
STANFIELD, OR 97875


CURRENT PROPERTY OWNER
6412 NE PORTLAND RD, NE
PORTLAND, OR 97218


CURRENT PROPERTY OWNER
539 HWY 99 N
EUGENE, OR 97402


CURRENT PROPERTY OWNER
380 N. MAIN ST.
TILLAMOOK, OR 97141


CURRENT PROPERTY OWNER
1014 MOHAWK BLVD
SPRINGFIELD, OR 97477


CURRENT PROPERTY OWNER
12005 N BURGARD
PORTLAND, OR 97206

```
CURRENT PROPERTY OWNER
452 S. MAIN
WILLAMINA, OR 97396


CURRENT PROPERTY OWNER
500 FRONT ST.
GASTON, OR 97119


CURRENT PROPERTY OWNER
2525 BASELINE
CORNELIUS, OR 97113


CURRENT PROPERTY OWNER
4852 NORTH COAST HWY
NEWPORT, OR 97365


CURRENT PROPERTY OWNER
354 PACIFIC HWY S
COTTAGE GROVE, OR 97424


CURRENT PROPERTY OWNER
1667 IVY ST.
JUNCTION CITY, OR 97448


CURRENT PROPERTY OWNER
8718 SE STARK STREET
PORTLAND, OR 97216


CURRENT PROPERTY OWNER
1415 E. FIRST ST.
NEWBERG, OR 97132


CURRENT PROPERTY OWNER
12130 SW BROADWAY ST
BEAVERTON, OR 97005


CURRENT PROPERTY OWNER
3367 NE PORTLAND RD.
PORTLAND, OR 97217


CURRENT PROPERTY OWNER
LINTON TERMINAL
11400 NW ST. HELENS ROAD
PORTLAND, OR 97231
```

```
CURRENT PROPERTY OWNER
2748 SAN PABLO AVENUE
BERKELEY, WA 98222


CURRENT PROPERTY OWNER
1885 EAST 8TH STREET
CHICO, CA 95927


CURRENT PROPERTY OWNER
1456 N FARMERSVILLE RD.
FARMERSVILLE, CA 93223


CURRENT PROPERTY OWNER
405 CHEROKEE LANE
LODI, CA 95240


CURRENT PROPERTY OWNER
500 N 12TH
SACRAMENTO, CA 95814


CURRENT PROPERTY OWNER
13475 N JACK TONE RD.
LODI, CA 95240


CURRENT PROPERTY OWNER
8215 HIGHWAY 99
LOS MOLINOS, CA 96055


CURRENT PROPERTY OWNER
11625 HWY 99 E
RED BLUFF, CA 96080


CURRENT PROPERTY OWNER
1731 NILES AVENUE
BAKERSFIELD, CA 93304


CURRENT PROPERTY OWNER
136 CRESCENT ST
GREENVILLE, CA 95947


CURRENT PROPERTY OWNER
105 N HWY 1
GROVER BEACH, CA 93433
```

```
CURRENT PROPERTY OWNER
3230 E. HIGHWAY 140?
MERCED, CA 95340


CURRENT PROPERTY OWNER
848 NEWVILLE ROAD
ORLAND, CA 95963


CURRENT PROPERTY OWNER
488 WRIGHT AVENUE
RICHMOND, CA 94840


CURRENT PROPERTY OWNER
605 10TH STREET
MARYSVILLE, CA 95901


CURRENT PROPERTY OWNER
102 TABLE MOUNTAIN RD
OROVILLE, CA 95965


CURRENT PROPERTY OWNER
1850 MAIN ST
SUSANVILLE, CA 96130


CURRENT PROPERTY OWNER
2544 SANTA MARIA WAY
SANTA MARIA, CA 93433


CURRENT PROPERTY OWNER
701 S. YOSEMITE
OAKDALE, CA 95361


CURRENT PROPERTY OWNER
20820 BROADWAY
SONOMA, CA 95476


CURRENT PROPERTY OWNER
504 GRANDE AVENUE
ARROYO GRANDE, CA 93420


CURRENT PROPERTY OWNER
2440 MOONEY BLVD.
VISALIA, CA 93291
```

```
CURRENT PROPERTY OWNER
5190 SUN VALLEY DR.
SUN VALLEY, NV 89431


CURRENT PROPERTY OWNER
390 W. FRONT STREET
BATTLE MOUNTAIN, NV 89820


CURRENT PROPERTY OWNER
1819 GLENDALE RD
SPARKS, NV 89431


CURRENT PROPERTY OWNER
365 CORNELL
LOVELOCK, NV 89419


CURRENT PROPERTY OWNER
1589 HWY 395
MINDEN, NV 89423


CURRENT PROPERTY OWNER
1300 S. MAIN STREET
FALLON, NV 89408


CURRENT PROPERTY OWNER
990 S. WELLS RD
RENO, NV 89502


CURRENT PROPERTY OWNER
1801 NORTHWEST BLVD
COEUR D ALENE, ID 83814


CURRENT PROPERTY OWNER
710 E SELTICE WAY
POST FALLS, ID 83854


D..U. PETERBUILT & GMC
JAN W. YOST
5555 N LAGOON AVE.
P.O. BOX 3486
PORTLAND, OR 97208
```

DANIEL L. SCHLESSINGER
LOCKE LORD LLP
111 SOUTH WACKER DRIVE
CHICAGO, IL 60606


DAVE'S AUTO (NAMED AS PLP)
24311 56TH AVE W
MOUNTLAKE TERRACE, WA 98043


DAWN WELCH
11006 MAPLE LANE
LAKE STEVENS, WA 98258


DEPT OF INTERIOR
NBC DIVISION OF FINANCIAL MGMT
7401 WEST MANSFIELD AVE MS:D-
LAKEWOOD, CO 80235


DEPT. OF NATURAL RESOURCES
SOUTH PUGET SOUND REGION
ATTN: JORDANA BLACK
950 FARMAN AVENUE N.
ENUMCLAW, WA 98022-9282


DEPT. OF NATURAL RESOURCES
SOUTH PUGET SOUND REGION
ATTN: JORDANA BLACK
950 FARMAN AVENUE N.
ENUMCLAW, WA 98022-9282


DIBBLE ENGINEERING
1029 MAIN STREET
KIRKLAND, WA 98003


DIL TRUST AND DILLINGHAM SHIP
REPAIR & ALBINA SHIPYARD
KIRK WILKINSON
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560


DONALD CRAMER
3021 NE 72ND DR., STE 9
PMB43
VANCOUVER, WA 98661

DOTT MAR, INC.
C/O ANDREW ZABEL
100 N 35TH ST.
SEATTLE, WA 98103


EASTMAN CHEMICAL COMPANY
J. BRIAN FERGUSON
PRESIDENT
100 N EASTMAN ROAD
KINGSPORT, TN 37662


EDWARD HOSTMANN, INC.
EDWARD HOSTMANN
PRESIDENT
4500 SW KRUSE WAY, STE 100
LAKE OSWEGO, OR 97035


EL PASO COMPANY
DOUGLAS L. FOSHEE
PRESIDENT AND CEO
1001 LOUISIANA STREET
HOUSTON, TX 77002


ELKEM METALS INC.
GEIR KVEMMO
AIRPORT OFFICE PARK BLDG 2
400 ROUSER ROAD
MOON TOWNSHIP, PA 15108-2749


ELLEN D. FINE
ENVIRONMENTAL COVERAGE GROUP
CIGNA PROPERTY & CASUALTY CO.
P.O. BOX 41546
PHILADELPHIA, PA 19192-1546


ENVIRONMENTAL SCIENCE CORP
LAB SCIENCES
PO BOX 5003
LEBANON, TN 37088-5003


ENVIRONMENTAL TECHNOLOGIES
GROUP
1414 S SANGRE ROAD
STILLWATER, OK 74074

ENVIRONMENTAL WEST
EXPLORATIONS
PO BOX 11095
SPOKANE, WA 99211


EQUILON ENTERPRISES LLC
ANTHONY PALAGYI
10602 NE 38TH PL
SEATTLE, WA 98109


EQUITAS LIMITED
GLENN E BRACE, ESQ.
CLAIMS DEPARTMENT
33 ST MARY AXE
LONDON EC3A 8LL ENGLAND


EQUITAS LTD.
C/O RICHARD F. ALLEN, ESQ.
LANE POWELL SPEARS LUBERSKY
1420 FIFTH AVE, SUITE 4100
SEATTLE, WA 98101


ESCO CORPORATION
KEVIN S. THOMAS
VICE PRESIDENT
1650 NW NAITO PKWY SUITE 200
PORTLAND, OR 97209


EVOQUA WATER TECHNOLOGIES LLC
28563 NETWORK PLACE
CHICAGO, IL 60673-1285


EVRAZ INC. NA
LOREN DUNN, RIDDELL WILLIAMS
1001 4TH AVE. PLAZA, STE 4500
SEATTLE, WA 98154


EXIDE TECHNOLOGIES, INC.
ROBERT M. CARUSO
PRESIDENT
13000 DEERFIELD PKWY, BLDG 200
MILTON, GA 30004


EXXON MOBILE
SUSSMAN SHANK LLP
1000 SW BROADWAY, SUITE 1400
PORTLAND, OR 97205

EXXON MOBILE CO.
C/O MARK MEYERS
601 UNION ST. #4100
SEATTLE, WA 98101


EXXONMOBIL REFINING AND
SUPPLY COMPANY
3225 GALLOWS ROAD
FAIRFAX, VA 22037


EZ CORNER MART (NAMED AS PLP)
24325 56TH AVE W
MOUNTLAKE TERRACE, WA 98043


FARALLON CONSULTING
975 5TH AVENUE NW
ISSAQUAH, WA 98027


FEDERAL EXPRESS CORP
PO BOX 94515
PALATINE, IL 60094-4515


FISCHER PLBG, HTG & ROOTER COS
PO BOX 1637
LYNNWOOD, WA 98046


FMC CORPORATION
JOHN F. STILLMAN
ENVIRONMENTAL COUNSEL
1735 MARKET STREET
PHILADELPHIA, PA 19103


FOSS MARITIME COMPANY
FRANK WILLIAMSON
PRESIDENT
660 W. EWING STREET
SEATTLE, WA 98119


FOSTER POULTRY FARMS
RONALD FOSTER, CEO
1000 DAVIS STREET
LIVINGSTON, CA 95334

FREIGHTLINER CORPORATION
CHRIS PATTERSON, PRESIDENT
4747 N CHANNEL AVE.
PORTLAND, OR 97217


FRIEDMAN & BRUYA INC
3012 16TH AVE W
SEATTLE, WA 98119-2029


FRONT AVE. CORPORATION
JAY N. ZIDELL
PRESIDENT
3121 SW MOODY AVE.
PORTLAND, OR 97239


FRONT AVE. LLC
JAY ZIDELL
3121 SW MOODY AVE.
PORTLAND, OR 97239


FRONTIER
PO BOX 20550
ROCHESTER, NY 14602-0550


FTL, INC.
MARK MOUNSEY
PRESIDENT
3333 NORTHWEST 35TH AVENUE
PORTLAND, OR 97210


GALVANIZERS COMPANY
HESTER H. NAU
PRESIDENT
2406 NORTHWEST 30TH AVENUE
PORTLAND, OR 97210


GATEWAY TAVERN (NAMED AS PLP)
24309 56TH AVE W
MOUNTLAKE TERRACE, WA 98043


GATX TERMINALS CORP
ERIC CONRAD
WILLBRIDGE TERMINAL
1363 N GALLEY RD.
SAN PEDRO, CA 90731

GENERAL ELECTRIC COMPANY
THOMAS ANTANOFF
ONE RIVER ROAD
BUILDING 43-237
SCHENECTADY, NY 12345


GENERAL SERVICES ADMIN
BERNARD K. SCHAFER
OFFICE OF PROPERTY DISPOSAL
1800 F STREET NW
WASHINGTON, DC 20405


GEOFF ALEXANDER, ESQ.
CNA INSURANCE COMPANIES
P.O. BOX 906
MONMOUTH JUNCTION, NJ 08852-0906


GEORGIA PACIFIC
STEVE PETRIN
900 SW 5TH AVE.
GRASS VALLEY, CA 95949


GI TRUCKING COMPANY
AND ESTES EXPRESS LINES
MR. WILLIAM HUPP
3901 WEST BROAD STREET
RICHMOND, VA 23230


GLACIER NORTHWEST, INC.
G. ALLEN HAMBLEN
PRESIDENT AND CEO
2025 EAST FINANCIAL WAY
GLENDORA, CA 91741


GOLDENDALE ALUMINUM
BRETT WILCOX
101 SW MAIN ST. # 905
PORTLAND, OR 97204


GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM, PLL
PO BOX 1157
TACOMA, WA 98401

GOULD ELECTRONICS, INC.
JAMES F. CRONMILLER
ENVIRONMENTAL AFFAIRS
35129 CURTIS BLVD.
EASTLAKE, OH 44095


GREAT WESTERN CHEMICAL CO.
ROBERT H. MCCALL
808 SW 15TH AVE.
CA 95298


GS ROOFING PRODUCTS
LAUREN ALTERMAN
750 EAST SWEDESFORD ROAD
VALLEY FORGE, PA 19482


GUALCO LAW
400 CAPITOL MALL
ELEVENTH FLOOR
SACRAMENTO, CA 95814


GUATEMALA TODOS SANTOS
PRUDENTIA LORENZO MENDOZA
C/O SANTIAGO RAMIREZ
401 S 1ST
SHELTON, WA 98584


GUILD'S LAKE PROPERTIES, LLC
TERRY DESYLVIA
MANAGER/OWNER
1200 SOUTHWEST MAIN STREET
PORTLAND, OR 97205


GUNDERSON, LLC
ROBERT A. BRIDGERS
4350 NW FRONT AVE
PORTLAND, OR 97210


HENDREN TOW-BOAT CO., INC
FLOYD G. HENDREN
PRESIDENT
12751 NW SPRINGVILLE ROAD
PORTLAND, OR 97229

HERCULES, INC.
ISRAEL J. FLOYD
GENERAL COUNSEL
1313 NORTH MARKET STREET
WILMINGTON, DE 19894


HILL INVESTMENT COMPANY
MR. RAY AGOSTINO
1414 SOUTHWEST 3RD, SUITE 2202
PORTLAND, OR 97201


HUB INTERNATIONAL LLC
PO BOX 749672
LOS ANGELES, CA 90074-9672


HYDROCON ENVIRONMENTAL LLC
510 ALLEN ST
SUITE B
KELSO, WA 98626


ILENE MUNK
FOLEY & MANSFIELD
851 SW SIXTH AVE.
SUITE 1375
PORTLAND, OR 97204


IMACC CORPORATION
JOHN CUTT
PRESIDENT
5801 CHRISTIE AVENUE
EMERYVILLE, CA 94608


IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087-7128


IRVINE CORPORATE SERVICE TEAM
CT IRVINE SERVICE GROUP
2875 MICHELLE STE 100
IRVINE, CA 92606-1024


JAMES F MEEHAN, ESQ
DENNIS W. CAHILL
ARROWWOOD INDEMNITY COMPANY
3600 ARCO CORPORATE DRIVE
CHARLOTTE, NC 28272

JOHNSON CONTROLS, INC.
ALEX A. MOLINAROLI
5757 NORTH GREEN BAY AVE.
P.O. BOX 591
MILWAUKEE, WI 53201


JONES STEVEDORING COMPANY
CLAYTON R. JONES III
PRESIDENT
7245 WEST MARGINAL WAY SW
SEATTLE, WA 98106


JOSEPH STELLA
C/O SUSSMAN SHANK
PATRICK ROWE
1000 SE BROADWAY, SUITE 1400
PORTLAND, OR 97205


JUNE GREINER
15112 NE 30TH AVE
VANCOUVER, WA 98686


KAISER VENTURES LLC
TERRY L. COOK
KSC RECOVERY, INCORPORATED
3633 INLAND EMPIRE BLVD #480
ONTARIO, CA 91764


KAREN TRAEGER
LEGACY SITE SERVICES
6081 S. KEARNEY STREET
ENGLEWOOD, CO 80111


KIDDER MATTHEWS
12886 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168


KIM LE
11019 17TH AVE SW
SEATTLE, WA 98146


KINDER MORGAN
MICHAEL HANAK
5880 N.W. ST. HELENS ROAD
PORTLAND, OR 97210

```
KINDER MORGAN BULK TERMINALS
JASON MACK BROWN
500 DALLAS STREET, SUITE 1000
HOUSTON, TX 77002


KING COUNTY TREASURER
500 4TH AVE
6TH FLOOR ROOM 600
SEATTLE, WA 98104-2340


KING COUNTY TREASURY
500 4TH AVE
6TH FLOOR ROOM 600
SEATTLE, WA 98104-2340


KOPPERS INDUSTRIES, INC.
AMOS S. KAMERER
7450 NW ST. HELENS RD.
PORTLAND, OR 97210


LAKESIDE INDUSTRIES
CHARLES GASKILL
4850 NW FRONT AVE.
MAGALIA, CA 95954


LAMPROS PROPERTIES MANAGEMENT
ATTN: MARCUS LAMPROS
2357 NW IRVING
PORTLAND, OR 97210


LANDSBURT MINE SITE
PLP GROUP
PO BOX 10
31407 HWY 169
BLACK DIAMOND, WA 98010


LANGLEY-ST JOHNS PARTNERSHIP
PETER J. BRIX
14020 SE JOHNSON ROAD #201
MILWAUKEE, OR 97269


LINDA ANDERSON, AS PR OF THE
ESTATE OF IRWIN P. JESSEN
601 UNION STREET, SUITE 4100
SEATTLE, WA 98101-2380
```

LINNTON PLYWOOD ASSOCIATION
JIM STAHLEY
10504 NW ST. HELENS RD.
PORTLAND, OR 97231


LOCKHAVEN MARINA
2752 W COMMODORE WAY
SEATTLE, WA 98199


LOCKHAVEN MARINA
3030 W COMMODORE WAY
SEATTLE, WA 98199


LONG FAMILY
C/O STEVEN & LOUISE LONG
2818 NE CHERRY ROAD
VANCOUVER, WA 98663


MACDONALD-MILLER FACITILY
SOLUTIONS
PO BOX 47983
SEATTLE, WA 98146


MADIGAN SECURITY
P.O. BOX 1613
EDMONDS, WA 98020


MAIL FINANCE
DEPT 3682
PO BOX 123682
DALLAS, TX 75312-3682


MAR COM MARINE
TOM MAPLES
9070 NORTH BRADFORD ST.
PORTLAND, OR 97203


MAR COM, INC.
TOM MAPLES
9070 NORTH BRADFORD ST.
PORTLAND, OR 97203


MARDILYN SAATHOFF
NW NATURAL
220 NW SECOND AVENUE
PORTLAND, OR 97209

MARINE FINANCE CORPORATION
STEVE ANDREWS
8444 NW ST. HELENS RD.
PORTLAND, OR 97231


MARINE SALVAGE CONSORTIUM
J. H. LEITZ
PRESIDENT
6211 N ENSIGN
PORTLAND, OR 97217


MARINE SERVICE & SUPPLY
2737-B W COMMODORE WAY
SEATTLE, WA 98199


MARINE SERVICE & SUPPLY
C/O RUSS TROMBLEY
2737 W COMMODORE WAY "B"
SEATTLE, WA 98042


MARITIME ADMINISTRATION
MICHAELA NOBLE
OFFICE OF CHIEF COUNSEL
1200 NEW JERSEY AVE.
WASHINGTON, DC 20590


MASON COUNTY TREASURER
411 N 5TH BUILDING 1
PO BOX 429
SHELTON, WA 98584-0429


MATTHEW ROSE
BURLINGTON NORTHERN RAILROAD
2650 LOU MENK DR.
FORT WORTH, TX 76131


MCCALL OIL AND CHEMICAL CORP.
JAMES CHARRIERE
PRESIDENT
5480 N FRONT AVENUE
PORTLAND, OR 97210


MCCORMICK & BAXTER
CHARLES R. MCCORMICK III
6900 N EDGEWATER
PORTLAND, OR 97208

MCGINLEY & ASSOCIATES
815 MAESTRO DRIVE
RENO, NV 89511


METRO REGIONAL GOVERNMENT
APRIL OLBRICH
600 NE GRAND AVE.
PORTLAND, OR 97232


MICHAEL DINENBERG
BRANDYWINE HOLDINGS
510 WALNUT ST
WBI IE
PHILADELPHIA, PA 19106


MICHAEL DINENBERG
RESOLUTE MANAGEMENT
UNITED PLAZA
30 S 17TH ST, SUITE 700
PHILADELPHIA, PA 19103


MMGL LLC
34407 DUPONT BLVD, SUITE 6
FRANKFORD, DE 19945


MOREC FRONT, LLC
MR. JIM CHARRIERE
5480 NORTHWEST FRONT AVENUE
PORTLAND, OR 97210


MORSE BROTHERS
JEFF STEYAERT
ENVIRONMENTAL/PERMITS
12222 NW MARINA
PORTLAND, OR 97231


MOTORIST INSURANCE GROUP
C/O TREY HENEGAR
471 E. BROAD ST.
COLUMBUS, OH 43215


MOUNTAIN MIST
P.O. BOX 844477
SEATTLE, WA 98124-5747

MR. RICHARD S. CROMWELL
REINSURANCE GROUP MANAGERS LTD
71-77 LEADENHALL STREET
LONDON EC3A 2PQ ENGLAND


MR. STEVE LONG
2818 NE CHERRY RD.
VANCOUVER, WA 98663


MS. CORI AMSTED
15990 SW ROY ROGERS RD.
SHERWOOD, OR 97140


MS. JOYCE PAETH
C/O ROBERT HUGHES
2916 NW 133RD ST.
VANCOUVER, WA 98685


MS. JUNE GREINER
15112 NE 30TH AVE.
VANCOUVER, WA 98686


MULTNOMAH COUNTY
TAX COLLECTOR
PO BOX 2716
PORTLAND, OR 97208-2716


MUTUAL OF ENUMCLAW
1460 WELLS ST.
ENUMCLAW, WA 98022


NACM
P.O. BOX 21966
SEATTLE, WA 98111-3966


NAVIA BENEFITS
FLEX PLAN SERVICES
P.O. BOX 53250
BELLEVUE, WA 98015-3250


NDEP
901 S. STEWART ST.
CARSON CITY, NV 89701

NEW ENGLAND REINSURANCE CORP.
TOMMY MICHAELS
CLAIM AND LEGAL MANAGEMENT SVC
1510 FEDERAL ST.
BOSTON, MA 02110


NEXXPOST
5200 SOUTHCENTER BLVD
SUITE 140
SEATTLE, WA 98188


NEZ PERCE TRIBE
ATTN:: ANJEE TOOTHAKER
PO BOX 365
LAPWAI, ID 83540


NIBLICK CORPORATION
JERRY HAUSER
PRESIDENT
30949 SOUTHEAST BLUFF ROAD
GRESHAM, OR 97080


NICHOLS MARINE WAYS, INC.
ARCHIE NICHOLS
PRESIDENT
1957 LANCASTER ROAD
FREELAND, WA 98249


NIGHTHAWK SECURITY
C/O MADIGAN SECURITY
P.O. BOX 1613
EDMONDS, WA 98020


NL INDUSTRIES, INC.
ROBERT D. GRAHAM
VICE PRESIDENT
5430 LBJ FREEWAY SUITE 1200
DALLAS, TX 75240-2697


NOAA FISHERIES
1201 NE LLOYD BLVD
SUITE 1100
PORTLAND, OR 97232


NORTHERN WATERS INC
PO BOX 1293
EDMONDS, WA 98020

NORTHWEST NATURAL GAS CO.
SANDRA HART
DIRECTOR RISK ENVIRONMENT/LAND
220 NW 2ND AVE.
PORTLAND, OR 97209


NORTHWEST PIPE COMPANY
BRIAN W. DUNHAM
PRESIDENT
200 SW MARKET ST. SUITE 1800
PORTLAND, OR 97201


NORTHWEST SECURITY SERVICES,
INC.
14824 WESTMINSTER WAY N
SEATTLE, WA 98133-6437


NORWEST ENGINEERING
4110 NE 122ND SUITE 207
PORTLAND, OR 97230


NUSTAR ENERGY L.P.
C/O RENE ROBINSON
2941 NAVY DRIVE
STOCKTON, CA 95670


NUSTAR ENERGY, L.P.
C/O RENE ROBINSON
2941 NAVY DRIVE
STOCKTON, CA 95206


OLYMPIC PIPE LINE COMPANY
BOBBY TALLEY
PRESIDENT
2201 LIND AVE. SW
RENTON, WA 98055


OREGON DEPT OF FISH & WILDLIFE
ATTN: REVENUE TECHNICIAN
4034 FAIRVIEW INDUSTRIAL DR SE
SALEM, OR 97302-1142


OREGON DEPT. OF STATE LANDS
775 SUMMER ST. NE #100
SALEM, OR 97301-1279

OREGON STEEL MILLS
C/O MICHAEL R. SEIDL
SEIDL LAW OFFICES, PC
806 S.W. BROADWAY, SUITE 400
PORTLAND, OR 97205


OREGON STEEL MILLS, INC.
DREW GILPIN
P.O. BOX 2760
PORTLAND, OR 97208


ORKIN
P.O. BOX 7161
PASADENA, CA 91109-7161


OUTDOOR FENCE COMPANY
2780 19TH STREET SE
SALEM, OR 97302


OWENS COMING
THOMAS BRUNGARD
ONE OWENS COMING PKWY 3G
TOLEDO, OH 43659


PACCAR
777 106TH AVE NE
BELLEVUE, WA 98004


PACE ANALYTICAL SERVICES INC
PO BOX 684056
CHICAGO, IL 60695-4056


PACIFICORP
GREGORY E. ABEL
CHAIRMAN AND CEO
825 NORTHEAST MULTNOMAH ST.
PORTLAND, OR 97232


PAETH FAMILY
C/O ROBERT M. HUGHES
2916 NW 133RD ST.
VANCOUVER, WA 98685

```
PALMCO/MITSUBUSHI CORP.
C/O RICHARD GLICK
DAVIS WRIGHT TREMAINE LLP
1300 SW FIFTH AVE. SUITE 2300
PORTLAND, OR 97201


PALMER COKING COAL
C/O WILLIAM KOMBEL
PO BOX 10
31407 HWY 169
BLACK DIAMOND, WA 98010


PARAMOUNT PETROLEUM CORP.
WILLIAM L. THORPE
SENIOR VICE PRESIDENT
14700 DOWNEY AVENUE
PARAMOUNT, CA 90723


PARATEX
P.O. BOX 34560
SEATTLE, WA 98124-1560


PETROSUN/PACIFIC CONVENIENCE
& FUEL, C/O WALTER SPRAGUE
PO BOX 11537
PLEASANTON, CA 94588


PHILIP S. CHOI
8320 CANYON ROAD
PUYALLUP, WA 98371


PHILLIPS 66 COMPANY
RICH SOLOMON
3900 KILROY AIRPORT WY STE 210
LONG BEACH, CA 90806


PHILLIPS 66 OIL CO.
PO BOX 4428
HOUSTON, TX 77210


PHILLIPS PETROLEUM CO.
2423 LIND AVE SW
RENTON, WA 98057
```

PIGOTTI PROPERTIES MARKET LLC
C/O HOULLIHAN LAW
100 N 35TH STREET
SEATTLE, WA 98103


PIGOTTI PROPERTIES MARKET, LLC
C/O HOULIHAN LAW
100 N 35TH STREET
SEATTLE, WA 98103


PLUM CREEK TIMBERS
999 3RD AVE.
SEATTLE, WA 98104


PORT OF PORTLAND
C/O BEVERLY PEARMAN
7200 NE AIRPORT WAY
PORTLAND, OR 97218


PORT OF PORTLAND
C/O DAVID L. BLOUNT
LANDYE BENNETT BLUMSTEIN, LLP
1300 SW FIFTH AVENUE, STE 3500
PORTLAND, OR 97201


PORT OF PORTLAND
TOM BISPHAM
ENVIRONMENTAL SERVICES
P.O. BOX 3529
PORTLAND, OR 97208


PORT OF STOCKTON
3015 NAVY DRIVE
STOCKTON, CA 95206


PORT OF TACOMA
ONE SITCUM PLAZA
TACOMA, WA 98421


PORTLAND GENERAL ELECTRIC
DENNIS NORTON
121 SW SALMON ST.
PORTLAND, OR 97204

PORTLAND TERMINAL
10350 N. TIME OIL ROAD
PORTLAND, OR 97203


PORTLAND TERMINAL RAILROAD CO.
RUSS HULIHAN
GENERAL MANAGER
3500 NORTHWEST YEON AVE.
PORTLAND, OR 97210


PORTLAND WATER BUREAU
PO BOX 4216
PORTLAND, OR 97208-4216


PREMERA
P.O. BOX 91060
SEATTLE, WA 98111


PROPERTY TAX ANALYTICS INC
1 MOUNT JEFFERSON TERRACE
SUITE 105
LAKE OSWEGO, OR 97035-8000


PROTECTIVE SYSTEMS INC
PO BOX 1017
SPOKANE, WA 99210-1017


R.B. PAMPLIN CORPORATION
ROBERT PAMPLIN, JR.
PRESIDENT
900 SW 5TH AVENUE
PORTLAND, OR 97204


RECOLOGY
P.O. BOX 34260
SEATTLE, WA 98124


REINSURANCE GROUP MANAGERS LTD
C/O RICHARD F. ALLEN, ESQ.
LANE POWELL SPEARS LUBERSKY
1420 FIFTH AVE, STE 4100
SEATTLE, WA 98101


REPUBLIC SERVICES
P.O. BOX 78829
PHOENIX, AZ 85062-8829

RESPONZA - IT SERVICES
P.O. BOX 80305
SEATTLE, WA 98101


RICOH USA INC
PO BOX 31001-0850
ABBEVILLE, GA 31001-0850


RIEDEL INTERNATIONAL INC.
ARTHUR A. RIEDEL
3600 WHISKEY CREEK ROAD
TILLAMOOK, OR 97141


RIVERS EDGE ENVIRONMENTAL
SERVICES INC
19210 268TH AVE SE
MAPLE VALLEY, WA 98038


RK STORAGE
ROGER CROFT
10937 NW FRONT AVE
PORTLAND, OR 97231


RO-MAR TRANSPORTATION SYSTEMS
DONNA MARDEN
VICE PRESIDENT & TREASURER
3500 SOUTH KEDZIE AVENUE
CHICAGO, IL 60632


ROBERT M HUGHES CLIENT'S
TRUST
C/O ROBERT M HUGHES, ESQ
2916 NW 133RD ST
VANCOUVER, WA 98685


ROMAR REALTY OF OREGON, INC.
C/O ROBERT L. COPE
1730 M ST. N.W., SUITE 400
WASHINGTON, DC 20036


ROSS ISLAND SAND & GRAVEL CO.
A. CHARLES STEINWANDEL
PRESIDENT
4315 SE MCLOUGHLIN BLVD.
PORTLAND, OR 97202

RUDIE WILHELM WAREHOUSE CO.
ALEXANDRA WILHELM HENDRICKS
PRESIDENT
2400 SOUTHEAST MAILWELL DRIVE
PORTLAND, OR 97222


RUSCO, INC. DBA DURA INDUSTRIE
DEL STEPHENS
PRESIDENT
4466 NORTHWEST YEON AVENUE
PORTLAND, OR 97210


RYERSON, INCORPORATED
MICHAEL C. ARNOLD
PRESIDENT & CEO
2621 WEST 15TH PLACE
CHICAGO, IL 60608


SAGE PEACHTREE
1715 NORTH BROWN RD.
LAWRENCEVILLE, GA 30043


SAMUELSON PROPERTIES, L.P
REID G. SAMUELSON
RE: FOSTER POULTRY FARMS
5000 EDENHURST AVENUE
LOS ANGELES, CA 90039


SCHNITZER INVESTMENT CORP.
KENNETH M. NOVACK
PRESIDENT
3200 NW YEON AVE.
PORTLAND, OR 97296-0047


SCHNITZER STEEL INDUSTRIES
299 SW CLAY, SUITE 350
PORTLAND, OR 97201


SCHNITZER STEEL INDUSTRIES
JOHN D. CARTER
PRESIDENT AND CEO
3200 NW YEON AVENUE
PORTLAND, OR 97296

SCOTT BROTHERS OIL, INC.
C/O STEPHEN TAN
CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WA 98101


SEUNG J YPP
6334 MEADOWS ROAD
LAKE OSWEGO, OR 97305


SHAVER TRANSPORTATION
JEANNE SINNOTT
MILLER NASH, LLP
111 S.W. FIFTH AVENUE
PORTLAND, OR 97204-3699


SHAVER TRANSPORTATION COMPANY
STEVE R. SHAVER
PRESIDENT
4900 NW FRONT AVE.
PORTLAND, OR 97210


SHELL OIL CO.
C/O LAWRENCE B. BURKE
DAVIS WRIGHT TREMAINE, LLP
1300 SW FIFTH AVENUE, STE 2300
PORTLAND, OR 97201


SHELL OIL CO., C/O CBRE
280 POST OAK BLVD., SUITE 2300
HOUSTON, TX 77056


SHELL OIL COMPANY
MR. WILLIAM E. PLATT III, ESQ.
SENIOR MANAGER
910 LOUISIANA, SUITE 685
HOUSTON, TX 77002


SHIPYARD COMMERCE CENTER
ALAN SPROTT
VICE PRESIDENT
5555 NORTH CHANNEL AVENUE
PORTLAND, OR 97217

SHORE TERMINALS, LLC
NUSTAR ENERGY L.P.
C/O REBECCA FINK, ESQ.
2330 NORTH LOOP 1604 WEST
SAN ANTONIO, TX 78248


SHRED-IT USA
28883 NETWORK PLACE
CHICAGO, IL 60673-1288


SILTONIC CORPORATION
NEIL NELSON
PRESIDENT & CEO
?7200 NW FRONT AVE. M/S
PORTLAND, OR 97210-3676


SILTRONIC CORPORATION
MYRON BURR
7200 NW FRONT AVENUE
PORTLAND, OR 97210


SMURFIT-STONE CONTAINER
ENTERPRISES INC.
NINA E. BUTLER
3700 CRESTWOOD PKWY STE 850
DULUTH, GA 30096


SNOHOMISH COUNTY TREASURER
3000 ROCKEFELLER AVE
M/S #501
EVERETT, WA 98201-4060


SNOHOMISH COUNTY TREASURY
3000 ROCKEFELLER AVE
M/S #501
EVERETT, WA 98201-4060


SOTORIOS TSAKONAS
15515 SE 55TH PLACE
BELLEVUE, WA 98006


SPC PROPERTIES LLC AND
STEINFELF PRODUCTS COMPANY
GREGG L. ENGLES
2711 N HASKELL AVE, STE 3400
DALLAS, TX 75204

STANDARD STEEL PROPERTY LLC
BRIAN SONNENBERG
3441 NORTHEAST GUAM STREET
PORTLAND, OR 97210


STANTEC
19101 36TH AVE. WEST
LYNNWOOD, WA 98036


STANTEC, INC.
C/O REBEKAH BROOKS
HYDROGEOLOGY
4100 194TH ST. SW, SUITE 400
LYNNWOOD, WA 98036-4613


STARLINK LOGISTICS/BAYER
CROPSCIENCE
JOHN WICHTRICH
ONE COPLEY PARKWAY, SUITE 309
MORRISVILLE, NC 27560


STATE OF CALIFORNIA BOARD
OF EQUALIZATION
PO BOX 942879
SACRAMENTO, CA 94279-0056


STATE OF OREGON
DEPT OF STATE LANDS
775 SUMMER ST NE #100
SALEM, OR 97301-1279


STATE OF OREGON
DEPT OF ENVIRONMENTAL QUALITY
700 NE MULTNOMAH ST SUITE 600
PORTLAND, OR 97232-4100


STATE OF OREGON
LOUISE C. SOLLIDAY
DEPARTMENT OF STATE LANDS
775 SUMMER ST. NE SUITE 100
SALEM, OR 97301-1279


STATE OF OREGON DOT
MATTHEW GARRETT
DIRECTOR
355 CAPITOL ST. NE
SALEM, OR 97301-3871

STEELHAMMER PROPERTIES LLC
TOM LEAPTROTT
8524 NORTH CRAWFORD STREET
PORTLAND, OR 97203


STEVEN & LOUISE LONG
2818 NE CHERRY ROAD
VANCOUVER, WA 98666


SULZER PUMPS (US), INC.
KATI BABINEC
MANAGER, LEGAL
200 SW MARKET STREET, 4TH FL.
PORTLAND, OR 97201


SUMMIT PROPERTIES, INC.
YOSHIO KUROSAKI, PRESIDENT
5550 SOUTHWEST MACADAM AVE.
SUITE 205
PORTLAND, OR 97239


T & C MINI MARKET, INC.
C/O MARK TRAN
927 E 4TH AVE.
OLYMPIA, WA 98506


TACOMA CITY TREASURER
PO BOX 11010
TACOMA, WA 98411-1010


TESORO C/O DARRELL FAH
3003 NAVY DRIVE
STOCKTON, CA 95206


TESORO REFINING MARKETING AND
SUPPLY CO.
C/O DARRELL FAH
3003 NAVY DRIVE
STOCKTON, CA 95206


TESTAMERICA LABORATORIES INC
PO BOX 204290
DALLAS, TX 75320-4290

THE COMPLETE LINE
15335 NE 95TH ST
REDMOND, WA 98052-5586


THE MARINE GROUP, LLC
ARTHUR E. ENGEL
MANAGING MEMBER/PRESIDENT
997 G STREET
CHULA VISTA, CA 91910


THE VALSPAR CORPORATION
RONDA P. BAYER
ASSOCIATE GENERAL COUNSEL
1101 SOUTH THIRD STREET
MINNEAPOLIS, MN 55415


THOMSON REUTERS
WEST PAYMENT CENTER
PO BOX 6292
CAROL STREAM, IL 60197-6292


THURSTON COUNTY TREASURER
2000 LAKERIDGE DR. SW
OLYMPIA, WA 98502-6080


TIDEWATER ASSOC. OIL CO.
7 WEST TENTH ST.
WILMINGTON, DE 19803


TIME OIL COMPANY
KEVIN MURPHY
2737 W. COMMODORE WAY
SEATTLE, WA 98199


TOSCO CORP.
MARTIN CRAMER
5528 NW DOANE AVE.
PORTLAND, OR 97210


TOTAL FUNDS BY HASLER
PO BOX 30193
TAMPA, FL 33630-3193

TOYOTA MOTOR SALES, U.S.A
YOSHIMI INABA
CHAIRMAN AND CEO
19001 SOUTH WESTEM AVENUE
TORRANCE, CA 90501


TREEHOUSE FOODS, INC.
SAM K. REED
TWO WESTBROOK CORPORATE CENTER
SUITE 1070
WESTCHESTER, IL 60154


TROY GROUP , INC
3 BRYAN DRIVE
WHEELING, WV 26003


TUBE FORGINGS OF AMERICA, INC.
JAY N. ZIDELL
3121 SW MOODY AVE.
PORTLAND, OR 97239


U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL ENFORCEMENT
P.O. BOX 7611
WASHINGTON, DC 20044-7611


U.S. NAVY
ROSLYN T. TOBE
720 KENNON ST., SE BLDG. 36
ROOM 233
WASHINGTON NAVY YARD, DC 20374


U.S. RECONSTRUCTION FINANCE
?1500 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20220


UNION CARBIDE CORPORATION
JOHN R. DEARBORN
PRESIDENT
400 W. SAM HOUSTON PKWY S.
HOUSTON, TX 77042-1203


UNION OIL COMPANY
REGISTERED AGENT:
CORPORATION SERVICE COMPANY
285 LIBERTY STREET N.E.
SALEM, OR 97301

UNION PACIFIC RAILROAD
BOB MARKWORTH
1416 DODGE ST.
OMAHA, NE 68179


UNITED STATES FIRE INSURANCE
COMPANY
MINDY POTASHKIN
305 MADISON AVENUE
MORRISTOWN, NJ 07960-1904


UNIVAR USA, INC.
GEORGE SYLVESTER
32131 STEVENS WAY
CONIFER, CO 80433


UNOCAL CORPORATION
RON SCHWAH
376 S. VALENCIA AVE.
BREA, CA 92823


US ARMY CORPS OF ENGINEERS
CAROLYN MARKOS
RE: US MOORINGS FACILITY
8010 NW. ST HELENS RD.
PORTLAND, OR 97210


US BONNEVILLE POWER
ADMINISTRATION
RANDY ROACH
905 NE 11TH AVE.
PORTLAND, OR 97232


US COAST GUARD
ROY CLARK
2000 EMBARCADERO SUITE 200
OAKLAND, CA 94606


US EPA, REGION 10
200 SIXTH AVENUE, SUITE 900
SEATTLE, WA 98101


US FISH & WILDLIFE
2600 SE 98TH AVENUE, SUITE 100
PORTLAND, OR 97266

UTILITIES UNDERGROUND LOCATION
CENTER
PO BOX 3701
SEATTLE, WA 98124-3701


VIVOLO FAMILY LLC
JOYCE ZIKER PARKINSON, PLLC
C/O IAN SUTTON
1601 FIFTH AVENUE, SUITE 2040
SEATTLE, WA 98101


VORTEX INDUSTRIES INC
FILE 1095
1801 W OLYMPIC BLVD
PASADENA, CA 91199-1095


WASHINGTON ALARM
2030 AIRPORT WAY S
SEATTLE, WA 98134-1603


WASHINGTON DENTAL/DELTA DENTAL
P.O. BOX 84885
SEATTLE, WA 98124


WATUMULL PROPERTIES CORP.
JD WATUMULL
VICE PRESIDENT
307 LEWERS ST SUITE 600
HONOLULU, HI 96815


WDOE
C/O MOSHEN KOUREHDER
SOUTHWEST REGIONAL OFFICE
P.O. BOX 47775
OLYMPIA, WA 98504


WDOE
JEROME CRUZ
3190 160TH AVE., SE
BELLEVUE, WA 98008


WEST & ASSOCIATES
ENGINEERS INC
PO BOX 5891
VACAVILLE, CA 95696

WESTERN FIRE & SAFETY CO
2446 NW MARKET ST
SEATTLE, WA 98107


WESTINGHOUSE ELECTRIC CORP.
WILLIAM D. WALL
VICE PRESIDENT
11 STANWIX STREET
PITTSBURGH, PA 15222


WILHELM TRUCKING COMPANY
ROBERT J. WILHELM, SR.
PRESIDENT
3250 NW ST. HELENS ROAD
PORTLAND, OR 97210


WILLAMETTE-WESTERN  CORP.
ARTHUR A. RIEDEL
3600 WHISKEY CREEK RD
PO BOX 910
TILLAMOOK, OR 97141


WMR LLC
DAVIS PROPERTY & INVESTMENT
JEFF DAVIS
22757 72ND AVENUE S., #E-106
KENT, WA 98032


Z EXPLORATIONS, INC.
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801


ZIDELL COMPANIES
JAY N. ZIDELL
PRESIDENT
3121 S.W. MOODY AVENUE
PORTLAND, OR 97239


ZIDELL MARINE CORPORATION
C/O MARK P. REEVE
REEVE KEARNS PC
610 S.W. ALDER STREET, STE 910
PORTLAND, OR 97205

ZRZ REALTY COMPANY
JAY N. ZIDELL
PRESIDENT
3121 S.W. MOODY AVENUE
PORTLAND, OR 97239

# EXHIBIT TO VOLUNTARY PETITION QUESTION #12 – REAL/PERSONAL PROPERTY THAT NEED IMMEDIATE ATTENTION

**Exhibit to Voluntary Petition Question #12 – Real/Personal Property That Need Immediate Attention**

Properties with ongoing projects:

| | |
|---|---|
| 4403 NE St. James Road<br>Vancouver, WA<br><br>**Associated Properties:**<br><br>3314 NE 44TH St, Vancouver, WA 98663<br>4306 NE St. James Rd., Vancouver, WA 98661<br>3311 NE 44th St., Vancouver, WA 98663<br>3303 NE 44th St., Vancouver, WA 98663<br>2815 NE 42nd St., Vancouver, WA 98663<br>2818 NE Cherry Rd., Vancouver, WA 98663 | Environmental Consultant<br>AMEC Foster Wheeler c/o Jack Spadaro<br>7376 SW Durham Rd.<br>Portland, OR 97224<br>(503)941-4019<br><br>WDOE c/o Moshen Kourehder (State Agency)<br>Southwest Regional Office<br>P.O. Box 47775<br>Olympia, WA 98504 |

**(01-115)** The debtor (TOC Holdings, Co.), under the oversight of the Washington State Department of Ecology, is currently operating a source control measure that prevents or minimizes discharge of contaminated groundwater to Burnt Bridge Creek (Arnold Park) located at the distal portion of the hydrocarbon plume (2818 NE Cherry Road, Vancouver, WA).

The groundwater recovery and treatment system, located at 2818 NE Cherry Road, was installed in the Distal Plume Area to capture the petroleum plume and minimize or stop surface water flow at impacted groundwater seeps.

The groundwater recovery system consists of eight pumping wells (PW-1 through PW-8) and a groundwater interception trench, all of which are connected by piping to a collection vault and treatment compound.

The extracted groundwater is treated with granular activated carbon (GAC). The treated water is discharged to Burnt Bridge Creek under National Pollution Discharge Elimination System (NPDES) Permit Number WA0040967.

Failure to continue to operate the source control measure may result in discharge of contaminated groundwater to Burnt Bridge Creek and sediments downstream from the discharge.

AMEC has been prefunded to continue these services until May 16, 2017.

{ 1 }

| | |
|---|---|
| 712 Ave. D<br>Snohomish, WA | Dawn Welch, Owner<br>11006 Maple Lane<br>Lake Stevens, WA 98258<br><br>Counsel for Ms. Welch:<br>Cascadia Law Group, PLLC<br>c/o Valerie K. Fairwell<br>1201 3rd Ave., Suite 320<br>Seattle, WA 98101<br><br>Environmental Consultant:<br>Hydrocon, LLC<br>Craig Hultgren<br>510 Allen St.<br>Kelso, WA 98626<br>(360)703-6079 |

**(01-817)** The debtor (TOC Holdings Co), through its environmental consultant, Hydrocon LLC, and under the oversight of the Washington State Department of Ecology ("DOE"), is currently designing a source control measure that will prevent or minimize the migration of contaminated groundwater from 712 Ave. D, Snohomish, WA to the adjoining property 714 Ave. D, Snohomish, WA and the adjacent right-of-way (note: 714 Ave D has recently received a "property-specific" No further Action Determination from DOE).

Complete site characterization (aquifer testing and remedial system design) is necessary to finish developing a comprehensive remedial strategy to address contaminated soil and groundwater at the 712 Ave. D property and to prevent the migration of contaminated groundwater to the adjacent properties (i.e. 714 Ave D) during treatment. Hydrocon, LLC has been prefunded to complete the investigative activities (recovery well and system design) necessary to complete these objectives.

| | |
|---|---|
| 804 Market Street<br>Kirkland, WA 98033 | Pigotti Properties Market, LLC, Owner<br>c/o Houlihan Law<br>100 N 35th Street<br>Seattle, WA 98103<br><br>Environmental Consultant:<br>Hydrocon<br>Craig Hultgren<br>510 Allen St.<br>Kelso, WA 98626<br>(360)703-6079<br><br>City of Kirkland, Co-Debtor<br>c/o Philip Vartanian<br>123 Fifth Ave<br>Kirkland, WA 98003 |

**(01-400)** The debtor (TOC Holdings Co), through its environmental contractor, Hydrocon, and under the oversight of the Washington State Department of Ecology, is currently developing a source control measure that will prevent or minimize the further migration of contaminated groundwater from 804 Market St., Kirkland, WA to the adjacent right-of-ways (ROW) at the intersection of Market St. and 8th Ave., Kirkland, WA. Complete site characterization (aquifer and soil testing along with remedial system design) is necessary to develop a comprehensive remedial strategy so that the remaining Potentially Liable Parties (PLPs) can proceed with site remediation. Accordingly, Hydrocon has been prefunded to complete the site characterization investigation.

| Portland Terminal PCP | Stantec, Inc. |
| Portland Terminal Phase III | c/o Rebekah Brooks |
| Portland Harbor | Hydrogeology |
| | 4100 194th St. SW, Suite 400 |
| | Lynnwood, WA 98036-4613 |

**(03-610 II, 03-610 III and 03-610 PH)**

The debtor (TOC Holdings Co), under the oversight of the Oregon Department of Environmental Quality, is currently operating a source control measure that prevents or minimizes discharge of contaminated groundwater to the Portland Harbor Superfund Site. Contaminated groundwater is pumped to an on-site treatment plant. The treated water is then discharged to the City of Portland sanitary sewer. Failure to continue operation of the source control measure may result in the discharge of contaminated groundwater to Willamette River surface water and sediments within the Portland Harbor Superfund Site. Stantec has been prefunded to continue these services until May 16, 2017.

The Seattle terminal (at 2750 W Commodore Way) has a valuable Long term lease of waterway for the dock on Parcel #112503-9120 with the Washington Department of Natural Resources. The annual lease payment is $5,000.00. The next annual lease payment is due on or before 5/31/2017 or the lease will be deemed expired. If annual payments are made the current lease term expires on 5/31/2021.

DNR Lease - Seattle Terminal
Dept. of Natural Resources
South Puget Sound Region
Attn: Jordana Black
950 Farman Avenue N
Enumclaw, WA 98022-9282
253.880.6612

Jordanna.black@dnr.wa.gov
www.dnr.wa.gov

# EXHIBIT TO SCHEDULE B – PERSONAL PROPERTY – QUESTION #7 – DEPOSITS AND PREPAYMENTS

## EXHIBIT TO SCHEDULE B – PERSONAL PROPERTY – QUESTION #7

<u>Deposits and Prepayments</u>

The debtor is a signatory to several participation agreements associated with the resolution of environmental liabilities. Pursuant to each of these agreements, periodic assessments are made to raise funds, which are then drawn off pursuant to fund activities required by the agreements. Under each of these agreements, the terms of all of which are confidential, withdrawing participants have no right to a refund of previously assessed and paid costs.

1. Lower Willamette Group ("LWG") Participation Agreement assessments.

   At present, we believe that TOC's share of LWG held funds is approximately $70,000. Under the terms of the agreement, TOC is not entitled to withdraw these funds. We expect the LWG Participation Agreement to terminate some time in 2018. At that time, TOC Holdings would be entitled to a refund of any remaining funds on a proportionate basis. Currently, we estimate this may be about $9,000; however, the LWG will not receive EPA's final billing until approximately April 2018, and so actual refunds, if any, are unknown.

2. Portland Harbor Federal Superfund Site Participation and Common Interest ("PCI") Agreement assessments.

   In late 2016, TOC paid a $15,500 assessment pursuant to the PCI Agreement. Funds raised through this assessment have been mostly spent; an additional assessment for $16,200 was made on March 27. This assessment, which has not been paid, is due May 11, 2017.

3. Portland Harbor Natural Resource Trustee ("NRT") Council Funding and Participation Agreements ("FPA") for Portland Harbor Injury Assessment.

   TOC has provided funds toward a cooperative natural resource damage under two funding agreements (Phase 2 FPA and Path C settlement process). Both agreements provide than any funding not expended by the NRTs in the cooperative assessment process would be credited against the Potentially Responsible Party's ("PRP"*) natural resource damage liability. Neither agreement allows for refunding of any excess funds at any time.

4. Portland Harbor Natural Resource Damage Allocation Participation Agreement.

   No assessments have been made since 2011. We are unsure what, if any, funds remain.

   *also known as Potentially Liable Party or PLP's under Motca

{ 5 }

# EXHIBIT TO SCHEDULE B – PERSONAL PROPERTY – QUESTION #11 – ACCOUNTS RECEIVABLES

**EXHIBIT TO SCHEDULE B - PERSONAL PROPERTY - QUESTION #11 - ACCOUNTS RECEIVABLE**

| | Accounts Receivable | Face Amount | Uncollectible | Current value | Notes |
|---|---|---|---|---|---|
| 11a | 90 days or less | | | $    770,241 | |
| 11b | Over 90 days | | | $      19,362 | |
| Part 3 Line 12 | | | TOTAL OF PART 3 | $    789,603 | |

**Detail of A/R:**

| | | | | | |
|---|---|---|---|---|---|
| | C N A Insurance Resolute Management Inc. 1314 Douglas Street Suite 1400 Omaha, NE  68102-1944 | | | $    768,740 | Due 1/10/2018 - $ 384,580 Due 1/10/2019 - $ 384,160 |

*Coverage Claim Settlement Payment - Total represents two annual installments owed on or before January 10th of each year*

| | | | | | |
|---|---|---|---|---|---|
| | Motorists Commercial Mutual Ins Co. Attention:  Trey Henegar Motorists Insurance Group 471 E Broad Street Columbus, Ohio  43215 | | | $      19,588 | Environmental cost share |

*Respective billed but unpaid cost share obligations regarding Amboy*

| Accounts Receivable | Face Amount | Uncollectible | Current value | Notes |
|---|---|---|---|---|
| Mutual of Enumclaw<br>C/O hackett Beecher & Hart<br>1601 5th Avenue    Suite 2200<br>Seattle, WA  98101-1651 | | $ | 150 | Environmental cost share |

*Respective billed but unpaid cost*
*share obligations regarding Amboy*

| Accounts Receivable | Face Amount | Uncollectible | Current value | Notes |
|---|---|---|---|---|
| Stephen Abendroth*<br>P O Box 552<br>Methow, WA  98834 | | | $    107 | California 2015 tax return share |
| Carolyn M Heck*<br>P O Box 949<br>Langley, WA  98260-0949 | | | $    120 | California 2015 tax return share |
| David E Abendroth*<br>9005 So. Daystar Lane<br>Spokane, WA  99224 | | | $    42 | California 2015 tax return share |
| Michael J Abendroth*<br>21525 16th Drive SE  Apt F306<br>Bothell, WA  98021 | | | $    43 | California 2015 tax return share |
| John M Heck*<br>P O Box 949<br>Langley, WA  98260-0949 | | | $    46 | California 2015 tax return share |
| Julianne M Heck*<br>P O Box 949<br>Langley, WA  98260-0949 | | | $    46 | California 2015 tax return share |
| Terry L Abendroth*<br>322 West Highland Drive<br>Seattle, WA  98119 | | | $    85 | California 2015 tax return share |
| James W Makens*<br>30622 Forest Blvd<br>Stacy, MN  55079 | | | $    137 | California 2015 tax return share |

| Accounts Receivable | Face Amount | Uncollectible | Current value | Notes |
|---|---|---|---|---|
| John E Makens*<br>30622 Forest Blvd<br>Stacy, MN  55079 | $ | | 36 | California 2015 tax return share |
| Michael D Makens*<br>30622 Forest Blvd<br>Stacy, MN  55079 | $ | | 90 | California 2015 tax return share |
| Raymond G Stromer*<br>342 NE 76th<br>Seattle, WA  98115 | $ | | 1 | California 2015 tax return share |
| Carrie A Abendroth*<br>322 West Highland Drive<br>Seattle, WA  98119 | $ | | 56 | California 2015 tax return share |
| Ingrid L Abendroth*<br>322 West Highland Drive<br>Seattle, WA  98119 | $ | | 56 | California 2015 tax return share |
| Richard D Abendroth*<br>322 West Highland Drive<br>Seattle, WA  98119 | $ | | 56 | California 2015 tax return share |
| Darwin Sizer*<br>12832 Burn Road<br>Arlington, WA  98223 | $ | | 4 | California 2015 tax return share |
| Donald R Abendroth*<br>1237 150th Ave SE<br>Bellevue, WA  98007 | $ | | 32 | California 2015 tax return share |
| Susan A Abendroth*<br>8618 Linden Ave N | $ | | 31 | California 2015 tax return share |

| Accounts Receivable | Face Amount | Uncollectible | Current value | Notes |
|---|---|---|---|---|
| Seattle, WA  98103 | | | | |
| Sonja E Fearnley*<br>Aas Gaard 13<br>N-1488<br>Hakadal, Norway | | $ | 68 | California 2015 tax return share |
| William T Fearnley*<br>Aas Gaard 13<br>N-1488<br>Hakadal, Norway | | $ | 69 | California 2015 tax return share |

**\*Shareholder reimbursement owed to TOC for California sub-chapters 2015 income taxes. Shareholders have not been billed as of date of filing.**

|  | TOTAL | | $ 789,603 | |
|---|---|---|---|---|

# EXHIBIT TO SCHEDULE F – UNSECURED CREDITORS

## EXHIBIT TO SCHEDULE F UNSECURED CREDITORS

**The Schedule F unsecured creditors list is divided into the following categories including:**

    **1.**     **Creditors and potential from the Active Vendor List.**

    **2.**     **Creditors and potential creditors related to On-going remediation efforts.**

    **3.**     **The creditors/co-debtors from the 18 page list of the General Notice Letter Recipients list related to the Portland Harbor Superfund Site.**

    **4.**     **Potential creditors arising from Time Oil/TOC's indemnity obligations to its prior insurors.**

    **5.**     **Potential creditors that are the unknown property owners of property sold by Time Oil/TOC to Petrosun, Tower Energy or other buyers during the recent past of Time Oil/TOC.**

**1.** **The following creditors or potential creditors constitute TOC's active vendor list:**

**AFLAC**
Remittance Processing Svc
1932 Wynnton Road
Columbus, GA 31999-0797

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only |
| **RM 410** | |
| 206.283.2477 | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**Alpha Analytical**
255 Glendale Ave, Suite #21
Sparks, NV 89431

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | $570.00 |
| **MGATOCHOLD** | |
| 916.744.1440 | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**AMEC Environmental & Infrastr Inc**
24376 Network Place
Chicago, IL 60673-1376

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only |
| 425.820.4669 | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Apex Labs**
12232 SW Garden Pl
Accounts Receivable
Tigard, OR 97223

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**AT&T Global Network Services, LLC**
P.O. Box 5091
Carol Stream, IL 60197-5091

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only |
| 6526067 | |
| 800.218.8658 | |

|  |  |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

**AT&T Mobility**
P.O. Box 6463
Carol Stream, IL 60197-6463

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | $696.69 |
| 287020874570 | |

| Is Debt Disputed?: |
|---|
| Is Anyone Else Liable on this Claim? |

**AT&T**
P.O. Box 105068
Atlanta, GA 30348-5068

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | $38.12 |
| 030 599 65550 001 | |

| Is Debt Disputed?: |
|---|

Is Anyone Else Liable on this Claim?

**AT&T**
P.O. Box 5019
Carol Stream, IL 60197-5019

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only |
| **171 785 2501 149** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**BNSF Railway Co.**
Jones Lang LaSalle – permits dp
3017 Lou Menk Dr, Suite 100
Fort Worth, TX 76131-2800

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**BNSF Railway Co.**
Sharon Boxberger, Dir Env Rem
920 SE Quincy
Topeka, KS 66612-1116

<table>
<tr><td colspan="2"></td></tr>
<tr><td>Date Incurred:<br><br>Account Number:</td><td>Amount of Debt:<br><br>Unliquidated</td></tr>
<tr><td colspan="2">Is Debt Disputed?:</td></tr>
<tr><td colspan="2">Is Anyone Else Liable on this Claim?</td></tr>
</table>

<table>
<tr><td colspan="2"><strong>BNSF Railway Co.</strong><br>TRC Environmental – BNSF Pgm Mg<br>10011 Meadowglen Lane, Suite 100<br>Houston, TX 77042</td></tr>
<tr><td>Date Incurred:<br><br>Account Number:</td><td>Amount of Debt:<br><br>Unliquidated</td></tr>
<tr><td colspan="2">Is Debt Disputed?:</td></tr>
<tr><td colspan="2">Is Anyone Else Liable on this Claim?</td></tr>
</table>

<table>
<tr><td colspan="2"><strong>Brantley Janson Yost Ellison</strong><br>1617 South 325th St<br>Federal Way, WA 98003-5009</td></tr>
<tr><td>Date Incurred:<br><br>Account Number:<br><br>846130</td><td>Amount of Debt:<br><br>Notice Purposes Only</td></tr>
<tr><td colspan="2">Is Debt Disputed?:</td></tr>
</table>

Is Anyone Else Liable on this Claim?

---

**Cascade Drilling L.P.**
P.O. Box 205771
Dallas, TX 75320-5771

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Cascade Drilling L.P.**
P.O. Box 844046
Los Angeles, CA 90084-4048

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**CEMEX**
P.O. Box 100497
Pasadena, CA 91189-0497

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only |

| 3031722 | |
|---|---|

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**CenturyLink**
Business Services
P.O. Box 52187
Phoenix, AZ 85072-2187

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | $784.68 |
| 76320181 | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**CenturyLink**
Business Services
P.O. Box 91155
Seattle, WA 98111-9255

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | |
| 253 537 3878 582B | $60.03 |
| 360 699 2428 328B | $56.06 |
| 360 705 0242 383B | $84.41 |
| 509 453 1726 531B | $41.50 |

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? | |

**City of Mountlake Terrace**
Utilities Dept.
P.O. Box 34858
Seattle, WA 98124-1858

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only |
| 652650 (and 4 other accounts) | |

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? | |

**City of Olympia Utilities Dept.**
P.O. Box 7866
Olympia, WA 98507

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only |
| 28668-16179 | |

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? | |

**City of Portland**
Portland Water Bureau
P.O. Box 4216
Portland, OR 97208-4216

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only |
| 298 976 000 0<br>298 163 460 0 | 503.823.7770 |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**City of Seattle**
Department of Finance
P.O. Box 35178
Seattle, WA 98124-5178

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only<br>206.684.3000 |
| 6235040000<br>935380000<br>(and various other accounts) | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**Tacoma City Treasurer**
P.O. Box 11010
Tacoma, WA 98411-1010

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | $19.00 |
| 100553275 | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**Clark County Public Utilities**
P.O. Box 8989
Vancouver, WA 98668

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notice Purposes Only |
| 7201-345-1<br>7201-620-7 | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**The Complete Line**
15335 NE 95th St
Redmond, WA 98052-5586

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>**04013-0** | Notice Purposes Only<br>425.885.6360 |

| Is Debt Disputed?: |
|---|
| Is Anyone Else Liable on this Claim? |

---

**Confederated Tribes of the Grand Ronde**
Michael Karmosh-Ceded Lands PM
9615 Grand Ronde Road
Grand Ronde, OR 97347

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|
| Is Anyone Else Liable on this Claim? |

---

**Confederated Tribes of Siletz Indians**
Attn: Karen Bell – Acct. Dept.
P.O. Box 549
Siletz, OR 97380

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
| --- |
|  |

**Confederated Tribes of the Umatilla Indian Reservation**
Attn: A/R Finance Dept.
P.O. Box 638
Pendleton, OR 97801

| Date Incurred: | Amount of Debt: |
| --- | --- |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
|  |

**Confederated Tribes of the Warm Springs**
Attn: Finance Dept.
P.O. Box C
Warm Springs, OR 97761

| Date Incurred: | Amount of Debt: |
| --- | --- |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
|  |

**Crown Point Coast Inc.**
P.O. Box 294
Corbett, OR 97019

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|

**Environmental West Explorations**
P.O. Box 11095
Spokane, WA 99211

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>509.534.2740 | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|

**Environmental Science Corp**
Lab Sciences
P.O. Box 5003
Lebanon, TN 37088-5003

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>800.767.5859 | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
| --- |
|  |

**Environmental Technologies Group**
1414 S. Sangre Road
Stillwater, OK 74074

| Date Incurred: | Amount of Debt: |
| --- | --- |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
|  |

**Evoqua Water Technologies LLC**
28563 Network Place
Chicago, IL 60673-1285

| Date Incurred: | Amount of Debt: |
| --- | --- |
| Account Number: | $373.98 |
| 1000543 | |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
|  |

**Farallon Consulting**
975 5th Avenue NW
Issaquah, WA 98027

20

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Notices Purposes Only |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|

**Federal Express Corp**
P.O. Box 94515
Palatine, IL 60094-4515

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>**3608-3441-7**<br><br>800.622.1147 | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|

**Fischer Plbg, Htg & Rooter Cos**
P.O. Box 1637
Lynnwood, WA 98046

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>206.783.4129 | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| |

**Friedman & Bruya Inc**
3012 16th Ave W
Seattle, WA 98119-2029

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br>206.285.8282 | Unliquidated |

| Is Debt Disputed?: |
|---|
| |

| Is Anyone Else Liable on this Claim? |
|---|
| |

**Frontier**
P.O. Box 20550
Rochester, NY 14602-0550

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>425-771-3572 | Unliquidated |

| Is Debt Disputed?: |
|---|
| |

| Is Anyone Else Liable on this Claim? |
|---|
| |

**Gordon Thomas Honeywell**
Malanca Peterson & Daheim, PLLC
P.O. Box 1157
Tacoma, WA 98401

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |
| **029806** | |
| 253.620.6500 x6503 | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Gualco Law**
400 Capitol Mall, 11th Floor
Sacramento, CA 95814

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |
| 916.930.0700 | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Total Funds by Hasler**
P.O. Box 30193
Tampa, FL 33630-3193

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |
| **7900 0110 0202 8135** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**HUB International LLC**
P.O. Box 749672
Los Angeles, CA 90074-9672

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Robert M. Hughes Client's Trust**
c/o Robert M. Hughes, Esq
2916 NW 133rd St
Vancouver, WA 98685

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Hydrocon Environmental LLC**
510 Allen St, Suite B
Kelso, WA 98626

| Date Incurred: | Amount of Debt: |
|---|---|
| | Unliquidated |

| Account Number: | |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

**Iron Mountain**
P.O. Box 27128
New York, NY 10087-7128

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>W0087 TOCH | Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

**Kim Le Janitorial Services**
11019 17th Ave SW
Seattle, WA 98146

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>206.383.1319 | Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

**Landsburg Mine Site PLP Group**
P.O. Box 10 / 31407 Hwy 169
Black Diamond, WA 98010

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Steven & Louise Long**
2818 NE Cherry Road
Vancouver, WA 98660

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**MacDonald-Miller Facility Solutions**
P.O. Box 47983
Seattle, WA 98146

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>**20817**<br>206.763.9400 | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Mail Finance**
Dept. 3682
P.O. Box 123682
Dallas, TX 75312-3682

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**McGinley & Associates**
815 Maestro Drive
Reno, NV 89511

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>775.829.2245 | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Multnomah County**
Tax Collector
P.O. Box 2716
Portland, OR 97208-2716

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |
| **R325497** (and 5 other parcels) | |
| 503.248.3326 | |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|

---

**Nez Perce Tribe**
Attn: Anjee Toothaker
P.O. Box 365
Lapwai, ID 83540

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|

---

**Northern Waters Inc.**
P.O. Box 1293
Edmonds, WA 98020

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

Is Anyone Else Liable on this Claim?

---

**Norwest Engineering**
4110 NE 122nd, Suite 207
Portland, OR 97230

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Northwest Security Services, Inc.**
14824 Westminster Way N
Seattle, WA 98133-6437

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Oregon Dept. of State Lands**
775 Summer St NE #100
Salem, OR 97301-1279

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| APP0016645 | |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

**Oregon Dept. of Environmental Quality**
700 NE Multnomah St, Suite 600
Portland, OR 97232-4100

| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

**Oregon Dept. of Fish & Wildlife**
Attn: Revenue Technician
4034 Fairview Industrial Dr. SE
Salem, OR 97302-1142

| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

**Outdoor Fence Company**
2780 19th Street SE
Salem, OR 97302

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Pace Analytical Services Inc.**
P.O. Box 684056
Chicago, IL 60695-4056

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Property Tax Analytics Inc.**
1 Mount Jefferson Terrace, Suite 105
Lake Oswego, OR 97035

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**Protective Systems Inc.**
P.O. Box 1017
Spokane, WA 99210-1017

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**Ricoh USA Inc.**
P.O. Box 31001-0850
Pasadena, CA 91110-0850

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>15089526 | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**Rivers Edge Environmental Services Inc.**
19210 268th Ave SE
Maple Valley, WA 98039

| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |

**Sage Peachtree**
1715 North Brown Rd
Lawrenceville, GA 30043

| Date Incurred: | Amount of Debt: |
| Account Number: 4001624316 | Unliquidated |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |

**Chuck Sullivan Exterminators Inc.**
8700 Burns Dr. SW
Olympia, WA 98512

| Date Incurred: | Amount of Debt: |
| Account Number: 1582 | Unliquidated |

| Is Debt Disputed?: |
| --- |

Is Anyone Else Liable on this Claim?

**TestAmerica Laboratories Inc.**
P.O. Box 204290
Dallas, TX 75320-4290

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**Thomson Reuters**
West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: 1000746265 | $1,270.27 |

Is Debt Disputed?: **Disputed**

Is Anyone Else Liable on this Claim?

**Thomson Reuters**
36337 Treasury Center
Chicago, IL 60694-6300

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>**230455** | $23.00 |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|

**Troy Group Inc.**
3 Bryan Drive
Wheeling, WV 26003

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number:<br><br>**T5128488**<br>800.332.6427 | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|

**Department of Interior**
NBC Division of Financial Mgmt
7401 West Mansfield Ave MS:D-
Lakewood, CO 80235

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

Is Anyone Else Liable on this Claim?

**Utilities Underground Location Center**
P.O. Box 3701
Seattle, WA 98124-3701

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: <br><br> **143600** <br> 503.232.1987 | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**Vortex Industries Inc.**
File 1095
1801 Olympic Blvd
Pasadena, CA 91199-1095

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: <br><br> **263799** | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**Washington Alarm**
2030 Airport Way S
Seattle, WA 98134-1603

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |
| 20140138 | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**West & Associates Engineers Inc.**
P.O. Box 5891
Vacaville, CA 95696

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

**Western Fire & Safety Co**
2446 NW Market St
Seattle, WA 98107

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |
| TIM100L | |

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? | |

**2.    The following creditors or potential creditors related to on-going remediation efforts or potential claims for remediation:**

| | |
|---|---|
| **Linda Anderson, as personal representative of the Estate of Irwin P. Jessen**<br>c/o Williams, Kastner & Gibbs PLLC<br>601 Union Street, Suite 4100<br>Seattle, Washington 98101-2380 | |
| Date Incurred: Judgment not yet entered<br><br>Account Number: N/A | Amount of Debt: $950,124 |

Is Debt Disputed?: Yes

Yes, subject to offset for prevailing party attorney fees and costs. If this fee award exceeds approximately $240,000, Debtor also will be entitled to recover, upon application to the court, approximately $50,000 in additional fees and costs resulting from a successful offer of judgment.

Is Anyone Else Liable on this Claim? If yes, provide name and address:
          - Scott Brothers Oil, Inc., c/o Stephen Tan, Cascadia Law Group PLLC, 1201 Third Avenue, Suite 320, Seattle WA 98101
          - Colony Specialty Insurance, c/o Stephen Tan, Cascadia Law Group PLLC, 1201 Third Avenue, Suite 320, Seattle WA 98101

| | |
|---|---|
| **US EPA, Region 10**<br>200 Sixth Avenue, Suite 900<br>Seattle, WA 98101<br><br>Oregon Department of Environmental Quality,<br>700 NE Multnomah Street, Suite 600<br>Portland, OR 97232-4100 | |
| Date Incurred: Unknown<br><br>Account Number: Portland Harbor Federal<br>Superfund Site – SSID# ORSFN1002155 | Amount of Debt: Unliquidated |

Is Debt Disputed?:  Yes

Is Anyone Else Liable on this Claim? If yes, provide name and address:

*See* attached 18 page list of Portland Harbor General Notice Letter Recipients as part of this Exhibit

**Portland Harbor Natural Resource Trustee Council**

The Confederated Tribes of the Grand Ronde Community of Oregon
9615 Grand Ronde Road
Grand Ronde, Oregon 97347

The Confederated Tribes of Siletz Indians of Oregon
P.O. Box 549
Siletz, Oregon 97380

The Confederated Tribes of the Umatilla Indian Reservation
P.O. Box 638
Pendleton, Oregon 97801

The Confederated Tribes of the Warm Springs Reservation of Oregon
P.O. Box C
Warm Springs, Oregon 97761

The Nez Perce Tribe
P.O. Box 305
Lapwai, Idaho 83540

Chief, Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(DJ # 90-11-2-06787/2)

NOAA Fisheries
1201 NE Lloyd Blvd Suite 1100
Portland, Oregon 97232

US Fish & Wildlife
2600 SE 98th Avenue, Suite 100
Portland, Oregon 97266

Oregon Department of Fish & Wildlife
4304 Fairview Industrial Drive SE
Salem, Oregon 97302

| Date Incurred: N/A | Amount of Debt: Unliquidated |
|---|---|
| Account Number: Portland Harbor Federal Superfund Site – SSID# ORSFN1002155 | |

| Is Debt Disputed?: Yes |
| --- |

| Is Anyone Else Liable on this Claim? If yes, provide name and address: |
| --- |
| *See* attached 18 page list of Portland Harbor General Notice Letter Recipients as part of this Exhibit |

| **Confederated Tribes and Bands of The Yakama Nation** | |
| --- | --- |
| 401 Fort Road | |
| P.O. Box 151 | |
| Toppenish, WA 98948 | |
| Date Incurred: N/A | Amount of Debt: Unliquidated |
| Account Number: Portland Harbor Federal Superfund Site – SSID# ORSFN1002155 | |

| Is Debt Disputed?: Yes |
| --- |

| Is Anyone Else Liable on this Claim? If yes, provide name and address: |
| --- |
| *See* attached 18 page list of Portland Harbor General Notice Letter Recipients as part of this Exhibit |

### THE 18 PAGE LIST OF THE PORTLAND HARBOR GENERAL NOTICE LETTER RECIPIENTS WILL BEGIN ON THE NEXT PAGE.

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| ACF Industries, Inc. / ACF Industries, LLC | December 2000 April 2006 | Roger Wynkopp President ACF Industries, LLC 101 Clark Street St. Charles, MO 83301 (636) 949-2399 | William L. Finn President ACF Industries LLC 101 Clark St. Saint Charles, MO 63301 | 12160 NW St. Helens Road |
| Acme Trading & Supply | March 2009 | Chuck Gleason Director of Operations Calbag Metals Company RE: Acme Trading & Supply 2495 NW Nicolai Street PO Box 10067 Portland, OR 97296-0067 | | 4927 NW Front Avenue 12005 N. Burgard Road 2495/2550 NW Nicolai Street |
| Air Liquide America Specialty Gases LLC | April 2006 | Kevin Feeney Vice President & General Counsel Air Liquide America Corporation 2700 Post Oak Boulevard, Suite 1800 Houston, TX 77056 | Stephanie Payne, Esq. VP and General Counsel - Quality & Regulatory Affairs Air Liquide USA LLC 2700 Post Oak Boulevard, Suite 1800 Houston, TX 77056 | 6529 NW Front Avenue |
| Alder Creek Lumber Company, Inc. | December 2000 | Ronald Prestwood Alder Creek Lumber Company, Inc. P.O. Box 83237 Portland, OR 97046 | Ron Prestwood Vice President Operations Alder Creek Lumber Company, Inc. P.O. Box 19356 Portland, OR 97280 | 14456 NW Gillihan Road |
| Alcatel-Lucent USA, Inc. | November 20013 | Robert Vrij President Alcatel-Lucent USA, Inc. 3400 West Plano Parkway Plano, Texas 75075 | | 5909 Northwest 61st Avenue |
| Anderson Brothers, Inc./Specialty Truck Parts | November 2009 | John Anderson, President Anderson Brothers, Inc. 9111 N. Vancouver Avenue Portland, OR 97217 | | 5275 NW St. Helens Road 5315 NW St. Helens Road 4621 NW St. Helens Road & adjacent Tax Lots 200 & 300 |
| Arkema Inc., (FKA Atofina Chemicals, Inc., Elf Atochem North America, Inc, Atochem North America, Inc., Pennwalt Corporation, Pennsalt Chemicals Corporation ) | December 2000 | Atofina Chemicals 6400 NW Front Ave, Portland OR 95778 | Doug Loutzenhiser Legacy Site Services Agent for Arkema, Inc. 468 Thomas Jones Way - Suite 150 Exton, PA 19341-2528 | 6400 NW Front Ave, |
| Ashland, Inc. | September 2010 | David L. Hausrath, Sr. Vice President and General Counsel Ashland, Inc. 50 E. Rivercenter Blvd. Covington, KY 41012 | | 3322 NW 35th Avenue |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| ATKN Company (Willamette Iron and Steel Company) (DBA: WISCO) | November 2009 | Julianne Viadro Responsible Officer of the Debtors ATKN Company 3527 Mt. Diablo Boulevard, Box 354 Layfayette, CA 94549 | | 2700-2800 NW Front Avenue 5555 N Channel Avenue 3060-3721 NW Front Avenue 14400 N Rivergate Boulevard |
| Babcock Land Company, LLC | December 2000 | George Webb Babcock Land Company 9933 NW 107th Ave. Portland, OR 97231 | George Webb Managing Member Babcock Land Company LLC 9933 NW 107th Ave. Portland, OR 97231 | 9933 NW 107th Ave |
| BAE Systems San Diego Ship Repair, Inc. | March 2010 | Robert A. Kilpatrick President BAE Systems San Diego Ship Repair, Inc. 2205 East Belt Street San Diego, CA 92113 | J.W. Ring, Esq. Bateman Seidel Miner Blomgren Chellis & Gram, P.C. Attorneys for Respondent 888 SW Fifth Avenue, Suite 1250 Portland, OR 97204 | 5555 North Channel Avenue 5851 North Lagoon Avenue |
| Basin Street Associates | September 2010 | Brad Simmons Owner Basin Street Associates c/o Pacific Insurance Investment Company 7820 Southwest Willowmere Drive Portland, OR 97225 | | 5820 N Basin Avenue |
| Bay Valley Foods, LLC | September 2010 | Joseph Coning President Bay Valley Foods, LLC 857-897 School Place Green Bay, WI 54307-90 | | 10001 N Rivergate Boulevard |
| BBD&R, Inc. (AKA Fred Devine Diving and Salvage) | December 2000 | J. (Mick) Leitz Fred Devine Diving and Salvage RE: BBD&R, Inc 6211 N. Ensign St. Portland, OR 97217 | J.H. Leitz Fred Devine Diving and Salvage RE: BBD&R, Inc. 6211 N Ensign St. Portland, OR 97217 | 6211 N Ensign St. |
| Beazer East, Inc. | April 2006 | Jill M. Blundon President Beazer East, Inc./Beazer Materials & Services, Inc. 1 Oxford Centre #3000 Pittsburgh, PA 15219 | Jill M. Blundon Vice President Beazer East, Inc./Beazer Materials & Services, Inc. 1 Oxford Centre #3000 Pittsburgh, PA 15219 | 10350 Time Oil Road |
| Berry Transport, Inc. | September 2011 | Mr. Steven M. Carson President Berry Transport, Incorporated 3301 Broadmore Street Klamath Falls, Oregon 97603 | | 5315 Northwest Saint Helens Road |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| BP West Coast Products LLC (FKA Atlantic Richfield Company (ARCO) | December 2000 April 2006 | Mr. Ralph J. Moran Environmental Portfolio Manager Atlantic Richfield Company RE: BP West Coast Products 6 Centerpoint Drive Suite 727 La Palma, CA 90623 | | 9930 NW St. Helens Road |
| Brand-S Corporation (Portland Lumber Mills) | September 2010 | John S. Brandis III Vice President Brand-S Corporation 6300 SW Reservoir Avenue Corvallis, OR 97333 | | 8524 North Crawford Street |
| Brix DeArmond LLC | April 2006 | Peter J. Brix 14020 SE Johnson Road #201 Milwaukie, Oregon 97269 | | 8940/9070 North Bradford Street |
| Brix Maritime Co., d/b/a Foss Maritime Co. | December 2000 April 2006 | Steve T. Scalzo President Brix Maritime Towing Company, Inc. 660 W. Ewing Street Seattle, WA 98119 | | 9030 NW St. Helens Road |
| Peter Brix (Twin City Barge, Inc., The Siegfried Company, Knappton Corporation, Knappton Towboat Company, Brix Rafting & Sorting Company, Sun Dial Booming Company, Brix Maritime Towing, Inc., Lafferty Transportation Company, Brix Investment Company, Marine Ways Corporation, and Marine Equipment Leasing Company) | February 2011 | Peter J. Brix 14020 SE Johnson Road #201 Milwaukie, Oregon 97269 | | 9030 St. Helens Road 8490 North Bradford Street 110 Southeast Caruthers Street Submerged lands adjacent to 11040 N Lombard Street (Port of Portland Terminal 4) Submerged lands adjacent to 8940 North Bradford Street Lease of dock for fueling at 9100 Northwest Saint Helens Road A lease of the "Red Dock" located at 5828 North Van Houten Place (Triangle Park) Moorage Agreement adjacent to 12005 North Burgard Road |
| Burgard 789 LLC | September 2010 | James H. Winkler Member Burgard 789 LLC 210 Southwest Morrison Street, Suite 600 Portland, OR 97204 | | 9125 N Time Oil Road |
| Burlington Northern and Santa Fe Railway Company | December 2000 | Matthew Rose Burlington Northern Railroad 2650 Lou Menk Dr. Fort Worth, TX 76131 | Matthew K. Rose Chairman, President, and CEO Burlington Northern Santa Fe Corporation BNSF Railway Company 2650 Lou Menk Dr. Fort Worth, TX 76131 | 3500 - 3930 NW Yeon Avenue 11104 NW Front Avenue |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| Calbag Metals Co. | December 2000<br>April 2006 | Chuck Gleason<br>Director of Operations<br>Calbag Metals Company<br>2495 NW Nicolai Street<br>P.O. Box 10067<br>Portland, OR 97296-0067 | | 4927 NW Front Avenue<br>12005 N Burgard Road<br>2495/2550 NW Nicolai Street |
| CanAm Minerals, Inc. d.b.a Kleen Blast | August 2011 | Timothy Spurgeon<br>President<br>CanAm Minerals, Inc. DBA Kleen Blast<br>50 Oak Court, Suite 210<br>Danville, CA 94526 | | 3650 NW Yeon Avenue |
| Cargill, Inc. | July 2009 | Steven C. Euller<br>Corporate VP, General Counsel, & Corporate Secretary<br>Cargill, Inc.<br>15407 McGinty Road West<br>Minneapolis, MN 55440 | | 11000 North Lombard Avenue |
| Cascade General, Inc. | December 2000 | Alan Sprott<br>Cascade General Inc.<br>5555 N. Channel Ave<br>Portland, OR 97217 | Frank Foti<br>President and CEO<br>Cascade General, Inc.<br>2626 NW Cornell Road<br>Portland, OR 97210 | 5555 N Channel Avenue |
| Carson Oil Company | September 2010 | John A. Carson<br>Chairman<br>Carson Oil Company<br>3125 Northwest 35th Avenue<br>Portland, OR 97210 | | 3125 NW 35th Avenue |
| Cenex Ag, Inc./CHS, Inc. | July 2009 | David A. Baker<br>Secretary and General Counsel<br>Cenex Ag, Inc.<br>5500 Cenex Drive<br>Inver Grove Heights, MN 55077 | | 5617–5885 North Basin Avenue |
| Chevron Texaco Corp. (FKA Texaco Corp.) | December 2000 | The Prentice-Hall Corporation<br>285 Liberty St. NE<br>Salem, OR 97301 | Soniya Ziegler<br>Counsel<br>Law Department, Environmental Practice Group<br>Chevron USA, Inc.<br>6111 Bollinger Canyon Road<br>San Ramon, CA 94583 | 5531 NW Doane Ave. |
| City of Portland | December 2000 | Al Smith<br>City of Portland<br>1211 SW 5th Ave Room 1100<br>Portland, OR 97204 | Linda Meng<br>Attorney<br>City of Portland<br>1221 SW 4th Ave., #430<br>Portland, OR 97204 | Fire Training Grounds<br>NW St Helens & NW Marina Way<br><br>Outfalls - no facility address<br><br>Water Pollution Control Laboratory<br>6543 N Burlington |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| Columbia Forge & Machine Works | July 2009 | Douglas Wayne McMullin<br>Vice President / General Manager<br>CFMW Limited Liability Corporation / Columbia Forge & Machine Works<br>8524 North Crawford Street<br>Portland, OR 97203 | | 8524 North Crawford Street |
| Consolidated Metco, Inc. | March 2009 | Ernie Nimister<br>Manager of Environmental Compliance and Safety<br>Consolidated Metco, Inc.<br>13940 North Rivergate Boulevard<br>Portland, OR 97203 | | 13940 North Rivergate Boulevard |
| Container Management Services, LLC | February 2011 | Christian Stavig<br>Vice President<br>Container Management Services, LLC<br>8435 Northeast Killingsworth<br>Portland, Oregon 97220 | | 3000 NW St. Helens Road |
| Crawford Street Corporation | April 2006 | Robert W. Philip<br>President<br>Crawford Street Corporation<br>3200 NW Yeon Ave<br>Portland, OR 97296-0047 | Robert W. Philip<br>President<br>Crawford Street Corporation<br>3200 NW Yeon Ave.<br>Portland, OR 97210-1524 | 8424, 8504 and 8524 N. Crawford Street |
| Crosby & Overton, Inc. | July 2009 | Michael A. Shloub<br>President<br>Crosby & Overton Incorporated<br>1610 West 17th Street<br>Long Beach, CA 90813 | | 12005 North Burgard Street |
| DIL Trust and Dillingham Ship Repair & Albina Shipyard | February 2011<br>September 2011 | Kirk Wilkinson<br>Latham & Watkins, LLP<br>c/o DIL Trust and Dillingham Ship Repair & Albina Shipyard<br>355 South Grand Avenue<br>Los Angles, CA 90071-1560 | | Swan Island Shipyard<br>Albina Shipyard |
| D.S.U.-Peterbuilt & GMC, Inc. | July 2009 | Jan W. Yost<br>President, Secretary, Treasurer<br>D.S.U.-Peterbuilt & GMC, Inc.<br>Post Office Box 3486<br>5555 N Lagoon Ave.<br>Portland, OR 97208 | | 5555 North Lagoon Avenue |
| Eastman Chemical Company | November 2009 | J. Brian Ferguson<br>President<br>Eastman Chemical Company<br>100 N Eastman Road<br>Kingsport, TN 37662 | | 4150 NW Yeon Avenue<br>4155 NW Yeon Avenue |
| El Paso Company (ANRFS, Inc. FKA Garret Freightlines, Inc. and Garret Terminal Corp.) | February 2011 | Douglas L. Foshee<br>President and CEO<br>El Paso Company<br>1001 Louisiana Street<br>Houston, Texas 77002 | | 3333 NW 35th Avenue |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| Elkem Metals Inc. | February 2011 | Geir Kvernmo<br>President<br>Elkem Metals Inc.<br>Airport Office Park, Building 2<br>400 Rouser Road<br>Moon Township, Pennsylvania 15108-2749 | | 11920 N. Burgard Road |
| Equilon Enterprises, LLC | December 2000 | Anthony Palagyi<br>Equilon Enterprises LLC<br>10602 NE 38th Pl<br>Kirkland, WA 98109 | Mr. William E. Platt III<br>Senior Manager, Environmental Claims<br>Shell Oil Company<br>910 Louisiana, Suite 685<br>Houston, TX 77002 | 3800 NW St. Helens Road |
| ESCO Corporation | March 2010 | Kevin S. Thomas<br>Vice President & General Counsel<br>ESCO Corporation<br>1650 NW Naito Parkway,  Suite 200<br>Portland, OR  97209 | | 2141 NW 21st Avenue<br>2760 – 2770 NW Yeon Avenue<br>2211 NW Brewer Avenue<br>2245 NW Suffolk Street |
| Exide Technologies, Inc. | November 20013 | Robert M. Caruso<br>President & Chief Executive Officer<br>Exide Technologies, Inc.<br>13000 Deerfield Parkway<br>Building 200<br>Milton, Georgia 30004 | | 5909 Northwest 61st Avenue<br>2258 Northwest Suffolk Street |
| ExxonMobil Oil Corporation | December 2000<br>April 2006 | Brian J. Harrison<br>Major Projects Manager<br>Global Remediation<br>ExxonMobil Refining & Supply Company<br>607 ExxonMobil Road<br>Billings, MT 59101 | Dave Roberson<br>de maximis, inc.<br>2203 Timberloch Place, Suite 213<br>The Woodlands, Texas  77380<br><br>Mark  A. Zuschek, Esq.<br>ExxonMobil Law Department<br>3225 Gallows Road<br>Fairfax, Virginia  22037 | 9420 NW St Helens Road |
| FMC Corp | April 2006 | John F. Stillman<br>Environmental Counsel<br>FMC Corporation<br>1735 Market Street<br>Philadelphia, PA 19103 | Andrea E. Utecht<br>Vice President, General Counsel, and Secretary<br>FMC Corporation<br>1735 Market Street<br>Philadelphia, PA 19103 | 4012-4350 NW Front Ave.<br>4850 NW Front Ave. |
| Foss Maritime Company | December 2000<br>April 2006 | Frank Williamson<br>President<br>Foss Maritime Company<br>660 W. Ewing Street<br>Seattle, WA 98119 | Frank Williamson<br>General Counsel<br>Foss Maritime Company<br>660 W Ewing Street<br>Seattle, WA 98119 | 9030 NW Saint Helens Rd |
| Foster Poultry Farms (FKA Lynden Farms) | March 2010 | Ronald Foster, CEO<br>Foster Poultry Farms<br>1000 Davis Street<br>Livingston, CA  95334 | James Marnatti<br>Director of Environmental Affairs<br>Foster Poultry Farms<br>1333 Swan Street<br>PO Box 831<br>Livingston, CA 95334 | 6135 North Basin Avenue |

Case 17-11872-CMA    Doc 1    Filed 04/24/17    Ent. 04/24/17 18:19:27    Pg. 165 of 481

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| Freightliner Corporation | December 2000 | Milan Synak<br>Freightliner Corporation<br>4747 N Channel Ave.<br>Portland, OR 97217 | Chris Patterson<br>President<br>Freightliner LLC<br>RE: Freightliner Corporation<br>4747 North Channel<br>Portland, OR 97217 | 4747 N Channel Avenue |
| Front Ave. Corporation<br>(Front Ave. III LP, Front Ave. LP) | April 2006 | Jay N. Zidell<br>President<br>Front Ave. Corporation<br>3121 SW Moody Ave.<br>Portland, OR 97239 | | 4950, 5034 and 5200 NW Front Avenue |
| FTL, Inc. | February 2011 | Mark Mounsey<br>President<br>Bay News, Inc.<br>c/o FTL, Inc.<br>3333 Northwest 35th Avenue<br>Portland, Oregon 97210 | | 3333 NW 35th Avenue |
| Galvanizers Company | September 2010 | Hester H. Nau<br>President<br>Galvanizers Company<br>2406 Northwest 30th Avenue<br>Portland, OR 97210 | | 2406 NW 30th Avenue |
| GATX Tank Storage Terminals Corporation | December 2000 | Eric Conrad<br>GATX Terminals Corp<br>RE: Willbridge Terminal<br>1363 N Galley Rd.<br>San Pedro, CA 90731 | Brian A. Kenney<br>Chairman, President, and CEO<br>GATX Corporation<br>RE: GATX Terminals Corporation<br>500 West Monroe<br>Chicago, IL 60661 | 11400 NW St. Helens Road |
| GATX Terminals Corporation | December 2000 | Eric Conrad<br>GATX Terminals Corp<br>RE: Willbridge Terminal<br>1363 N Galley Rd.<br>San Pedro, CA 90731 | Brian A. Kenney<br>Chairman, President, and CEO<br>GATX Corporation<br>RE: GATX Terminals Corporation<br>500 West Monroe<br>Chicago, IL 60661 | 5880 NW St. Helens Road |
| General Electric Co. | March 2009 | Thomas Antanoff<br>EHS Project Manager - Remediation & Transactions<br>General Electric Company<br>One River Road<br>Building 43-237<br>Schenectady, NY 12345 | | 2727 and 2929 NW 29th Avenue<br>2535 NW 28th Avenue |
| General Services Administration | April 2006 | Bernard K. Schafer<br>Office of Property Disposal<br>General Services Administration<br>1800 F Street NW<br>Washington, D.C. 20405-0001 | | Former Oregon Shipbuilding Corporation (No facility address provided)<br><br>Former Willamette Iron and Steel Corporation<br>3050 NW Front Ave. |
| Georgia-Pacific West, Inc. | December 2000 | Steve Petrin<br>Georgia Pacific<br>900 SW 5th Ave.<br>Portland, OR 95949 | Michael Rehwinkel<br>President - Wood Products<br>Georgia-Pacific West, Inc.<br>133 Peachtree Street NE<br>Atlanta, GA 30303 | 12222 NW St. Helens Road |

Case 17-11872-CMA    Doc 1    Filed 04/24/17    Ent. 04/24/17 18:19:27    Pg. 166 of 481

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| GI Trucking Company (Estes Expess Lines) | September 2010 | Mr. William Hupp<br>President<br>Estes Express Lines<br>RE: GI Trucking Company and Estes Express Lines<br>3901 West Broad Street<br>Richmond, VA 23230 | | 5820 N Basin Avenue |
| Glacier NW Inc | September 2010 | G. Allen Hamblen<br>President and CEO<br>Glacier Northwest, Inc.<br>2025 East Financial Way<br>Glendora, CA 91741 | | 1050 N River Street<br>5034 NW Front Avenue |
| Goldendale Aluminum Co. | December 2000 | Brett Wilcox<br>Goldendale Aluminum<br>101 SW Main St. # 905<br>Portland, OR 97204 | Scott Tillman<br>Chief Executive Officer<br>Golden NW Aluminum Holding Co.<br>3313 West Second Street<br>The Dalles, OR  97058 | 2600 N River Street |
| Gould Electronics, Inc. (FKA: GA-TEK Inc., Nikko Materials USA Inc.) | December 2000<br>April 2006 | James F. Cronmiller<br>Director, Corporate Environmental Affairs<br>Gould Electronics, Inc.<br>35129 Curtis Blvd.<br>Eastlake, OH 44095 | | 5909 NW 61st Avenue |
| Great Western Chemical Company<br>(AKA GWC Front LLC) | December 2000 | Robert H. McCall<br>Great Western Chemical Company<br>808 SW 15th Ave.<br>Portland, OR 95298 | Conrad Myers<br>Myers & Company<br>RE: Great Western Chemical Company<br>6327 SW Capitol Highway #222<br>Portland, OR 97210 | 5480, 5540, 5700 NW Front Avenue |
| GS Roofing Products Company, Inc. (CertainTeed Corporation) | December 2000<br>April 2006 | GS Roofing Products<br>6350 NW Front Ave.<br>Portland, OR 97210<br><br>Lauren Alterman<br>Senior Counsel<br>CertainTeed Corporation<br>750 East Swedesford Road<br>Valley Forge, PA 19482<br>Phone: (610) 341-7000 | Lauren P. Alterman<br>Associate General Counsel<br>Saint-Gobain Corporation<br>for Bird Inc.<br>750 E. Swedesford Road<br>Valley Forge, PA 19482 | 6350/6080 NW Front Avenue |
| Guild's Lake Properties, LLC | February 2011 | Terry DeSylvia<br>Manager/Owner<br>Guild's Lake Properties, LLC<br>1200 Southwest Main Street<br>Portland, Oregon  97205 | | 3333 NW 35th Avenue |
| Gunderson, LLC. | December 2000 | Robert A. Bridgers<br>Gunderson, LLC<br>4350 NW Front Ave<br>Portland, OR 97210 | William Furman<br>President<br>The Greenbrier Companies, Inc.<br>RE: Gunderson, Inc.<br>One Centerpointe Dr. Suite 200<br>Lake Oswego, OR 97035 | 4350 NW Front Avenue |
| HAJ, Inc., d/b/a Christenson Oil | December 2000<br>April 2006 | John Horstman<br>Vice President of Operations<br>Christenson Oil<br>3865 N.W. St. Helens Road<br>Portland, OR 97217 | Lawrence W. Lesniak<br>President, CEO, Registered Agent<br>HAJ, Inc.<br>3865 NW St. Helens Road<br>Portland, OR 97210 | 3821 NW St. Helens Road |

Case 17-11872-CMA   Doc 1   Filed 04/24/17   Ent. 04/24/17 18:19:27   Pg. 167 of 481

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| Hendren Tow-Boat Co., Inc. | December 2000<br>April 2006 | Floyd G. Hendren<br>Hendren Tow-Boat Co., Inc.<br>12751 NW Springville Road<br>Portland, OR 97229 | Floyd G. Hendren<br>President<br>Hendren Tow-Boat Co., Inc.<br>12751 NW Springville Road<br>Portland, OR 97229 | 8444 NW St. Helens Road |
| Hercules, Inc. | November 2009 | Israel J. Floyd<br>Corporate Secretary and General Counsel<br>Hercules, Inc.<br>1313 North Market Street<br>Wilmington, DE 19894 | | 3366 NW Yeon Avenue |
| Hill Investment Company | September 2010 | Mr. Ray Agostino<br>President<br>Hill Investment Company<br>1414 Southwest 3rd, Suite 2202<br>Portland, OR 97201 | | 3322 NW 35th Avenue |
| IMACC Corporation d.b.a. Myers Container Corporation (Reimann and McKenney, Inc.) | February 2011 | John Cutt<br>President<br>IMACC Corporation<br>5801 Christie Avenue<br>Emeryville, California 94608 | | 3000 NW St. Helens Road |
| Jones Stevedoring Company | August 2011 | Clayton R. Jones III<br>President<br>Jones Stevedoring Company<br>7245 West Marginal Way SW<br>Seattle, WA 98106 | | 11020-11040 Nort Lombard (aka Terminal 4) |
| Johnson Controls, Inc. | November 2013 | Alex A. Molinaroli<br>President & Chief Executive Officer<br>Johnson Controls, Inc.<br>5757 North Green Bay Avenue<br>P.O. Box 591<br>Milwaukee, Wisconsin 53201 | | 5909 Northwest 61st Avenue |
| Kaiser Ventures LLC and KSC Recovery, Inc. (successors to Kaiser Steel Corporation and Consolidated Builders, Inc.) | February 2011 | Terry L. Cook<br>Senior V.P., General Counsel and Secretary<br>Kaiser Ventures LLC<br>KSC Recovery, Incorporated<br>3633 Inland Empire Boulevard, Suite 480<br>Ontario, California 91764 | | Kaiser Shipyard (aka Swan Island Shipyard) |
| Kinder Morgan Bulk Terminals, Inc. | February 2011 | Jason Mack Brown<br>President<br>Kinder Morgan Bulk Terminals, Inc.<br>500 Dallas Street, Suite 1000<br>Houston, Texas 77002 | | 11040 North Lombard (aka Terminal 4) |
| Kinder Morgan Liquids Terminals LLC | February 2011 | Richard D. Kinder<br>Chairman and Chief Executive Officer<br>Kinder Morgan G.P., Inc.<br>RE: Kinder Morgan Liquids Terminals LLC<br>500 Dallas Street, Suite 1000<br>Houston, Texas 77002 | | 11400 NW St. Helens Road |
| Koppers Inc. | December 2000 | Amos S. Kamerer<br>Koppers Industries, Inc.<br>7450 NW St. Helens Rd.<br>Portland, OR 97210 | Jack Spicuzza<br>Environmental Resources Manager<br>Koppers, Inc.<br>436 7th Ave.<br>Pittsburgh, PA 15219 | 7450 NW St. Helens Road |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| **Lakeside Industries** | December 2000 | Charles Gaskill<br>Lakeside Industries<br>4850 NW Front Ave.<br>Portland, OR 95954 | John C. White<br>Red-Samm Mining Co., Inc.<br>RE: Lakeside Industries<br>PO Box 7016<br>Issaquah, WA 98027 | 4850 NW Front Avenue |
| **Langley - St. Johns Partnership** | April 2006<br>September 2011 | Peter J. Brix<br>Langley-St. Johns Partnership<br>14020 SE Johnson Road #201<br>Milwaukee, OR 97269<br><br>Matthew Nichols<br>Partner<br>Langley-St. Johns Partnership<br>5400 South Cameron Road<br>Freeland, Washington 98249<br><br>Archie Nichols<br>Partner<br>Langley St. Johns Partnership<br>1957 Lancaster Road<br>Freeland, Washington 98249 | Peter J. Brix<br>President<br>Langley-St Johns Partnership<br>14020 SE Johnson Road #201<br>Milwaukie, OR 97269 | 8940 N Bradford Street<br>8970 North Bradford Street |
| **Linnton Plywood Association** | December 2000 | Jim Stahley<br>Linnton Plywood Association<br>10504 NW St. Helens Rd.<br>Portland, OR 97231 | Gene Elsey<br>President<br>Linnton Plywood Association<br>845 SE 32nd<br>Hillsboro, OR 97123 | 10504 NW St. Helens Road |
| **Mar Com Marine** | December 2000 | Tom Maples<br>Mar Com Marine<br>9070 North Bradford St.<br>Portland, OR 97203 | Tom R. Maples<br>President<br>Mar Com, Inc.<br>RE: Mar Com Marine<br>14815 NE 186th Ave.<br>Bush Prairie, WA 98606 | 9070 North Bradford Street |
| **Mar Com, Inc.** | December 2000<br>April 2006 | Tom R. Maples<br>Mar Com Holdings, LLC<br>14815 NE 186th Ave.<br>Brush Prairie, WA 98606 | Tom R. Maples<br>President<br>Mar Com, Inc.<br>14815 NE 186th Ave.<br>Bush Prairie, WA 98606 | 8940, 8970, 9070 N. Bradford Street |
| **Marine Finance Corporation** | December 2000 | Steve Andrews<br>Marine Finance Corporation<br>8444 NW St. Helens Rd.<br>Portland, OR 97231 | Karen Watson<br>RE: Marine Finance Corporation<br>13826 Meyers Rd.  Apt. 1033<br>Oregon City, OR 97045 | 8444 NW St. Helens Road |
| **Maritime Administration** | April 2006 | Robert Foster<br>Trial Attorney U.S. DOJ<br>1961 Stout Street Eight Floor<br>Denver, CO 80294 | Michaela Noble<br>Office of Chief Counsel<br>Division of Litigation and General Law<br>U.S. Department of Transportation<br>Maritime Administration<br>1200 New Jersey Ave.<br>Washington, DC 20590 | Kaiser Company - Swan Island<br>(No facility address provided)<br><br>Former Oregon Shipbuilding Corporation<br>(No facility address provided)<br><br>Former Willamette Iron and Steel Corporation<br>3050 NW Front Avenue |
| **McCall Oil and Chemical Corporation (and affiliated entities)** | December 2000<br>April 2006<br>August 2011 | James Charriere<br>President<br>McCall Oil and Chemical Corporation<br>5480 N Front Avenue<br>Portland, OR 97210 | James Charriere<br>President and CEO<br>McCall Oil and Chemical Corporation<br>5480 N Front Avenue<br>Portland, OR 97210 | 5480, 5540-5724 NW Front Avenue |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| McCall Oil Real Estate Co. LLC | August 2011 | Jim Charriere<br>President and CEO<br>McCall Oil and Chemical Corporation<br>RE: McCall Oil Real Estate Company LLC<br>5480 Northwest Front Avenue<br>Portland, Oregon 97210 | Jim Charriere<br>President and CEO<br>McCall Oil and Chemical Corporation<br>RE: McCall Oil Real Estate Company LLC<br>5480 Northwest Front Avenue<br>Portland, Oregon 97210 | 5700 Northwest Front Avenue |
| McCormick & Baxter Creosoting Co. | December 2000 | Charles McCormick III<br>McCormick & Baxter<br>P.O. Box 3344<br>Portland, OR 97208 | Charles R. McCormick III<br>McCormick & Baxter<br>6900 N Edgewater<br>P.O. Box 3048<br>Portland, OR 97208 | 6900 N Edgewater Street |
| Metro | December 2000 | Mike Burton<br>Metro Regional Government<br>RE: Willamette Cove<br>600 NW Grand Ave.<br>Portland, OR 97232 | April Olbrich<br>Metro Regional Government<br>600 NE Grand Ave.<br>Portland, OR 97232-2736 | 5885 NW St. Helens Road |
| MOREC Front LLC | August 2011 | Mr. Jim Charriere<br>McCall Oil and Chemical Corporation<br>RE: Morec Front, LLC<br>5480 Northwest Front Avenue<br>Portland, Oregon 97210 | Mr. Jim Charriere<br>McCall Oil and Chemical Corporation<br>RE: Morec Front, LLC<br>5480 Northwest Front Avenue<br>Portland, Oregon 97210 | 5700 Northwest Front Avenue |
| Morse Bros., Inc. | December 2000 | Morse Brothers<br>12222 NW Marina<br>Portland, OR 97231 | Jeff Steyaert<br>Manager - Environmental/Permits<br>Morse Bros., Inc.<br>32260 Highway 34<br>Lebanon, OR 97389 | 12222 NW Marina |
| Niblick Corporation | September 2010 | Jerry Hauser<br>President<br>Niblick Corporation<br>30949 Southeast Bluff Road<br>Gresham, OR 97080 | | 4456 NW Yeon Avenue |
| Nichols Marine Ways, Inc. | September 2011 | Archie Nichols<br>President<br>Nichols Marine Ways, Inc.<br>1957 Lancaster Road<br>Freeland, Washington 98249 | | 8970 North Bradford Street |
| NL Industries, Inc. | April 2006 | Robert D. Graham<br>Vice President, Secretary & General Counsel<br>NL Industries, Inc.<br>5430 LBJ Freeway Suite 1200<br>Dallas, TX 75240-2697 | | 5909 NW 61st Avenue |
| Northwest Natural Gas Company (AKA NW Natural) | December 2000 | CJ Rue<br>NW Natural<br>220 NW Second<br>Portland, OR 97209 | Sandra Hart<br>Director Risk Environment and Land<br>Northwest Natural Gas Company<br>220 NW 2nd Ave.<br>Portland, OR 97209 | 7900 NW St. Helens Road<br>7540 W/NW St. Helens Road<br>7441 NW St. Helens Road |
| Northwest Pipe Company | December 2000<br>April 2006 | Brian W. Dunham<br>President<br>Northwest Pipe Company<br>200 SW Market Street Suite 1800<br>Portland, OR 97201 | Mr. Richard A. Roman<br>CEO<br>Northwest Pipe Company<br>5721 SE Columbia Way Suite 200<br>Vancouver, WA 98661 | 12005 N Burgard Way |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| Olympic Pipeline Company | December 2000 | W.N. Harris<br>Olympic Pipeline Company<br>5005 Business Park North<br>Bakersfield, CA 93309 | Bobby Talley<br>President<br>Olympic Pipe Line Company<br>2201 Lind Ave. SW<br>Renton, WA 98055 | 11400 W/ NW ST Helens Road<br>9420 NW Saint Helens Road |
| Oregon Steel Mills, Inc. | December 2000 | Drew Gilpin<br>Oregon Steel Mills, Inc.<br>P.O. Box 2760<br>Portland, OR 97208 | Debbie Deetz Silva<br>Environmental Specialist<br>Evraz Oregon Steel Mills<br>P.O. Box 2760<br>Portland, OR 97208-2760 | 14400 N Rivergate Boulevard |
| Owens Corning (Corp.) | December 2000 | Thomas Brungard<br>Owens Corning<br>Owens Corning Parkway<br>Toledo, OH 43659 | Office of the President<br>Owens Corning Corporation<br>One Owens Corning Pkwy 3G<br>Toledo, OH 43659 | 11444 NW St. Helens Road |
| PacifiCorp | February 2011 | Gregory E. Abel<br>Chairman and CEO<br>PacifiCorp<br>825 Northeast Multnomah Street<br>Portland, Oregon 97232 | | Old Lincoln Station Facility<br>Albina Facility |
| Paramount of Oregon, LLC | September 2010 | William L. Thorpe<br>Senior Vice President<br>Paramount Petroleum Corporation<br>14700 Downey Avenue<br>Paramount, CA 90723 | | 5600 NW St. Helens Road |
| Port of Portland | December 2000 | Tom Bispham<br>Port of Portland<br>Environmental Services Division<br>P.O. Box 3529<br>Portland, OR 97208 | Superfund Project Manager<br>Port of Portland<br>PO Box 3529<br>Portland, OR 97208 | Port of Portland Terminal 1<br>2100 - 2200 NW Front Avenue<br><br>Port of Portland Terminal 2<br>3556 NW Front Avenue<br><br>Port of Portland Terminal 4<br>11040 N Lombard Street<br><br>Port of Portland Terminal 5<br>15540, 15550, and 15560 N Lombard Street<br><br>Portland Shipyard<br>5555 N Channel Avenue |
| Portland General Electric Company | December 2000 | Dennis Norton<br>Portland General Electric<br>121 SW Salmon St.<br>Portland OR 97204 | Arya Behbehani-Divers<br>Manager - Environmental Services<br>Portland General Electric<br>121 SW Salmon St.<br>Mail Stop 3WTCBR05<br>Portland, OR 97204 | 12500 NW Marina Way |
| Portland Terminal Railroad Company | February 2011 | Russ Hulihan<br>General Manager<br>Portland Terminal Railroad Company<br>3500 Northwest Yeon Avenue<br>Portland, Oregon 97210 | | 3500 NW Yeon Avenue (aka Guilds Lake Yard) |
| R.B. Pamplin Corporation (Ross Island Sand & Gravel Co and K.F. Jacobsen & Company, Inc.) | March 2013 | Robert Pamplin, Jr.<br>President<br>900 SW 5th Avenue<br>Portland, Oregon 97204 | | 1208 North River Street |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| Joseph T. Ryerson & Son, Incorporated | September 2011 | Michael C. Arnold<br>President & CEO<br>Ryerson, Incorporated<br>2621 West 15th Place<br>Chicago, Illinois 60608 | | 9040 North Burgard Way |
| Arthur Riedel (Riedel International, Inc., Willamette-Western Corp., Siegfried Company, Celtic Investment Company, Knappton Corporation, and Knappton Tug )Boat Company | February 2011 | Arthur A. Riedel<br>3600 Whiskey Creek Road<br>Tillamook, Oregon 97141 | Jeanette Schuster<br>Tonkon Torp LLP<br>Re: Arthur Riedel<br>1600 Pioneer Tower<br>888 SW Fifth Avenue<br>Portland, Oregon 97204 | 9030 NW St. Helens Road<br>5925 N. Van Houten Place |
| Edward Hostmann, Inc. (Riedel International, Inc., Willamette-Western Corp., Siegfried Company, Celtic Investment Company, Knappton Corporation, and Knappton Tug )Boat Company | February 2011 | Edward Hostmann<br>President<br>Edward Hostmann, Inc.<br>4500 Southwest Kruse Way Suite 100<br>Lake Oswego, Oregon 97035 | | 9030 NW St. Helens Road<br>5925 N. Van Houten Place |
| R K Storage and Warehousing, Inc. | December 2000 | Roger Croft<br>RK Storage<br>10937 NW Front Ave<br>Portland, OR 97231 | Roger W. Krofft<br>RK Storage and Warehousing, Inc.<br>10937 NW Front Ave.<br>Portland, OR 97231 | 10937 NW Front Avenue |
| Ro-Mar Realty of Oregon, Inc. | December 2000 | Donna Marden<br>RoMar Realty of Oregon, Inc.<br>3500 S. Kedzie<br>Chicago, IL 60532 | Robert L. Cope<br>Grove, Jaskiewicz and Cobert<br>RE: Ro-Mar Realty of Oregon, Inc.<br>1730 M St. N.W., Suite 400<br>Washington, DC 20036 | 9333 N Time Oil Road |
| Ro-Mar Transportation Systems, Inc. | March 2009 | Donna Marden<br>Vice President & Treasurer<br>Ro-Mar Transportation Systems, Inc.<br>3500 South Kedzie Avenue<br>Chicago, IL 60632 | | 9333 N Time Oil Road |
| Ross Island Sand & Gravel Co. (K.F. Jacobsen & Company, Inc.) | March 2013 | A. Charles Steinwandel<br>President<br>4315 SE McLoughlin Blvd.<br>Portland, Oregon 97202 | | 1208 North River Street |
| Rudie Wilhelm Warehouse Company | September 2010 | Alexandra Wilhelm Hendricks<br>President and Secretary<br>Rudie Wilhelm Warehouse Company<br>2400 Southeast Mailwell Drive<br>Milwaukie, OR 97222 | | 3250 NW St. Helens Road |
| Rusco, Inc. dba Dura Industries | September 2010 | Del Stephens<br>President<br>Rusco, Inc. dba Dura Industries<br>4466 Northwest Yeon Avenue<br>Portland, OR 97210 | | 4456 NW Yeon Avenue |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| Samuelson Properties, L.P. | March 2010 | Reid G. Samuelson<br>Samuelson Properties, L.P.<br>Re: Foster Poultry Farms<br>5000 Edenhurst Avenue<br>Los Angeles, CA 90039 | | 6135 N Basin Avenue |
| Schnitzer Investment Corp. | December 2000<br>April 2006 | Kenneth M. Novack<br>President<br>Schnitzer Investment Corp.<br>3200 NW Yeon Ave.<br>Portland, OR 97296-0047 | Susan Davidson<br>Schnitzer Investment Corp.<br>3200 NW Yeon Ave.<br>Portland, OR 97296-0047 | 12005 N Burgard Road<br>6529 NW Front Avenue<br>9333 N Time Oil Road<br>9449 N Burgard Way<br>3720 NW Yeon Avenue<br>4012-4350 NW Front Avenue |
| Schnitzer Steel Industries, Inc. | March 2009 | John D. Carter<br>President and CEO<br>Schnitzer Steel Industries, Inc.<br>3200 NW Yeon Avenue<br>PO Box 10047<br>Portland, OR 97296 | | 9449 North Burgard Road<br>9300 North Burgard Road<br>12005 North Burgard Road |
| Shaver Transportation Company | December 2000<br>April 2006 | Steve R. Shaver<br>President<br>Shaver Transportation Company<br>4900 NW Front Ave.<br>Portland, OR 97210 | Rob Rich<br>Director of Administration<br>Shaver Transportation Company<br>4900 NW Front Ave.<br>Portland, OR 97210 | 14400 N Rivergate Boulevard<br>4900 NW Front Avenue |
| Shell Oil Co. | December 2000<br>April 2006 | Mr. William E. Platt III, Esq.<br>Senior Manager, Environmental Claims<br>Shell Oil Company<br>910 Louisiana, Suite 685<br>Houston, TX 77002 | | 5880 NW St Helens Road |
| Shipyard Commerce Center LLC | September 2010 | Alan Sprott<br>Vice President<br>Shipyard Commerce Center LLC<br>5555 North Channel Avenue<br>Portland, OR 97217 | | 5555 N Channel Avenue |
| Shore Terminals LLC | March 2009 | Rebecca Fink, Esq.<br>c/o Shore Terminals, LLC<br>NuStar Energy L.P.<br>2330 North Loop 1604 West<br>San Antonio, TX 78248 | | 9420 NW St. Helens Road<br>9400 NW St. Helens Road |
| Siltronic Corporation | December 2000 | Katherine Young<br>Wacker Siltronic<br>P.O. Box 83180<br>Portland, OR 97083 | Neil Nelson<br>President & CEO<br>c/o Siltonic Corporation<br>7200 NW Front Ave. M/S<br>Portland, OR 97210-3676 | 7200 NW Front Avenue |
| Smurfit-Stone Container Enterprises Incorporated | July 2009 | Nina E. Butler<br>VP & Sr. Environmental Counsel<br>Smurfit-Stone Container Enterprises Incorporated<br>3700 Crestwood Parkway, Suite 850<br>Duluth, GA 30096 | | 9930 N Burgard Way<br>12005 WI/ N Burgard Street |

Case 17-11872-CMA  Doc 1  Filed 04/24/17  Ent. 04/24/17 18:19:27  Pg. 173 of 481

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| SPC Properties LLC & Steinfeld Products Company | August 2011 | Gregg L. Engles<br>Chairman of the Board and Chief Executive Officer<br>Dean Foods Company<br>Re: SPC Properties LLC and Steinfelf Products Company<br>2711 N Haskell Avenue, Suite 3400<br>Dallas, TX 75204 | | 10001 North Rivergate Boulevard |
| Standard Steel Property LLC (Portland Bolt and Manufacturing Company) | September 2010 | Brian Sonnenberg<br>Managing Partner<br>Standard Steel Property LLC<br>3441 Northeast Guam Street<br>Portland, OR 97210 | | 3441 NE Guam Street |
| Starlink Logistics, Inc. (FKA Aventis Cropscience USA Holding, Inc., Rhone Poulenc AG Company, Inc., Bayer Cropscience LP) | December 2000 | Robert L. Ferguson<br>Rhone Poulenc<br>RE: Bayer Cropscience LP<br>P.O. Box 12014<br>Research Triangle Park, NC 22709 | John Wichtrich<br>President<br>StarLink Logistics / Bayer CropScience<br>One Copley Parkway, Suite 309<br>Morrisville, NC 27560 | 6200 NW St. Helens Road |
| State of Oregon Department of State Lands & State Land Board | February 2011 | Louise C. Solliday<br>Director<br>State of Oregon<br>Department of State Lands<br>775 Summer St. NE Suite 100<br>Salem, Oregon 97301-1279 | | Submerged and Submersible Leased Lands |
| State of Oregon Department of Transportation | February 2011 | Matthew Garrett<br>Director<br>State of Oregon<br>Department of Transportation<br>355 Capitol St. NE<br>Salem, Oregon 97301-3871 | | NW Nicolai St-NW St. Helens Road (Hwy 30) Interchange<br>St. Johns Bridge |
| Steelhammer Properties LLC | July 2009 | Tom Leaptrott<br>Steelhammer Properties LLC<br>8524 North Crawford Street<br>Portland, OR 97203 | | 8424 & 8524 N Crawford Street |
| Sulzer Pumps (US), Inc. | March 2009 | Kati Babinec<br>Manager, Legal<br>Sulzer Pumps (US), Inc.<br>200 SW Market Street, 4th Floor<br>Portland, OR 97201 | | 2700 NW Front Avenue<br>2800 NW Front Avenue |
| Summit Properties, Inc. (Mt. Hood Chemical Corp.) | September 2010 | Yoshio Kurosaki<br>President<br>Summit Properties, Inc.<br>5550 Southwest Macadam Avenue, Suite 205<br>Portland, OR 97239 | | 4456 NW Yeon Avenue |
| The Marine Group | March 2010 | Arthur E. Engel<br>Managing Member/President<br>The Marine Group, LLC<br>997 G Street<br>Chula Vista, CA 91910 | J.W. Ring, Esq.<br>Bateman Seidel Miner Blomgren Chellis & Gram, P.C.<br>Attorneys for Respondent<br>888 SW Fifth Avenue, Suite 1250<br>Portland, OR 97204 | 5555 North Channel Avenue<br>5851 North Lagoon Avenue |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|--------|-------------------|------------------------------|-------------------------------|------------------|
| The Marine Salvage Consortium, Inc. | December 2000 | Marine Salvage Consortium Inc.<br>6211 N. Ensign<br>Portland, OR 97217 | J. H. Leitz<br>President<br>Marine Salvage Consortium, Inc.<br>6211 N Ensign<br>Portland, OR 97217 | 6211 N Ensign |
| The Valspar Corporation | November 2009 | Ronda P. Bayer<br>Associate General Counsel<br>The Valspar Corporation<br>1101 South Third Street<br>Minneapolis, MN 55415 | | 4155 NW Yeon Avenue |
| Time Oil Co. | December 2000 | Kevin Murphy<br>Time Oil Company<br>2737 W. Commodore Way<br>Seattle, WA 98199 | Richard Gordon<br>General Counsel<br>Time Oil Co.<br>2737 W Commodore Way<br>Seattle, WA 98099 | 9100 NW St. Helens Road<br>10350 Time Oil Road |
| Tosco Corporation | December 2000 | Martin Cramer<br>Tosco Corp.<br>5528 NW Doane Ave.<br>Portland, OR 97210 | Willette A. Dubose<br>HS&E Legal Specialist<br>ConocoPhillips Company, ML 1126<br>Legal Environmental Group<br>600 North Dairy Ashford<br>Houston, TX 77079 | 5528 NW Doane Avenue |
| Toyota Motor Sales, U.S.A., Inc. | March 2010 | Yoshimi Inaba<br>Chairman and CEO<br>Toyota Motor Sales, U.S.A., Inc.<br>19001 South Western Avenue<br>Torrance, CA 90501 | Sandra H. Waddell, Esq.<br>Managing Counsel<br>Toyota Motor Sales, U.S.A., Inc.<br>19001 South Western Avenue - HQ12<br>Torrance, CA 90501 | 10400 North Lombard Street and Port of Portland Terminal 4 (a.k.a Upper Parcels) |
| Toyota Logistics Services, Inc. | March 2010 | Yukitoshi Funo<br>President<br>Toyota Logistic Services, Inc.<br>19001 South Western Avenue<br>Torrance, CA 90501 | Sandra H. Waddell, Esq.<br>Managing Counsel<br>Toyota Motor Sales, U.S.A., Inc.<br>19001 South Western Avenue - HQ12<br>Torrance, CA 90501 | 10400 North Lombard Street and Port of Portland Terminal 4 (a.k.a Upper Parcels) |
| Treehouse Foods, Inc. (Dean Pickle and Specialty Products Company) | September 2010 | Sam K. Reed<br>Chairman of the Board and CEO<br>Treehouse Foods, Inc.<br>Two Westbrook Corporate Center, Suite 1070<br>Westchester, IL 60154 | | 10001 N Rivergate Boulevard |
| Triangle Park, LLC | December 2000 | Jay Zidell<br>Front Ave. LLC<br>3121 SW Moody Ave.<br>Portland, OR 97201 | Kathryn M. Silva<br>General Counsel<br>Zidell Companies<br>3121 SW Moody Ave.<br>Portland, OR 97239 | 4950-5200 NW Front Avenue |
| Tube Forgings of America, Inc. | April 2006 | Jay N. Zidell<br>Tube Forgings of America, Inc.<br>3121 SW Moody Ave.<br>Portland, OR 97239 | Kathryn Silva<br>General Counsel<br>Tube Forgings of America, Inc.<br>3121 SW Moody Ave.<br>Portland OR 97239 | 5200 NW Front Avenue |
| Union Pacific Railroad Company | December 2000 | Bob Markworth<br>Union Pacific Railroad<br>1416 Dodge St.<br>Omaha, NE 68179 | Robert M. Grimaila<br>Senior Assistant Vice President - Safety Environment and Security<br>Union Pacific Railroad Company<br>RE: Union Pacific Corp.<br>1400 Douglas St., Mail Stop 1180<br>Omaha, NE 68179 | 2745 N Interstate Avenue |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| Union Carbide Corporation | February 2011 | John R. Dearborn<br>President<br>Union Carbide Corporation<br>400 W. Sam Houston Parkway S.<br>Houston, Texas 77042-1203 | | 11920 North Burgard Road |
| Univar USA, Inc. (Van Waters & Rogers) | September 2010 | George Sylvester<br>Univar USA, Inc.<br>32131 Stevens Way<br>Conifer, CO 80433 | | 3950 NW Yeon Avenue |
| U.S. Army Corps of Engineers (USACE) | December 2000 | Carolyn Markos<br>US Army Corps of Engineers<br>RE: US Moorings Facility<br>8010 NW. St Helens Rd.<br>Portland, OR 97210 | Kevin J. Brice, P.E., PMP<br>Project Management Division<br>Department of the Army<br>Corp of Engineers, Portland District<br>P.O. Box 2946<br>Portland, OR 97208-2946 | 8010 NW St. Helens Road |
| U.S. Bonneville Power Administration (BPA) | March 2010 | Randy Roach<br>Senior Vice President and General Counsel<br>Bonneville Power Administration<br>905 NE 11th Ave.<br>Portland, OR 97232 | Ernest E. Estes, Esq. LC-7<br>Bonneville Power Adminstration<br>905 NE 11th Avenue<br>Portland, OR 97232 | 6400 NW Front Avenue (Pennwalt Substation)<br><br>Intersection of NW Marina Way and NW St. Helens Road (Linnton Right-of-Way) |
| U.S. Navy | April 2006 | Roslyn T. Tobe<br>Environmental Trial Attorney<br>Department of the Navy<br>720 Kennon St., SE Bldg. 36 Room 233<br>Washington Navy Yard, DC 20374 | | Kaiser Company - Swan Island<br>(No facility address provided)<br><br>Oregon Steel Mills Facility<br>(No facility address provided)<br><br>Former Willamette Iron and Steel Corporation<br>3050 NW Front Ave. |
| U.S. Coast Guard | December 2000 | Roy Clark<br>US Coast Guard<br>2000 Embarcadero Suite 200<br>Oakland, CA 89269 | Dave Stalters<br>Chief, Environmental Division<br>U.S. Coast Guard<br>2000 Embarcadero, Suite 200<br>Oakland, CA 94606-5337 | 6767 N Basin Avenue |
| U.S. Reconstruction Finance Corporation | January 2014 | U.S. Department of the Treasury<br>Office of the General Counsel<br>RE: U.S. Reconstruction Finance Corporation<br>1500 Pennsylvania Avenue Northwest<br>Washington, District of Columbia 20220 | | 3556 Northwest Front Avenue |
| Unocal Corporation | December 2000 | Ron Schwah<br>Unocal Corporation<br>376 S. Valencia Ave.<br>Brea, CA 92823 | Willette A. DuBose<br>HS&E Legal Specialist<br>ConocoPhillips<br>600 N. Dairy Ashford (77079) ML 1126<br>P.O. Box 4783<br>Houston, TX 77210 | 5924 NW Doane Avenue |
| Watumull Properties Corporation | March 2010 | JD Watumull<br>Vice President<br>Watumull Properties Corp.<br>307 Lewers St Suite 600<br>Honolulu, HI 96815 | | 5617-5885 N Basin Avenue |

| Entity | Date(s) of GNL(s) | Recipient of Most Recent GNL | Current Correspondence Address | Facility Address |
|---|---|---|---|---|
| **Westinghouse Corporation** | November 2009 | William D. Wall<br>Vice President, Senior Counsel<br>CBS Corporation<br>RE: Westinghouse Electric Corporation<br>11 Stanwix Street<br>Pittsburgh, PA 15222 | | 614 N Tillamook Street |
| **Wilhelm Trucking Company** | September 2010 | Robert J. Wilhelm, Sr.<br>President<br>Wilhelm Trucking Company<br>3250 NW St. Helens Road<br>Portland, OR 97210 | | 3250 NW St. Helens Road |
| **Willamette-Western Corporation** | December 2000 | Not Available | Arthur A. Riedel<br>RE: Willamette-Western Corporation<br>3600 Whiskey Creek Rd.<br>PO Box 910<br>Tillamook, OR 97141 | 4950-5200 NW Front Avenue |
| **WMR LLC** | February 2011 | Jeff Davis<br>Asset Manager<br>Davis Property & Investment<br>Re: WMR LLC<br>22757 72nd Avenue South, Suite E-106<br>Kent, Washington 98032 | | 11920 N. Burgard Road |
| **Z Explorations** | March 2010 | The Corporation Trust Company<br>Registered Agent for<br>Z Explorations, Inc.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Larry Nettles<br>Attorney for Global Flow Technologies<br>Vincent & Elkins<br>First City Tower<br>1001 Fannin Street<br>Suite 2500<br>Houston, TX 77002-6760 | 3121 SW Moody Avenue<br><br>former Kinglsey Lumber Company Dock on the West Bank of the Willamette River at River Mile 4 |
| **Zidell Marine Corp.** | March 2010 | Jay N. Zidell<br>President<br>Zidell Companies<br>3121 S.W. Moody Avenue<br>Portland, OR 97239 | Kathryn M. Silva<br>General Counsel<br>Zidell Companies<br>3121 S.W. Moody Avenue<br>Portland, OR 97239<br><br>Suzanne C. Lacampagne<br>Miller Nash LLP<br>111 Southwest Fifth Avenue Suite 3400<br>Portland, OR 97204 | 3121 SW Moody Avenue<br><br>Portland Shipyard on Swan Island<br><br>former Kinglsey Lumber Company Dock on the West Bank of the Willamette River at River Mile 4 |
| **ZRZ Realty Co.** | March 2010 | Jay N. Zidell<br>President<br>ZRZ Realty Company<br>3121 S.W. Moody Avenue<br>Portland, OR 97239 | Kathryn M. Silva<br>General Counsel<br>Zidell Companies<br>3121 S.W. Moody Avenue<br>Portland, OR 97239<br><br>Suzanne C. Lacampagne<br>Miller Nash LLP<br>111 Southwest Fifth Avenue Suite 3400<br>Portland, OR 97204 | 3121 SW Moody Avenue |

**Oregon Department of Environmental Quality**
700 NE Multnomah Street, Suite 600
Portland, OR 97232-4100

| Date Incurred: N/A | Amount of Debt: Unliquidated |
|---|---|
| Account Number: Time Oil Co. Northwest Terminal, ECSI # 170 | |

Is Debt Disputed?: Partially

Is Anyone Else Liable on this Claim? If yes, provide name and address:

- Beazer East, Inc., 1 Oxford Centre #3000, Pittsburgh, PA 15219 (also, c/o C. Marie Eckert, Miller Nash Graham & Dunn LLP, 3400 U.S. Bancorp Tower, 111 S.W. Fifth Avenue, Portland, Oregon 97204)
- Crosby & Overton, Inc. 1610 West 17th Street Long Beach, California 90813

---

**Oregon Department of Environmental Quality**
700 NE Multnomah Street, Suite 600
Portland, OR 97232-4100

**MMGL LLC**
34407 Dupont Blvd, Suite 6
Frankford, DE 19945

| Date Incurred: N/A | Amount of Debt: Unliquidated |
|---|---|
| Account Number: Premier Edible Oils, ECSI # 2013 | |

Is Debt Disputed?: Yes

Is Anyone Else Liable on this Claim? If yes, provide name and address:
- MMGL LLC, 34407 Dupont Blvd, Suite 6, Frankford, DE 19945
- PALMCO/Mitsubushi Corp., c/o Richard Glick, Davis Wright Tremaine LLP, 1300 SW Fifth Ave. Suite 2300, Portland, OR 97201
- Oregon Shipbuilding Corp./US War Assets Administration, c/o Laura Brown, US Department of Justice, 601 D Street NW, Suite 8000, Washington DC 20004
- C & T Quincy Foods, c/o CT Corporation, 388 State St, Suite 420, Salem, OR 97301

**Oregon Department of Environmental Quality**
700 NE Multnomah Street, Suite 600
Portland, OR 97232-4100

**Schnitzer Steel Industries**
299 SW Clay, Suite 350
Portland OR 97201

**MMGL LLC**
34407 Dupont Blvd, Suite 6
Frankford, DE 19945

| | |
|---|---|
| Date Incurred: N/A<br><br>Account Number: Schnitzer Steel Industries, ECSI #2355 | Amount of Debt: Unliquidated |

Is Debt Disputed?:  Yes

Is Anyone Else Liable on this Claim? If yes, provide name and address:

  - Schnitzer Steel Industries, 299 SW Clay, Suite 350, Portland OR 97201
  - Oregon Shipbuilding Corp./US War Assets Administration, c/o Laura Brown, US Department of Justice, 601 D Street NW, Suite 8000, Washington DC 20004

---

**Oregon Department of Environmental Quality**
700 NE Multnomah Street, Suite 600
Portland, OR 97232-4100

**Port of Portland**, c/o Beverly Pearman, Port of Portland,
7200 NE Airport Way
Portland, OR 97218

**Evraz Inc. NA**, c/o Loren Dunn, Riddell Williams,
1001 4th Avenue Plaza, Suite 4500
Seattle WA 98154

| | |
|---|---|
| Date Incurred: N/A<br><br>Account Number: Evraz Oregon Steel, ECSI # 141 | Amount of Debt: Unliquidated |

Is Debt Disputed?:  Yes

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Sussman Shank LLP            *Attorney for Exxon Mobil and Atlantic*
1000 S.W. Broadway, Suite 1400    *Richfield Co.*
Portland, OR 97205

Lawrence B. Burke             *Attorney for Conoco-Phillips Company,*
Davis Wright Tremaine, LLP       *Shell Oil Company and Chevron Texaco*
1300 S.W. Fifth Avenue, Suite 2300
Portland, OR 97201

Mark P. Reeve                 *Attorney for Zidell Marine Corporation*
Reeve Kearns PC
610 S.W. Alder Street, Suite 910
Portland, OR 97205

Michael R. Seidl                 *Attorney for Oregon Steel Mills*
Seidl Law Offices, PC
806 S.W. Broadway, Suite 400
Portland, OR 97205

Corporation Service Company     *Registered Agent for Union Oil Company of*
285 Liberty Street N.E.          *California*
Salem, Oregon 97301

Christopher A. Rycewicz        *Attorney for Shaver*
Jeanne Sinnott                *Transportation*
Miller Nash, LLP
3400 US Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204-3699

Paul G. Dodds, Esq.          *Attorney for Arkema Chemicals, Inc.*
Brownstein, Rask, Sweeney, Kerr, Grim, DeSylvia & Hay, LLP
1200 Southwest Main Building
Portland, OR 97205-2039

David L. Blount                 *Attorney for Port of Portland*
Landye Bennett Blumstein, LLP
1300 S.W. Fifth
Avenue, Suite 3500
Portland, OR 97201

*Please note that George ("Skip") McKallip, counsel for ExxonMobil and ARCO, is deceased. We have not been advised of substitute counsel.*

**Oregon Department of Environmental Quality**
700 NE Multnomah Street, Suite 600
Portland, OR 97232-4100

| | |
|---|---|
| Date Incurred: 1996<br><br>Account Number: Agate Beach Time – UST ID #2155 | Amount of Debt: Unliquidated |

Is Debt Disputed?: Yes

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Cummings Transfer Company, 3015 Salem Ave SE, Albany, Oregon 97321

**Vivolo Family LLC**, its successors, any party holding security interest in the property, etc.
c/o Ian Sutton
Joyce Ziker Parkinson, PLLC
1601 Fifth Avenue, Suite 2040
Seattle, WA 98101

Indemnity in "Funding and Indemnity Agreement" dated 10/28/14, regarding 301 and 305 Central Avenue North and 215 E. Smith St., Kent, Washington.

| | |
|---|---|
| Date Incurred: 10/28/14<br><br>Account Number: | Amount of Debt: Unliquidated |

Is Debt Disputed?

Is Anyone Else Liable on this Claim? If yes, provide name and address:

**Port of Tacoma**
One Sitcum Plaza
Tacoma, WA 98421

| Date Incurred: Unknown | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?  Yes

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Port of Tacoma, Slip 5 (Time Oil)
Other historic and/or current tenants of the Port of Tacoma in and/or around Slip 5 (the identities of whom are unknown to Debtor) who might have liability for alleged petroleum contamination at, under, or from Port of Tacoma Slip 5

---

**Philip S. Choi**
8320 Canyon Road
Puyallup, WA  98371

Indemnity in 8/10/15, letter from TOC to Mr. Philip S. Choi, concerning TOC's ongoing environmental remediation of 8320 Canyon Road, Puyallup, WA. Indemnity for TOC's remedial obligations under MTCA (RCW Chapter 70.105D) as well as related surviving obligations under the January 26, 2006 Purchase and Sale Agreement from Time Oil Co. to Choi.

| Date Incurred: 08/10/15 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?

Is Anyone Else Liable on this Claim? If yes, provide name and address:

**Keith Welch and Dawn Welch**
11006 Maple Lane
Lake Stevens, WA 98258

Dawn Welch
c/o Valerie K. Fairwell
Cascadia Law Group PLLC
1201 3rd Ave, Suite 320,
Seattle, WA 98101

Indemnity in 9/11/00 "Remediation Agreement" (Agreement was amended by two 10/30/14 Addenda) for the actual and direct costs of the environmental remediation at 712 & 714 Avenue D, Snohomish, WA.

| Date Incurred: 09/11/00 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?

Is Anyone Else Liable on this Claim? If yes, provide name and address:
Armstrong Realty, Inc.
c/o West Law Offices, PS
332 1st St NE
Auburn, WA 98002

---

**June Greiner**
15112 NE 30th Ave
Vancouver, WA 98686

The remediation covered by the Access Agreement is still active to date of filing. As a condition of the Access Agreement TOC paid a one-time sum of $4,000 to Greiner. As part of this Agreement Grantor grants TOC and or its consultants continued access to the respective parcel for TOC's ongoing remediation of remaining petroleum hydrocarbon contamination at the Property sufficient to obtain a No Further Action (hereinafter, "NFA") Letter or its then equivalent from the Washington State Department of Ecology. TOC indemnifies Greiner against "move out" damages, should tenant move out due to access activity or the contamination and TOC indemnifies Greiner against breach of the Access Agreement.

| Date Incurred: 09/04/08 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?

Is Anyone Else Liable on this Claim? If yes, provide name and address:

---

Seung J Ypp
6334 Meadows Road
Lake Oswego, OR 97305

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

Balvin Properties, LLC
3314 NE 44th St.
Vancouver, WA 98663

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

WDOE c/o Moshen Kourehder
Southwest Regional Office
P.O. Box 47775
Olympia, WA 98504

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

Donald Cramer
3021 NE 72nd Dr., Ste 9
PMB43
|Vancouver, WA 98661

| Date Incurred: | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

Ms. Cori Amsted
15990 SW Roy Rogers Rd.
Sherwood, OR 97140

| Date Incurred: | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

Ms. June Greiner
15112 NE 30th Ave.
Vancouver, WA 98686

| Date Incurred: | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

| Is Debt Disputed?: |
|---|
| Is Anyone Else Liable on this Claim? |

| Ms. Joyce Paeth c/o Robert Hughes<br>2916 NW 133rd St.<br>Vancouver, WA 98685 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

| Mr. Steve Long<br>2818 NE Cherry Rd.<br>Vancouver, WA 98663 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

| Gateway Tavern (named as PLP)<br>24309 56th Ave W<br>Mountlake Terrace, WA 98043 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? | |

| Dave's Auto (named as PLP) 24311 56th Ave W Mountlake Terrace, WA 98043 | |
|---|---|
| Date Incurred: Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

| EZ Corner Mart (named as PLP) 24325 56th Ave W Mountlake Terrace, WA 98043 | |
|---|---|
| Date Incurred: Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

| Dibble Engineering 1029 Main Street Kirkland, WA 98003 | |
|---|---|
| Date Incurred: Account Number: | Amount of Debt: Unliquidated |

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? | |

City of Kirkland c/o William Evans
123 Fifth Ave
Kirkland, WA 98003

| Date Incurred: | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: | |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

Broadway Assoc., GPc/o Andrew Zabel
100 N 35th St.
Seattle, WA 98103

| Date Incurred: | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: | |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

Shell Oil Co., c/o CBRE
280 Post Oak Blvd., Suite 2300
Houston, TX 77056

| Date Incurred: | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: | |

| Is Debt Disputed?: | |
|---|---|
| **Is Anyone Else Liable on this Claim?** | |

| T & C Mini Market, Inc. c/o Mark Tran 927 E 4th Ave. Olympia, WA 98506 | |
|---|---|
| Date Incurred: Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| **Is Anyone Else Liable on this Claim?** | |

| Guatemala Todos Santos/Prudentia Lorenzo Mendoza c/o Santiago Ramirez 401 S 1st Shelton, WA 98584 | |
|---|---|
| Date Incurred: Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| **Is Anyone Else Liable on this Claim?** | |

| Dott Mar, Inc. c/o Andrew Zabel 100 N 35th St. Seattle, WA 98103 | |
|---|---|
| Date Incurred: | Amount of Debt: Unliquidated |

| Account Number: | |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

Tidewater Assoc. Oil Co.
7 West Tenth St.
Wilmington, DE 19803

| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

Phillips 66 Oil Co.
PO Box 4428
Houston, TX 77210

| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

AATW c/o William F. Joyce, Joyce Ziker Parkinson PLLC
1601 Fifth Avenue, Suite 2040
Seattle, WA 98101

| Date Incurred: | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

Scott Brothers Oil, Inc./Colony Insurance
c/o Stephen Tan
1201 Third Avenue, Suite 320
Seattle, WA 98101

| Date Incurred: | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

Bay Area / Diablo Petroleum
501 Shell Ave.
Martinez, CA 94553

| Date Incurred: | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

NDEP
901 S. Stewart St.
Carson City, NV 89701

| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
|---|---|

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

Capital Hill Housing c/o Katie Porter
1620 12th Ave., #205
Seattle, WA 98122

| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
|---|---|

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

City of Seattle c/o Tad Schimazu
600 Fourth Ave., 4th Fl
Seattle, WA 98124

| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
|---|---|

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Pigotti Properties Market LLC c/o Houllihan Law
100 N 35th Street
Seattle, WA 98103

| Date Incurred: | Amount of Debt: Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

City of Kirkland c/o Philip Vartanian
123 Fifth Ave.
Kirkland, WA 98003

| Date Incurred: | Amount of Debt: Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

Exxon Mobile Co. c/o Mark Meyers
601 Union St. #4100
Seattle, WA 98101

| Date Incurred: | Amount of Debt: Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

| LockHaven Marina<br>3030 W Commodore Way<br>Seattle, WA 98199 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

| ASKO Hydraulics<br>12128 Cyrus Way<br>Mukilteo, WA 98275 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

| Marine Service & Supply c/o Russ Trombley<br>2737 W Commodore Way "B"<br>Seattle, WA 98042 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

| BNSF c/o TRC Brent McDaniel |
| 10550 Richmond Ave. #210 |
| Houston, TX 77042 |

| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |

| Is Anyone Else Liable on this Claim? |

| Palmer Coking Coal c/o William Kombel |
| PO Box 10 |
| 31407 Hwy 169 |
| Black Diamond, WA 98010 |

| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |

| Is Anyone Else Liable on this Claim? |

| Phillips Petroleum Co. |
| 2423 Lind Ave SW |
| Renton, WA 98057 |

| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |

| Is Anyone Else Liable on this Claim? |

PACCAR
777 106th Ave NE
Bellevue, WA 98004

| Date Incurred: | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

BNSF Railway Co.
2650 Lou Menk Drive
Fort Worth, TX 76131

| Date Incurred: | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Plum Creek Timbers
999 3rd Ave.
Seattle, WA 98104

| Date Incurred: | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Brownig-Ferris Industries of Illinois
137 E 154th St.
South Holland, IL 60473

| Date Incurred: | Amount of Debt: Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

WDOE
Jerome Cruz
3190 160th Ave., SE
Bellevue, WA 98008

| Date Incurred: | Amount of Debt: Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

Caroline Cress -Washington Attorney General Office
2425 Bristol Ct SW
Olympia, WA 98502

| Date Incurred: | Amount of Debt: Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

City of West Sacramentoc/o Paul Dirksen
1110 West Capital Avenue West
Sacramento, CA 95651

| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
|---|---|

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

California Regional Water Quality Control Board
c/o Kristi Shelton
11020 Sun Center Drive, #200
Rancho Cordova, CA 95670

| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
|---|---|

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

Port of Stockton
3015 Navy Drive
Stockton, CA 95206

| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
|---|---|

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

| Buckeye Terminals c/o Brudereck<br>2700 W Washington St.<br>Stockton, CA 95203 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

| Tesoro c/o Darrell Fah<br>3003 Navy Drive<br>Stockton, CA 95206 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

| NuStar Energy, L.P. c/o Rene Robinson<br>2941 Navy Drive<br>Stockton, CA 95206 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

CHS Inc., c/o Heather Yakely
818 West Riverside, #250
Spokane, WA 99201

| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

Petrosun/Pacific Convenience & Fuel, c/o Walter Sprague
PO Box 11537
Pleasanton, CA 94588

| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

---

Portland Terminal – Time Oil Road Maintenance Agreement
Creditor: Chicago Title Insurance Company of Oregon, c/o Kelly Norton
1211 S.W. 5th Avenue, Suite 2130, Portland, OR 97204

| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

| Oregon Department of State Lands |
|---|
| 775 Summer St. NE #100 |
| Salem, OR 97301-1279 |

| Date Incurred: | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: Portland Terminal – | |
| | |
| Portland - Waterway Lease | |
| Wharf Structure Renewal Application | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

| Irvine Corporate Service Team |
|---|
| CT Irvine Service Group |
| 2875 Michelle Ste 100 |
| Irvine, CA 92606-1024 |

| Date Incurred: | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: 1413164 | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

**3.**    **The following are the creditors/co-debtors from the 18 page list of the General Notice Letter Recipients related to the Portland Harbor Superfund Site:**

| ACF Industries, Inc. /ACF Industries, LLC<br>William L. Finn, President<br>101 Clark St.<br>Saint Charles, MO 63301 | |
|---|---|
| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

| Acme Trading & Supply<br>Chuck Gleason, Director of Operations<br>2495 NW Nicolai Street<br>P.O. Box 10067<br>Portland, OR 97296-0067 | |
|---|---|
| Date Incurred: 03/2009<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

**Air Liquide America Corporation**
Kevin Feeney, V.P. & General Counsel
2700 Post Oak Boulevard, Suite 1800
Houston, TX 77056

| Date Incurred: | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Alder Creek Lumber Company, Inc.**
Ron Prestwood, V.P. Operations
P.O. Box 19356
Portland, OR 97280

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Alcatel-Lucent USA, Inc.**
Robert Vrij, President
3400 West Plano Parkway
Plano, Texas 75075

| Date Incurred: 11/2013 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

| Is Anyone Else Liable on this Claim? |
| :--- |
| All other members on the 18 page General Notice Letter Recipient List |

**Anderson Brothers, Inc.**
John Anderson, President
9111 N. Vancouver Avenue
Portland, OR 97217

| Date Incurred: 12/2009 | Amount of Debt: Unliquidated |
| :--- | :--- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
| :--- |

| Is Anyone Else Liable on this Claim? |
| :--- |
| All other members on the 18 page General Notice Letter Recipient List |

**Arkema, Inc.**
Doug Loutzenhiser
Legacy Site Services
468 Thomas Jones Way - Suite 150
Exton, PA 19341-2528

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
| :--- | :--- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
| :--- |

| Is Anyone Else Liable on this Claim? |
| :--- |
| All other members on the 18 page General Notice Letter Recipient List |

**Ashland, Inc.**
David L. Hausrath, Sr.
Vice President and General Counsel
50 E. Rivercenter Blvd.
Covington, KY 41012

| Date Incurred: 09/2010 | Amount of Debt: |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**ATKN Company**
Julianne Viadro
3527 Mt. Diablo Blvd. Box 354
Layfayette, CA 94549

| Date Incurred: 11/2009 | Amount of Debt: |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Babcock Land Company, LLC**
George Webb
9933 NW 107th Ave.
Portland, OR 97231

| Date Incurred: 12/2000 | Amount of Debt: |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

**BAE Systems San Diego Ship Repair, Inc.**
Robert A. Kilpatrick, President
2205 East Belt Street
San Diego, CA 92113

| Date Incurred: 03/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Basin Street Associates**
Brad Simmons, Owner
c/o Pacific Insurance Investment Company
7820 Southwest Willowmere Drive
Portland, OR 97225

| Date Incurred: 09/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Bay Valley Foods, LLC**
Joseph Coning, President
857-897 School Place
Green Bay, WI 54307-90

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
|---|---|
| **Is Anyone Else Liable on this Claim?**<br><br>All other members on the 18 page General Notice Letter Recipient List | |

**BBD&R, Inc.**
J. (Mick) Leitz
6211 N. Ensign St.
Portland, OR 97217

| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
|---|---|
| Is Debt Disputed?: | |
| **Is Anyone Else Liable on this Claim?**<br><br>All other members on the 18 page General Notice Letter Recipient List | |

**Beazer East, Inc.**
Jill M. Blundon, President
1 Oxford Centre #3000
Pittsburgh, PA 15219

| Date Incurred: 04/2006<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
|---|---|
| Is Debt Disputed?: | |
| **Is Anyone Else Liable on this Claim?**<br><br>All other members on the 18 page General Notice Letter Recipient List | |

**Berry Transport, Inc.**
Steven M. Carson, President
3301 Broadmore Street
Klamath Falls, OR 97603

| Date Incurred: 09/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**BP West Coast Products LLC**
Ralph J. Moran
Environmental Portfolio Manager
6 Centerpoint Drive, Suite 727
La Palma, CA 90623

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Brand-S Corporation**
John S. Brandis III, Vice President
6300 SW Reservoir Avenue
Corvallis, OR 97333

| Date Incurred: 09/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| All other members on the 18 page General Notice Letter Recipient List |

**Brix DeArmond LLC**
Peter J. Brix
14020 SE Johnson Road #201
Milwaukie, Oregon 97269

| Date Incurred: 04/2006 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| All other members on the 18 page General Notice Letter Recipient List |

**Brix Maritime Co., d/b/a Foss Maritime Co.**
Steve T. Scalzo, President
660 W. Ewing Street
Seattle, WA 98119

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| All other members on the 18 page General Notice Letter Recipient List |

| **Peter Brix (Twin City Barge, Inc.)** 14020 SE Johnson Road #201 Milwaukie, Oregon 97269 | |
|---|---|
| Date Incurred: 02/2011<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

| **Burgard 789 LLC** James H. Winkler 210 Southwest Morrison Street, Suite 600 Portland, OR 97204 | |
|---|---|
| Date Incurred: 09/2010<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

| **Burlington Northern Santa Fe Corporation** **BNSF Railway Company** Matthew Rose 2650 Lou Menk Dr. Fort Worth, TX 76131 | |
|---|---|
| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |

| Is Anyone Else Liable on this Claim? |
| :--- |
| All other members on the 18 page General Notice Letter Recipient List |

| **Calbag Metals Company** |
| :--- |
| Chuck Gleason, Director of Operations |
| 2495 NW Nicolai Street |
| P.O. Box 10067 |
| Portland, OR 97296-0067 |

| Date Incurred: 12/2000 | Amount of Debt: |
| :--- | :--- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Unliquidated |

| Is Debt Disputed?: |
| :--- |

| Is Anyone Else Liable on this Claim? |
| :--- |
| All other members on the 18 page General Notice Letter Recipient List |

| **CanAm Minerals, Inc. DBA Kleen Blast** |
| :--- |
| Timothy Spurgeon, President |
| 50 Oak Court, Suite 210 |
| Danville, CA 94526 |

| Date Incurred: 08/2011 | Amount of Debt: |
| :--- | :--- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Unliquidated |

| Is Debt Disputed?: |
| :--- |

| Is Anyone Else Liable on this Claim? |
| :--- |
| All other members on the 18 page General Notice Letter Recipient List |

**Cargill, Inc.**
Steven C. Euller, Corporate VP, General Counsel
15407 McGinty Road West
Minneapolis, MN 55440

| Date Incurred: 07/2009c | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Cascade General, Inc.**
Alan Sprott
2626 NW Cornell Road
Portland, OR 97210

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Carson Oil Company**
John A. Carson, Chairman
3125 Northwest 35th Avenue
Portland, OR 97210

| Date Incurred: 09/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Cenex Ag, Inc.**
David A. Baker, Secretary/General Counsel
5500 Cenex Drive
Inver Grove Heights, MN 55077

| Date Incurred: 07/2009 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Chevron Texaco Corp.**
6111 Bollinger Canyon Road
San Ramon, CA 94583

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

| **City of Portland**<br>Al Smith<br>1211 SW 5th Ave Room 1100<br>Portland, OR 97204 | |
|---|---|
| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

| **CFMW Limited Liability Corporation/Columbia Forge & Machine Works**<br>Douglas Wayne McMullin<br>Vice President / General Manager<br>8524 North Crawford Street<br>Portland, OR 97203 | |
|---|---|
| Date Incurred:<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

| **Consolidated Metco, Inc.**<br>Emie Nimister<br>13940 North Rivergate Boulevard<br>Portland, OR 97203 | |
|---|---|
| Date Incurred: 03/2009<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |

| Is Debt Disputed?: |
| --- |
| Is Anyone Else Liable on this Claim? |
| All other members on the 18 page General Notice Letter Recipient List |

| **Container Management Services, LLC**<br>Christian Stavig<br>8435 Northeast Killingsworth<br>Portland, Oregon 97220 | |
| --- | --- |
| Date Incurred: 02/2011<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |

| Is Debt Disputed?: |
| --- |
| Is Anyone Else Liable on this Claim? |
| All other members on the 18 page General Notice Letter Recipient List |

| **Crawford Street Corporation**<br>Robert W. Philip, President<br>3200 NW Yeon Ave.<br>Portland, OR 97210-1524 | |
| --- | --- |
| Date Incurred: 04/2006<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |

| Is Debt Disputed?: |
| --- |
| Is Anyone Else Liable on this Claim? |
| All other members on the 18 page General Notice Letter Recipient List |

**Crosby & Overton Incorporated**
Michael A. Shloub, President
1610 West 17th Street
Long Beach, CA 90813

| Date Incurred: 07/2009 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**DIL Trust and Dillingham Ship Repair & Albina Shipyard**
Kirk Wilkinson
Latham & Watkins, LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560

| Date Incurred: 02/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**D.S.U. Peterbuilt & GMC, Inc.**
Jan W. Yost, President
Post Office Box 3486
5555 N Lagoon Ave.
Portland, OR 97208

| Date Incurred: 07/2009 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
| --- | --- |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

**Eastman Chemical Company**
J. Brian Ferguson, President
100 N Eastman Road
Kingsport, TN 37662

| Date Incurred: 11/2009<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| --- | --- |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

**El Paso Company**
Douglas L. Foshee
President and CEO
1001 Louisiana Street
Houston, Texas 77002

| Date Incurred: 02/2011<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| --- | --- |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

**Elkem Metals Inc.**
Geir Kvemmo, President
Airport Office Park, Building 2
400 Rouser Road
Moon Township, Pennsylvania 15108-2749

| Date Incurred: 02/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Equilon Enterprises LLC**
Anthony Palagyi
10602 NE 38th Pl
Kirkland, WA 98109

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**ESCO Corporation**
Kevin S. Thomas
Vice President & General Counsel
1650 NW Naito Parkway, Suite 200
Portland, OR 97209

| Date Incurred: 03/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? | |
| All other members on the 18 page General Notice Letter Recipient List | |

**Exide Technologies, Inc.**
Robert M. Caruso
President & Chief Executive Officer
13000 Deerfield Parkway
Building 200
Milton, Georgia 30004

| Date Incurred: 11/2013<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

**ExxonMobil Refining & Supply Company**
607 ExxonMobil Road
Billings, MT 59101

| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

Case 17-11872-CMA    Doc 1    Filed 04/24/17    Ent. 04/24/17 18:19:27    Pg. 219 of 481

**FMC Corporation**
John F. Stillman
Environmental Counsel
1735 Market Street
Philadelphia, PA 19103

| Date Incurred: 04/2006 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Foss Maritime Company**
Frank Williamson, President
660 W. Ewing Street
Seattle, WA 98119

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Foster Poultry Farms**
Ronald Foster, CEO
1333 Swan Street
PO Box 831
Livingston, CA 95334

| Date Incurred: 03/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? | |
| All other members on the 18 page General Notice Letter Recipient List | |

**Freightliner LLC**
Chris Patterson, President
RE: Freightliner Corporation
4747 North Channel
Portland, OR 97217

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? | |
| All other members on the 18 page General Notice Letter Recipient List | |

**Front Ave. Corporation**
Jay N. Zidell, President
3121 SW Moody Ave.
Portland, OR 97239

| Date Incurred: 04/2006 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? | |
| All other members on the 18 page General Notice Letter Recipient List | |

**FTL, Inc.**
Mark Mounsey, President
3333 Northwest 35th Avenue
Portland, Oregon 97210

| Date Incurred: 02/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
|---|
| |

| Is Anyone Else Liable on this Claim? |
|---|
| All other members on the 18 page General Notice Letter Recipient List |

---

**Galvanizers Company**
Hester H. Nau, President
2406 Northwest 30th Avenue
Portland, OR 97210

| Date Incurred: 09/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
|---|
| |

| Is Anyone Else Liable on this Claim? |
|---|
| All other members on the 18 page General Notice Letter Recipient List |

---

**GATX Terminals Corporation**
Eric Conrad
Willbridge Terminal
500 West Monroe
Chicago, IL 60661

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
| --- |
| Is Anyone Else Liable on this Claim? |
| All other members on the 18 page General Notice Letter Recipient List |

**General Electric Company**
Thomas Antanoff
EHS Project Manager
One River Road
Building 43-237
Schenectady, NY 12345

| Date Incurred: 03/2009<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| --- | --- |

| Is Debt Disputed?: |
| --- |
| Is Anyone Else Liable on this Claim? |
| All other members on the 18 page General Notice Letter Recipient List |

**General Services Administration**
Bernard K. Schafer
Office of Property Disposal
1800 F Street NW
Washington, D.C. 20405-0001

| Date Incurred: 04/2006<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| --- | --- |

| Is Debt Disputed?: |
| --- |
| Is Anyone Else Liable on this Claim? |
| All other members on the 18 page General Notice Letter Recipient List |

**Georgia-Pacific West, Inc.**
Steve Petrin
133 Peachtree Street NE
Atlanta, GA 30303

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**GI Trucking Company and Estes Express Lines**
Mr. William Hupp, President
3901 West Broad Street
Richmond, VA 23230

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Glacier Northwest, Inc.**
G. Allen Hamblen
President and CEO
2025 East Financial Way
Glendora, CA 91741

| Date Incurred: 09/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? | |
| All other members on the 18 page General Notice Letter Recipient List | |

**Goldendale Aluminum Co.**
Brett Wilcox
101 SW Main St. # 905
Portland, OR 97204

| Date Incurred: 12/2000 | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
|---|
| Is Anyone Else Liable on this Claim? |
| All other members on the 18 page General Notice Letter Recipient List |

**Gould Electronics, Inc.**
James F. Cronmiller
Director, Corporate Environmental Affairs
35129 Curtis Blvd.
Eastlake, OH 44095

| Date Incurred: 12/2000 | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
|---|
| Is Anyone Else Liable on this Claim? |
| All other members on the 18 page General Notice Letter Recipient List |

| **Great Western Chemical Company**<br>Robert H. McCall<br>808 SW 15th Ave.<br>Portland, OR 95298 | |
|---|---|
| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

| **GS Roofing Products**<br>Lauren Alterman, Senior Counsel<br>6350 NW Front Ave.<br>Portland, OR 97210 | |
|---|---|
| Date Incurred:<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

| **Guild's Lake Properties, LLC**<br>Terry DeSylvia<br>Manager/Owner<br>1200 Southwest Main Street<br>Portland, Oregon 97205 | |
|---|---|
| Date Incurred: 02/2011<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |

| | |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |
| All other members on the 18 page General Notice Letter Recipient List | |

**Gunderson, LLC**
Robert A. Bridgers
4350 NW Front Ave
Portland, OR 97210

| | |
|---|---|
| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |
| All other members on the 18 page General Notice Letter Recipient List | |

**HAJ, Inc. d/b/a Christenson Oil**
John Horstman
Vice President of Operations
3865 N.W. St. Helens Road
Portland, OR 97217

| | |
|---|---|
| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |
| All other members on the 18 page General Notice Letter Recipient List | |

**Hendren Tow-Boat Co., Inc.**
Floyd G. Hendren, President
12751 NW Springville Road
Portland, OR 97229

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Hercules, Inc.**
Israel J. Floyd
Corporate Secretary and General Counsel
1313 North Market Street
Wilmington, DE 19894

| Date Incurred: 11/2009 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Hill Investment Company**
Mr. Ray Agostino, President
1414 Southwest 3rd, Suite 2202
Portland, OR 97201

| Date Incurred: 09/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| All other members on the 18 page General Notice Letter Recipient List |

| **IMACC Corporation** |
| --- |
| John Cutt, President |
| 5801 Christie Avenue |
| Emeryville, California 94608 |

| Date Incurred: 02/2011 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| All other members on the 18 page General Notice Letter Recipient List |

| **Jones Stevedoring Company** |
| --- |
| Clayton R. Jones III, President |
| 7245 West Marginal Way SW |
| Seattle, WA 98106 |

| Date Incurred: 08/2011 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| All other members on the 18 page General Notice Letter Recipient List |

**Johnson Controls, Inc.**
Alex A. Molinaroli
President & Chief Executive Officer
5757 North Green Bay Avenue
P.O. Box 591
Milwaukee, Wisconsin 53201

| Date Incurred: 11/2013 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

    All other members on the 18 page General Notice Letter Recipient List

---

**Kaiser Ventures LLC**
Terry L. Cook
KSC Recovery, Incorporated
3633 Inland Empire Boulevard, Suite 480
Ontario, California 91764

| Date Incurred: 02/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

    All other members on the 18 page General Notice Letter Recipient List

---

**Kinder Morgan Bulk Terminals, Inc.**
Jason Mack Brown
500 Dallas Street, Suite 1000
Houston, Texas 77002

| Date Incurred: 02/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal** | |

| Superfund Site – SSID# ORSFN1002155 | |
|---|---|
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>All other members on the 18 page General Notice Letter Recipient List | |

**Koppers Industries, Inc.**
Amos S. Kamerer
7450 NW St. Helens Rd.
Portland, OR 97210

| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
|---|---|
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>All other members on the 18 page General Notice Letter Recipient List | |

**Lakeside Industries**
Charles Gaskill
4850 NW Front Ave.
Portland, OR 95954

| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
|---|---|
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?** | |

All other members on the 18 page General Notice Letter Recipient List

**Langley-St. Johns Partnership**
Peter J. Brix
14020 SE Johnson Road #201
Milwaukee, OR 97269

| Date Incurred: 04/2006 | Amount of Debt: |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

**Linnton Plywood Association**
Jim Stahley
10504 NW St. Helens Rd.
Portland, OR 97231

| Date Incurred: 12/2000 | Amount of Debt: |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

**Mar Com Marine**
Tom Maples
9070 North Bradford St.
Portland, OR 97203

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Mar Com, Inc.**
Tom R. Maples, President
14815 NE 186th Ave.
Bush Prairie, WA 98606

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Marine Finance Corporation**
Steve Andrews
8444 NW St. Helens Rd.
Portland, OR 97231

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

| Is Anyone Else Liable on this Claim? |
| :--- |
| All other members on the 18 page General Notice Letter Recipient List |

| **U.S. Department of Transportation** | |
| :--- | :--- |
| **Maritime Administration** | |
| Michaela Noble, Office of Chief Counsel | |
| Division of Litigation and General Law | |
| 1200 New Jersey Ave. | |
| Washington, DC 20590 | |
| Date Incurred: 04/2006 <br><br> Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt: <br> Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? <br><br> All other members on the 18 page General Notice Letter Recipient List | |

| **Metro Regional Government** | |
| :--- | :--- |
| April Olbrich | |
| 600 NE Grand Ave. | |
| Portland, OR 97232-2736 | |
| Date Incurred: 12/2000 <br><br> Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt: <br> Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? <br><br> All other members on the 18 page General Notice Letter Recipient List | |

**McCall Oil and Chemical Corporation**
James Charriere, President
5480 N Front Avenue
Portland, OR 97210

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**McCormick & Baxter**
Charles R. McCormick III
6900 N Edgewater
P.O. Box 3048
Portland, OR 97208

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Morec Front, LLC**
Mr. Jim Charriere
5480 Northwest Front Avenue
Portland, Oregon 97210

| Date Incurred: 08/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? <br><br> All other members on the 18 page General Notice Letter Recipient List | |

**Morse Brothers**
Jeff Steyaert
Manager - Environmental/Permits
12222 NW Marina
Portland, OR 97231

| Date Incurred: 12/2000 <br><br> Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt: <br> Unliquidated |
|---|---|

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? <br><br> All other members on the 18 page General Notice Letter Recipient List | |

**Niblick Corporation**
Jerry Hauser, President
30949 Southeast Bluff Road
Gresham, OR 97080

| Date Incurred: 09/2010 <br><br> Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt: <br> Unliquidated |
|---|---|

| Is Debt Disputed?: | |
|---|---|
| Is Anyone Else Liable on this Claim? <br><br> All other members on the 18 page General Notice Letter Recipient List | |

**Nichols Marine Ways, Inc.**
Archie Nichols, President
1957 Lancaster Road
Freeland, Washington 98249

| Date Incurred: 09/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**NL Industries, Inc.**
Robert D. Graham
Vice President, Secretary & General Counsel
5430 LBJ Freeway Suite 1200
Dallas, TX 75240-2697

| Date Incurred: 04/2006 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Northwest Natural Gas Company**
Sandra Hart, Director of Risk
Environment and Land
220 NW 2nd Ave.
Portland, OR 97209

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal** | |

{ 101 }

| Superfund Site – SSID# ORSFN1002155 | |
|---|---|
| **Is Debt Disputed?:** | |
| Is Anyone Else Liable on this Claim?<br><br>     All other members on the 18 page General Notice Letter Recipient List | |

| **Northwest Pipe Company**<br>Brian W. Dunham, President<br>200 SW Market Street Suite 1800<br>Portland, OR 97201 | |
|---|---|
| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>     All other members on the 18 page General Notice Letter Recipient List | |

| **Olympic Pipe Line Company**<br>Bobby Talley, President<br>2201 Lind Ave. SW<br>Renton, WA 98055 | |
|---|---|
| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

All other members on the 18 page General Notice Letter Recipient List

**Oregon Steel Mills**
Drew Gilpin
P.O. Box 2760
Portland, OR 97208-2760

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

**Owens Corning Corporation**
Thomas Brungard
One Owens Corning Pkwy 3G
Toledo, OH 43659

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

**PacifiCorp**
Gregory E. Abel
Chairman and CEO
825 Northeast Multnomah Street

Portland, Oregon 97232

| Date Incurred: 02/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Paramount Petroleum Corporation**
William L. Thorpe
Senior Vice President
14700 Downey Avenue
Paramount, CA 90723

| Date Incurred: 09/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Port of Portland**
Tom Bispham
Environmental Services Division
P.O. Box 3529
Portland, OR 97208

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
| --- |
| Is Anyone Else Liable on this Claim?<br><br>    All other members on the 18 page General Notice Letter Recipient List |

| **Portland General Electric**<br>Dennis Norton<br>121 SW Salmon St.<br>Mail Stop 3VVTCBRO5<br>Portland, OR 97204 | |
| --- | --- |
| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>    All other members on the 18 page General Notice Letter Recipient List | |

| **Portland Terminal Railroad Company**<br>Russ Hulihan, General Manager<br>3500 Northwest Yeon Avenue<br>Portland, Oregon 97210 | |
| --- | --- |
| Date Incurred: 02/2011<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>    All other members on the 18 page General Notice Letter Recipient List | |

**R.B. Pamplin Corporation**
Robert Pamplin, Jr., President
900 SW 5th Avenue
Portland, Oregon 97204

| Date Incurred: 03/2013 | Amount of Debt:<br>Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Ryerson, Incorporated**
Michael C. Arnold, President & CEO
2621 West 15th Place
Chicago, Illinois 60608

| Date Incurred: 09/2011 | Amount of Debt:<br>Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Riedel International, Inc.**
Arthur A. Riedel
3600 Whiskey Creek Road
Tillamook, Oregon 97141

| Date Incurred: 02/2011 | Amount of Debt:<br>Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
| --- |
| **Is Anyone Else Liable on this Claim?**<br><br>    All other members on the 18 page General Notice Letter Recipient List |

| **Edward Hostmann, Inc.**<br>Edward Hostmann, President<br>4500 Southwest Kruse Way Suite 100<br>Lake Oswego, Oregon 97035 | |
| --- | --- |
| Date Incurred: 02/2011<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |

| Is Debt Disputed?: |
| --- |
| Is Anyone Else Liable on this Claim?<br><br>    All other members on the 18 page General Notice Letter Recipient List |

| **RK Storage**<br>Roger Croft<br>10937 NW Front Ave<br>Portland, OR 97231 | |
| --- | --- |
| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |

| Is Debt Disputed?: |
| --- |
| Is Anyone Else Liable on this Claim?<br><br>    All other members on the 18 page General Notice Letter Recipient List |

**RoMar Realty of Oregon, Inc.**
Donna Marden
3500 S. Kedzie
Chicago, IL 60632

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Ro-Mar Realty of Oregon, Inc.**
c/o Robert L. Cope
1730 M St. N.W., Suite 400
Washington, DC 20036

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Ro-Mar Transportation Systems, Inc.**
Donna Marden
3500 South Kedzie Avenue
Chicago, IL 60632

| Date Incurred: 03/2009 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
| --- | --- |
| **Is Anyone Else Liable on this Claim?** | |
| | |
| All other members on the 18 page General Notice Letter Recipient List | |

| **Ross Island Sand & Gravel Co.**<br>A. Charles Steinwandel<br>President<br>4315 SE McLoughlin Blvd.<br>Portland, Oregon 97202 | |
| --- | --- |
| Date Incurred: 03/2013<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| **Is Anyone Else Liable on this Claim?**<br><br>All other members on the 18 page General Notice Letter Recipient List | |

| **Rudie Wilhelm Warehouse Company**<br>Alexandra Wilhelm Hendricks, President<br>2400 Southeast Mailwell Drive<br>Milwaukie, OR 97222 | |
| --- | --- |
| Date Incurred: 09/2010<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| **Is Anyone Else Liable on this Claim?**<br><br>All other members on the 18 page General Notice Letter Recipient List | |

**Rusco, Inc. dba Dura Industries**
Del Stephens, President
4466 Northwest Yeon Avenue
Portland, OR 97210

| Date Incurred: 09/2010 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

   All other members on the 18 page General Notice Letter Recipient List

---

**Samuelson Properties, L.P.**
Reid G. Samuelson
Re: Foster Poultry Farms
5000 Edenhurst Avenue
Los Angeles, CA 90039

| Date Incurred: 03/2010 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

   All other members on the 18 page General Notice Letter Recipient List

---

**Schnitzer Investment Corp.**
Kenneth M. Novack, President
3200 NW Yeon Ave.
Portland, OR 97296-0047

| Date Incurred: 12/2000 & 04/2006 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
| --- | --- |
| **Is Anyone Else Liable on this Claim?** | |
| All other members on the 18 page General Notice Letter Recipient List | |

| **Schnitzer Steel Industries, Inc.**<br>John D. Carter, President and CEO<br>3200 NW Yeon Avenue<br>P.O. Box 10047<br>Portland, OR 97296 | |
| --- | --- |
| Date Incurred: 03/2009<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

| **Shaver Transportation Company**<br>Steve R. Shaver, President<br>4900 NW Front Ave.<br>Portland, OR 97210 | |
| --- | --- |
| Date Incurred: 12/2000 & 04/2006<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

**Shell Oil Company**
William E. Platt III, Esq., Senior Manager
Environmental Claims
910 Louisiana, Suite 685
Houston, TX 77002

| Date Incurred: 12/2000 &04/2006<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
|---|---|

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Shipyard Commerce Center LLC**
Alan Sprott, Vice President
5555 North Channel Avenue
Portland, OR 97217

| Date Incurred: 09/2010<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
|---|---|

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Shore Terminals, LLC**
**NuStar Energy L.P.**
Rebecca Fink, Esq.
2330 North Loop 1604 West
San Antonio, TX 78248

| Date Incurred: 03/2009<br><br>Account Number: **Portland Harbor Federal** | Amount of Debt:<br>Unliquidated |
|---|---|

| Superfund Site – SSID# ORSFN1002155 | |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

| **Siltronic Corporation**<br>Neil Nelson<br>President & CEO<br>P.O. Box 83180<br>Portland, OR 97083 | |
|---|---|
| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

| **Smurfit-Stone Container Enterprises Inc.**<br>Nina E. Butler<br>VP & Sr. Environmental Counsel<br>3700 Crestwood Parkway, Suite 850<br>Duluth, GA 30096 | |
|---|---|
| Date Incurred: 07/2009<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**SPC Properties LLC and Steinfeld Products Company**
Gregg L. Engles
2711 N Haskell Avenue, Suite 3400
Dallas, TX 75204

| Date Incurred: 08/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Standard Steel Property LLC**
Brian Sonnenberg
3441 Northeast Guam St.
Portland, OR 97210

| Date Incurred: 08/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**StarLink Logistics / Bayer CropScience**
John Wichtrich, President
One Copley Parkway, Suite 309
Morrisville, NC 27560

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Oregon Department of State Lands**
Louise C. Solliday, Director
775 Summer St. NE Suite 100
Salem, Oregon 97301-1279

| Date Incurred: 02/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Oregon Department of Transportation**
Matthew Garrett, Director
355 Capitol St. NE
Salem, Oregon 97301-3871

| Date Incurred: 02/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
| --- | --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| All other members on the 18 page General Notice Letter Recipient List |

| **Steelhammer Properties LLC** | |
| --- | --- |
| Tom Leaptrott | |
| 8524 North Crawford Street | |
| Portland, OR 97203 | |
| Date Incurred: 07/2009 | Amount of Debt: Unliquidated |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
| --- | --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| All other members on the 18 page General Notice Letter Recipient List |

| **Sulzer Pumps (US), Inc.** | |
| --- | --- |
| Kati Babinec, Manager, Legal | |
| 200 SW Market Street, 4th Floor | |
| Portland, OR 97201 | |
| Date Incurred: 03/2009 | Amount of Debt: Unliquidated |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
| --- | --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| All other members on the 18 page General Notice Letter Recipient List |

**Summit Properties, Inc.**
Yoshio Kurosaki, President
5550 Southwest Macadam Avenue, Suite 205
Portland, OR 97239

| Date Incurred: 09/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**The Marine Group, LLC**
Arthur E. Engel
Managing Member/President
997 G Street
Chula Vista, CA 91910

| Date Incurred: 03/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Marine Salvage Consortium Inc.**
J. H. Leitz, President
6211 N. Ensign
Portland, OR 97217

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
|---|
| |

| Is Anyone Else Liable on this Claim? |
|---|
| |
| All other members on the 18 page General Notice Letter Recipient List |

**The Valspar Corporation**
Ronda P. Bayer
Associate General Counsel
1101 South Third Street
Minneapolis, MN 55415

| Date Incurred: 11/2009<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
|---|---|

| Is Debt Disputed?: |
|---|
| |

| Is Anyone Else Liable on this Claim? |
|---|
| |
| All other members on the 18 page General Notice Letter Recipient List |

**Tosco Corp.**
Martin Cramer
5528 NW Doane Ave.
Portland, OR 97210

| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
|---|---|

| Is Debt Disputed?: |
|---|
| |

| Is Anyone Else Liable on this Claim? |
|---|
| |
| All other members on the 18 page General Notice Letter Recipient List |

| Toyota Motor Sales, U.S.A., Inc. Yoshimi Inaba, Chairman and CEO 19001 South Western Avenue Torrance, CA 90501 | |
|---|---|
| Date Incurred: 03/2010 Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?  All other members on the 18 page General Notice Letter Recipient List | |

| Toyota Logistic Services, Inc. Yukitoshi Funo, President 19001 South Western Avenue Torrance, CA 90501 | |
|---|---|
| Date Incurred: 03/2010 Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?  All other members on the 18 page General Notice Letter Recipient List | |

| Treehouse Foods, Inc. Sam K. Reed Chairman of the Board and CEO Two Westbrook Corporate Center, Suite 1070 Westchester, IL 60154 | |
|---|---|
| Date Incurred: 09/2010 Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt: Unliquidated |

| Is Debt Disputed?: | |
| --- | --- |

| Is Anyone Else Liable on this Claim? | |
| --- | --- |
| All other members on the 18 page General Notice Letter Recipient List | |

**Front Ave. LLC**
Jay Zidell
3121 SW Moody Ave.
Portland, OR 97201

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
| --- | --- |

| Is Anyone Else Liable on this Claim? | |
| --- | --- |
| All other members on the 18 page General Notice Letter Recipient List | |

**Tube Forgings of America, Inc.**
Jay N. Zidell
3121 SW Moody Ave.
Portland, OR 97239

| Date Incurred: 04/2006 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
| --- | --- |

| Is Anyone Else Liable on this Claim? | |
| --- | --- |
| All other members on the 18 page General Notice Letter Recipient List | |

**Union Pacific Railroad**
Bob Markworth
1416 Dodge St.
Omaha, NE 68179

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List |
|---|

---

**Union Carbide Corporation**
John R. Dearborn, President
400 W. Sam Houston Parkway S.
Houston, Texas 77042-1203

| Date Incurred: 02/2011 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List |
|---|

---

**Univar USA, Inc**.
George Sylvester
32131 Stevens Way
Conifer, CO 80433

| Date Incurred: 09/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: | |
| --- | --- |
| **Is Anyone Else Liable on this Claim?** | |
| All other members on the 18 page General Notice Letter Recipient List | |

| **US Army Corps of Engineers**<br>Carolyn Markos<br>RE: US Moorings Facility<br>8010 NW. St Helens Rd.<br>Portland, OR 97210 | |
| --- | --- |
| Date Incurred: 12/2000<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

| **US Bonneville Power Administration**<br>Randy Roach<br>905 NE 11th Ave.<br>Portland, OR 97232 | |
| --- | --- |
| Date Incurred: 03/2010<br><br>Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>All other members on the 18 page General Notice Letter Recipient List | |

{ 122 }

**Department of the Navy**
Roslyn T. Tobe
720 Kennon St., SE Bldg. 36 Room 233
Washington Navy Yard, DC 20374

| Date Incurred: 04/2006 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**US Coast Guard**
Roy Clark
2000 Embarcadero Suite 200
Oakland, CA 89269

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**U.S. Department of the Treasury**
**Office of the General Counsel**
RE: U.S. Reconstruction Finance Corporation
1500 Pennsylvania Avenue Northwest
Washington, District of Columbia 20220

| Date Incurred: 01/2014 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| All other members on the 18 page General Notice Letter Recipient List |

---

**Unocal Corporation**
Ron Schwah
376 S. Valencia Ave.
Brea, CA 92823

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| All other members on the 18 page General Notice Letter Recipient List |

---

**Watumull Properties Corp.**
JD Watumull, Vice President
307 Lewers St Suite 600
Honolulu, HI 96815

| Date Incurred: 03/2010 | Amount of Debt: Unliquidated |
| --- | --- |
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| All other members on the 18 page General Notice Letter Recipient List |

124

**CBS Corporation**
William D. Wall, V. P., Senior Counsel
RE: Westinghouse Electric Corporation
11 Stanwix Street
Pittsburgh, PA 15222

| Date Incurred: 11/2009 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Wilhelm Trucking Company**
Robert J. Wilhelm, Sr., President
3250 NW St. Helens Road
Portland, OR 97210

| Date Incurred: 09/2010 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

---

**Willamette-Western Corporation**
Arthur A. Riedel
3600 Whiskey Creek Rd
PO Box 910
Tillamook, OR 97141

| Date Incurred: 12/2000 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: **Portland Harbor Federal** | |

Case 17-11872-CMA   Doc 1   Filed 04/24/17   Ent. 04/24/17 18:19:27   Pg. 261 of 481

| Superfund Site – SSID# ORSFN1002155 | |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?   All other members on the 18 page General Notice Letter Recipient List | |

**Davis Property & Investment**
Jeff Davis, Asset Manager
Re: WMR LLC
22757 72nd Avenue South, Suite E-106
Kent, Washington 98032

| Date Incurred: 02/2011   Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt: Unliquidated |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?   All other members on the 18 page General Notice Letter Recipient List | |

**Z Explorations, Inc.**
Corporation Trust Center
1209 Orange Street Wilmington, DE 19801

| Date Incurred: 03/2010   Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Amount of Debt: Unliquidated |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

{ 126 }

All other members on the 18 page General Notice Letter Recipient List

**Zidell Companies**
Jay N. Zidell, President
3121 S.W. Moody Avenue
Portland, OR 97239

| Date Incurred: 03/2010 | Amount of Debt: |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

**ZRZ Realty Company**
Jay N. Zidell, President
3121 S.W. Moody Avenue
Portland, OR 97239

| Date Incurred: 03/2010 | Amount of Debt: |
|---|---|
| Account Number: **Portland Harbor Federal Superfund Site – SSID# ORSFN1002155** | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

All other members on the 18 page General Notice Letter Recipient List

**4.    The following creditors are based on Indemnities from Time Oil/TOC to various former Commercial General Liability & Excess Insurers of Time Oil/TOC are contained in various (Confidential) Settlement Agreements between Time Oil/TOC and the Insurers with respect to Time's "pre-Absolute Pollution Exclusion" Polices (i.e. pre- approx.. 1986 Policies). The Settlement Agreements settle Time Oil/TOC's coverage claims against the Insurers for coverage for Time Oil/TOC's environmental claims under these Policies. Each of such indemnities is contingent, unliquidated, and unknown in amount. The information was compiled by Time Oil/TOC's Insurance Coverage Counsel, James Beck at Gordon Thomas Honeywell, LLP (1201 Pacific Avenue #2100, Tacoma, WA 98402):**

| | |
|---|---|
| **Geoff Alexander, Esq.  - Environmental Claims**<br>CNA Insurance Companies<br>P.O. Box 906<br>Monmouth, NJ 08852-0906<br><br>Cc to:<br><br>Gary A. Sparling, Esq,<br>Gordon & Polscer, LLP<br>1000 Second Avenue, Suite 1500<br>Seattle, WA 98104 | |
| Date Incurred: Various – *See* Below<br><br>Account Number: Various – *See* Below | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? If yes, provide name and address: | |
| Various Policies:<br><br>Harbor Policy 109515] 07/01/70 -<br>  10/01/73 Continental Policy 1<br>[L4424544]: 10/01/73 - 10/01/74<br>  Continental Policy 2 [L6372072]<br>  10/01/74 - 19/01/75 Continental Policy<br>3 [1,6396522] 10/01/75 - 10/01/76.<br>  Continental Policy 4 [L1277210]<br>  11/01/77 - 11/01/78. Continental Policy<br>5 [L1296552] 11/01/78 - 06/02/79.<br>  Glens Fall Policy [L2947791] 06/03/83 - | |

{ 128 }

07/01/84. Agreement Signed: 02/26/99
Harbor Policy [109515]; 07/01/70 -
 10/01/73. Continental Policy 4
 [L1277210] 11/01/77 - 11/01/78.
 Continental Policy 5 [11296552]
 11/01n8 - 06/02/79 Glens Fall Policy
 [L294779I] 06/03/83 - 07/01/84
  Agreement Signed: 11/09/00
Policies: Attachment A [Missing?]
Agreement Signed: 07/25/07

---

**United States Fire Insurance Company**
Mindy Potashkin
Envision Claims Management
305 Madison Avenue
Morristown, NJ 07960-1904

| Date Incurred: Various – *See* Below | Amount of Debt: Unliquidated |
|---|---|
| Account Number: Various – *See* Below | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Various Policies:

Umbrella Liability Policy No DCL 48
40 34. Primary Policy No SG 854-
0814. "Any and all primary, umbrella,
excess or other insurance policies,
contracts, and/or agreements of any
nature, type or kind issued to and/or
alleged to have been issued to Time Oil
by U S Fire " Agreement Signed: 06/29/98

Primary Policy SG 854-0814: 07/01/84 –
07/01/87 Umbrella Policy DCL
4840341 04/28/69 - 04/28/72. "Any and
all primary, umbrella, excess or other
insurance policies, contracts, ancilor

agreements of any nature, type or kind
issued to and/or alleged to have been
issued to Time Oil by U S Fire
Agreement Signed: 10/11/00

Primary Policy SG 854-0814: 07/01/84 -
07/01/87 Umbrella Policy No DCL
484034: 04/28/69 - 04/28/72 "any and
all primary, umbrella, excess or other
insurance policies, contracts, and/or
agreements of any nature type or kind
issued to and/or alleged to have been
issued to Time Oil by U S Fire,
including any policies issued to Time
Oil by Industrial Indemnity Company
and later deemed by novation to have
been issued by U.S Fire " Agreement Signed: 08/24/07

**For Equitas Ltd.:**
Glenn E Brace, Esq.
John Holmes
Equilas Limited
Claims Department
33 St Mary Axe
London EC3A 8LL
ENGLAND

**For Reinsurance Group Managers, Ltd.**
Mr Richard S. Cromwell
Reinsurance Group, Managers, Ltd
71-77 Leadenhall Street
London EC3A 2PQ
ENGLAND

With cc to:

Richard F. Allen, Esq.

Cathy A Spicer, Esq
Lane Powell Spears Lubersky
1420 Fifth Ave
Suite 4100
Seattle, WA 98101

| Date Incurred: Various – *See* Below | Amount of Debt: Unliquidated |
|---|---|
| Account Number: Various – *See* Below | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Various Policies:

585/COS6213/FS2474 (A&B).
96507/Certificate No. LHO 10119
585/C-10148 (A&B). Agreement
Signed: 02/18/99

---

**New England Reinsurance Corporation**
Tommy Michaels
Home Office Claim Consultant
Western Division Liaison
Claim and Legal Management Services
1510 Federal St.
Boston, MA 02110

| Date Incurred: Various – *See* Below | Amount of Debt: Unliquidated |
|---|---|
| Account Number: Various – *See* Below | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Various Policies:

No. 791192. No. 686695 "Any and all
primary, umbrella, excess or other
insurance policies, contracts, and/or
agreements of any nature, type or kind
issued to and/or alleged to have been
issued at the time of signing this
agreement, to Time Oil by New
England." Agreement Signed: 03/08/99

No 791192: 11/01/78 - 11/01/79 No
686695: 12/31/80 - 06/03/82 "All
insurance policies, known or unknown,
that were issued or allegedly issued by
New England, or subscribed or
allegedly subscribed to by New
England, to TOC or under which TOC
is insured....Including but not limited
to the Policies identified in Exhibit 1."
Agreement Signed: 12/27/11

**Environmental Coverage Group**
**CIGNA Property & Casualty Companies**
Ellen D. Fine
1601 Chestnut Street
TLP-158
P.O. Box 41546
Philadelphia. PA 19192-1546

With cc to:
Stevan Soha
1210 Norton Building
801 Second Avenue
Seattle, WA 91804

| Date Incurred: Various – *See* Below | Amount of Debt: Unliquidated |
|---|---|
| Account Number: Various – *See* Below | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Various Policies:

CNU 12 11 32: 04/28r12 - I 0/01(73.
CNS 09 41 54 (replaced CNS 09 41 36)
10/15/76 - 10/15/77 CNU 12 73 25:
01/24/77 - 10/01/77 CNU 12 80 ]8:
10/01/77 - 11/01/78 CNU 12 80 19:
11/01/77 - 11/01/78 GLA 75 1807:

06/03/82 - 06/03/83 CNU 00 79 24:
06/03/82 - 06/03/84 UL 40 04 28:
10/01/73 - 12/12/74 UL 84 61 88:
10/01/74 - 01/24/77 XMO 00 25 59:
11/01/79 - 11/0]/79 06-G-31656:
09/05/50 - 09/05/51 06-A-350401:
09/05/50 - 09/05/51. 06-C-84551:
09[05/50 - 09/05/51
Agreement Signed 03/30/99
Clarification *ni* Above Settlement
Agreement  Signed: 05/09/01

---

**Resolute Management**
Michael Dinenberg
United Plaza
30 S 17th St , Suite 700
Philadelphia, PA 19103

| Date Incurred: Various – *See* Below<br><br>Account Number: Various – *See* Below | Amount of Debt: Unliquidated |
|---|---|

Is Debt Disputed?:

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Various Policies:

Aetna Policy No. UL 84 61 88:
10/01/74 - 01/24/77. "Any and all
insurance policies, known or unknown,
issued to TIME OIL by ACE P&C and
its predecessors, successors,
subsidiaries and affiliates " NOT
INCLUDING: Horace Mann Insurance
Company Policy No UL 40 04 28

---

**Allianz**
Environmental Department
Mr James Ross
Allianz Global Risks US
2350 Empire Avenue

Burbank, CA 91504-3350

With cc to:

Laurence R. Weatherly
Keller Rohrback, L.L P
1201 Third Avenue
Suite 3200
Seattle, WA 98101

| Date Incurred: Various – *See* Below | Amount of Debt: Unliquidated |
|---|---|
| Account Number: Various – *See* Below | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Various Policies:

GLA 50 32 05: 06/03/79 - 06/03/80
GLA 50 59 05: 06/03/80 - 06/03/81
Agreement Signed: 03/15/99
GLA 50 32 05: 06/03/79 - 06/03/80
GLA 50 59 05: 06/03/80 - 06/03/81
Agreement Signed: 09/15/00
GLA 50 32 05: 06/03/79 - 06/03/80
GLA 50 59 05: 06/03/80 - 06/03/8] - Agreement Signed: 05/24/07

---

**American Empire**
Daniel L Schlessinger
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606

Contact information known from other dealings on behalf of
**American Empire**

| Date Incurred: Various – *See* Below | Amount of Debt: Unliquidated |
|---|---|
| Account Number: Various – *See* Below | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Various Policies:

Umbrella Policy No. 9ZU 0 12 61:
11/01/79 - 12/31/79 Agreement Signed: 09/03/98
No 9CU01261: 11/01/79 - 12/31/79
Agreement Signed: 12/23/03
No. 9CU01261: 11/01 n9 - 12/31/79
Agreement Signed: 05/30/12
No. 63007522 12/31/80 - 06/03/82
Agreement Signed: 10/25/06
Insurance Company of the State of Pennsylvania No 430 2279: 07/01/70 –
06/02172 American Home Assurance
Co No. CE 356126: 06/02/72 –
10/01/74 National Union Fire
Insurance Co of Pittsburg Pennsylvania
No. 960 49 17: 07/01/83 - 07/01/84
National Fire Insurance C/O
Pittsburgh ,Pennsylvania No 960 73 09:
07/01/7,4 - 07/01/85 Agreement Signed:
08/27/01

---

**Arrowood Indemnity Company**
3600 Arco Corporate Drive
Charlotte, NC 28272

Alexander E. Potente
Sedgwick, LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104

• Contact Information known from 2013 Arrowwood Case

| Date Incurred: Various – *See* Below | Amount of Debt: Unliquidated |
|---|---|
| Account Number: Various – *See* Below | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Various Policies:

EB 10 20 23: 06/03/83 - 07/01/84 EB
10 20 *41:* 07/01/84 - 07/01/85
Agreement Signed: 11/19/98

---

**Arrowood Indemnity Company**
James F Meehan, Esq
General Counsel
-Dennis W. Cahill
Chief Operating Officer
3600 Arco Corporate Drive
Charlotte, NC 28272

With cc to:

Alexander E Potente
Sedgwick, LLP
333 Bush Street 30th Floor
San Francisco, CA 94104

| Date Incurred: Various – *See* Below | Amount of Debt: Unliquidated |
|---|---|
| Account Number: Various – *See* Below | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Various Policies:

No. EB 10 20 23: 06/03/83 - 07/01/84
No EB 10 20 41: 07/01/84 - 07/01/85
"Any and all insurance policies, known
or unknown, issued to Time Oil by
Arrowood and its predecessors,
successors, parents, subsidiaries and
affiliates insurance policies " Agreement
Signed: 12/30/13

---

**Brandywine Holdings**
Michael Dinenberg
510 Walnut St
WBI IE

Philadelphia, PA 19106

With cc to:

Steven Soha
Soha & Lang
1325 Fourth Avenue
Suite 2000
Seattle, WA 98101

| Date Incurred: Various – *See* Below | Amount of Debt: Unliquidated |
|---|---|
| Account Number: Various – *See* Below | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim? If yes, provide name and address:

Various Policies:

No. UL 40 04 28: 10/01/73 - 10/01/74
"Any and all other insurance policies,
known or unknown, issues to TOC by
HORACE MANN and its predecessors,
successors, subsidiaries and affiliates "
Agreement Signed: 09/06/13

**5.     The following creditors are the unknown property owners of the property sold by TOC to Petrosun, Tower Energy or other buyers during the operational life of TOC**

## WASHINGTON PROPERTIES:

| To Current Property Owner<br>7018 E Sprague<br>Spokane, WA 99212 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>3501 E Francis<br>Spokane, WA 99207 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>314 SW Main St.<br>Wilbur, WA 99185 | |
|---|---|
| Date Incurred: 05/10/88<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |

| Is Debt Disputed?: | |
|---|---|
| **Is Anyone Else Liable on this Claim?** Property sold to Petrosun in 2007 | |

| To Current Property Owner 715 Preston Waitsburg, WA 99361 | |
|---|---|
| Date Incurred: Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| **Is Anyone Else Liable on this Claim?** Property sold to Petrosun in 2007 | |

| To Current Property Owner 380 F. St. Quincy, WA 98848 | |
|---|---|
| Date Incurred: 10/15/90 Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| **Is Anyone Else Liable on this Claim?** Property sold to Petrosun in 2007 | |

| To Current Property Owner 1606 W. Broadway Moses Lake, 98837 |
|---|

| Date Incurred: 09/07/92 | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property sold to Petrosun in 2007 |

To Current Property Owner
804 N. Main St.
Colfax, WA 99111

| Date Incurred: 01/28/97 | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property sold to Petrosun in 2007 |

To Current Property Owner
1303 Sherman Ave.
Prosser, WA 99350

| Date Incurred: 06/19/92 | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property sold to Petrosun in 2007 |

| To Current Property Owner<br>500 George Washington Way<br>Richland, WA 99352 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>119 East Humorist Road<br>Burbank, WA 99323 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>301 S 1st Street<br>Selah, WA 98942 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |

Is Anyone Else Liable on this Claim?

Property sold to Petrosun in 2007

---

To Current Property Owner
3312 Main St.
Union Gap, WA 98903

| Date Incurred: 07/23/90 | Amount of Debt: |
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

     Property sold to Petrosun in 2007

---

To Current Property Owner
600 Yakima Valley Hwy
Sunnyside, WA 98944

| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property sold to Petrosun in 2007

---

To Current Property Owner
100 E Wine Country Rd
Grandview, WA 98930

| Date Incurred: | Amount of Debt: |
| | Unliquidated |

| Account Number: | |
|---|---|
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>4708 Tieton Drive<br>Yakima, WA  98902 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>1710 E Nob Hill<br>Yakima, WA  98901 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>2511 S. 3rd Ave.<br>Yakima, WA 98903 | |
|---|---|
| Date Incurred: 10/16/90<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>    Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>1002 W. Washington Ave.<br>Yakima, WA 98903 | |
|---|---|
| Date Incurred: 10/20/94<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>    Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>414 Hanford St.<br>Omak, WA 98841 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

Property sold to Petrosun in 2007

| To Current Property Owner<br>1300 E. Sunset<br>Bellingham, WA 98225 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>       Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>17587 State Route 536<br>Mt Vernon  98273 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>1121 Moore St<br>Sedro Woolley, WA  98284 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |

| Is Debt Disputed?: | |
| --- | --- |
| | |
| Is Anyone Else Liable on this Claim? | |
| Property sold to Petrosun in 2007 | |

| To Current Property Owner 5830 Grove St. Marysville, WA 98270 | |
| --- | --- |
| Date Incurred: 08/25/94 | Amount of Debt: |
| Account Number: | Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property sold to Petrosun in 2007 | |

| To Current Property Owner 6031 A 47th Ave NE Marysville, WA  98270 | |
| --- | --- |
| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>17927 Hwy 9<br>Snohomish, WA 98290 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>19090 Hwy 2<br>Monroe, WA 98272 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>3532 N Broadway<br>Everett, WA 98201 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |

| Is Anyone Else Liable on this Claim? |
|---|
| Property sold to Petrosun in 2007 |

| To Current Property Owner 4001 California Ave SW Seattle, WA 98116 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner 5235 Delridge Way SW Seattle, WA 98106 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner 12807 Des Moines Way S. Seattle, WA 98168 | |
|---|---|
| Date Incurred: | Amount of Debt:<br><br>Unliquidated |

| Account Number: | |
|---|---|
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>      Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>14312 Lake City Way NE<br>Seattle, WA 98125 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>18005 15th Ave NE<br>Seattle, WA 98155 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>Property sold to Petrosun in 2007 | |

To Current Property Owner
1602 "A" St.
Auburn, WA 98002

| Date Incurred: 04/22/93 | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

     Property sold to Petrosun in 2007

---

To Current Property Owner
35201 Hwy 507
McKenna, WA  98558

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property sold to Petrosun in 2007

---

To Current Property Owner
12714 122nd Street East
Puyallup, WA  98374

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property sold to Petrosun in 2007

---

To Current Property Owner
1720 River Road
Puyallup, WA 98371

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property sold to Petrosun in 2007

---

To Current Property Owner
204 N Washington St
Orting, WA 98360

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property sold to Petrosun in 2007

---

To Current Property Owner
2601 N Stevens
Tacoma, WA 98407

| Date Incurred: | Amount of Debt: |
|---|---|
| | Unliquidated |

| Account Number: | |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>4601 N Pearl<br>Tacoma, WA 98407 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>7201 Golden Givens Road E.<br>Tacoma, WA 98404 | |
|---|---|
| Date Incurred: 05/08/91<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner |
| 9815 Golden Givens Rd E |
| Tacoma, WA 98445 |

| Date Incurred: | Amount of Debt: |
| --- | --- |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| Property sold to Petrosun in 2007 |

| To Current Property Owner |
| 8424 Pacific Ave |
| Tacoma, WA 98444 |

| Date Incurred: | Amount of Debt: |
| --- | --- |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| Property sold to Petrosun in 2007 |

| To Current Property Owner |
| 2342 Sims Way |
| Pt Townsend, WA 98368 |

| Date Incurred: | Amount of Debt: |
| --- | --- |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
| --- |

Is Anyone Else Liable on this Claim?

Property sold to Petrosun in 2007

---

To Current Property Owner
4200 Wheaton Way
Bremerton, WA 98310

| Date Incurred: 10/01/96 | Amount of Debt: |
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

  Property sold to Petrosun in 2007

---

To Current Property Owner
331 W. 1st St.
Port Angeles, WA 98362

| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

  Property sold to Petrosun in 2007

---

To Current Property Owner
1100 Ness Corner
Hadlock, WA 98339

| Date Incurred: | Amount of Debt: |
| | Unliquidated |

| Account Number: | |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>108 N. First<br>Shelton, WA 98584 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>    Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>1802 W Harrison<br>Olympia, WA  98502 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>397 W Sussex<br>Tenino, WA  98589 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>1325 S. Gold<br>Centralia, WA 98531 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>108 State Hwy 603<br>Chehalis, WA  98532 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |

| Is Anyone Else Liable on this Claim? |
| --- |
| Property sold to Petrosun in 2007 |

**To Current Property Owner**
102 Harrison
Centralia, WA 98531

| Date Incurred: | Amount of Debt: |
| --- | --- |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| Property sold to Petrosun in 2007 |

**To Current Property Owner**
614 W. Main St.
Chehalis, WA 98532

| Date Incurred: | Amount of Debt: |
| --- | --- |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| Property sold to Petrosun in 2007 |

**To Current Property Owner**
1986 SW Market
Chehalis, WA 98532

| Date Incurred: 09/26/95 | Amount of Debt: |
| --- | --- |
| Account Number: | Unliquidated |

| Is Debt Disputed?: | |
| --- | --- |

| Is Anyone Else Liable on this Claim? | |
| --- | --- |
| Property sold to Petrosun in 2007 | |

| To Current Property Owner 104 E. Robert Bush Drive South Bend, WA 98586 | |
| --- | --- |
| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |
| Property sold to Petrosun in 2007 | |

| To Current Property Owner 5404 Stielacoom Blvd. Tacoma, WA 98407 | |
| --- | --- |
| Date Incurred: 04/15/93 | Amount of Debt: |
| Account Number: | Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |
| Property sold to Petrosun in 2007 | |

**OREGON PROPERTIES:**

| To Current Property Owner<br>770 Lancaster Drive<br>Salem, OR 97301 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>    Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>2101 SE Court<br>Pendleton, WA 97801 | |
|---|---|
| Date Incurred: 07/24/01<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>    Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>13437 Portland Rd NE<br>Woodburn, OR 97071 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |

| Is Anyone Else Liable on this Claim? |
|---|
| Property sold to Petrosun in 2007 |

| To Current Property Owner 2431 NE Broadway Portland, OR 97232 | |
|---|---|
| Date Incurred: 10/16/92 Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property sold to Petrosun in 2007 | |

| To Current Property Owner 1510 NE 42nd Portland, OR 97213 | |
|---|---|
| Date Incurred: Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property sold to Petrosun in 2007 | |

| To Current Property Owner 23720 NE Halsey Wood Village, OR 97060 |
|---|

| Date Incurred: 07/05/94 | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property sold to Petrosun in 2007 |

| To Current Property Owner<br>3405 N. Hwy 97<br>Bend, OR 97701 | |
|---|---|
| Date Incurred: 07/25/91 | Amount of Debt: |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property sold to Petrosun in 2007 |

| To Current Property Owner<br>28300 SE Hwy 212 – Box 354<br>Boring, OR 97009 | |
|---|---|
| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property sold to Petrosun in 2007 |

| To Current Property Owner<br>10580 SE 82nd<br>Portland, OR 97266 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>    Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>13038 NE Sandy Blvd.<br>Portland, OR 97230 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>    Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>29629 SE Hwy 224<br>Eagle Creek, WA 97022 | |
|---|---|
| Date Incurred: 04/08/96<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |

Property sold to Petrosun in 2007

To Current Property Owner
28210 Orient Dr SE
Gresham, OR 97080

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property sold to Petrosun in 2007

To Current Property Owner
5235 SW Macadam
Portland, OR 97201

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property sold to Petrosun in 2007

To Current Property Owner
129 E. Ellendale
Dallas, OR 97338

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property sold to Petrosun in 2007 |

| To Current Property Owner<br>1098 13th St. SE<br>Salem, OR 97302 | |
|---|---|
| Date Incurred: 02/25/93 | Amount of Debt: |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property sold to Petrosun in 2007 |

| To Current Property Owner<br>376 SE Main St.<br>Estacada, OR 97023 | |
|---|---|
| Date Incurred: 06/26/90 | Amount of Debt: |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property sold to Petrosun in 2007 |

| To Current Property Owner<br>51883 Columbia River Hwy<br>Scappoose, OR  97056 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>15900 SW Upper Boones Ferry Rd.<br>Tigard, OR 97223 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>49950 NW Sunset Hwy<br>Banks, OR  97106 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

**NEVADA PROPERTIES:**

| To Current Property Owner<br>Hwy 40 West<br>Fernley, NV 89408 | |
|---|---|
| Date Incurred: 03/17/92<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>     Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>624 Fifth Street<br>Hawthorne, NV 89415 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>1325 S Taylor<br>Fallon, NV  89406 | |
|---|---|
| Date Incurred: | Amount of Debt:<br><br>Unliquidated |

| Account Number: | |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>1675 Victorian Ave<br>Sparks, NV 89431 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

| To Current Property Owner<br>500 Keitzke Lane<br>Reno, NV 89502 | |
|---|---|
| Date Incurred: 07/14/92<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property sold to Petrosun in 2007 | |

## CALIFORNIA PROPERTIES ACQUIRED BY TOWER ENERGY THROUGH PETROSUN:

| To Current Property Owner<br>1049 S Main St.<br>Angels Camp, CA 95222 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>     Property sold to Petrosun in 2007 (Deeded to Tower Energy at Petrosun's Direction) | |

| To Current Property Owner<br>202 S. Main St.<br>Lakeport, CA 95222 | |
|---|---|
| Date Incurred: 08/30/96<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>     Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction) | |

| To Current Property Owner<br>1115 W. 6th St.<br>Chico, CA 95926 | |
|---|---|
| Date Incurred: 03/15/92<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |

Is Anyone Else Liable on this Claim?

      Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction)

---

To Current Property Owner
585 Sierra St.
Hamilton City, CA 95951

| Date Incurred: 10/30/91 | Amount of Debt: |
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

      Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction)

---

To Current Property Owner
4430 Auburn Blvd.
Sacramento, CA 95841

| Date Incurred: | Amount of Debt: |
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

      Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction)

---

To Current Property Owner
809 Solano St.
Corning, CA 96021

| Date Incurred: 05/21/92 | Amount of Debt: |
| | Unliquidated |

| Account Number: | |
|---|---|
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>    Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction) | |

| To Current Property Owner<br>14000 E. Hwy 88<br>Lockeford, CA 95237 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>    Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction) | |

| To Current Property Owner<br>750 Atlantic Ave.<br>Roseville, CA 95676 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>    Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction) | |

| To Current Property Owner<br>615 East St.<br>Woodland, CA 95776 | |
|---|---|
| Date Incurred: 10/06/94<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>     Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction) | |

| To Current Property Owner<br>2080 Whitmore Ave.<br>Ceres, CA 95307 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>     Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction) | |

| To Current Property Owner<br>440 W. St. Charles<br>San Andreas, CA 95249 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br><br>Unliquidated |
| Is Debt Disputed?: | |

Is Anyone Else Liable on this Claim?

     Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction)

---

To Current Property Owner
99 Placerville Dr.
Placerville, CA 95667

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

     Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction)

---

To Current Property Owner
3444 East Hwy 20
Nice, CA 95464

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

     Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction)

---

To Current Property Owner
1434 W. Yosemite
Manteca, CA 95336

| Date Incurred: 09/19/91 | Amount of Debt: |
|---|---|
| | Unliquidated |

| Account Number: | |
|---|---|
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?** Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction) | |

| To Current Property Owner 809 Market Colusa, CA 95932 | |
|---|---|
| Date Incurred: Account Number: | Amount of Debt: Unliquidated |
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?** Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction) | |

| To Current Property Owner 88 W. Hwy 4 Murphys, CA 95247 | |
|---|---|
| Date Incurred: 05/16/96 Account Number: | Amount of Debt: Unliquidated |
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?** Property sold to Petrosun in 2007(Deeded to Tower Energy at Petrosun's Direction) | |

**The following properties were sold during the recent past of Time Oil/TOC.**

**WASHINGTON PROPERTIES:**

| To Current Property Owner<br>4203 N. Driscoll<br>Spokane, WA 99205 | |
|---|---|
| Date Incurred: 04/23/03<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?:<br><br> | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>N. 1918 Hamilton<br>Spokane, WA 99328 | |
|---|---|
| Date Incurred: 07/22/91<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?:<br><br> | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>401 Main St.<br>Dayton, WA 99328 | |
|---|---|
| Date Incurred: 08/21/91<br><br>Account Number: | Amount of Debt:<br>Unliquidated |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim? |
| --- |
| Property previously owned by Time Oil/TOC |

| To Current Property Owner 1154 SW Basin Ephrata, WA 98823 | |
| --- | --- |
| Date Incurred: Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property previously owned by Time Oil/TOC | |

| To Current Property Owner 2305 Airway Dr. Moses Lake, WA 98837 | |
| --- | --- |
| Date Incurred: 11/27/90 Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property previously owned by Time Oil/TOC | |

| To Current Property Owner 118 Bridge St. Clarkston, WA 99403 |
| --- |

| Date Incurred: 08/13/91 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
23905 E Wellesley
Otis Orchards, WA 99027

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
503 E Main St.
Walla Walla, WA 99362

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
1410 Plaza Way
Walla Walla, WA 99362

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property previously owned by Time Oil/TOC |


| To Current Property Owner 406 S. Ely St. Kennewick, WA 99336 | |
|---|---|
| Date Incurred: 03/11/92 | Amount of Debt: |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property previously owned by Time Oil/TOC |


| To Current Property Owner 524 W. Columbia Dr. Kennewick, WA 99336 | |
|---|---|
| Date Incurred: 06/19/90 | Amount of Debt: |
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property previously owned by Time Oil/TOC |


| To Current Property Owner 620 N Road 28 Pasco, WA 99301 |
|---|

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
526 W. Columbia Dr.
Kennewick, WA 99336

| Date Incurred: 06/16/03 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
148 S Road 28
Pasco, WA 99301

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

| To Current Property Owner<br>1502 N 4th Street<br>Pasco, WA 99301 | |
|---|---|
| Date Incurred: 06/17/03<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>67831 Hwy 97 E<br>Wapato, WA 98951 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>618 E Toppenish Ave<br>Toppenish, WA 98948 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>1121 S 16th<br>Sunnyside, WA 98944 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>107 S Lincoln<br>Sunnyside, WA 98944 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>620 N 16th Ave<br>Yakima, WA 98902 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

To Current Property Owner
1518 Main Street
Oroville, WA 98844

| Date Incurred: | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
1754 N Wenatchee
Wenatchee, WA 98801

| Date Incurred: 09/01/93 | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
15320 NE Caples
Brush Prairie, WA 98606

| Date Incurred: 03/19/90 | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

| To Current Property Owner<br>208 Columbus Ave<br>Goldendale, WA 98620 | |
|---|---|
| Date Incurred: 07/25/94<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>408 N 23rd<br>Kelso, WA 98626 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>1310 Ocean Beach Hwy<br>Longview, WA 98632 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>26410 NE 10th Ave<br>Ridgefield, WA 98642 | |
|---|---|
| Date Incurred: 09/10/90<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>13808 NE 28th Ave<br>Vancouver, WA 98682 | |
|---|---|
| Date Incurred: 08/21/91<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>2901 St. Johns Blvd<br>Vancouver, WA 98661 | |
|---|---|
| Date Incurred: 06/02/92<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner | |
|---|---|
| 2615 E Evergreen Blvd | |
| Vancouver, WA 98661 | |
| Date Incurred: 05/28/02 | Amount of Debt: |
| | Unliquidated |
| Account Number: | |
| Is Debt Disputed?: | |
| | |
| Is Anyone Else Liable on this Claim? | |
| Property previously owned by Time Oil/TOC | |

| To Current Property Owner | |
|---|---|
| 5501 St. Johns Blvd | |
| Vancouver, WA 98661 | |
| Date Incurred: 03/12/90 | Amount of Debt: |
| | Unliquidated |
| Account Number: | |
| Is Debt Disputed?: | |
| | |
| Is Anyone Else Liable on this Claim? | |
| Property previously owned by Time Oil/TOC | |

| To Current Property Owner | |
|---|---|
| 9408 NE Hwy 99 | |
| Vancouver, WA 98665 | |
| Date Incurred: 04/22/91 | Amount of Debt: |
| | Unliquidated |
| Account Number: | |
| Is Debt Disputed?: | |
| | |
| Is Anyone Else Liable on this Claim? | |
| Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>4564 Guide Meridian Rd<br>Bellingham, WA 98225 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>1477 Hwy 20<br>Anacortes, WA 98221 | |
|---|---|
| Date Incurred: 03/12/96<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>1801 Commercial Ave<br>Anacortes, WA 98221 | |
|---|---|
| Date Incurred: 12/02/96<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner 2059 Hwy 20 Sedro Woolley, WA 98270 | |
|---|---|
| Date Incurred: Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property previously owned by Time Oil/TOC | |

| To Current Property Owner 1034 State St Marysville, WA 98270 | |
|---|---|
| Date Incurred: 07/25/91 Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property previously owned by Time Oil/TOC | |

| To Current Property Owner 40315 Highway 532 Stanwood, WA 98292 | |
|---|---|
| Date Incurred: 10/14/94 Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>1001 Ave D<br>Snohomish, WA 98290 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>1202 Croft Ave<br>Goldbar, WA 98251 | |
|---|---|
| Date Incurred: 04/29/93<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>928 N Broadway<br>Everett, WA 98201 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>851 N Broadway<br>Everett, WA 98201 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>3531 Rucker Ave<br>Everett, WA 98201 | |
|---|---|
| Date Incurred:04/01/91<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>4231 Rucker Ave<br>Everett, WA 98203 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner |
| 3532 Smith St. |
| Everett, WA 98204 |

| Date Incurred: 02/01/91 | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

| Is Debt Disputed?: |

| Is Anyone Else Liable on this Claim? |
| Property previously owned by Time Oil/TOC |

| To Current Property Owner |
| 325 112th |
| Everett, WA 98204 |

| Date Incurred: 06/10/03 | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

| Is Debt Disputed?: |

| Is Anyone Else Liable on this Claim? |
| Property previously owned by Time Oil/TOC |

| To Current Property Owner |
| 31325 SR 20/1394 Pioneer |
| Oak Harbor, WA 98277 |

| Date Incurred: 01/12/98 | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

| Is Debt Disputed?: |

| Is Anyone Else Liable on this Claim? |
| Property previously owned by Time Oil/TOC |

| To Current Property Owner<br>2465 S College St<br>Seattle, WA 98144 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>8208 Aurora Ave<br>Seattle, WA 98103 | |
|---|---|
| Date Incurred:01/10/90<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>10420 15th SW<br>Sea White Center, WA 98146 | |
|---|---|
| Date Incurred: 04/23/91<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>14511 Bothell Way<br>Bothell, WA 98125 | |
|---|---|
| Date Incurred: 01/28/92<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>4224 Preston Fall City Rd<br>Fall City, WA 98022 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>1551 McHugh St.<br>Enumclaw, WA 98022 | |
|---|---|
| Date Incurred: 04/21/94<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner |
|---|
| 405 S Central |
| Kent, WA 98031 |

| Date Incurred: | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: | |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property previously owned by Time Oil/TOC |

---

| To Current Property Owner |
|---|
| 6112 River Rd |
| Puyallup, WA 98371 |

| Date Incurred: | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: | |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property previously owned by Time Oil/TOC |

---

| To Current Property Owner |
|---|
| 11802 S Meridian |
| Puyallup, WA 98371 |

| Date Incurred: 06/25/91 | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: | |

| Is Debt Disputed?: |
|---|

| Is Anyone Else Liable on this Claim? |
|---|
| Property previously owned by Time Oil/TOC |

| To Current Property Owner |   |
| 19121 Pacific Avenue S | |
| Spanaway, WA 98387 | |

| Date Incurred: 09/10/03 | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

| To Current Property Owner |   |
| 16521 Pacific Avenue S | |
| Spanaway, WA 98387 | |

| Date Incurred: 09/17/03 | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

| To Current Property Owner |   |
| 1608 Meridian Ave E | |
| Edgewood, WA 98371 | |

| Date Incurred: 01/30/01 | Amount of Debt: |
|---|---|
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

| To Current Property Owner | |
| 823 Meridian Ave E | |
| Edgewood, WA 98371 | |
| Date Incurred: 11/06/91 | Amount of Debt: Unliquidated |
| Account Number: | |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |
| Property previously owned by Time Oil/TOC | |

| To Current Property Owner | |
| 1501 S Union, | |
| Tacoma, WA 98405 | |
| Date Incurred: | Amount of Debt: Unliquidated |
| Account Number: | |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |
| Property previously owned by Time Oil/TOC | |

| To Current Property Owner | |
| 1753 S. Tacoma Way | |
| Tacoma, WA 98498 | |
| Date Incurred: 10/05/89 | Amount of Debt: Unliquidated |
| Account Number: | |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? | |
| Property previously owned by Time Oil/TOC | |

To Current Property Owner
250 E "D" Street
Tacoma, WA 98421

| Date Incurred: 12/01/96 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
2502 South Tacoma Way
Tacoma, WA 98445

| Date Incurred: 08/04/92 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
8533 S. Tacoma Way
Tacoma, WA 98444

| Date Incurred: 10/05/89 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

| To Current Property Owner<br>10505 Portland Ave<br>Tacoma, WA 98498 | |
|---|---|
| Date Incurred: 10/01/90<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>808 W Washington Ave<br>Sequim. WA 98382 | |
|---|---|
| Date Incurred:07/22/03<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>3629 Chico Way<br>Bremerton, WA 98312 | |
|---|---|
| Date Incurred: 01/04/90<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>2044 Wheaton Way<br>Bremerton, WA 98310 | |
|---|---|
| Date Incurred: 04/15/03<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>3302 W Hwy 16<br>Port Orchard, WA 98366 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>10958 Hwy 104<br>Kingston, WA 98346 | |
|---|---|
| Date Incurred: 11/29/95<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>4814 Highway 303 N.E<br>Bremerton, WA 98310 | |
|---|---|
| Date Incurred: 12/03/98<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>7367 Martin Way<br>Olympia, WA 98503 | |
|---|---|
| Date Incurred: 11/12/98<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>476 SR 505<br>Winlock, WA 98596 | |
|---|---|
| Date Incurred: 12/16/02<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>501 Pioneer Way<br>Montesano, WA 98563 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>100 N. West Blvd<br>Aberdeen, WA 98520 | |
|---|---|
| Date Incurred: 03/24/03<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>19740 Viking Ave NW<br>Poulsbo, WA 98370 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

To Current Property Owner
2810 Sunset
Spokane, WA 99208

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
10113 – 213th St. E.
Graham, WA 98338

| Date Incurred: 02/05/2002 | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
4910 Leary Way NW
Seattle, WA 98107

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

| Is Anyone Else Liable on this Claim? |
|---|
| Property previously owned by Time Oil/TOC |

| To Current Property Owner<br>3536 Market Street<br>Spokane, WA 99207 | |
|---|---|
| Date Incurred: 12/05/2001<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>3150 Chico Way<br>Bremerton, WA 98312 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>2301 Monroe Street<br>Spokane, WA 99205 | |
|---|---|
| Date Incurred: 12/05/2001 | Amount of Debt:<br>Unliquidated |

| Account Number: | |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>519 S Cambrian<br>Bremerton, WA 98312 | |
|---|---|
| Date Incurred: 11/22/2000<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>16006 Pacific Hwy S<br>Seatac, WA 98188 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>102 S. 3rd Avenue<br>Renton, WA 98057 | |
|---|---|
| Date Incurred: 5/29/1997<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>1616 S. Norman Street<br>Seattle, WA 98144 | |
|---|---|
| Date Incurred: 02/18/1999<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

**OREGON PROPERTIES:**

| To Current Property Owner<br>306 Hwy 20<br>Hines, OR 97738 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
9205 SE Holgate
Portland, OR 97226

| Date Incurred: 5/10/1994 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
157 S. Columbia
Milton Freewater, OR 97862

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

 Property previously owned by Time Oil/TOC

---

To Current Property Owner
Rt 3 Box 388
Milton Freewater, OR 97862

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

| Is Debt Disputed?: | |
| --- | --- |
| Is Anyone Else Liable on this Claim? Property previously owned by Time Oil/TOC | |

| To Current Property Owner 530 N Main P.O. Box 518 Stanfield, OR 97875 | |
| --- | --- |
| Date Incurred: Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property previously owned by Time Oil/TOC | |

| To Current Property Owner 6412 NE Portland Rd, NE Portland, OR 97218 | |
| --- | --- |
| Date Incurred: Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>539 Hwy 99 N<br>Eugene, OR 97402 | |
|---|---|
| Date Incurred: 9/06/1991<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br> Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>380 N. Main St.<br>Tillamook, OR 97141 | |
|---|---|
| Date Incurred: 11/13/1990<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>1014 Mohawk Blvd.<br>Springfield, OR 97477 | |
|---|---|
| Date Incurred: 3/05/1990<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |

| Is Anyone Else Liable on this Claim? |
|---|
| Property previously owned by Time Oil/TOC |

| To Current Property Owner 12005 N Burgard Portland, OR 97206 | |
|---|---|
| Date Incurred: 01/01/1989 Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property previously owned by Time Oil/TOC | |

| To Current Property Owner 452 S. Main Willamina, OR 97396 | |
|---|---|
| Date Incurred: 6/05/1991 Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property previously owned by Time Oil/TOC | |

| To Current Property Owner 500 Front St. Gaston, OR 97119 | |
|---|---|
| Date Incurred: 5/14/1992 | Amount of Debt: Unliquidated |

| Account Number: | |
| --- | --- |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim?<br><br> Property previously owned by Time Oil/TOC |
| --- |

| To Current Property Owner<br>2525 Baseline<br>Cornelius, OR 97113 | |
| --- | --- |
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim?<br><br> Property previously owned by Time Oil/TOC |
| --- |

| To Current Property Owner<br>4852 North Coast Hwy<br>Newport, OR 97365 | |
| --- | --- |
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |

| Is Debt Disputed?: |
| --- |

| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC |
| --- |

To Current Property Owner
354 Pacific Hwy S
Cottage Grove, OR 97424

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
1667 Ivy St.
Junction City, OR 97448

| Date Incurred: 7/18/1990 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
8718 SE Stark Street
Portland, OR 97216

| Date Incurred: 4/30/2002 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
1415 E. First St.
Newberg, OR 97132

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
12130 SW Broadway St
Beaverton, OR 97005

| Date Incurred: | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
3367 NE Portland Rd.
Portland, OR 97217

| Date Incurred: | Amount of Debt: |
|---|---|
| | Unliquidated |

| Account Number: | |
|---|---|
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>Linton Terminal<br>11400 NW St.<br>Helens Road, OR 97231 | |
|---|---|
| Date Incurred: 7/30/1992<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

## CALIFORNIA PROPERTIES:

| To Current Property Owner<br>2748 San Pablo Avenue<br>Berkeley, CA 98222 | |
|---|---|
| Date Incurred: 1/11/1991<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

To Current Property Owner
1885 East 8th Street
Chico, CA 95927

| Date Incurred: 12/04/1990 | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
1456 N Farmersville Rd.
Farmersville, CA 93223

| Date Incurred: 6/17/1996 | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
405 Cherokee Lane
Lodi, CA 95240

| Date Incurred: 3/31/1993 | Amount of Debt: |
|---|---|
| Account Number: | Unliquidated |

| Is Debt Disputed?: |
| --- |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC |

To Current Property Owner
500 N 12th
Sacramento, CA 95814

| Date Incurred: 5/25/1990<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| --- | --- |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

To Current Property Owner
13475 N Jack Tone Rd.
Lodi, CA 95240

| Date Incurred: 11/16/1990<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| --- | --- |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

To Current Property Owner
8215 Highway 99
Los Molinos, CA 96055

| Date Incurred: 10/08/1997 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
11625 Hwy 99 E
Red Bluff, CA 96080

| Date Incurred: | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
1731 Niles Avenue
Bakersfield, CA 93304

| Date Incurred: 7/09/1991 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

| To Current Property Owner<br>136 Crescent St<br>Greenville, CA 95947 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>105 N Hwy 1<br>Grover City, CA 93433 | |
|---|---|
| Date Incurred: 6/22/1990<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>3230 E. Highway 140<br>Merced, CA 95340 | |
|---|---|
| Date Incurred: 06/05/2000<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |

| Is Anyone Else Liable on this Claim? |
| --- |
| Property previously owned by Time Oil/TOC |

| To Current Property Owner<br>848 Newville Road<br>Orland, CA 95963 | |
| --- | --- |
| Date Incurred: 4/01/1994<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>488 Wright Avenue<br>Richmond, CA 94840 | |
| --- | --- |
| Date Incurred: 4/27/1989<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>605 10th Street<br>Marysville, CA 95901 | |
| --- | --- |
| Date Incurred: | Amount of Debt:<br>Unliquidated |

| Account Number: | |
|---|---|
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>102 Table Mountain Rd<br>Oroville, CA 95965 | |
|---|---|
| Date Incurred: 7/26/1990<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>1850 Main St<br>Susanville, CA 96130 | |
|---|---|
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| **Is Debt Disputed?:** | |
| **Is Anyone Else Liable on this Claim?**<br><br>Property previously owned by Time Oil/TOC | |

To Current Property Owner
2544 Santa Maria Way
Santa Maria, CA 93433

| Date Incurred: 11/29/1990 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
701 S. Yosemite
Oakdale, CA 95361

| Date Incurred: 4/27/1999 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
20820 Broadway
Sonoma, CA 95476

| Date Incurred: 10/20/1988 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

| Is Anyone Else Liable on this Claim? |
| --- |
| Property previously owned by Time Oil/TOC |

| To Current Property Owner<br>504 Grande Avenue<br>Arroyo Grande, CA 93420 | |
| --- | --- |
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>2440 Mooney Blvd.<br>Visalia, CA 93291 | |
| --- | --- |
| Date Incurred:<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

## NEVADA PROPERTIES:

| To Current Property Owner<br>5190 Sun Valley Dr.<br>Sun Valley, NV 89431 |
| --- |

| Date Incurred: 11/19/1987 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
390 W. Front Street
Battle Mountain, NV 89820

| Date Incurred: 11/19/1987 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

---

To Current Property Owner
1819 Glendale Rd
Sparks, NV 89431

| Date Incurred: 4/23/1991 | Amount of Debt: Unliquidated |
|---|---|
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

| To Current Property Owner<br>365 Cornell<br>Lovelock, NV 89419 | |
|---|---|
| Date Incurred: 1/06/2001<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>1589 Hwy 395<br>Minden, NV 89423 | |
|---|---|
| Date Incurred: 9/14/1990<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim?<br><br>Property previously owned by Time Oil/TOC | |

| To Current Property Owner<br>1300 S. Main Street<br>Fallon, NV 89408 | |
|---|---|
| Date Incurred: 6/23/1993<br><br>Account Number: | Amount of Debt:<br>Unliquidated |
| Is Debt Disputed?: | |

| Is Anyone Else Liable on this Claim? |
|---|
| Property previously owned by Time Oil/TOC |

| To Current Property Owner 990 S. Wells Rd Reno, NV 89502 | |
|---|---|
| Date Incurred: 3/06/1991 Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property previously owned by Time Oil/TOC | |

## IDAHO PROPERTIES:

| To Current Property Owner 1801 Northwest Blvd Coeur d'Alene, ID 83814 | |
|---|---|
| Date Incurred: 9/01/2002 Account Number: | Amount of Debt: Unliquidated |
| Is Debt Disputed?: | |
| Is Anyone Else Liable on this Claim? Property previously owned by Time Oil/TOC | |

| To Current Property Owner 710 E Seltice Way Post Falls, ID 83854 |
|---|

| Date Incurred: 9/01/2002 | Amount of Debt: |
| | Unliquidated |
| Account Number: | |

Is Debt Disputed?:

Is Anyone Else Liable on this Claim?

Property previously owned by Time Oil/TOC

| | | |
|---|---|---|
| **Total Claims from Part 1** | $ | **4,017.52** |
| **Total Claims from Part 2** | $ | **950,124.00** |
| **Total Claims from Part 3** | $ | **Undetermined** |
| **Total Claims from Part 4** | $ | **Undetermined** |
| **Total Claims from Part 5** | $ | **Undetermined** |
| | | |
| **Total of Parts 1 through 5** | $ | **954,131.52** |

# EXHIBIT TO SCHEDULE G – UNEXPIRED LEASES AND CONTRACTS

## EXHIBIT TO SCHEDULE G

Unexpired Leases and Contracts – Executory Contracts

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| TOC's Portland Terminal<br>10350 N. Time Oil Road<br>Portland, OR 97203 | |
| Lower Willamette Group Participation Agreement<br><br>Commitment to fund remedial investigation and feasibility study pursuant to EPA administrative order at Portland Harbor Superfund Site | No fixed date of expiration |
| **List the Contract number of any government contract**<br><br>TOC Property #03-610 PH<br>(Remediation #980427) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**<br><br>Jim Benedict<br>Cable Huston Benedict Haagensen & Lloyd LLP<br>1001 SW Fifth Avenue, Suite 2000,<br>Portland, OR 97204<br><br>John Ashworth<br>Kell, Alterman & Runstein, LLP<br>520 SW Yamhill Street, Suite 600,<br>Portland, OR 97204<br><br>Davis Wright Tremaine<br>505 Montgomery Street, Suite 800,<br>San Francisco, CA 94111<br><br>Karen Moynahan<br>1221 SW Fourth Avenue., Suite 430,<br>Portland, OR 97204<br><br>Riddell Williams<br>1001 Fourth Avenue Plaza, Suite 4500,<br>Seattle, WA 98154 |

{ 224 }

| | Max Miller<br>Tonkon Torp LLP<br>888 SW 5th Avenue, Suite 1600,<br>Portland, OR 97204 |
|---|---|
| | Polly Hampton<br>Perkins Coie LLP<br>1120 NW Couch Street, Tenth Floor,<br>Portland, OR 97209 |
| | MardiLyn Saathoff<br>NW Natural<br>220 NW Second Avenue<br>Portland, OR 97209 |
| | Nico van Aelstyn<br>Beveridge & Diamond, P.C.<br>456 Montgomery Street, Suite 1800,<br>San Francisco, CA 94104 |
| | Beverly Pearman<br>Port of Portland<br>7200 NE Airport Way,<br>Portland, OR 97218 |
| | Karen Traeger<br>Legacy Site Services<br>6081 S. Kearney Street,<br>Centennial, CO 80111 |
| | Ilene Munk<br>Foley & Mansfield<br>851 SW Sixth Ave.<br>Suite 1375<br>Portland, OR 97204 |
| | Tod Gold<br>Joyce Ziker Parkinson PLLC<br>1601 Fifth Avenue, Suite 2040, Seattle, WA 98101 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Portland Terminal<br>10350 N. Time Oil Road<br>Portland, OR 97203 | |
| Portland Harbor Federal Superfund Site Participation and Common Interest Agreement<br><br>Commitment to fund mediation to allocate past and future response costs at Portland Harbor Superfund Site | No fixed date of expiration |

| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| TOC Property #03-610 PH<br>(Remediation #980427) | Participating names confidential. Counsel:<br><br>Bruce White<br>Barnes & Thornburg, LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Portland Terminal<br>10350 N. Time Oil Road<br>Portland, OR 97203 | |
| Portland Harbor Injury Assessment, Phase 2<br><br>Commitment to fund cooperative natural resource damage assessment proceedings | No fixed date of expiration |

| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| TOC # 03-610 PH (Remediation #980427) | The Confederated Tribes of the Grand Ronde Community of Oregon 9615 Grand Ronde Road Grand Ronde, Oregon  97347 |
| | The Confederated Tribes of Siletz Indians of Oregon P.O. Box 549 Siletz, Oregon  97380 |
| | The Confederated Tribes of the Umatilla Indian Reservation P.O. Box 638 Pendleton, Oregon  97801 |
| | The Confederated Tribes of the Warm Springs Reservation of Oregon P.O. Box C Warm Springs, Oregon 97761 |
| | The Nez Perce Tribe P.O. Box 305 Lapwai, Idaho  83540 |
| | Chief, Environmental Enforcement Section Environment and Natural Resources Division U.S. Department of Justice P.O. Box 7611 Washington, D.C.  20044-7611 (DJ # 90-11-2-06787/2) |
| | NOAA Fisheries 1201 NE Lloyd Blvd Suite 1100 Portland, Oregon 97232 |
| | US Fish & Wildlife 2600 SE 98th Avenue, Suite 100 Portland, Oregon 97266 |
| | Oregon Department of Fish & Wildlife 4304 Fairview Industrial Drive SE Salem, Oregon 97302 |

William L. Finn
President
ACF Industries LLC
101 Clark St.
Saint Charles, MO 63301


Air Liquide America Specialty Gases LLC
Stephanie Payne, Esq.
VP and General Counsel - Quality &
Regulatory Affairs Air Liquide USA LLC
2700 Post Oak Boulevard, Suite 1800
Houston, TX 77056

Arkema, Inc.
Doug Loutzenhiser
Legacy Site Services
Agent for Arkema, Inc.
468 Thomas Jones Way - Suite 150
Exton, PA 19341-2528

Ashland, Inc.
c/o David L. Hausrath, Sr.
Vice President and General Counsel
50 E. Rivercenter Blvd.
Covington, KY 41012

Robert A. Kilpatrick
President
BAE Systems San Diego Ship Repair Inc.
2205 East Belt Street
San Diego, CA 92113

John Wichtrich
President
StarLink Logistics / Bayer CropScience
One Copley Parkway, Suite 309
Morrisville, NC 27560

Beazer East, Inc.,
c/o C. Marie Eckert,
Miller Nash Graham & Dunn LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204

Matthew K. Rose
Chairman, President, and CEO
Burlington Northern Santa Fe Corporation
BNSF Railway Company
2650 Lou Menk Dr.
Fort Worth, TX 76131

Chuck Gleason
Director of Operations
Calbag Metals Company
2495 NW Nicolai Street
P.O. Box 10067
Portland, OR 97296-0067

Chevron Texaco Corp.
The Prentice-Hall Corporation
285 Liberty St. NE
Salem, OR 97301

Linda Meng
Attorney
City of Portland
1221 SW 4th Ave., #430
Portland, OR 97204

Willette A. Dubose
HS&E Legal Specialist
Conoco Phillips Company, ML 1126
Legal Environmental Group
600 North Dairy Ashford
Houston, TX 77079

Kevin S. Thomas
Vice President & General Counsel
ESCO Corporation
1650 NW Naito Parkway, Suite 200
Portland, OR 97209

Environmental Counsel
FMC Corporation
1735 Market Street
Philadelphia, PA 19103

James F. Cronmiller
Director, Corporate Environmental Affairs

Gould Electronics, Inc.
35129 Curtis Blvd.
Eastlake, OH 44095

Robert A. Bridgers
Gunderson, LLC
4350 NW Front Ave
Portland, OR 97210

Lawrence W. Lesniak
President, CEO, Registered Agent
HAJ, Inc.
3865 NW St. Helens Road
Portland, OR 97210

Israel J. Floyd
Corporate Secretary and General Counsel
Hercules, Inc.
1313 North Market Street
Wilmington, DE 19894

Jack Spicuzza
Environmental Resources Manager
Koppers, Inc.
436 7th Ave.
Pittsburgh, PA 15219

Sandra Hart
Director Risk Environment and Land
Northwest Natural Gas Company
220 NW 2nd Ave.
Portland, OR 97209

Brian W. Dunham
President
Northwest Pipe Company
200 SW Market Street Suite 1800
Portland, OR 97201

Debbie Deetz Silva
Environmental Specialist
Evraz Oregon Steel Mills
P.O. Box 2760
Portland, OR 97208-2760

Tom Bispham

| | Port of Portland |
| --- | --- |
| | Environmental Services Division |
| | P.O. Box 3529 |
| | Portland, OR 97208 |
| | |
| | Arya Behbehani-Divers |
| | Manager - Environmental Services |
| | Portland General Electric |
| | 121 SW Salmon St. |
| | Mail Stop 3VVTCBRO5 |
| | Portland, OR 97204 |
| | |
| | Russ Hulihan |
| | General Manager |
| | Portland Terminal Railroad Company |
| | 3500 Northwest Yeon Avenue |
| | Portland, Oregon 97210 |
| | |
| | Neil Nelson |
| | President & CEO |
| | Siltonic Corporation |
| | 7200 NW Front Ave. M/S |
| | Portland, OR 97210-3676 |
| | |
| | Robert M. Grimaila |
| | Senior Assistant Vice President - Safety |
| | Environment and Security |
| | Union Pacific Railroad Company |
| | 1400 Douglas St., Mail Stop 1180 |
| | Omaha, NE 68179 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
| --- | --- |
| Portland Harbor Natural Resource Damage Allocation Participation Agreement<br><br>Commitment to fund mediation to allocate natural resource damage assessment costs and liabilities associated with Portland Harbor Superfund Site | No fixed date of expiration |
| List the Contract number of any | State the name and mailing address for all other parties with whom the debtor has an |

| government contract | executory contract or unexpired lease |
|---|---|
| TOC # 03-610 PH (Remediation #980427) | |
| | Participating names confidential. Counsel: Bruce White Barnes & Thornburg, LLP One North Wacker Drive, Suite 4400 Chicago, IL 60606-2833 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Stockton, CA - Agreement to Share Costs in Connection with Soil and Groundwater Investigation and Remediation of the Port of Stockton Petroleum Terminal Complex

Per Agreement Par. 7, parties can withdraw. TOC's consultant is Stantec (3875 Atherton Rd., Rocklin, CA 95765) under terms of a series of annual terminable Blanket Services Contracts | Dated 5/13/91 |

| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| TOC # 04-159 PH (Remediation #900161) | |
| | Buckeye Terminals C/O Brudereck 2700 West Washington St Stockton, CA 95203

NuStar Energy L.P. C/O Rene Robinson 2941 Navy Drive Stockton, CA 95670

Tesoro Refining Marketing and Supply Co. c/o Darrell Fah |

| | 3003 Navy Drive<br>Stockton, CA 95206 |
|---|---|

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Tsakonas (Everett) – 11701 Highway 99 North, Everett, Snohomish County, Washington. "Access Agreement" dated 11/1/11, & "Addendum" dated 8/14/13.<br><br>Concerns petroleum hydrocarbon contamination in soil and groundwater on and under property previously owned by Time Oil Co. (TOC Holdings Co.) and sold to Sotorios Tsakonas located at 11701 Highway 99 North, Everett, Snohomish County, Washington. The remediation covered by the Access Agreement is still active to date of filing. As a condition of the access agreement TOC shall pay to Mr. Tsakonas the sum of $5,000 per month for each month of continued access to the Property for the period commencing January 1, 2013, and continuing for so long as TOC continues to need access to the Property sufficient to obtain a No Further Action Letter or its then current equivalent ("NFA") from the Washington State Department of Ecology, but not to exceed five (5) years from the date hereof (8/14/13), with the payment for each month due by the first day of each month. Access Agreement contains an indemnity by TOC for acts and omissions in performance of the work – and contains a full satisfaction and release of TOC by Tsakonas if TOC is not in default in performance of the work. | 08/14/13 – 08/14/18 |
| List the Contract number of any government contract<br><br>TOC #01-182<br>(Remediation #20110002) | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | |
|---|---|
| | Mr. Sotorios Tsakonas<br>15515 SE 55th Place<br>Bellevue, WA 98006 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Snohomish 712 Ave D: "Remediation Agreement" 712 & 714 Avenue D, Snohomish, Snohomish County, Washington. "Remediation Agreement" dated 9/11/00 & Addendum #1 & Addendum #2, each dated 10/30/14.<br><br>Concerns petroleum hydrocarbon contamination in soil and groundwater emanating from property previously owned by Time Oil Co. (TOC Holdings Co.) and purchased by Dawn Welch located at 712 & 714 Avenue D, Snohomish, Snohomish County, Washington. A "Property-Specific No further Action Letter" was received for the 714 Ave D parcel from the Washington State Department of Ecology, dated 9/21/15. The remediation covered by the Access Agreement and Addenda with respect to 712   Ave D is still active to date of filing. As a condition of  Addendum #1, TOC shall pay the sum of $2,133.34 per month for the 712 Avenue D parcel for each month of continued TOC access to the respective parcel for the period commencing November 1, 2014, and continuing for so long as TOC continues to need and utilize access to the respective parcel for TOC's ongoing remediation of remaining petroleum hydrocarbon contamination at the Property sufficient to obtain a No Further Action (hereinafter, "NFA") Letter or its then equivalent from the Washington State Department of Ecology, with the payment for each month due by the first day of each month | Commencing 11/1/14 |

| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| TOC #01-817<br>(Remediation #990322) | |
| | Dawn Welch<br>11006 Maple Lane<br>Lake Stevens, WA 98258 |

{ 234 }

|  | Dawn Welch<br>C/O Valerie K. Fairwell, Esq.<br>Cascadia Law Group, PLLC<br>1201 3rd Ave., Suite 320<br>Seattle, WA 98101 |
|---|---|

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Vivolo (Kent): "Funding and Indemnity Agreement"<br><br>Concerns petroleum hydrocarbon contamination in soil and groundwater emanating from property previously owned by Time Oil Co. (TOC Holdings Co.) and currently owned by Vivolo Family LLC. located at 301 and 305 Central Ave., North and 215 E. Smith St., Kent, WA. The remediation covered by the Funding and Indemnity Agreement (dated 10/28/14) is still active to date of filing. As a condition of the Funding and Indemnity Agreement TOC shall (1) perform additional investigation activities necessary to define the nature and extent of the petroleum-related contamination originating from the Property and (2) implement a remedial action sufficient to obtain a Property-specific or at TOC's option a site-wide No Further Action determination under the Washington State Department of Ecology's ("Ecology") Voluntary Cleanup Program ("VCP"). As a condition of the Funding and Indemnity Agreement TOC shall reimburse Vivolo's reasonable and necessary attorney fees incurred in obtaining legal advice related to the environmental contamination on the Property in an amount not to exceed $10,000 annually. In addition, TOC shall reimburse 50% of Vivolo's environmental consultant's reasonable and necessary fees incurred in reviewing and commenting on any revisions to the initial Scope of Work ("SOW") attached to the Funding and Indemnity Agreement, any subsequent SOW and the Remedial Action, as well as in attending such meetings with TOC and Ecology related to the environmental contamination on the Property and observing such environmental work on and about the Property as necessary. | Dated 10/28/14 |
| List the Contract number of any | State the name and mailing address for all |

| government contract | other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| TOC #01-323<br>(Remediation #20140001) | Vivolo Family Trust<br>c/o Ian Sulton<br>Joyce, Ziker, Parkinson, PLLC<br>1601 5th Ave., Suite 2040<br>Seattle, WA 98101 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Handy Andy (Vancouver, WA): 4403 NE James Street, Vancouver, WA.<br>- Paeth – Access Agreement w/annual renewal notice obligation: "Access Agreement", dated 10/12/00<br><br>Concerns petroleum hydrocarbon contamination in soil and groundwater emanating from property previously owned by Time Oil Co. (TOC Holdings Co.) located at 4403 NE James Street, Vancouver, WA. Paeth is the owner of that certain real property located in Clark County, Washington, commonly known as 2815 N.E. 42nd Ave., Vancouver, Washington. The remediation covered by the Access Agreement is still active to date of filing. As a condition of the Access Agreement TOC shall pay annual installments ("Rental Payments") in the sum of $5,400 for so long as TOC continues to need and utilize access to the respective parcel for TOC's ongoing remediation of remaining petroleum hydrocarbon contamination sufficient to obtain a No Further Action (hereinafter, "NFA") Letter or its then equivalent from the Washington State Department of Ecology. Rental payments made under the Access Agreement shall increase five percent (5%) for each successive one year term after the expiration of the initial term. Each annual option to extend must by exercised by giving 90 days advance notice to Paeth's attorney at his current address: | Dated 10/12/00 |
| List the Contract number of any government contract<br><br>TOC #01-115<br>(Remediation #910313) | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease<br><br>Paeth Family<br>c/o Robert M. Hughes |

| | 2916 NW 133rd St.<br>Vancouver, WA 98685 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
| --- | --- |
| Handy Andy (Vancouver, WA): 4403 NE James Street, Vancouver, WA.<br>- Long Family– Lease & Access Agreement for location of metal shed housing the remediation system "Lease & Access Agreement", dated 6/17/03 (and recorded under Clark County WA Recording number 3745172 on 10/30/03).<br><br>Concerns petroleum hydrocarbon contamination in soil and groundwater emanating from property previously owned by Time Oil Co. (TOC Holdings Co.) located at 4403 NE James Street, Vancouver, WA. Longs own certain real property commonly known as 2818 Northeast Cherry Road, Vancouver, Washington. The remediation covered by the "Lease & Access Agreement" is still active to date of filing. As a condition of the Access Agreement TOC shall pay annual installments in advance in the sum of $6,000 so long as TOC continues to need and utilize access to the respective parcel for TOC's ongoing remediation of remaining petroleum hydrocarbon contamination at the Property sufficient to obtain a No Further Action (hereinafter, "NFA") Letter or its then equivalent from the Washington State Department of Ecology. Time agrees that when Time vacates the Long property and removes the mechanical components of the system, it will restore the property to its original condition leaving intact all improvements, including but not limited to any buildings and sewer line connections. Time agrees to quit claim its interest to the Longs in all improvements, including any buildings and sewer line connections at termination of this lease, but excluding any environmental equipment, groundwater recovery or treatment systems. | Dated 6/17/03 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| TOC #01-115 | Long Family |

| | |
|---|---|
| (Remediation #910313) | 2818 NE Cherry Road<br>Vancouver, WA 98663 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Handy Andy (Vancouver, WA):<br>4403 NE James Street, Vancouver, WA. June Greiner -"Access Agreement", dated 9/4/08.<br><br>Concerns petroleum hydrocarbon contamination in soil and groundwater emanating from property previously owned by Time Oil Co. (TOC Holdings Co.) located at 4403 NE James Street, Vancouver, WA. Greiner owns certain real property commonly known as 3303 NE 44th Street, Vancouver, Washington. The remediation covered by the Access Agreement is still active to date of filing. As a condition of the Access Agreement TOC paid a one-time sum of $4,000 to Greiner. As part of this Agreement Grantor grants TOC and or its consultants continued access to the respective parcel for TOC's ongoing remediation of remaining petroleum hydrocarbon contamination at the Property sufficient to obtain a No Further Action (hereinafter, "NFA") Letter or its then equivalent from the Washington State Department of Ecology. TOC indemnifies Greiner against "move out" damages, should tenant move out due to access activity or the contamination and TOC indemnifies Greiner against breach of the Access Agreement. | Dated 09/04/08 |

| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| TOC #01-115<br>(Remediation #910313) | |
| | June Greiner<br>15112 NE 30th Ave.<br>Vancouver, WA 98686 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Amboy, WA - 4211 NE Yale Bridge Rd. Amboy, WA "Cost Sharing Agreement", dated 10/10/15.<br><br>TOC Holdings Co. , Joseph Stella and Stella's two insurers, Motorists Commercial Mutual Insurance Company & Mutual of Enumclaw Insurance Company. Agreement to share costs of investigation and remediation of petroleum hydrocarbon contamination at, under and emanating from 42411 NE Yale Bridge Road, Amboy, WA 98601, sufficient to receive a No Further Action Letter ("NFA") from the Washington State Department of Ecology. Costs to be paid as follows: TOC – 50%; Stella – 50%, with Stella's 50% to be paid by Motorists Commercial – 45%, and by Mutual of Enumclaw 5% of costs of defense/investigation and up to $25,000 in costs of remediation and then if site remediation costs are likely to exceed $500,000 Motorists Commercial & Mutual of Enumclaw will negotiate a good faith increase in Mutual of Enumclaw's cap, but in no event will this increase TOC's share. | Dated 10/10/15 |
| **List the Contract number of any government contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| TOC #01-103<br>(Remediation #20140004) | Joseph Stella<br>c/o Sussman Shank<br>Patrick Rowe<br>1000 SE Broadway, Suite 1400<br>Portland, OR 97205<br><br>Motorist Insurance Group<br>c/o Trey Henegar<br>471 E. Broad St.<br>Columbus, OH 43215<br><br>Mutual of Enumclaw<br>1460 Wells St.<br>Enumclaw, WA 98022 |

|  | Mutual of Enumclaw<br>C/O Brent Beecher<br>Hackett, Beecher & Hart<br>1601 5th Ave.<br>Seattle, WA 98101 |
|---|---|

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| 26th & Jackson – 2509-2519 S. Jackson St., Seattle, WA –Interim Reimbursement Agreement & Second Reimbursement Agreement "Interim Reimbursement Agreement", dated 8/12/15 and "Second Reimbursement Agreement", dated 10/22/16.<br><br>Parties: TOC Holdings Co. and All Along The Watchtower, LLC ("AATW"). Each is an agreement to cooperate in investigation of the nature and extent of petroleum hydrocarbon contamination on, under and emanating from property owned by AATW located at 407 26th Ave. S. Seattle, WA, by performing and/or paying for specified work identified in, attached to, or later agreed to as Change Orders  in or with respect to the respective Agreements. The work per the 8/12/15 Agreement is completed. The work per the 10/22/16 Agreement is completed, with the exception of a proposed "Contract Change No. 5" proposed by AATW via a 3/28/17 email to TOC and to which TOC has not responded. Costs for work approved and performed pursuant to the Agreements have been paid for by TOC and/or by credit accorded to TOC by AATW as         described in the Agreements, except for an estimated approx. $20,000 referenced in the 3/28/17 email, but as yet unbilled to TOC by counsel for AATW. The Agreements contemplate but do not expressly cover future agreement or agreements between TOC and AATW for the remediation of the contamination. Contact info: AATW c/o William F. Joyce, Joyce Ziker Parkinson PLLC, 1601 Fifth Avenue, Suite 2040, Seattle, WA  98101. | Dated 10/22/16 |

| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| TOC #01-901 | |

| (Remediation #20150001) | |
| --- | --- |
| | Counsel:<br><br>AATW c/o William F. Joyce<br>Joyce Ziker Parkinson PLLC<br>1601 Fifth Avenue, Suite 2040,<br>Seattle, WA 98101 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
| --- | --- |
| Blanket Service Contracts (w/active work orders) – environmental:<br><br>TOC Holdings Co. has a form of Blanket Services Contract (Contract) for use with its Environmental Consultants and Contractors. The term of each Contract is for one calendar year (i.e. January through December) and may be renewed each year with the individual Consultant and/or Contractor, typically with the execution of a new Contract. The Contract does not bind either party (TOC or its Consultant/Contractor) except in the event and to the extent there is a Work Order with a specified scope of work and cost signed by both parties attached to the Contract at some point in time during the Contract's term. There are current Contracts with the below Environmental Service Providers. | May be renewed each year with new Contract. |

| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| | AMEC Foster Wheeler Environment & Infrastructure, Inc.<br>7477 SW Tech Center Drive<br>Portland, OR 97223<br><br>HydroCon<br>511 Allen Street<br>Kelso, WA 98626<br><br>Stantec |

| | 19101 36th Ave. West<br>Lynnwood, WA 98036 |
| --- | --- |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
| --- | --- |
| Archbright<br>fka Washington Employers<br><br>Employer resource for HR matters | Expires: 6/30/17<br><br>P.O. Box 20309<br>Seattle, WA 98121-3090 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
| --- | --- |
| Birch Communications<br><br>Telephone & Internet Services - $2,700.00, early termination fee - cancelled w/90-day written notice | Expires: 8/4/17<br><br>P.O. Box 105066<br>Atlanta, GA 30348-5066 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
| --- | --- |
| Century Link<br>Internet service | Month to month |
| List the Contract number of any | State the name and mailing address for all other parties with whom the debtor has an |

| government contract | executory contract or unexpired lease |
|---|---|
| | Century Link<br>P.O. Box 2961<br>Phoenix, AZ 85062-2961<br>877-348-9005 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Comcast<br>Internet service | Month to month |
| **List the Contract number of any government contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | Comcast<br>P.O. Box 34744<br>Seattle, WA 98124-1744<br>425-885-6360 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Department of Natural Resources<br>Long term lease of waterway for Parcel #112503-9120 at 2750 W Commodore Way | Expires 5/31/21 –<br><br>Annual lease $5,000.00 Annually<br>Expires: 6/1/17 - 5/31/21 |
| **List the Contract number of any government contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | DNR Lease - Seattle Terminal<br>Dept. of Natural Resources<br>South Puget Sound Region<br>Attn: Jordana Black<br>950 Farman Avenue N<br>Enumclaw, WA 98022-9282<br>253.880.6612<br>Jordanna.black@dnr.wa.gov<br>www.dnr.wa.gov |

243

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Kidder Mathews<br>Marketing listing agent for marketing and sale of Seattle Terminal property - month to month with 30-day notice | Expires: Month to Month |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | Kidder Mathews<br>12886 Interurban Avenue South<br>Seattle, WA 98168 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Kim Le Janitorial services | Expires: 5/1/17 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | Kim Le Janitorial Services<br>11019 17th Ave SW<br>Seattle, WA 98146 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Lockhaven Marina<br>Long term tenant - tenant interested in purchasing property - Monthly lease $3,416.67 | Expires: 12/31/17 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | Lockhaven Marina<br>2752 W Commodore Way<br>Seattle, WA 98199-0000 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| MacDonald Miller<br>Heating and air conditioning | Expires: 5/1/17 |
| **List the Contract number of any government contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | MacDonald Miller<br>P.O. Box 47983<br>Seattle, WA 98146<br>206-763-9400 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Madigan Security patrol | Expires: 4/18/17 |
| **List the Contract number of any government contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | Madigan Security<br>P.O. Box 1613<br>Edmonds, WA 98020<br>206-543-1640 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Marine Service & Supply – Tenant | Expires 12/31/17<br><br>notice to vacate with 60-day notice - $2125.00/ rent |
| **List the Contract number of any government contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | Marine Service & Supply<br>2737-B W Commodore Way |

| | Seattle, WA 98199 |
| --- | --- |
| | |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
| --- | --- |
| Long term lessee interested in purchasing property | Month to month rent - $300/month rent |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | Mendoza , Prudentia Lorenzo<br>401 S First St.<br>Shelton, WA 98584 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
| --- | --- |
| Water Service | Expires: 5/1/17 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | Mountain Mist<br>P.O. Box 844477<br>Seattle, WA 98124-5747<br>253-535-6447 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
| --- | --- |
| Business Credit reporting | |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | NACM<br>P.O. Box 21966<br>Seattle, WA 98111-3966 |

246

| | |
|---|---|
| | 206-728-6333 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Flexible spending account | Expires: 5/1/17 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | NAVIA Benefits Flex Plan Services<br>P.O. Box 53250<br>Bellevue, WA 98015-3250<br>206-452-3500 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Mail machine | Expires: 5/1/17 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | NexxPost<br>5200 South center Blvd, Suite 140<br>Seattle, WA 98188<br>206-237-2078 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Security patrol | Expires: 5/1/17 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | Nighthawk Security<br>c/o Madigan Security<br>P.O. Box 1613 |

| | Edmonds, WA 98020<br>206-543-1640 |
|---|---|

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Security patrol Seattle / MLT | Expires: 5/1/17 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | Northwest Security<br>14824 Westminister Way N<br>Seattle, WA 98133-6437<br>206-543-1640 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Rodent and pest control | Expires: 5/1/17 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | Orkin<br>P.O. Box 7161<br>Pasadena, CA 91109-7161<br>206-562-5610 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Rodent and pest control | Expires: 5/1/17 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

|  | Paratex<br>P.O. Box 34560<br>Seattle, WA 98124-1560<br>206-682-3456 |
| --- | --- |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
| --- | --- |
| Employee health insurance | 5/1/17 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|  | Premera<br>P.O. Box 91060<br>Seattle, WA 98111<br>866-358-2294 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
| --- | --- |
| In building alarm system | 1/21/18 |
| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|  | Protective Systems, Inc.<br>P.O. Box 1017<br>Spokane, WA 99210-1017<br>206-819-1234 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
| --- | --- |
| Garbage service | 5/1/17 |
| List the Contract number of any | State the name and mailing address for all other parties with whom the debtor has an |

| government contract | executory contract or unexpired lease |
|---|---|
|  | Recology<br>P.O. Box 34260<br>Seattle, WA 98124-1260<br>206-763-4444 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Recycling | 5/1/17 |

| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
|  | Republic Services<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829<br>602-237-2078 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| IT services – computer/systems | 5/1/17 |

| List the Contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
|  | Responza – IT Services<br>P.O. Box 80305<br>Seattle, WA 98101<br>206-762-5100 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Document shredding services | 5/1/17 |

| List the Contract number of any | State the name and mailing address for all |
|---|---|

| government contract | other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | Shred-IT USA<br>28883 Network Place<br>Chicago, IL 60673-1288<br>425-264-0073 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Convenience Store - Long term tenant - convenience store tenant interested in purchasing | Month to month - $2,750.00/month rent - |
| **List the Contract number of any government contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | T & C Mini Market, Inc.<br>927 4th Ave E<br>Olympia, WA 98501 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| In building alarm system | 5/1/17 |
| **List the Contract number of any government contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | Washington Alarm<br>2030 Airport Way S<br>Seattle, WA 98134-1603<br>206-328-1800 |

| State what the contract lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|
| Employee dental insurance | 5/1/17 |
| **List the Contract number of any** | **State the name and mailing address for all** |

| government contract | other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| Delta Dental Group No. 484 | Washington Dental / Delta Dental<br>P.O. Box 84885<br>Seattle, WA 98124<br>800-408-9850 |

# EXHIBIT TO SCHEDULE H – CO-DEBTORS

**EXHIBIT TO SCHEDULE H**

CO-DEBTORS:

| Co-Debtor/Address | | Creditor | Schedule Listed On/Affected Property |
|---|---|---|---|
| Balvin Properties, LLC<br>3314 NE 44th St.<br>Vancouver, WA 98663 | | WDOE<br>c/o Moshen Kourehda,<br>Southwest Regional<br>Office<br>P.O. Box 47775<br>Olympia, WA 98504 | Sch. F/<br>3314 NE 44TH St,<br>Vancouver, WA 98663 |
| Balvin Properties, LLC<br>3314 NE 44th St.<br>Vancouver, WA 98663 | | Donald Cramer, 3021 NE<br>72nd Dr., Ste 9 PMB43,<br>Vancouver, WA 98661 | Sch. F/<br>4306 NE St. James Rd.,<br>Vancouver, WA 98661 |
| Balvin Properties, LLC<br>3314 NE 44th St.<br>Vancouver, WA 98663 | | Ms. Cori Amsted, 15990<br>SW Roy Rogers Rd.,<br>Sherwood, OR 97140 | 3311 NE 44th St.,<br>Vancouver, WA 98663 |
| Balvin Properties, LLC<br>3314 NE 44th St.<br>Vancouver, WA 98663 | | Ms. June Greiner, 15112<br>NE 30th Ave., Vancouver,<br>WA 98686 | 3303 NE 44th St.,<br>Vancouver, WA 98663 |
| Balvin Properties, LLC<br>3314 NE 44th St.<br>Vancouver, WA 98663 | | Ms. Joyce Paeth, c/o<br>Robert Hughes 2916 NW<br>133rd St., Vancouver, WA<br>98685 | 2815 NE 42nd St.,<br>Vancouver, WA 98663 |
| Balvin Properties, LLC<br>3314 NE 44th St.<br>Vancouver, WA 98663 | | Mr. Steve Long, 2818 NE<br>Cherry Rd., Vancouver,<br>WA 98663 | 2818 NE Cherry Rd.,<br>Vancouver, WA 98663 |
| City of Kirkland<br>c/o William Evans<br>123 Fifth Ave.<br>Kirkland, WA 98003 | | Dibble Engineering<br>1029 Main Street<br>Kirkland, WA | Sch. F/<br>1029 Market Street<br>Kirkland, WA |
| Shell Oil Co.<br>c/o CBRE<br>280 Post Oak Blvd., Suite<br>2300<br>Houston, TX 77056 | | Broadway Assoc., GP<br>c/o Andrew Zabel,<br>Houlihan Law<br>100 N 35th St.<br>Seattle, WA 98103 | Sch. F/<br>3109 Rainier Ave. S.<br>Seattle, WA |

| Co-Debtor/Address | | Creditor | Schedule Listed On/Affected Property |
|---|---|---|---|
| T&C Mini Market, Inc. c/o Mark Tran 927 E 4th Ave Olympia WA 98506 | | TOC Holdings Co. 2737 West Commodore Way Seattle, WA | Sch. F/ 927 E. 4th Ave., Olympia, WA 98506 |
| Guatemala Todos Santos/Prudentia Lorenzo Mendoza c/o Santiago Ramirez 401 S. 1st Shelton, WA 98584 | | TOC Holdings Co. 2737 West Commodore Way Seattle, WA | Sch. F/ 401 S. 1st Shelton, WA 98584 |
| Tidewater Assoc. Oil Co. 7 West Tenth St. Willmington, DE 19803 | | Dott Mar, Inc. c/o Andrew Zabel, Houlihan Law 100 N 35th St. Seattle, WA 98103 | Sch. F/ 701 S Jackson, Seattle, WA |
| Phillips 66 Oil Co. P.O. Box 4428 Houston, TX 77210 | | Dott Mar, Inc. c/o Andrew Zabel, Houlihan Law 100 N 35th St. Seattle, WA 98103 | Sch. F/ 701 S Jackson, Seattle, WA |
| Scott Brothers/Colony Insurance c/o Steven Tan Cascadia Law Group 1201 3rd Ave, Suite 320 Seattle, WA 98101 | | The Estate of Irwin P. Jessen c/o Mark Meyers Williams Kastner 601 Union St. #4100 Seattle, WA 98101 | Sch. F/ 905 W. Main Street, Battleground, WA |
| ExxonMobil Co. c/o Mark Meyers Williams Kastner 601 Union St. #4100 Seattle, WA 98101 | | Pigotti Properties Market, LLC c/o Houllihan Law 100 N 35th Street Seattle, WA 98103 | Sch. F/ 804 Market Street, Kirkland, WA 98033 |
| Lockhaven Marina 3030 W Commodore Way Seattle, WA 98199 | | TOC Holdings Co. 2737 West Commodore Way Seattle, WA 98199-1233 | Sch. F/ 2737 West Commodore Way Seattle, WA 98199-1233 |
| ASKO Hydraulics 2805 W Commodore Way Seattle, WA 98199 | | TOC Holdings Co. 2737 West Commodore Way Seattle, WA 98199-1233 | Sch. F/ 2737 West Commodore Way Seattle, WA 98199-1233 |

| Co-Debtor/Address | | Creditor | Schedule Listed On/Affected Property |
|---|---|---|---|
| Marine Service & Supply c/o Russ Trombley 2737 W Commodore Way Seattle WA 98042 | | TOC Holdings Co. 2737 West Commodore Way Seattle, WA 98199-1233 | Sch. F/ 2737 West Commodore Way Seattle, WA 98199-1233 |
| BNSF c/o TRC Brent McDaniel 10550 Richmond Ave., #210 Houston, TX 77042 | | TOC Holdings Co. 2737 West Commodore Way Seattle, WA 98199-1233 | Sch. F/ 2737 West Commodore Way Seattle, WA 98199-1233 |
| Phillips Petroleum Co. 2423 Lind Ave SW Renton, WA 98057 | | Palmer Coking Coal c/o William Kombel P.O. Box 10/31407 Hwy 169 Black Diamond, WA 98010 | Sch. F/ Landsburg Mine Site -Kent Kangley Rd. 268th Ave SE, Ravensdale, WA 98051 |
| PACCAR 777 106th Ave NE Bellevue, WA 98004 | | Palmer Coking Coal c/o William Kombel P.O. Box 10/31407 Hwy 169 Black Diamond, WA 98010 | Sch. F/ Landsburg Mine Site -Kent Kangley Rd. 268th Ave SE, Ravensdale, WA 98051 |
| BNSF Railway Co. 2650 Lou Menk Drive Ft Worth, TX 76131 | | Palmer Coking Coal c/o William Kombel P.O. Box 10/31407 Hwy 169 Black Diamond, WA 98010 | Sch. F/ Landsburg Mine Site -Kent Kangley Rd. 268th Ave SE Ravensdale, WA 98051 |
| Plum Creek Timbers 999 3rd Ave. Seattle, WA 98104 | | Palmer Coking Coal c/o William Kombel P.O. Box 10/31407 Hwy 169 Black Diamond, WA 98010 | Sch. F/ Landsburg Mine Site -Kent Kangley Rd. 268th Ave SE Ravensdale, WA 98051 |

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Browning-Ferris Industries of Illinois 137 E 154th St. South Holland, IL 60473 | | Palmer Coking Coal c/o William Kombel P.O. Box 10/31407 Hwy 169 Black Diamond, WA 98010 | Sch. F/ Landsburg Mine Site -Kent Kangley Rd. 268th Ave SE Ravensdale, WA 98051 |
| Buckeye Terminals c/o Brudereck 2700 W. Washington St., Stockton, CA 95203 | | Port of Stockton 3015 Navy Drive Stockton, CA 95206 | Sch. F/ 2941/3015 Navy Drive Stockton, CA 95206 |
| TESORO c/o Darrell Fah 3003 Navy Drive Stockton, CA 95206 | | Port of Stockton 3015 Navy Drive Stockton, CA 95206 | Sch. F/ 2941/3015 Navy Drive Stockton, CA 95206 |
| NuStar Energy, L.P. c/o Rene Robinson 2941 Navy Drive Stockton, CA 95206 | | Port of Stockton 3015 Navy Drive Stockton, CA 95206 | Sch. F/ 2941/3015 Navy Drive Stockton, CA 95206 |
| CHS Inc. c/o Heather Yakely 818 West Riverside, #250 Spokane, WA 99201 | | Colfax Grange c/o Bryce Wilcox 601 W Riverside Ave. #1400 Spokane, WA 99201 | Sch. F/ 105 E Harrison St. Colfax, WA 99111 |
| Petrosun/Pacific Convenience & Fuel c/o Walter Sprague P.O. Box 11537 Pleasanton, CA 94588 | | Colfax Grange c/o Bryce Wilcox 601 W Riverside Ave. #1400 Spokane, WA 99201 | Sch. F/ 105 E Harrison St. Colfax, WA 99111 |
| | | | |

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| ACF Industries LLC<br>William L. Finn<br>President<br>101 Clark St.<br>Saint Charles, MO 63301 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Acme Trading & Supply<br>Chuck Gleason<br>Director of Operation<br>2495 NW Nicolai Street<br>P.O. Box 10067<br>Portland, OR 97296-0067 | | | |
| Air Liquide America Corp.<br>Kevin Feeney<br>Vice President<br>2700 Post Oak Boulevard,<br>Suite 1800<br>Houston, TX 77056 | | | |
| Alder Creek Lumber<br>Company, Inc.<br>Ron Prestwood<br>Vice President Operations<br>P.O. Box 19356<br>Portland, OR 97280 | | | |
| Alcatel-Lucent USA, Inc.<br>Robert Vrij<br>President<br>3400 West Plano Parkway<br>Plano, Texas 75075 | | | |
| Anderson Brothers, Inc.<br>John Anderson, President<br>9111 N. Vancouver Avenue<br>Portland, OR 97217 | | | |

* The creditors listed in the first box apply to all boxes on this page

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Arkema, Inc.<br>468 Thomas Jones Way - Suite 150<br>Doug Loutzenhiser<br>Legacy Site Services<br>Exton, PA 19341-2528 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Ashland, Inc.<br>David L. Hausrath, Sr.<br>Vice President and General Counsel<br>50 E. Rivercenter Blvd.<br>Covington, KY 41012 | | | |
| ATKN Company<br>Julianne Viadro<br>3527 Mt. Diablo Boulevard, Box 354<br>Layfayette, CA 94549 | | | |
| Babcock Land Company<br>George Webb<br>9933 NW 107th Ave.<br>Portland, OR 97231 | | | |
| BAE Systems San Diego Ship Repair Inc.<br>Robert A. Kilpatrick<br>President<br>2205 East Belt Street<br>San Diego, CA 92113 | | | |
| Basin Street Associates<br>Brad Simmons<br>Owner<br>c/o Pacific Insurance Investment Company<br>7820 Southwest Willowmere Drive<br>Portland, OR 97225 | | | |

* The creditors listed in the first box apply to all boxes on this page

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Bay Valley Foods, LLC<br>Joseph Coning<br>President<br>857-897 School Place<br>Green Bay, WI 54307-90 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| BBD&R, Inc<br>J. (Mick) Leitz<br>6211 N. Ensign St.<br>Portland, OR 97217 | | | |
| Beazer East, Inc.<br>Jill M. Blundon<br>President<br>1 Oxford Centre #3000<br>Pittsburgh, PA 15219 | | | |
| Berry Transport, Incorporated<br>Mr. Steven M. Carson<br>President<br>3301 Broadmore Street<br>Klamath Falls, Oregon 97603 | | | |
| BP West Coast Products<br>Mr. Ralph J. Moran<br>Environmental Portfolio Manager<br>6 Centerpoint Drive Suite 727<br>La Palma, CA 90623 | | | |
| Brand-S Corporation<br>John S. Brandis III<br>Vice President<br>6300 SW Reservoir Avenue<br>Corvallis, OR 97333 | | | |
| Brix DeArmond LLC<br>Peter J. Brix<br>14020 SE Johnson Road #201<br>Milwaukie, Oregon 97269 | | | |

* The creditors listed in the first box apply to all boxes on this page

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Brix Maritime Towing Company, Inc. Steve T. Scalzo President 660 W. Ewing Street Seattle, WA 98119 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Peter J. Brix 14020 SE Johnson Road #201 Milwaukie, Oregon 97269 | | | |
| Burgard 789 LLC James H. Winkler 210 Southwest Morrison Street, Suite 600 Portland, OR 97204 | | | |
| Matthew Rose Burlington Northern Railroad 2650 Lou Menk Dr. Fort Worth, TX 76131 | | | |
| Calbag Metals Company Chuck Gleason Director of Operations 2495 NW Nicolai Street P.O. Box 10067 Portland, OR 97296-0067 | | | |
| CanAm Minerals, Inc. DBA Kleen Blast Timothy Spurgeon President 50 Oak Court, Suite 210 Danville, CA 94526 | | | |
| Cargill, Inc. Steven C. Euller Corporate VP, General Counsel 15407 McGinty Road West Minneapolis, MN 55440 | | | |

\* The creditors listed in the first box apply to all boxes on this page

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Cascade General Inc.<br>Alan Sprott<br>5555 N. Channel Ave<br>Portland, OR 97217 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Carson Oil Company<br>John A. Carson<br>Chairman<br>3125 Northwest 35th Avenue<br>Portland, OR 97210 | | | |
| Cenex Ag, Inc.<br>David A. Baker<br>Secretary/General Counsel<br>5500 Cenex Drive<br>Inver Grove Heights, MN 55077 | | | |
| Chevron Texaco Corp.<br>6111 Bollinger Canyon Road<br>San Ramon, CA 94583 | | | |
| City of Portland<br>Al Smith<br>1211 SW 5th Ave Room 1100<br>Portland, OR 97204 | | | |
| Columbia Forge & Machine Works<br>Douglas Wayne McMullin<br>Vice President / General Manager<br>8524 North Crawford Street<br>Portland, OR 97203 | | | |
| Consolidated Metco, Inc.<br>Emie Nimister<br>13940 North Rivergate Boulevard<br>Portland, OR 97203 | | | |

* The creditors listed in the first box apply to all boxes on this page

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Container Management Services, LLC<br>Christian Stavig<br>8435 Northeast Killingsworth<br>Portland, Oregon 97220 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Crawford Street Corporation<br>Robert W. Philip<br>President<br>3200 NW Yeon Ave<br>Portland, OR 97296-0047 | | | |
| Crosby & Overton<br>Incorporated<br>Michael A. Shloub<br>President<br>1610 West 17th Street<br>Long Beach, CA 90813 | | | |
| DIL Trust and Dillingham<br>Ship Repair &<br>Albina Shipyard<br>Kirk Wilkinson<br>Latham & Watkins, LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560 | | | |
| D.S.U. Peterbuilt & GMC,<br>Jan W. Yost<br>President<br>Post Office Box 3486<br>5555 N Lagoon Ave.<br>Portland, OR 97208 | | | |
| Eastman Chemical Company<br>J. Brian Ferguson<br>President<br>100 N Eastman Road<br>Kingsport, TN 37662 | | | |

* The creditors listed in the first box apply to all boxes on this page

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| El Paso Company<br>Douglas L. Foshee<br>President and CEO<br>1001 Louisiana Street<br>Houston, Texas 77002 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Elkem Metals Inc.<br>Geir Kvemmo<br>President<br>Airport Office Park,<br>Building 2<br>400 Rouser Road<br>Moon Township,<br>Pennsylvania 15108-2749 | | | |
| Equilon Enterprises LLC<br>Anthony Palagyi<br>10602 NE 38th Pl<br>Kirkland, WA 98109 | | | |
| ESCO Corporation<br>Kevin S. Thomas<br>Vice President & General Counsel<br>1650 NW Naito Parkway,<br>Suite 200<br>Portland, OR 97209 | | | |
| Exide Technologies, Inc.<br>Robert M. Caruso<br>President & Chief Executive Officer<br>13000 Deerfield Parkway<br>Building 200<br>Milton, Georgia 30004 | | | |
| ExxonMobil Refining & Supply Company<br>3225 Gallows Road<br>Fairfax, Virginia 22037 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| FMC Corporation<br>John F. Stillman<br>Environmental Counsel<br>1735 Market Street<br>Philadelphia, PA 19103 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Foss Maritime Company<br>Frank Williamson<br>President<br>660 W. Ewing Street<br>Seattle, WA 98119 | | | |
| Foster Poultry Farms<br>Ronald Foster, CEO<br>1000 Davis Street<br>Livingston, CA 95334 | | | |
| Freightliner Corporation<br>Chris Patterson, President<br>4747 N Channel Ave.<br>Portland, OR 97217 | | | |
| Front Ave. Corporation<br>Jay N. Zidell<br>President<br>3121 SW Moody Ave.<br>Portland, OR 97239 | | | |
| FTL, Inc.<br>Mark Mounsey<br>President<br>3333 Northwest 35th Avenue<br>Portland, Oregon 97210 | | | |
| Galvanizers Company<br>Hester H. Nau<br>President<br>2406 Northwest 30th Avenue<br>Portland, OR 97210 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
| --- | --- | --- | --- |
| GATX Terminals Corp<br>Eric Conrad<br>Willbridge Terminal<br>1363 N Galley Rd.<br>San Pedro, CA 90731 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| General Electric Company<br>Thomas Antanoff<br>EHS Project Manager -<br>One River Road<br>Building 43-237<br>Schenectady, NY 12345 | | | |
| General Services<br>Administration<br>Bernard K. Schafer<br>Office of Property Disposal<br>1800 F Street NW<br>Washington, D.C. 20405 | | | |
| Georgia Pacific<br>Steve Petrin<br>900 SW 5th Ave.<br>Portland, OR 95949 | | | |
| GI Trucking Company and<br>Estes Express Lines<br>Mr. William Hupp<br>President<br>3901 West Broad Street<br>Richmond, VA 23230 | | | |
| Glacier Northwest, Inc.<br>G. Allen Hamblen<br>President and CEO<br>2025 East Financial Way<br>Glendora, CA 91741 | | | |
| Goldendale Aluminum<br>Brett Wilcox<br>101 SW Main St. # 905<br>Portland, OR 97204 | | | |

* The creditors listed in the first box apply to all boxes on this page

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Gould Electronics, Inc.<br>James F. Cronmiller<br>Director, Corporate<br>Environmental Affairs<br>35129 Curtis Blvd.<br>Eastlake, OH 44095 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund<br>Site #ORSFN1002155 |
| Great Western Chemical<br>Company<br>Robert H. McCall<br>808 SW 15th Ave.<br>Portland, OR 95298 | | | |
| GS Roofing Products<br>Lauren Alterman<br>Senior Counsel<br>750 East Swedesford Road<br>Valley Forge, PA 19482<br>Phone: (610) 341-7000 | | | |
| Guild's Lake Properties, LLC<br>Terry DeSylvia<br>Manager/Owner<br>1200 Southwest Main Street<br>Portland, Oregon 97205 | | | |
| Gunderson, LLC<br>Robert A. Bridgers<br>4350 NW Front Ave<br>Portland, OR 97210 | | | |
| Christenson Oil<br>John Horstman<br>Vice President of Operations<br>3865 N.W. St. Helens Road<br>Portland, OR 97217 | | | |
| Hendren Tow-Boat Co., Inc.<br>Floyd G. Hendren<br>President<br>12751 NW Springville Road<br>Portland, OR 97229 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Hercules, Inc.<br>Israel J. Floyd<br>Corporate Secretary and<br>General Counsel<br>1313 North Market Street<br>Wilmington, DE 19894 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund<br>Site #ORSFN1002155 |
| Hill Investment Company<br>Mr. Ray Agostino<br>President<br>1414 Southwest 3rd, Suite<br>2202<br>Portland, OR 97201 | | | |
| IMACC Corporation<br>John Cutt<br>President<br>5801 Christie Avenue<br>Emeryville, California 94608 | | | |
| Jones Stevedoring Company<br>Clayton R. Jones III<br>President<br>7245 West Marginal Way SW<br>Seattle, WA 98106 | | | |
| Johnson Controls, Inc.<br>Alex A. Molinaroli<br>President & Chief Executive<br>Officer<br>5757 North Green Bay<br>Avenue<br>P.O. Box 591<br>Milwaukee, Wisconsin 53201 | | | |
| Kaiser Ventures LLC<br>Terry L. Cook<br>KSC Recovery, Incorporated<br>3633 Inland Empire<br>Boulevard, Suite 480<br>Ontario, California 91764 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Kinder Morgan Bulk Terminals, Inc.<br>Jason Mack Brown<br>500 Dallas Street, Suite 1000<br>Houston, Texas 77002 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Koppers Industries, Inc.<br>Amos S. Kamerer<br>7450 NW St. Helens Rd.<br>Portland, OR 97210 | | | |
| Lakeside Industries<br>Charles Gaskill<br>4850 NW Front Ave.<br>Portland, OR 95954 | | | |
| Langley-St Johns Partnership<br>Peter J. Brix<br>14020 SE Johnson Road #201<br>Milwaukie, OR 97269 | | | |
| Linnton Plywood Association<br>Jim Stahley<br>10504 NW St. Helens Rd.<br>Portland, OR 97231 | | | |
| Mar Com Marine<br>Tom Maples<br>9070 North Bradford St.<br>Portland, OR 97203 | | | |
| Mar Com, Inc.<br>Tom R. Maples<br>President<br>14815 NE 186th Ave.<br>Bush Prairie, WA 98606 | | | |
| Marine Finance Corporation<br>Steve Andrews<br>8444 NW St. Helens Rd.<br>Portland, OR 97231 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| U.S. Department of Transportation Maritime Administration Michaela Noble Office of Chief Counsel Division of Litigation and General Law 1200 New Jersey Ave. Washington, DC 20590 | | - USEPA - ODEQ - NRT - YBT - GNR | Sch. F/ Portland Harbor Superfund Site #ORSFN1002155 |
| McCall Oil and Chemical Corporation James Charriere President 5480 N Front Avenue Portland, OR 97210 | | | |
| McCall Oil Real Estate Company LLC Jim Charriere President and CEO 5480 Northwest Front Avenue Portland, Oregon 97210 | | | |
| McCormick & Baxter Charles R. McCormick III 6900 N Edgewater P.O. Box 3048 Portland, OR 97208 | | | |
| Metro Regional Government April Olbrich 600 NE Grand Ave. Portland, OR 97232-2736 | | | |
| Morec Front, LLC Mr. Jim Charriere 5480 Northwest Front Avenue Portland, Oregon 97210 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Morse Brothers<br>Jeff Steyaert<br>Manager -<br>Environmental/Permits<br>12222 NW Marina<br>Portland, OR 97231 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Niblick Corporation<br>Jerry Hauser<br>President<br>30949 Southeast Bluff Road<br>Gresham, OR 97080 | | | |
| Nichols Marine Ways, Inc.<br>Archie Nichols<br>President<br>1957 Lancaster Road<br>Freeland, Washington 98249 | | | |
| NL Industries, Inc.<br>Robert D. Graham<br>Vice President, Secretary &<br>General Counsel<br>5430 LBJ Freeway Suite 1200<br>Dallas, TX 75240-2697 | | | |
| Northwest Natural Gas Company<br>Sandra Hart<br>Director Risk Environment and Land<br>220 NW 2nd Ave.<br>Portland, OR 97209 | | | |
| Northwest Pipe Company<br>Brian W. Dunham<br>President<br>200 SW Market Street Suite 1800<br>Portland, OR 97201 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Olympic Pipe Line Company<br>Bobby Talley<br>President<br>2201 Lind Ave. SW<br>Renton, WA 98055 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Oregon Steel Mills, Inc.<br>Drew Gilpin<br>P.O. Box 2760<br>Portland, OR 97208 | | | |
| Owens Corning<br>Thomas Brungard<br>One Owens Corning Pkwy 3G<br>Toledo, OH 43659 | | | |
| PacifiCorp<br>Gregory E. Abel<br>Chairman and CEO<br>825 Northeast Multnomah Street<br>Portland, Oregon 97232 | | | |
| Paramount Petroleum Corporation<br>William L. Thorpe<br>Senior Vice President<br>14700 Downey Avenue<br>Paramount, CA 90723 | | | |
| Port of Portland<br>Tom Bispham<br>Environmental Services Division<br>P.O. Box 3529<br>Portland, OR 97208 | | | |
| Portland General Electric<br>Dennis Norton<br>121 SW Salmon St.<br>Portland OR 97204 | | | |

* The creditors listed in the first box apply to all boxes on this page.

271

Case 17-11872-CMA    Doc 1    Filed 04/24/17    Ent. 04/24/17 18:19:27    Pg. 409 of 481

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Portland Terminal Railroad Company<br>Russ Hulihan<br>General Manager<br>3500 Northwest Yeon Avenue<br>Portland, Oregon 97210 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| R.B. Pamplin Corporation<br>Robert Pamplin, Jr.<br>President<br>900 SW 5th Avenue<br>Portland, Oregon 97204 | | | |
| Ryerson, Incorporated<br>Michael C. Arnold<br>President & CEO<br>2621 West 15th Place<br>Chicago, Illinois 60608 | | | |
| Riedel<br>International, Inc<br>Arthur A. Riedel<br>3600 Whiskey Creek Road<br>Tillamook, Oregon 97141 | | | |
| Edward Hostmann, Inc.<br>Edward Hostmann<br>President<br>4500 Southwest Kruse Way<br>Suite 100<br>Lake Oswego, Oregon 97035 | | | |
| RK Storage<br>Roger Croft<br>10937 NW Front Ave<br>Portland, OR 97231 | | | |
| RoMar Realty of Oregon, Inc.<br>c/o Robert L. Cope<br>1730 M St. N.W., Suite 400<br>Washington, DC 20036 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Ro-Mar Transportation Systems, Inc.<br>Ro-Mar Realty of Oregon, Inc.<br>Donna Marden<br>Vice President & Treasurer<br>3500 South Kedzie Avenue<br>Chicago, IL 60632 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Ross Island Sand & Gravel Co.<br>A. Charles Steinwandel<br>President<br>4315 SE McLoughlin Blvd.<br>Portland, Oregon 97202 | | | |
| Rudie Wilhelm Warehouse Company<br>Alexandra Wilhelm Hendricks<br>President<br>2400 Southeast Mailwell Drive<br>Milwaukie, OR 97222 | | | |
| Rusco, Inc. dba Dura Industries<br>Del Stephens<br>President<br>4466 Northwest Yeon Avenue<br>Portland, OR 97210 | | | |
| Samuelson Properties, L.P.<br>Reid G. Samuelson<br>Re: Foster Poultry Farms<br>5000 Edenhurst Avenue<br>Los Angeles, CA 90039 | | | |
| Schnitzer Investment Corp.<br>Kenneth M. Novack<br>President<br>3200 NW Yeon Ave.<br>Portland, OR 97296-0047 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Schnitzer Steel Industries, Inc.<br>John D. Carter<br>President and CEO<br>3200 NW Yeon Avenue<br>P.O. Box 10047<br>Portland, OR 97296 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Shaver Transportation Company<br>Steve R. Shaver<br>President<br>4900 NW Front Ave.<br>Portland, OR 97210 | | | |
| Environmental Claims<br>Shell Oil Company<br>Mr. William E. Platt III, Esq.<br>Senior Manager<br>910 Louisiana, Suite 685<br>Houston, TX 77002 | | | |
| Shipyard Commerce Center LLC<br>Alan Sprott<br>Vice President<br>5555 North Channel Avenue<br>Portland, OR 97217 | | | |
| Shore Terminals, LLC<br>NuStar Energy L.P.<br>c/o Rebecca Fink, Esq.<br>2330 North Loop 1604 West<br>San Antonio, TX 78248 | | | |
| Siltonic Corporation<br>Neil Nelson<br>President & CEO<br>7200 NW Front Ave. M/S<br>Portland, OR 97210-3676 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Smurfit-Stone Container Enterprises Incorporated Nina E. Butler VP & Sr. Environmental Counsel 3700 Crestwood Parkway, Suite 850 Duluth, GA 30096 | | - USEPA - ODEQ - NRT - YBT - GNR | Sch. F/ Portland Harbor Superfund Site #ORSFN1002155 |
| SPC Properties LLC and Steinfelf Products Company Gregg L. Engles 2711 N Haskell Avenue, Suite 3400 Dallas, TX 75204 | | | |
| Standard Steel Property LLC Brian Sonnenberg 3441 Northeast Guam Street Portland, OR 97210 | | | |
| StarLink Logistics / Bayer CropScience John Wichtrich President One Copley Parkway, Suite 309 Morrisville, NC 27560 | | | |
| State of Oregon Louise C. Solliday Director Department of State Lands 775 Summer St. NE Suite 100 Salem, Oregon 97301-1279 | | | |
| State of Oregon Department of Transportation Matthew Garrett Director 355 Capitol St. NE Salem, Oregon 97301-3871 | | | |

\* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Steelhammer Properties LLC<br>Tom Leaptrott<br>8524 North Crawford Street<br>Portland, OR 97203 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Sulzer Pumps (US), Inc.<br>Kati Babinec<br>Manager, Legal<br>200 SW Market Street, 4th Floor<br>Portland, OR 97201 | | | |
| Summit Properties, Inc.<br>Yoshio Kurosaki, President<br>5550 Southwest Macadam Avenue, Suite 205<br>Portland, OR 97239 | | | |
| The Marine Group, LLC<br>Arthur E. Engel<br>Managing Member/President<br>997 G Street<br>Chula Vista, CA 91910 | | | |
| Marine Salvage Consortium, Inc.<br>J. H. Leitz<br>President<br>6211 N Ensign<br>Portland, OR 97217 | | | |
| The Valspar Corporation<br>Ronda P. Bayer<br>Associate General Counsel<br>1101 South Third Street<br>Minneapolis, MN 55415 | | | |
| Time Oil Company<br>Kevin Murphy<br>2737 W. Commodore Way<br>Seattle, WA 98199 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Tosco Corp.<br>Martin Cramer<br>5528 NW Doane Ave.<br>Portland, OR 97210 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Toyota Motor Sales, U.S.A., Inc.<br>Yoshimi Inaba<br>Chairman and CEO<br>19001 South Western Avenue<br>Torrance, CA 90501 | | | |
| Toyota Logistic Services, Inc.<br>19001 South Western Avenue<br>Yukitoshi Funo<br>President<br>Torrance, CA 90501 | | | |
| Treehouse Foods, Inc.<br>Sam K. Reed<br>Chairman of the Board and CEO<br>Two Westbrook Corporate Center, Suite 1070<br>Westchester, IL 60154 | | | |
| Front Ave. LLC<br>Jay Zidell<br>3121 SW Moody Ave.<br>Portland, OR 97201 | | | |
| Tube Forgings of America, Inc.<br>Jay N. Zidell<br>3121 SW Moody Ave.<br>Portland, OR 97239 | | | |
| Union Pacific Railroad<br>Bob Markworth<br>1416 Dodge St.<br>Omaha, NE 68179 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Union Carbide Corporation<br>John R. Dearborn<br>President<br>400 W. Sam Houston<br>Parkway S.<br>Houston, Texas 77042-1203 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund<br>Site #ORSFN1002155 |
| Univar USA, Inc.<br>George Sylvester<br>32131 Stevens Way<br>Conifer, CO 80433 | | | |
| US Army Corps of Engineers<br>Carolyn Markos<br>Re: US Moorings Facility<br>8010 NW. St Helens Rd.<br>Portland, OR 97210 | | | |
| US Bonneville Power<br>Administration<br>Randy Roach<br>905 NE 11th Ave.<br>Portland, OR 97232 | | | |
| U.S. Navy<br>Roslyn T. Tobe<br>720 Kennon St., SE Bldg. 36<br>Room 233<br>Washington Navy Yard, DC<br>20374 | | | |
| US Coast Guard<br>Roy Clark<br>2000 Embarcadero Suite 200<br>Oakland, CA 89269 | | | |
| U.S. Reconstruction<br>Finance Corporation<br>1500 Pennsylvania Avenue<br>Northwest<br>Washington, District of<br>Columbia 20220 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Unocal Corporation<br>Ron Schwah<br>376 S. Valencia Ave.<br>Brea, CA 92823 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund Site #ORSFN1002155 |
| Watumull Properties Corp.<br>JD Watumull<br>Vice President<br>307 Lewers St Suite 600<br>Honolulu, HI 96815 | | | |
| Westinghouse Electric Corporation<br>William D. Wall<br>Vice President, Senior Counsel<br>11 Stanwix Street<br>Pittsburgh, PA 15222 | | | |
| Wilhelm Trucking Company<br>Robert J. Wilhelm, Sr.<br>President<br>3250 NW St. Helens Road<br>Portland, OR 97210 | | | |
| Willamette-Western Corporation<br>Arthur A. Riedel<br>3600 Whiskey Creek Rd.<br>PO Box 910<br>Tillamook, OR 97141 | | | |
| Davis Property & Investment<br>Re: WMR LLC<br>Jeff Davis<br>Asset Manager<br>22757 72nd Avenue South, Suite E-106<br>Kent, Washington 98032 | | | |

* The creditors listed in the first box apply to all boxes on this page.

| Co-Debtor/Address | | Creditor* | Schedule Listed On/Affected Property |
|---|---|---|---|
| Z Explorations, Inc.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | | - USEPA<br>- ODEQ<br>- NRT<br>- YBT<br>- GNR | Sch. F/<br><br>Portland Harbor Superfund<br>Site #ORSFN1002155 |
| Zidell Companies<br>Jay N. Zidell<br>President<br>3121 S.W. Moody Avenue<br>Portland, OR 97239 | | | |
| ZRZ Realty Company<br>Jay N. Zidell<br>President<br>3121 S.W. Moody Avenue<br>Portland, OR 97239 | | | |

\* The creditors listed in the first box apply to all boxes on this page.

USEPA = United States Environmental Protection Agency

ODEQ = Oregon Department of Environmental Quality

NRT = Portland Harbor Natural Resource Trustee Council

YBT = Yakima Band of Tribes

GNR = General Notice Recipient List (18 page General Notice Recipient List)

# EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS – QUESTION #3 – PAYMENTS TO CREDITORS W/IN 90 DAYS

# EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS, QUESTION #3 -PAYMENTS TO CREDITORS W/IN 90 DAYS

| Creditor's Name and Address | Dates | Total Amount of Value | Reasons for payment or transfer |
|---|---|---|---|
| AMEC Environmental & Infr | 1/25/2017 | $ 5,622.20 | Services |
| 24376 Network Place | 2/16/2017 | $ 12,318.14 | Services |
| Chicago, IL 60673-1376 | 3/2/2017 | $ 8,399.34 | Services |
| | 3/16/2017 | $ 5,164.81 | Services |
| | 3/30/2017 | $ 5,731.39 | Services |
| | 4/5/2017 | $ 2,617.79 | Services |
| | | $ 39,853.67 | |
| | | | |
| AMEC Foster Wheeler & Infr | 4/5/2017 | $ 24,000.00 | Other: Deposit for future services |
| 7376 SW Durham Rd | | | |
| Portland, OR 97224 | | | |
| | | | |
| Anderson Environmental Contracting | 2/9/2017 | $ 2,357.70 | Services |
| 705 Colorado St | 3/9/2017 | $ 9,485.00 | Services |
| Kelso, WA 98626 | 4/5/2017 | $ 16,446.40 | Services |
| | | $ 28,289.10 | ` |
| | | | |
| Apex Labs | 3/2/2017 | $ 468.00 | Services |
| 12232 SW Garden Pl | 3/16/2017 | $ 21,361.00 | Services |
| Tigard, OR 97223 | 3/30/2017 | $ 1,153.00 | Services |
| | 4/5/2017 | $ 37,000.00 | Services |
| | | $ 59,982.00 | |
| | | | |
| Brantley, Janson, Yost & Ellison | 2/17/2017 | $ 7,088.00 | Services |
| 1617 South 325th St | 3/20/2017 | $ 15,685.00 | Services |
| Federal Way, WA 98003-5 | 4/12/2017 | $ 1,920.00 | Services |
| | | $ 24,693.00 | |

## EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS, QUESTION #3 -PAYMENTS TO CREDITORS W/IN 90 DAYS

| | | | | |
|---|---|---|---|---|
| City of Seattle -UT | 2/2/2017 | $ | 2,622.91 | Services |
| Department of Finance | 2/16/2017 | $ | 9,854.21 | Services |
| P O Box 35177 | 3/2/2017 | $ | 169.99 | Services |
| Seattle, WA  98124-5177 | 3/9/2017 | $ | 154.43 | Services |
| | 3/30/2017 | $ | 5,349.44 | Services |
| | 4/12/2017 | $ | 12,368.57 | Services |
| | | $ | **30,519.55** | |
| | | | | |
| Environmental Technologies | 1/20/2017 | $ | 3,837.98 | Services |
| 1414 S Sangre Road | 2/17/2017 | $ | 355.36 | Services |
| Stillwater, OK  74074 | 3/20/2017 | $ | 5,103.91 | Services |
| | 4/12/2017 | $ | 9,727.78 | Services |
| | | $ | **19,025.03** | |
| | | s | | |
| Friedman & Bruya Inc | 2/2/2017 | $ | 2,808.70 | Services |
| 3012 16th Ave W | 2/9/2017 | $ | 2,619.50 | Services |
| Seattle, WA  98119-2029 | 3/2/2017 | $ | 1,309.60 | Services |
| | 3/9/2017 | $ | 525.60 | Services |
| | 3/30/2017 | $ | 2,235.70 | Services |
| | 4/12/2017 | $ | 1,256.40 | |
| | | $ | **10,755.50** | |
| | | | | |
| Hydrocon Environmental LLC | 1/25/2017 | $ | 76,693.40 | Services |
| 510 Allen St | 2/16/2017 | $ | 5,365.00 | Services |
| Suite B | 2/23/2017 | $ | 102,459.23 | Services |
| Kelso, WA  98026 | 3/2/2017 | $ | 94,343.73 | Services |
| | 3/30/2017 | $ | 163,205.00 | Services |
| | 4/5/2017 | $ | 226,350.00 | Other:  Deposit for future services |
| | | $ | **668,416.36** | |
| | | | | |
| Madigan Security Consultants | 1/19/2017 | $ | 7,644.16 | Services |
| P O Box 1613 | 2/2/2017 | $ | 2,464.00 | Services |
| Edmonds, WA  98020 | 2/9/2017 | $ | 7,463.42 | Services |

|  |  |  |  |
|---|---|---|---|
|  | 2/16/2017 | $ 2,464.00 | Services |
|  | 2/23/2017 | $ 2,614.00 | Services |
|  | 3/2/2017 | $ 2,464.00 | Services |
|  | 3/9/2017 | $ 6,122.48 | Services |
|  | 3/23/2017 | $ 5,078.00 | Services |
|  | 4/5/2017 | $ 2,464.00 | Services |
|  | 4/20/2017 | $ 10,387.06 |  |
|  |  | $ **49,165.12** |  |
| Oregon Dept of Environmental Quality | 4/5/2017 | $ **6,312.45** | Services |
| 700 NE Multnomah St   Suite 600 |  |  |  |
| Portland, OR  97232 |  |  |  |
| Pearl Legal Group PC | 2/17/2017 | $ 16,302.50 | Services |
| 529 SW Third Avenue | 3/3/2017 | $ 25,586.75 | Services |
| Suite 600 | 3/20/2017 | $ 24,838.50 | Services |
| Portland, OR  97204 | 4/12/2017 | $ 33,041.20 | Services |
|  |  | $ **99,768.95** |  |
| Premera Blue Cross | 1/25/2017 | $ 14,425.47 | Other:  health insurance |
| P O Box 91060 | 2/16/2017 | $ 14,844.95 | Other:  health insurance |
| Seattle, WA  98111 | 3/23/2017 | $ 14,425.47 | Other:  health insurance |
|  |  | $ **43,695.89** |  |
| Property Tax Analytics Inc | 3/23/2017 | $ **36,386.65** | Services |
| 1 Mt Jefferson Terrace |  |  |  |
| Suite 105 |  |  |  |
| Lake Oswego, OR  97305 |  |  |  |
| Responza LLC | 2/9/2017 | $ 2,382.00 | Services |
| P O Box 80305 | 3/9/2017 | $ 2,382.00 | Services |
| Seattle, WA  98108 | 4/12/2017 | $ 2,382.25 | Services |
|  |  | $ **7,146.25** |  |

## EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS, QUESTION #3 -PAYMENTS TO CREDITORS W/IN 90 DAYS

| | | | |
|---|---|---|---|
| Schwabe Williamson & Wyatt | 1/25/2017 | $542.00 | Services |
| 1211 SW Fifth Avenue | 2/23/2017 | $3,424.00 | bankruptcy deposit |
| Suite 1900 | 3/9/2017 | $50,000.00 | Services |
| Portland, OR 97204 | 4/5/2017 | $21,322.12 | Services |
| | 4/12/2017 | $40,165.29 | Services |
| | 4/21/2017 | $36,972.00 | Services |
| | | **$152,425.41** | |
| | | | |
| | 1/25/2017 | $ 72,818.70 | Services |
| 2811 Fairview Avenue East | 2/2/2017 | $ 18,275.21 | Services |
| Suite 2000 | 2/16/2017 | $ 29,818.02 | Services |
| Seattle, WA 98102 | 3/2/2017 | $ 22,390.33 | Services |
| | 3/9/2017 | $ 6,000.00 | Services |
| | 3/16/2017 | $ 32,394.36 | Services |
| | 3/23/2017 | $ 8,191.47 | Services |
| | 4/5/2017 | $ 12,208.83 | Services |
| | 4/12/2017 | $ 30,912.71 | Services |
| | 4/12/2017 | $ 39,924.00 | Other: Deposit for future services |
| | | $ **272,933.63** | |
| | | | |
| Stantec Consulting Corp | 1/19/2017 | $ 27,483.77 | Services |
| 13980 Collections Center Drive | 2/16/2017 | $ 23,872.02 | Services |
| Chicago, IL 60693 | 3/16/2017 | $ 31,419.29 | Services |
| | 3/30/2017 | $ 31,022.00 | Services |
| | 4/5/2017 | $ 16,446.25 | Services |
| | 4/12/2017 | $ 16,941.18 | Services |
| | | $ **147,184.51** | |
| | | | |
| Stantec Consulting Corp | 4/5/2017 | $ **37,000.00** | Other: Deposit for future services |
| 4100 194th Street SW  Suite 400 | | | |

# EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS, QUESTION #3 -PAYMENTS TO CREDITORS W/IN 90 DAYS

Lynnwood, WA  98036

| | | | | |
|---|---|---|---|---|
| Sotorios T Tsakonas | 1/25/2017 | $ | 5,000.00 | Other:  site access |
| 15515 SE 55th Place | 2/23/2017 | $ | 5,000.00 | Other:  site access |
| Bellevue, WA  98006 | 3/30/2017 | $ | 5,000.00 | Other:  site access |
| | | **$** | **15,000.00** | |
| | | | | |
| State of Washington | 2/2/2017 | $ | 60.09 | Services |
| Department of Ecology | 2/16/2017 | $ | 677.78 | Services |
| P O Box 47611 | 2/23/2017 | $ | 7,005.50 | Services |
| Olympia, WA  98504-7611 | 3/2/2017 | $ | 435.87 | Services |
| | 3/30/2017 | $ | 1,444.31 | Services |
| | | **$** | **9,623.55** | |
| | | | | |
| Dawn Welch | 1/25/2017 | $ | 2,133.34 | Other:  site access |
| 11006 Maple Lane | 2/23/2017 | $ | 2,133.34 | Other:  site access |
| Lake Stevens, WA  98258 | 3/30/2017 | $ | 2,133.34 | Other:  site access |
| | | **$** | **6,400.02** | |
| | | | | |
| West Environmental Services & Tech. | 3/2/2017 | $ | 15,776.35 | Services |
| 711 Grand Ave | 4/5/2017 | $ | 6,422.00 | Services |
| Suite 220 | | **$** | **22,198.35** | |
| San Rafael, CA  94901 | | | | |

**TOTAL**          $1,810,780.99

# EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS – QUESTION #4 – PAYMENTS OR OTHER TRANSFERS OF PROPERTY MADE WITHIN 1 YEAR BEFORE FILING TO INSIDERS

| Employee | Date | Amount paid | Description |
|---|---|---|---|
| **C Edward Miller, Jr** | 4/21/2016 | $ 1,796.44 | Health insurance |
| | 5/18/2016 | $ 1,796.44 | Health insurance |
| | 6/23/2016 | $ 1,796.44 | Health insurance |
| | 7/21/2016 | $ 1,796.44 | Health insurance |
| | 8/18/2016 | $ 1,796.44 | Health insurance |
| | 9/22/2016 | $ 1,796.44 | Health insurance |
| | 10/20/2016 | $ 1,796.44 | Health insurance |
| | 11/10/2016 | $ 1,796.44 | Health insurance |
| | 12/15/2016 | $ 1,994.06 | Health insurance |
| | 1/25/2017 | $ 1,994.06 | Health insurance |
| | 2/16/2017 | $ 1,994.06 | Health insurance |
| | 3/23/2017 | $ 1,994.06 | Health insurance |
| | 4/21/2016 | $ 72.00 | Dental insurance |
| | 5/18/2016 | $ 72.00 | Dental insurance |
| | 6/23/2016 | $ 72.00 | Dental insurance |
| | 7/21/2016 | $ 72.00 | Dental insurance |
| | 8/18/2016 | $ 72.00 | Dental insurance |
| | 9/22/2016 | $ 72.00 | Dental insurance |
| | 10/20/2016 | $ 72.00 | Dental insurance |
| | 11/17/2016 | $ 72.00 | Dental insurance |
| | 12/15/2016 | $ 73.05 | Dental insurance |
| | 1/25/2017 | $ 73.05 | Dental insurance |
| | 2/16/2017 | $ 73.05 | Dental insurance |
| | 3/23/2017 | $ 73.05 | Dental insurance |
| | 4/21/2016 | $ 123.20 | Life insurance |
| | 5/18/2016 | $ 123.20 | Life insurance |
| | 6/23/2016 | $ 123.20 | Life insurance |
| | 7/21/2016 | $ 123.20 | Life insurance |
| | 8/18/2016 | $ 123.20 | Life insurance |
| | 9/22/2016 | $ 123.20 | Life insurance |
| | 10/20/2016 | $ 123.20 | Life insurance |
| | 11/17/2016 | $ 123.20 | Life insurance |
| | 12/15/2016 | $ 123.20 | Life insurance |
| | 1/25/2017 | $ 123.20 | Life insurance |
| | 2/16/2017 | $ 123.20 | Life insurance |
| | 3/30/2017 | $ 123.20 | Life insurance |
| | 3/16/2017 | $ 172.74 | Expense reimbursement |
| | 4/15/2016 | $ 241.84 | Travel expenses -corporate meeting |
| | 4/18/2016 | $ 746.53 | Travel expenses -corporate meeting |
| | 5/10/2016 | $ 633.20 | Travel expenses -corporate meeting |
| | 5/16/2016 | $ 241.84 | Travel expenses -corporate meeting |
| | 5/19/2016 | $ 750.90 | Travel expenses -corporate meeting |
| | 6/15/2016 | $ 223.62 | Travel expenses -corporate meeting |
| | 6/20/2016 | $ 813.63 | Travel expenses -corporate meeting |
| | 7/6/2016 | $ 553.20 | Travel expenses -corporate meeting |
| | 7/15/2016 | $ 241.84 | Travel expenses -corporate meeting |
| | 7/19/2016 | $ 993.65 | Travel expenses -corporate meeting |
| | 8/10/2016 | $ 498.20 | Travel expenses -corporate meeting |
| | 8/16/2016 | $ 241.92 | Travel expenses -corporate meeting |
| | 8/19/2016 | $ 1,177.91 | Travel expenses -corporate meeting |
| | | **$ 32,225.38** | |
| | | | |
| **Theone Scholl-Tollefson** | 4/21/2016 | $ 1,796.44 | Health insurance |
| | 5/18/2016 | $ 1,796.44 | Health insurance |
| | 6/23/2016 | $ 1,796.44 | Health insurance |
| | 7/21/2016 | $ 1,796.44 | Health insurance |
| | 8/18/2016 | $ 1,796.44 | Health insurance |
| | 9/22/2016 | $ 1,796.44 | Health insurance |
| | 10/20/2016 | $ 1,796.44 | Health insurance |
| | 11/10/2016 | $ 1,796.44 | Health insurance |

| | | | |
|---|---|---:|---|
| | 12/15/2016 | $ 1,994.06 | Health insurance |
| | 1/25/2017 | $ 1,994.06 | Health insurance |
| | 2/16/2017 | $ 1,994.06 | Health insurance |
| | 3/23/2017 | $ 1,994.06 | Health insurance |
| | 4/21/2016 | $ 72.00 | Dental insurance |
| | 5/18/2016 | $ 72.00 | Dental insurance |
| | 6/23/2016 | $ 72.00 | Dental insurance |
| | 7/21/2016 | $ 72.00 | Dental insurance |
| | 8/18/2016 | $ 72.00 | Dental insurance |
| | 9/22/2016 | $ 72.00 | Dental insurance |
| | 10/20/2016 | $ 72.00 | Dental insurance |
| | 11/17/2016 | $ 72.00 | Dental insurance |
| | 12/15/2016 | $ 73.05 | Dental insurance |
| | 1/25/2017 | $ 73.05 | Dental insurance |
| | 2/16/2017 | $ 73.05 | Dental insurance |
| | 3/23/2017 | $ 73.05 | Dental insurance |
| | 4/21/2016 | $ 275.75 | Life insurance |
| | 5/18/2016 | $ 275.75 | Life insurance |
| | 6/23/2016 | $ 275.75 | Life insurance |
| | 7/21/2016 | $ 275.75 | Life insurance |
| | 8/18/2016 | $ 275.75 | Life insurance |
| | 9/22/2016 | $ 275.75 | Life insurance |
| | 10/20/2016 | $ 275.75 | Life insurance |
| | 11/17/2016 | $ 275.75 | Life insurance |
| | 12/15/2016 | $ 275.75 | Life insurance |
| | 1/25/2017 | $ 275.75 | Life insurance |
| | 2/16/2017 | $ 210.21 | Life insurance |
| | 3/30/2017 | $ 210.21 | Life insurance |
| | 4/29/2016 | $ 518.98 | Expense reimbursement |
| | 5/12/2016 | $ 722.68 | Expense reimbursement |
| | 5/27/2016 | $ 273.71 | Expense reimbursement |
| | 6/21/2016 | $ 706.49 | Expense reimbursement |
| | 6/24/2016 | $ 152.79 | Expense reimbursement |
| | 7/29/2016 | $ 523.47 | Expense reimbursement |
| | 8/19/2016 | $ 641.86 | Expense reimbursement |
| | 8/26/2016 | $ 244.87 | Expense reimbursement |
| | 9/9/2016 | $ 284.46 | Expense reimbursement |
| | 9/30/2016 | $ 302.93 | Expense reimbursement |
| | 10/7/2016 | $ 173.17 | Expense reimbursement |
| | 10/14/2016 | $ 899.58 | Expense reimbursement |
| | 11/4/2016 | $ 260.29 | Expense reimbursement |
| | 11/14/2016 | $ 682.75 | Expense reimbursement |
| | 12/8/2016 | $ 500.50 | Expense reimbursement |
| | 12/29/2016 | $ 238.28 | Expense reimbursement |
| | 1/13/2017 | $ 406.72 | Expense reimbursement |
| | 2/3/2017 | $ 291.23 | Expense reimbursement |
| | 2/17/2017 | $ 665.21 | Expense reimbursement |
| | 2/24/2017 | $ 344.43 | Expense reimbursement |
| | 3/10/2017 | $ 272.44 | Expense reimbursement |
| | | **$ 35,500.72** | |

| | | | |
|---|---|---:|---|
| **Richard Gordon** | 4/21/2016 | $ 1,796.44 | Health insurance |
| | 5/18/2016 | $ 1,796.44 | Health insurance |
| | 6/23/2016 | $ 1,796.44 | Health insurance |
| | 7/21/2016 | $ 1,796.44 | Health insurance |
| | 8/18/2016 | $ 1,796.44 | Health insurance |
| | 9/22/2016 | $ 1,796.44 | Health insurance |
| | 10/20/2016 | $ 1,796.44 | Health insurance |
| | 11/10/2016 | $ 1,796.44 | Health insurance |
| | 12/15/2016 | $ 1,994.06 | Health insurance |
| | 1/25/2017 | $ 1,994.06 | Health insurance |
| | 2/16/2017 | $ 1,994.06 | Health insurance |
| | 3/23/2017 | $ 1,994.06 | Health insurance |

| | | | |
|---|---|--:|---|
| 4/21/2016 | $ | 72.00 | Dental insurance |
| 5/18/2016 | $ | 72.00 | Dental insurance |
| 6/23/2016 | $ | 72.00 | Dental insurance |
| 7/21/2016 | $ | 72.00 | Dental insurance |
| 8/18/2016 | $ | 72.00 | Dental insurance |
| 9/22/2016 | $ | 72.00 | Dental insurance |
| 10/20/2016 | $ | 72.00 | Dental insurance |
| 11/17/2016 | $ | 72.00 | Dental insurance |
| 12/15/2016 | $ | 73.05 | Dental insurance |
| 1/25/2017 | $ | 73.05 | Dental insurance |
| 2/16/2017 | $ | 73.05 | Dental insurance |
| 3/23/2017 | $ | 73.05 | Dental insurance |
| 4/21/2016 | $ | 261.06 | Life insurance |
| 5/18/2016 | $ | 261.06 | Life insurance |
| 6/23/2016 | $ | 261.06 | Life insurance |
| 7/21/2016 | $ | 261.06 | Life insurance |
| 8/18/2016 | $ | 261.06 | Life insurance |
| 9/22/2016 | $ | 261.06 | Life insurance |
| 10/20/2016 | $ | 261.06 | Life insurance |
| 11/17/2016 | $ | 261.06 | Life insurance |
| 12/15/2016 | $ | 261.06 | Life insurance |
| 1/25/2017 | $ | 261.06 | Life insurance |
| 2/16/2017 | $ | 261.06 | Life insurance |
| 3/30/2017 | $ | 261.06 | Life insurance |
| 6/23/2016 | $ | 1,549.32 | Expense reimbursement |
| 8/18/2016 | $ | 957.08 | Expense reimbursement |
| 9/30/2016 | $ | 60.69 | Expense reimbursement |
| 10/14/2016 | $ | 2,013.84 | Expense reimbursement |
| 11/4/2016 | $ | 407.78 | Expense reimbursement |
| 12/16/2016 | $ | 507.38 | Expense reimbursement |
| 2/17/2017 | $ | 725.00 | Expense reimbursement |
| | $ | **32,569.77** | |

**Raymond Stromer**

| | | | |
|---|---|--:|---|
| 4/21/2016 | $ | 1,796.44 | Health insurance |
| 5/18/2016 | $ | 1,796.44 | Health insurance |
| 6/23/2016 | $ | 1,796.44 | Health insurance |
| 7/21/2016 | $ | 1,796.44 | Health insurance |
| 8/18/2016 | $ | 1,796.44 | Health insurance |
| 9/22/2016 | $ | 1,796.44 | Health insurance |
| 10/20/2016 | $ | 1,796.44 | Health insurance |
| 11/10/2016 | $ | 1,796.44 | Health insurance |
| 12/15/2016 | $ | 1,994.06 | Health insurance |
| 1/25/2017 | $ | 1,994.06 | Health insurance |
| 2/16/2017 | $ | 1,994.06 | Health insurance |
| 3/23/2017 | $ | 1,994.06 | Health insurance |
| 4/21/2016 | $ | 72.00 | Dental insurance |
| 5/18/2016 | $ | 72.00 | Dental insurance |
| 6/23/2016 | $ | 72.00 | Dental insurance |
| 7/21/2016 | $ | 72.00 | Dental insurance |
| 8/18/2016 | $ | 72.00 | Dental insurance |
| 9/22/2016 | $ | 72.00 | Dental insurance |
| 10/20/2016 | $ | 72.00 | Dental insurance |
| 11/17/2016 | $ | 72.00 | Dental insurance |
| 12/15/2016 | $ | 73.05 | Dental insurance |
| 1/25/2017 | $ | 73.05 | Dental insurance |
| 2/16/2017 | $ | 73.05 | Dental insurance |
| 3/23/2017 | $ | 73.05 | Dental insurance |
| 4/21/2016 | $ | 167.27 | Life insurance |
| 5/18/2016 | $ | 167.27 | Life insurance |
| 6/23/2016 | $ | 167.27 | Life insurance |
| 7/21/2016 | $ | 167.27 | Life insurance |
| 8/18/2016 | $ | 167.27 | Life insurance |
| 9/22/2016 | $ | 167.27 | Life insurance |

| | | | |
|---|---|---:|---|
| | 10/20/2016 | $ 167.27 | Life insurance |
| | 11/17/2016 | $ 167.27 | Life insurance |
| | 12/15/2016 | $ 167.27 | Life insurance |
| | 1/25/2017 | $ 167.27 | Life insurance |
| | 2/16/2017 | $ 167.27 | Life insurance |
| | 3/30/2017 | $ 167.27 | Life insurance |
| | 4/18/2016 | $ 82.20 | Expense reimbursement |
| | 5/12/2016 | $ 295.71 | Expense reimbursement |
| | 6/10/2016 | $ 249.84 | Expense reimbursement |
| | 6/24/2016 | $ 1,082.84 | Expense reimbursement |
| | 7/8/2016 | $ 207.36 | Expense reimbursement |
| | 7/22/2016 | $ 38.50 | Expense reimbursement |
| | 8/19/2016 | $ 1,556.61 | Expense reimbursement |
| | 9/9/2016 | $ 33.00 | Expense reimbursement |
| | 9/30/2016 | $ 242.32 | Expense reimbursement |
| | 11/4/2016 | $ 328.80 | Expense reimbursement |
| | 11/14/2016 | $ 55.22 | Expense reimbursement |
| | 1/6/2017 | $ 781.50 | Expense reimbursement |
| | 1/20/2017 | $ 84.98 | Expense reimbursement |
| | 3/3/2017 | $ 41.25 | Expense reimbursement |
| | | **$ 30,303.33** | |
| | | | |
| **Mark Chandler** | 4/21/2016 | $ 1,796.44 | Health insurance |
| | 5/18/2016 | $ 1,796.44 | Health insurance |
| | 6/23/2016 | $ 1,796.44 | Health insurance |
| | 7/21/2016 | $ 1,796.44 | Health insurance |
| | 8/18/2016 | $ 1,796.44 | Health insurance |
| | 9/22/2016 | $ 1,796.44 | Health insurance |
| | 10/20/2016 | $ 1,796.44 | Health insurance |
| | 11/10/2016 | $ 1,796.44 | Health insurance |
| | 12/15/2016 | $ 1,994.06 | Health insurance |
| | 1/25/2017 | $ 1,994.06 | Health insurance |
| | 2/16/2017 | $ 1,994.06 | Health insurance |
| | 3/23/2017 | $ 1,994.06 | Health insurance |
| | 4/21/2016 | $ 72.00 | Dental insurance |
| | 5/18/2016 | $ 72.00 | Dental insurance |
| | 6/23/2016 | $ 72.00 | Dental insurance |
| | 7/21/2016 | $ 72.00 | Dental insurance |
| | 8/18/2016 | $ 72.00 | Dental insurance |
| | 9/22/2016 | $ 72.00 | Dental insurance |
| | 10/20/2016 | $ 72.00 | Dental insurance |
| | 11/17/2016 | $ 72.00 | Dental insurance |
| | 12/15/2016 | $ 73.05 | Dental insurance |
| | 1/25/2017 | $ 73.05 | Dental insurance |
| | 2/16/2017 | $ 73.05 | Dental insurance |
| | 3/23/2017 | $ 73.05 | Dental insurance |
| | 4/21/2016 | $ 221.51 | Life insurance |
| | 5/18/2016 | $ 221.51 | Life insurance |
| | 6/23/2016 | $ 221.51 | Life insurance |
| | 7/21/2016 | $ 221.51 | Life insurance |
| | 8/18/2016 | $ 221.51 | Life insurance |
| | 9/22/2016 | $ 221.51 | Life insurance |
| | 10/20/2016 | $ 221.51 | Life insurance |
| | 11/17/2016 | $ 221.51 | Life insurance |
| | 12/15/2016 | $ 221.51 | Life insurance |
| | 1/25/2017 | $ 221.51 | Life insurance |
| | 2/16/2017 | $ 221.51 | Life insurance |
| | 3/30/2017 | $ 221.51 | Life insurance |
| | 6/21/2016 | $ 311.90 | Expense reimbursement |
| | 11/14/2016 | $ 763.83 | Expense reimbursement |
| | | **$ 26,949.81** | |

# EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS – QUESTION #7 – LEGAL ACTIONS

## EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS – QUESTION #7

Legal actions, administrative proceedings, court actions, executions, attachments or governmental audits

1. *Arkema et al. v. Anderson Roofing,* Case No. 3:09-CV-453-PK
   Contribution under 42 U.S.C.A. §9613 (CERCLA) for response costs incurred by debtor and others at the Portland Harbor Superfund Site.
   United States District Court, District of Oregon.
   Pending

2. *Administrative Settlement Agreement and Order on Consent for Remedial Investigation/Feasibility Study,* Portland Harbor Superfund Site, U.S. EPA Docket Number CERCLA-10-2001-0240. Administrative Order requiring Remedial Investigation and Feasibility Study, payment of agency and tribal oversight and participation costs.
   EPA Region 10, Seattle, Washington
   Pending

3. *State of Oregon v. Arkema Inc., et al.*, Case No. 0610-10510
   Consent Judgment requiring Remedial Investigation and Feasibility Study at Portland Harbor Superfund site, payment of agency oversight costs
   Multnomah County Circuit Court, Portland, Oregon
   Pending

4. *Confederated Tribes and Bands of The Yakama Nation v. Air Liquide America Corp. et al.*, Case No. 3:17-cv-00164-SB
   Claim for CERCLA response costs and natural resource damages
   United States District Court, District of Oregon
   Pending

5. *Beazer East, Inc. v. TOC Holdings Co.*, Case No. 3:10-cv-00941-PK
   CERCLA response costs, breach of contract
   United States, District Court, District of Oregon
   Pending

6. *Battle Ground Plaza, LLC v. Douglas M. Ray et al.*, Case No. 02 2 00973 9
   Breach of contract, liability under Washington Model Toxics Control Act
   Superior Court for Washington for Clark County, Vancouver, Washington
   Pending

7. *Voluntary Agreement for Remedial Investigation/Feasibility Study*, DEQ No. WMCVC-NWR-96-07
   Administrative agreement requiring RI/FS at former Time Oil NW Terminal
   Oregon Department of Environmental Quality, Portland, Oregon
   Pending

8. Portland Harbor Federal Superfund Site Participation and Common Interest Agreement
   Confidential mediation to allocate past and future response costs at Portland Harbor Superfund Site
   Private mediation
   Pending

9. Funding and Participation Agreement, Portland Harbor Injury Assessment, Phase 2
   Cooperative natural resource damage assessment proceedings
   Portland Harbor Natural Resource Trustee Council, Portland, Oregon
   Pending

10. Portland Harbor Natural Resource Damage Allocation Participation Agreement
    Confidential mediation to allocate natural resource damage assessment costs and liabilities associated with Portland Harbor Superfund Site
    Private mediation
    Pending

11. *Oregon Steel Mills, Inc. v. The Port of Portland*, Case No. 0281-00718
    Claim for cost recovery or contribution under Oregon Environmental Cleanup Law
    Multnomah County Circuit Court, Portland, Oregon
    Pending

12. *In re: HAJ, Inc. dba Christenson Oil*, Case No. 16-32787-pcm11
    United States Bankruptcy Court for the District of Oregon
    Chapter 11 bankruptcy proceeding
    Pending

13. *VCP Agreement, Time Oil Co. Asko Property*; Facility/Site No. 7883711; CS ID 12548; VCP Project No. NW 2950
    Administrative agreement for Model Toxics Control Act response action at former Time Oil Seattle Terminal
    Washington State Department of Ecology
    Pending

14. *VCP Agreement, Time Oil Co. Seattle Terminal;* Facility No. 75486194; CS ID 7123; VCP Project No. NW2948
    Administrative agreement for Model Toxics Control Act response action at former Time Oil Seattle Terminal
    Washington State Department of Ecology
    Pending

15. *VCP Agreement, Time Oil Co., Time Oil 2754 Commodore*; Facility No. 7417688; CS ID 7740; VCP Project No. NW2949
    Administrative agreement for Model Toxics Control Act response action at former Time Oil Seattle Terminal
    Washington State Department of Ecology

Pending

16. *Crim v. Crane Co., et.al., San Francisco County California Superior Court Cause no. CGC-14-276367*, Plaintiff: Cecil Crim & Judy Crim, c/o Alan R. Brayton, Esq., Brayton Purcell, 222 Rush Landing Road., Novato, CA 94948. Asbestos claim against all Plaintiff's prior employers and against all owners of identified jobsites to which his employers sent him during his years of employment, alleging exposure to asbestos at each location. Specifics of claim against TOC: Plaintiff alleged to have been assigned by one of his contractor-employers to perform unspecified work at Time Oil Co.'s Richmond CA terminal for an unspecified temporary period in 1979 & for up to 9 days between May 13 & May 21, 1980. Concluded: TOC paid $10k Settlement to Plaintiff. Dismissal of TOC filed 5/25/16.

17. Consent Decree (*State of Washington Department of Ecology v. Lavon Philipp; Tire Centers, Inc.; Atlantic Richfield Company; ChevronTexaco Corporation; Time Oil Co.; The Estate of Robert C. Mathias and Eugene Thompson, Yakima County Washington Superior Court Cause No. 04-2-01467)* Plaintiff: Washington State Department of Ecology, 300 Desmond Drive SE, Lacey, WA 98503. Concerns petroleum hydrocarbon contamination under several properties, including Time Oil Co.'s former property at 600 Yakima Valley Highway, Sunnyside, WA, which property TOC sold to PetroSun in 2007, w/PetroSun assuming Time's obligations under the CD & w/Time receiving an indemnity from PetroSun.
Current Status of the Consent Decree is unknown.

18. Consent Decree (*State of Washington Department of Ecology v. Time Oil Co.*, Clark County Superior Court Cause No. DE 99TC S-206) – Plaintiff, Washington State Department of Ecology, 300 Desmond Drive SE, Lacey, WA 98503: Concerns petroleum hydrocarbon contamination emanating from property which Time Oil Co. formerly leased, located at 3314 NE 44th Street, Vancouver, WA. The remediation covered by the Consent Decree still active to date of filing.

19. Landsburg Mine Site – Potential ("soon-to-be-ready-to-be-signed") Consent Decree: Landsburg Mine Site Potential Consent Decree (not yet signed, but "soon-to-be-ready-to-be-signed" (and each of the other PLPs at this site may need to sign the Consent Decree). Per the 1990's era PLP Group cost sharing agreement, TOC's share is 1.96%. The PLP Group's total $4,400,769 anticipated Consent Decree remedial obligation cost was prefunded by all PLPs, including TOC in September, 2013. TOC's already paid-in 1.96% share is $90,329 (paid to "Landsburg Mine Site PLP Group", 9/17/13).

20. North Colfax Petroleum Contamination Site, located at the intersection of North Main Street and East Tyler Street in Colfax, Washington. Washington State Department of Ecology (Ecology), Agreed Order No. DE 4599, dated July 11, 2007. Concerns

petroleum hydrocarbon contamination emanating from properties previously owned and or leased by TOC Holdings Co. (804 N Main St., Colfax WA Site # 01-041), (formerly named Time Oil Co.) sold to and indemnified by PetroSun Fuel, Inc. (currently Pacific Convenience & Fuel, LLC); CHS, Inc.; and Colfax Grange Supply Company, Inc. (currently Four Star Supply); collectively, the North Colfax Group. The remediation covered by the Agreed Order is still active to date of filing.

21. Mountlake Terrace Agreed Order: 24205 56th Ave. W., Mt Lake Terrace, WA (Mt Lake Terrace). Washington State Department of Ecology (Ecology), Agreed Order No. DE 8661, dated October 28, 2011. Concerns petroleum hydrocarbon contamination emanating from property owned by TOC (formerly named Time Oil Co.) located at 24205 56th Ave. W., Mountlake Terrace, WA. The remediation covered by the Agreed Order is still active to date of filing.

# EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS – QUESTION #11.1 – PAYMENTS RELATED TO BANKRUPTCY

## EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS, QUESTION #11.1

### Firm

Schwabe Williamson & Wyatt
1211 SW Fifth Avenue
Suite 1900
Portland, OR 97204

| Payment Date | Amount |
|---|---|
| 4/10/2017 | $15,165.00 |
| 4/14/2017 | $37,069.25 |
| 4/20/2017 | $50,000.00 |
| 4/20/2017 | $14,546.86 |
| 4/24/2017 | $21,972.00 |
| **Prepetition total:** | **$138,753.11** |
| **Postpetition retainer** | **$15,000.00** |
| **Total:** | **$153,753.11** |

1 -
PDX\089360\221456\LRE\20565577.1

EXHIBIT TO STATEMENT OF
FINANCIAL AFFAIRS – QUESTION
#22 – ENVIRONMENTAL LAW
PROCEEDINGS

**<u>EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS – QUESTION #22</u>**

**<u>"OREGON"</u>**

<u>Environmental Proceedings</u>

Other environmental proceedings:

1. *Schnitzer Investment Corp v. Time Oil Co.*, Case No. 98-1564-HU
   United States District Court, District of Oregon, Portland, Oregon
   CERCLA and Oregon Environmental Cleanup Law cost recovery or contribution
   Concluded

2. *Time Oil Co. v. Koppers Company, Inc.*, Case No. CV99-41-JE
   United States District Court, District of Oregon, Portland, Oregon
   CERCLA and Oregon Environmental Cleanup Law cost recovery or contribution
   Concluded

3. *United States of America v. Linnton Plywood Association*, Case no 3:14-01772-MO
   United States District Court, District of Oregon, Portland, Oregon
   CERCLA cost recovery and natural resource damages
   Concluded

4. *In re: Smurfit-Stone Container Corporation, et al.,* Case No. 09-10235 (BLS)
   United States Bankruptcy Court for the District of Delaware
   Chapter 11 bankruptcy proceeding
   Concluded

5. *In re: Exide Technologies*, Case No. 13-11482 (KJC)
   United States Bankruptcy Court for the District of Delaware
   Chapter 11 bankruptcy proceeding
   Concluded

6. *Time Oil Co. v. Cummings Transfer Co.,* Case No. 97-1553
   Lincoln County Circuit Court, Newport, Oregon
   Oregon Environmental Cleanup Law cost recovery
   Concluded

   **7. See attached spreadsheet for a list of the on-going remediation projects. (The spreadsheet for the on-going remediation projects is also attached in response to Question #23.)**

| Property Number | Site / Project Address/Associated Impacted Properties | Owner Address / Contact Information | Environmental Consultant or Other Notice Party | Regulatory Status | Remediation System | Prepaid to May 16, 2017 |
|---|---|---|---|---|---|---|
| NA | Umi Sushi 14454 NW Alta Lane, Portland, OR | Seung J Ypp 6334 Meadows Road, Lake Oswego, OR 97305 | None | No Knowledge | No | No |
| 01-115 | 3314 NE 44TH St, Vancouver, WA 98663 | Balvin Properties, LLC, 3314 NE 44th St., Vancouver, WA 98663 | WDOE, c/o Moshen Kourehdar, Southwest Regional Office, P.O. Box 47775, Olympia, WA 98504 | Consent Decree | Yes | Yes |
| | 4306 NE St. James Rd., Vancouver, WA 98661 | Donald Cramer, 3021 NE 72nd Dr., Ste 9 PMB43, Vancouver, WA 98661 | AMEC, Jack Spadaro: 503-941-4019 (TOC Consultant) | | | |
| | 3311 NE 44th St., Vancouver, WA 98663 | Ms. Cori Amsted, 15990 SW Roy Rogers Rd., Sherwood, OR 97140 | | | | |
| | 3303 NE 44th St., Vancouver, WA 98663 | Ms. June Greiner, 15112 NE 30th Ave., Vancouver, WA 98686 | | | | |
| | 2815 NE 42nd St., Vancouver, WA 98663 | Ms. Joyce Paeth, c/o Robert Hughes 2916 NW 133rd St., Vancouver, WA 98685 | | | | |
| | 2818 NE Cherry Rd., Vancouver, WA 98663 | Mr. Steve Long, 2818 NE Cherry Rd., Vancouver, WA 98663 | | | | |
| 01-176 | 24205/24225 56th Ave. W., Mt. Lake Terrace, WA | TOC Holdings Co., 2737 West Commodore Way, Seattle, WA | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | Agreed Order (Waiting on DOE Response) | Yes | Yes |
| | 24309 56th Ave. W., Mt Lake Terrace, WA | Gateway Tavern (named as PLP) | | | | |
| | 24311 56th Ave W., Mt Lake Terrace, WA | Dave's Auto (named as PLP) | | | | |
| | 24325 56th Ave. W., Mt Lake Terrace, WA 98043 | EZ Corner Mart (named as PLP) | | | | |
| NA | 1029 Market Street, Kirkland, WA | Dibble Engineering 1029 Main Street, Kirkland, WA | Farallon, Jeff Jasper 425-295-0808 (Dibble consultant) | Unknown | No | No |
| | | | City of Kirkland c/o William Evans, 123 Fifth Ave., Kirkland, WA 98003 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| NA | 3109 Rainier Ave. S. Seattle | Broadway Assoc., GP c/o Andrew Zabel, Houlihan Law 100 N 35th St. Seattle, WA 98103 | | Unknown | No | No |
| | | | Shell Oil Co., c/o CBRE, 280 Post Oak Blvd., Suite 2300, Houston, TX 77056 | | | |
| 01-309 | 415 Auburn Way N, Auburn, WA | Yeriel, LLC, 22324 Highway 99, Edmonds, WA 98026 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | No | No |
| 01-345 | 8320 East Canyon Rd, Puyallup, WA | Phillip & Jeong Choi, 6825 76th Ct. East, Puyallup, WA 98371 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | No | No |
| 01-372 | 927 E. 4th Ave., Olympia, WA 98506 | TOC Holdings Co., 2737 West Commodore Way, Seattle, WA | ETG, Dan Landry 541-743-2600 (TOC Consultant) | VCP | Yes | No |
| | | | T & C Mini Market, Inc. C/O Mark Tran -927 E 4th Ave, Olympia WA 98506 (Tenant) | | | |
| NA | 911 E. 4th Ave., Olympia WA 98506 | Allen Giles c/o Allen Miller 1801 West Bay Drive NW, #205 Olympia, WA 98502 | This is a property adjoining the TOC Property at 927 E. 4th Avenue, Olympia, WA (as set forth above) | Unknown | Unknown | No |
| 01-467 | 401 S. 1st, Shelton, WA 98584 | TOC Holdings Co. 2737 W Commodore Way, Seattle | Guatemala Todos Santos/Prudentia Lorenzo Mendoza C/O Santiago Ramirez -401 S 1st, Shelton Wa 98584 (Tenant) | VCP | No | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01-687 | 701 S Jackson, Seattle | Dott Mar, Inc., c/o Andrew Zabel, Houlihan Law 100 N 35th St., Seattle, WA 98103 | | Unknown | No | No |
| | | | Tidewater Assoc. Oil Co., 7 West Tenth St., Willmington, DE 19803 | | | |
| | | | Phillips 66 Oil Co., P.O. Box 4428, Houston, TX 77210 | | | |
| 01-901 | 2509-2519 S Jackson Street, Seattle, WA | AATW c/o William Joyce, Joyce Ziker Parkinson 1601 Fifth Ave., Suite 2040 Seattle, WA 98101 (All Along the Watchtower) | Aspect Consulting, Doug Hillman 206-838-5833 (AATW Consultant) | Unknown | NO | No |
| 01-817 | 712 Ave. D, Snohomish, WA | Dawn Welch, 11006 Maple Lane, Lake Stevens, WA 98258 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | Design work in process | Yes |
| | | | Cascadia Law Group, c/o Valerie Fairwell, 1201 3rdAve, Suite 320, Seattle, WA 98101 (Dawn Welch counsel | | | |
| 01-825 | 905 W. Main Street, Battleground, WA | The Estate of Irwin P. Jessen, c/o Mark Meyers, Williams Kastner, 601 Union St. #4100, Seattle, WA 98101 | Pearl Legal Group, c/o Patty Dost, 529 SW 3rd Ave. #600, Portland, OR 97204 (TOC counsel) | Unknown | No | No |
| | | | Scott Brothers/Colony Insurance C/O Steven Tan Cascadia Law Group 1201 3rd Ave, Suite 320, Seattle, WA 98101 (Scott Brothers/Colony counsel) | | | |
| 06-100 | 5190 Sun Valley Drive, Sun Valley, NV | Bay Area/Diablo Petroleum 501 Shell Ave., Martinez, CA 94553 | McGinley & Associates, Tracy Johnston 775-829-2245 (TOC Consultant) | VCP/NDEP | Yes (idle) | No |
| | | | NDEP 901 S. Stewart St., Carson City, NV 89701 | | | |

| PSN FA | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01-829 | 500 12th Avenue, Seattle WA | Capital Hill Housing c/o Katie Porter 1620 12th Ave., #205, Seattle, WA 98122 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | NA | No | No | |
| | | | City of Seattle c/o Tad Schimazu 600 Fourth Ave., 4th Floor, P.O. Box 94769, Seattle, WA 98124 | | | | |
| 01-182 | 11701 Hwy 99 N., Everett, WA 98204 | Sotorios Tsakonis, 15515 SE 55th Place, Bellevue, WA 98006 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | Yes (idle) | No | |
| 03-611 | NW Oil (Portland Harbor Related) | Owner Unknown | Pearl Legal Group, c/o Patty Dost, 529 SW 3rd Ave. #600, Portland, OR 97204 (TOC counsel) | Unknown | Unknown | No | |
| 01-323 | 301 Central Ave., N Kent, WA 98032 | Vivolo Family, LLC, c/o Ian Sutton, Joyce Ziker Parkinson, PLLC, 1601 Fitfth Avenue, Suite 2040, Seattle, WA 98101 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | No | No | |
| | | | Michael Kunha Azose Commercial Properties 8451 SE 68th Street, #200, Mercer Island, WA 98040 | | | | |
| 01-400 | 804 Market Street, Kirkland, WA 98033 | Pigotti Properties Market, LLC., c/o Houllihan Law, 100 N 35th Street, Seattle, WA 98103 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | No | Yes | |
| | | | City of Kirkland, c/o Philip Vartanian, 123 Fifth Ave., Kirkland, WA 98003 | | | | |
| | | | ExxonMobil Co., c/o Mark Meyers, Williams Kastner, 601 Union St. #4100, Seattle, WA 98101 | | | | |
| 01-103 | 42411 NE Yale Bridge Road, Amboy, WA 98601 | Becky Graybill, 42411 NE Yale Bridge Road, Amboy, WA 98601 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | No | No | |
| | | | Motorists Insurance Group, c/o Trey Henegar, 471 E. Broad Street, Columbus, Ohio 43215 | | | | |
| | | | Joseph Stella c/o Sussman Shank, Patrick Rowe, 1000 SW Broadway, Suite 1400, Portland OR, 97205 | | | | |
| | | | Hackett Beecher & Hart, c/o Brent Beecher, 1601 5th Ave., #2200, Seattle, WA 98101 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01-600 | 2737 West Commodore Way, Seattle, WA | TOC Holdings Co. | SoundEarth, Tim Brown 206-436-5929 (TOC Consultant) | VCP | Yes | No |
| | | | LockHaven Marina, 3030 W Commodore Way, Seattle, WA 98199 (Tenant) | | | |
| | | | ASKO Hydraulics, 12128 Cyrus Way, Mukilteo, WA 98275 (Former tenant) | | | |
| | | | Marine Service & Supply c/o Russ Trombley, 2737 "B" West Commodore Way, Seattle WA 98042 (Tenant) | | | |
| | | | BNSF, c/o TRC Brent McDaniel, 10550 Richmond Ave., #210, Houston, TX 77042 | | | |
| 01-600LM | Landsburg Mine Site -Kent Kangley Rd. & 268th Ave SE, Ravensdale, WA 98051 | Palmer Coking Coal, c/o William Kombel, P.O. Box 10/31407 Hwy 169, Black Diamond, WA 98010 | | Consent Decree (pending) | No | No |
| | | | Phillips Petroleum Co., 2423 Lind Ave SW, Renton WA 98057 | | | |
| | | | PACCAR, 777 106th Ave NE, Bellevue, WA 98004 | | | |
| | | | BNSF Railway Co., 2650 Lou Menk Drive, Ft Worth, TX 76131 | | | |
| | | | Plum Creek Timbers, 999 3rd Ave., Seattle, WA 98104 | | | |
| | | | Brownig-Ferris Industries of Illinois, 137 E 154th St., South Holland, ILL 60473 | | | |
| | | | WDOE, Jerome Cruz, 3190 160th Ave., SE, Bellevue, WA 98008 | | | |
| | | | Caroline Cress - Washington Attorney Office, 2425 Bristol Ct. SW, Olympia, WA 98502 | | | |
| 03-610 | Portland Terminal PCP | TOC Holdings Co. 2737 W Commodore Way, Seattle | Stantec, Rebekah Brooks  (206) 494-5028 (TOC Consultant) | ODEQ oversight | Yes | Yes |
| | Portland Terminal Phase II | TOC Holdings Co. 2737 W Commodore Way, Seattle | Stantec, Rebekah Brooks  (206) 494-5028 (TOC Consultant) | ODEQ oversight | Yes | No |
| 03-610 PH | Portland Harbor | TOC Holdings Co. 2737 W Commodore Way, Seattle | Patty Dost, Pearl Legal Group (TOC counsel) | VCP/ODEQ | No | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-100 | 1155 Linden Road, West Sacramento, CA | City of West Sacramento, c/o Paul Dirksen, 1110 West Capital Avenue, West Sacramento, CA 95651 | | Unknown | No | No |
| | | | Lori Gualco, Gualco, c/o Gualco Law 400 Capital Mall, Sacramento, CA 95814 (TOC counsel) | | | |
| | | | California Regional Water Quality Control Board, c/o Kristi Shelton, 11020 Sun Center Drive, Suite 200, Rancho Cordova, CA 95670 | | | |
| 04-159 | 2941/3015 Navy Drive, Stockton, CA 95206 | Port of Stockton - 3015 Navy Drive, Stockton, CA 95206 | Stantec, Todd Brown (916) 472-3942 (Group Consultant) | VCP | Yes (monitoring) | No |
| | | | Buckeye Terminals, c/o Brudereck, 2700 W. Washington St., Stockton, CA 95203 | | | |
| | | | TESORO, c/o Darrell Fah, 3003 Navy Drive, Stockton, CA 95206 | | | |
| | | | California Regional Water Quality Control Board, c/o Kristi Shelton, 11020 Sun Center Drive, Suite 200, Rancho Cordova, CA 95670 | | | |
| | | | NuStar Energy, L.P., c/o Rene Robinson, 2941 Navy Drive, Stockton, CA 95206 | | | |
| 01-041 | Colfax Grange, 105 E Harrison St., Colfax, WA 99111 | Colfax Grange, c/o Bryce Wilcox, 601 W Riverside Ave. #1400, Spokane, WA 99201 | Ryan Bixby, SoundEarth Strategies (PLP Group Consultant) | DOE/Agreed Order/Sold to Petrosun | No | No |
| | | | CHS Inc., c/o Heather Yakely, 818 West Riverside, #250, Spokane, WA 99201 | | | |
| | | | Petrosun/Pacific Convenience & Fuel, c/o Walter Sprague, P.O. Box 11537, Pleasanton, CA 94588 | | | |
| | | | WDOE, 1250 W Alder St, Union Gap, WA 98903 | | | |
| | | | Evans, Craven, and Lackey PS     C/O of Heather Yakley     818 Riverside Ave Suite 250 Spokane, WA 98201 | | | |
| 01-069 | 600 Yakima Valley, Hwy, Sunnyside, WA 98944 | Refer to Consent Decree with the Washington State Department of Ecology | WDOE, 1250 W Alder St, Union Gap, WA 98903 | Consent Decree | Unknown | No |

| 03-XXX | Oregon Steel Mills | Unknown | Oregon Department of Environmental Quality 700 NE Multnomah Street, Suite 600, Portland, OR 97232-4100 | Unknown | Unknown | No |
|--------|-------------------|---------|---------|---------|---------|-----|
| | | | Port of Portland, c/o Beverly Pearman, Port of Portland, 7200 NE Airport Way, Portland, OR 97218 | | | |
| | | | Evraz, Inc. 14400 N. Rivergate Blvd., Portland, OR 97203 | | | |
| | | | Evraz Inc. NA, c/o Loren Dunn, Riddell Williams, 1001 4th Avenue Plaza, Suite 4500, Seattle WA 98154 | | | |
| | ODEQ= Oregon Department of Environmental Quality | | | | | |
| | WDOE= Washington Department of Ecology | | | | | |
| | VCP= Voluntary Cleanup Program | | | | | |
| | NDEP= Nevada Division of Environmental Protection | | | | | |

**CONTINUED EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS—QUESTION
#22 (this information has also been duplicated below in response to Question #23)**

PETROSUN/TOWER ENERGY
COMPLETED/INACTIVE ENVIRONMENTAL PROJECTS

**When the following properties were sold around November, 2007, the obligation to
undertake, continue, or complete remediation of any and all environmental issues was
assumed and indemnified by the buyer (either Petrosun or Tower Energy)**

**WASHINGTON PROPERTIES:**
Current Owners

| Unknown | Address | Initiated | Closed | Environmental Status |
|---|---|---|---|---|
| X | 7018 E Sprague, Spokane, WA 99212 | | | Unknown |
| X | 3501 E Francis, Spokane, WA 99207 | | | Unknown |
| X | 314 SW Main Street, Wilbur, 99185 | 05/10/88 | 5/20/04 | NFA |
| X | 715 Preston, Waitsburg, WA 99361 | | | Unknown |
| X | 308 F. St., Quincy, 98848 | 10/15/90 | 04/01/02 | NFA |
| X | 1606 W. Broadway, Moses Lake, 98837 | 09/07/92 | 04/96 | Unknown |
| X | 804 N. Main St., Colfax, 99111 | 01/28/97 | 04/97 | Unknown |
| X | 1303 Wine Country Rd, Prosser, 99350 | 06/19/92 | 06/97 | Unknown |
| X | 500 George Washington Way, Richland, WA 99352 | | | Unknown |
| X | 119 East Humorist Road, Burbank, WA 99323 | | | Unknown |
| X | 301 S 1st Street, Selah, WA 98942 | | | Unknown |
| X | 3312 Main St., Union Gap, 98903 | 07/23/90 | 05/00 | Unknown |
| X | 600 Yakima Valley Hwy, Sunnyside, WA 98944 | | | Unknown |
| X | 100 E Wine Country Rd, Grandview, WA 98930 | | | Unknown |
| X | 4708 Tieton Drive, Yakima, WA 98902 | | | Unknown |
| X | 1710 E Nob Hill, Yakima, WA 98901 | | | Unknown |
| X | 207 Lower Ahtanum Rd, Yakima, 98903 | 10/16/90 | 12/97 | RC |
| X | 1002 W. Washington Ave., Yakima, 98903, | 10/20/94 | 5/01/03 | RC |
| X | 414 Hanford St., Omak, 98841 | 09/30/96 | 05/97 | NFA |
| X | 1300 E Sunset, Bellingham, 98225 | | | RC |
| X | 17587 State Route 536, Mt Vernon 98273 | | | Unknown |
| X | 1121 Moore St, Sedro Woolley, WA 98284 | | | Unknown |
| X | 5830 Grove Street, Marysville, 98270 | 08/25/94 | 12/6/95 | RC |
| X | 6031 A 47th Ave NE, Marysville, WA 98270 | | | Unknown |
| X | 17927 Hwy 9, Snohomish, WA 98290 | | | Unknown |
| X | 19090 Hwy 2, Monroe, WA 98272 | | | Unknown |
| X | 3532 N Broadway, Everett, WA 98201 | | | Unknown |
| X | 4001 California Ave SW, Seattle, WA 98116 | | | Unknown |
| X | 5235 Delridge Way SW, Seattle, WA 98106 | | | Unknown |

{ 286 }

| | Address | | | |
|---|---|---|---|---|
| X | 12807 Des Moines Way S, Seattle, WA 98168 | | | RC |
| X | 14312 Lake City Way NE, Seattle, WA 98125 | | | Unknown |
| X | 18005 15th Ave NE, Seattle, WA 98155 | | | Unknown |
| X | 1602 "A" Street, Auburn, 98002 | 04/22/93 | 05/96 | RC |
| X | 35201 Hwy 507, McKenna, WA 98558 | | | Unknown |
| X | 12714 122nd Street East, Puyallup, WA 98374 | | | Unknown |
| X | 1720 River Road, Puyallup, WA 98371 | | | Unknown |
| X | 204 N Washington St, Orting, WA 98360 | | | Unknown |
| X | 2601 N Stevens, Tacoma, WA 98407 | | | Unknown |
| X | 4601 N Pearl, Tacoma, WA 98407 | | | Unknown |
| X | 7201 Golden Givens Rd E, Tacoma, WA 98404 | 05/08/91 | 03/18/94 | RC |
| X | 9815 Golden Givens Rd E, Tacoma, WA 98445 | | | Unknown |
| X | 8424 Pacific Ave, Tacoma, WA 98444 | | | Unknown |
| X | 2342 Sims Way, Pt Townsend, WA 98368 | | | Unknown |
| X | 4200 Wheaton Way, Bremerton, 98310 | 10/01/96 | 12/97 | RC |
| X | 331 W 1st St., Port Angeles, 98362 | 05/13/91 | 03/20/01 | RC |
| X | 1100 Ness Corner, Hadlock, WA 98339 | | | Unknown |
| X | 108 N First, Shelton, 98584 | | | RC |
| X | 1802 W Harrison, Olympia, WA 98502 | | | Unknown |
| X | 397 W Sussex, Tenino, WA 98589 | | | Unknown |
| X | 1325 S Gold, Centralia, 98531 | | | RC |
| X | 108 State Hwy 603, Chehalis, WA 98532 | | | Unknown |
| X | 102 Harrison, Centralia, WA 98531 | | | Unknown |
| X | 614 W Main St, Chehalis, 98532 | | | RC |
| X | 1986 SW Market, Chehalis, 98532 | 09/26/95 | 02/97 | RC |
| X | 104 E Robert Bush Drive, South Bend, 98586 | | | RC |

## OREGON PROPERTIES:

| | Address | | | |
|---|---|---|---|---|
| X | 770 Lancaster Drive, Salem, 97301 | | | RC |
| X | 2101 SE Court, Pendleton, 97801 | 7/24/01 | 01/01/02 | RC |
| X | 13437 Portland Rd NE, Woodburn, OR 97071 | | | Unknown |
| X | 2431 NE Broadway, Portland, 97232 | 10/16/92 | 03/93 | RC |
| X | 1510 NE 42nd, Portland, OR 97213 | | | Unknown |
| X | 23720 NE Halsey, Wood Village, 97060 | 07/05/94 | 03/01/03 | RC |
| X | 3405 N Hwy 97, Bend, 97701 | 07/25/91 | 10/92 | RC |
| X | 28300 SE Hwy 212, Box 354 Boring, 97009 | | | RC |
| X | 10580 SE 82nd, Portland, 97266 | | | RC |
| X | 13038 NE Sandy Blvd, Portland, 97230 | | | RC |
| X | 29629 SE Hwy 224, Eagle Creek, 97022 | 04/08/96 | 11/96 | |
| X | 28210 Orient Dr SE, Gresham, OR 97080 | | | Unknown |
| X | 5235 SW Macadam, Portland, 97201 | | | RC |
| X | 129 E Ellendale, Dallas, 97338 | | | RC |
| X | 1098 13th St SE, Salem, 97302 | 02/25/93 | 01/01/02 | NFA |
| X | 376 SE Main St., Estacada, 97023 | 06/26/90 | 02/04/03 | NFA |
| X | 51883 Columbia River Hwy, Scappoose, OR 97056 | | | Unknown |

| | | | | |
|---|---|---|---|---|
| X | 15900 SW Upper Boones Ferry Rd, Tigard, 97223 | | | RC |
| X | 49950 NW Sunset Hwy, Banks, OR  97106 | | | Unknown |

## NEVADA PROPERTIES:

| | | | | |
|---|---|---|---|---|
| X | Hwy 40 West, Fernley 89408 | 03/17/92 | 06/22/93 | NFA |
| X | 624 Fifth Street, Hawthorne, NV 89415 | | | Unknown |
| X | 1325 S Taylor, Fallon, NV  89406 | | | Unknown |
| X | 1675 Victorian Ave, Sparks, NV  89431 | | | Unknown |
| X | 500 Keitzke Lane, Reno 89502 | 07/14/92 | 11/17/92 | NFA |

**NFA – No Further Action Determination**

**RC – Remediation completed**

**X – Current Owners unknown –Research to determine the current owner of the property has not been undertaken by TOC.**

**Tower Energy purchased the following properties through PetroSun**

**Completed/Inactive Environmental Projects**

## CALIFORNIA PROPERTIES

Current Owners

| Unknown | Address | Initiated | Closed | Status |
|---|---|---|---|---|
| X | 1049 S Main St, Angels Camp 95222 | | | |
| X | 202 S Main St, Lakeport 95453 | 8/30/96 | 11/19/97 | NFA |
| X | 1115 W 6th St, Chico 95926 | 3/15/92 | 8/20/97 | NFA |
| X | 585 Sierra St, Hamilton City  95951 | 10/30/91 | 4/20/92 | NFA |
| X | 4430 Auburn Blvd, Sacramento  95841 | | | |
| X | 809 Solano St, Corning  96021 | 5/21/92 | 1/20/94 | NFA |
| X | 14000 E Hwy 88, Lockeford  95237 | | | |
| X | 750 Atlantic Ave, Roseville  95678 | | | |
| X | 615 East St, Woodland  95776 | 10/06/94 | 3/27/00 | NFA |

| | | | | |
|---|---|---|---|---|
| X | 2080 Whitmore Ave, Ceres  95307 | | | |
| X | 440 W St Charles, San Andreas  95249 | | | |
| X | 99 Placerville Drive, Placerville  95667 | | | |
| X | 3444 East Hwy 20, Nice  95464 | | | |
| X | 1434 W Yosemite, Manteca  95336 | 9/19/91 | 5/29/9x | NFA |
| X | 809 Market, Colusa  95932 | | | |
| X | 88 W Hwy 4, Murphys  95247 | 5/16/96 | 12/20/99 | NFA |

**NFA – No Further Action Determination**

**Unclear if the California Properties were indemnified by Petrosun or Tower Energy**

**X – Current Owners unknown –Research to determine the current owner of the property has not been undertaken by TOC.**

**CONTINUED EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS—QUESTION #22 (this information has also been duplicated below in response to Question #23)**

COMPLETED/INACTIVE ENVIRONMENTAL PROJECTS
(Other Buyers)

<u>When the following properties were sold during the recent past of Time Oil/TOC, they were sold under various terms, but typically pursuant to one of the following three scenarios:</u>

    **i) TOC remained responsible to continue any current remediation efforts until a No Further Action Letter was obtained for that property (with an indemnification from the purchaser for any post-sale contamination);**
    **ii) Sold property "as is" (some with an indemnity from the purchaser and some without an indemnity from the purchaser); and**
    **iii) Sold property without addressing remediation issues within the sale documents.**

**WASHINGTON PROPERTIES:**

| Current Owners Unknown | Address | Initiated | Closed | Environmental Status |
|---|---|---|---|---|
| X | 4203 N. Driscoll, Spokane, 99205 | 04/23/03 | 09/23/03 | RC |
| X | N. 1918 Hamilton, Spokane, 99207 | 07/22/91 | 07/22/94 | NFA |
| X | 401 Main St., Dayton, 99328 | 08/21/91 | 03/93 | RC |
| X | Highway 12, Touchet, 99360 | 04/02/91 | 12/6/95 | RC |
| X | 1154 SW Basin, Ephrata, 98823 | | | RC |
| X | 2305 Airway Dr., Moses Lake, 98837 | 11/27/90 | 06/96 | RC |
| X | 118 Bridge St., Clarkston, 99403 | 08/13/91 | 06/92 | RC |
| X | 23905 E Wellesley, Otis Orchards, 99027 | | | RC |
| X | 503 E Main St, Walla Walla, 99362 | | | RC |
| X | 1410 Plaza Way, Walla Walla, 99362 | | RC | |
| X | 2nd & Morton, Walla Walla, 99362 | 01/08/99 | 02/99 | RC |
| X | 406 S. Ely St., Kennewick, 99336 | 03/11/92 | 03/01/03 | NFA |
| X | 524 W. Columbia Dr., Kennewick, 99336 | 06/19/90 | 04/96 | RC |
| X | 620 N Road 28, Pasco, WA, 99301 | | | RC |
| X | 526 W. Columbia Dr., Kennewick 99336 | 06/16/03 | 12/01/03 | RC |
| X | 148 S Road 28, Pasco, 99301 | | | RC |
| X | 1502 N. 4th Street, Pasco, 99301 | 06/17/03 | 12/01/03 | RC |
| X | 67831 Hwy 97 E, Wapato, 98951 | | | RC |
| X | Fort Rd, Toppenish, 98948 | 02/20/91 | 06/97 | RC |
| X | 618 E Toppenish Ave, Toppenish, 98948 | | | RC |
| X | 1121 S 16th, Sunnyside, 98944 | | | RC |
| X | 107 S Lincoln, Sunnyside, 98944 | | | RC |
| X | 620 N 16th Ave., Yakima, 98902 | | | NFA |

| | | | | |
|---|---|---|---|---|
| X | 1518 Main Street, Oroville, 98844 | | | RC |
| X | 1754 N. Wenatchee, Wenatchee, 98801 | 09/01/93 | Monitor | NFA |
| X | 15320 NE Caples, Brush Prairie, 98606 | 03/19/90 | 05/20/94 | NFA |
| X | 208 Columbus Ave. Goldendale, 98620 | 07/25/94 | 01/25/95 | RC |
| X | 408 N 23rd, Kelso, 98626 | | | RC |
| X | 1310 Ocean Beach Hwy, Longview, 98632 | | | RC |
| X | 26410 NE 10th Ave, Ridgefield, 98642 | 09/10/90 | 01/06/92 | NFA |
| X | Hwy 14 & Valey Rd, Stevenson, 98648 | | | RC |
| X | 13808 NE 28th Ave, Vancouver, 98682 | 08/21/91 | 01/06/92 | NFA |
| X | 2901 St. Johns Blvd, Vancouver, 98661 | 06/02/92 | 01/20/94 | RC |
| X | 2615 East Evergreen Blvd. Vancouver, 98661 | 5/28/02 | 09/23/02 | RC |
| X | 5501 St. Johns Blvd., Vancouver, 98661 | 03/12/90 | 06/04/98 | NFA |
| X | 9408 NE Hwy 99, Vancouver, 98665 | 04/22/91 | 03/08/95 | RC |
| X | 4564 Guide Meridian Rd, Bellingham, 98225 | | | RC |
| X | 1477 Hwy. 20, Anacortes, 98221 | 03/12/96 | 01/01/01 | NFA |
| X | 1801 Commercial Ave, Anacortes, 98221 | 12/02/96 | 03/01/97 | RC |
| X | 2059 Hwy 20, Sedro Woolley, 98284 | | | RC |
| X | 1034 State St., Marysville, 98270 | 07/25/91 | 02/01/03 | RC |
| X | 40315 Highway 532, Stanwood, 98292 | 10/14/94 | 01/01/03 | RC |
| X | 1001 Ave D, Snohomish, 98290 | | | RC |
| X | 1202 Croft Ave, Goldbar, 98251 | 04/29/93 | 05/96 | NFA |
| X | 928 N Broadway, Everett, 98201 | | | RC |
| X | 851 N Broadway, Everett, 98201 | | | RC |
| X | 3531 Rucker Ave., Everett, 98201 | 04/01/91 | 05/09/91 | RC |
| X | 4231 Rucker Ave., Everett, 98203 | | | RC |
| X | 3532 Smith St., Everett, 98204 | 02/01/91 | 09/27/94 | RC |
| X | 325 112th, Everett, 98204 | 06/10/03 | 06/01/03 | RC |
| X | 31325 SR 20/1394 Pioneer, Oak Harbor, 98277 | 01/12/98 | 09/00 | NFA |
| X | 2465 S College St, Seattle, 98144 | | | RC |
| X | 8208 Aurora Ave, Seattle, 98103 | 01/10/90 | 04/93 | RC |
| X | 10420 15th Ave SW, Sea White Center, 98146 | 04/23/91 | 12/98 | NFA |
| X | 14511 Bothell Way, 98125 | 01/28/92 | 06/92 | RC |
| X | 4224 Preston Fall City Rd, Fall City, 98024 | | | RC |
| X | 1551 McHugh St., Enumclaw, 98022 | 04/21/94 | 12/01/01 | NFA |
| X | 405 S Central, Kent, 98031 | | | RC |
| X | 6112 River Rd, Puyallup, 98371 | | | RC |
| X | 11802 S Meridian, Puyallup, 98371 | 06/25/91 | 04/92 | NFA |
| X | 11802 S Meridian, Puyallup, 98371 | 04/01/03 | 01/06/04 | RC |
| X | 19121 Pacific Avenue S, Spanaway 98387 | 09/10/03 | 4/26/2004 | RC |
| X | 16521 Pacific Avenue S, Spanaway 98387 | 09/17/03 | 4/26/2004 | RC |

| | Address | | | |
|---|---|---|---|---|
| X | 1608 Meridian Ave E, Edgewood, 98371 | 01/30/01 | 10/01/01 | RC |
| X | 823 Meridian Ave E, Edgewood 98371 | 11/06/91 | 05/99 | RC |
| X | 1501 S Union, Tacoma, 98405 | | | RC |
| X | 1753 S. Tacoma Way, Tacoma, 98498 | 10/05/89 | 10/30/91 | NFA |
| X | 250 E "D" Street, Tacoma 98421 | 12/01/96 | 01/08/97 | RC |
| X | 2502 S Tac Way, 98445 | 08/04/92 | 05/20/93 | NFA |
| X | 8533 S. Tacoma Way, Tacoma 98444 | 10/05/89 | 03/27/92 | RC |
| X | 10505 Portland Ave, Tacoma, 98498 | 10/01/90 | 09/04/97 | RC |
| X | 808 W. Washington Ave., Sequim 98382 | 07/22/03 | 09/01/03 | RC |
| X | 3629 Chico Way, Bremerton, 98312 | 01/04/90 | 05/20/04 | NFA |
| X | Chico Creek, Bremerton, 98310 | 12/01/90 | 03/18/94 | RC |
| X | 2044 Wheaton Way, Bremerton, 98310 | 04/15/03 | 04/15/03 | RC |
| X | 3302 W Hwy 16, Port Orchard, 98366 | | | NFA |
| X | 10958 Hwy 104, Kingston, 98346 | 11/29/95 | 05/96 | RC |
| X | 4814 Highway 303 N.E., Bremerton 98310 | 12/03/98 | 05/01/01 | RC NFA |
| X | Hwy 101, Potlatch, 98584 | 01/17/91 | 09/96 | RC |
| X | 7367 Martin Way, Olympia, 98503 | 11/12/98 | 11/98 | RC |
| X | 476 SR 505 Winlock 98596 | 12/16/02 | 03/01/03 | RC |
| X | 501 Pioneer Way,Montesano, 98563 | | | RC |
| X | 100 N. West Blvd, Aberdeen, 98520 | 03/24/03 | 03/30/04 | NFA |
| X | 19740 Viking Ave., NW Poulsbo, 98370 | | | NFA |
| X | 2810 Sunset, Spokane 99208 | | | RC |
| X | 10113 – 213th St. E. Graham 98338 | 02/05/02 | 12/01/03 | NFA |
| X | Alberto's Boat Repair - UST Pull | 09/27/94 | 10/01/02 | NFA |
| X | 4910 Leary Way NW, Seattle 98107 | | | NFA |
| X | 3536 Market Street, Spokane 99207 | 12/05/01 | 01/01/02 | RC |
| X | 3150 Chico Way, Bremerton 98312 | | | |
| X | 2301 Monroe Street, Spokane 99205 | 12/05/01 | 01/01/02 | RC |
| X | 519 S Cambrian, Bremerton 98312 | 11/22/00 | 10/01/01 | RC |
| X | Main Street, Oroville 98844 | | | RC |
| X | 16006 Pacific Hwy S, Seatac, WA 98188 | | | RC |
| X | 102 S. 3rd Ave, Renton, WA 98057 | 5/29/97 | 03/01/03 | RC |
| X | 1616 S. Norman Street; Seattle, WA. 98144 | 02/18/99 | 03/01/03 | NFA |

**OREGON PROPERTIES:**

| | Address | | | |
|---|---|---|---|---|
| X | 306 Hwy 20, Hines, 97738 | | | NFA |
| X | 9205 SE Holgate, Portland, 97266 | 05/10/94 | 06/01/95 | RC |
| X | 157 S Columbia, Milton Freewater, 97862 | | | RC |
| X | North Highway 395, Hermiston, 97838 | 5/19/97 | 06/99 | NFA |
| X | Rt 3 Box 388, Milton Freewater, 97862 | | | RC |
| X | 530 N Main PO Box 518 Stanfield, 97875 | | | RC |
| X | 6412 NE Portland Rd, NE, Portland, 97218 | | | RC |
| X | 539 Hwy 99 N, Eugene, 97402 | 09/06/91 | 09/99 | NFA |

| | | | | |
|---|---|---|---|---|
| X | 380 N. Main St., Tillamook, 97141 | 11/13/90 | 01/01/02 | NFA |
| X | 1014 Mohawk Blvd., Springfield, | | | RC |
| | 97477 | 03/05/90 | 06/01/02 | NFA |
| X | 12005 N Burgard, Portland, 97203 | 01/01/89 | 01/10/92 | RC |
| X | 452 S. Main, Willamina, 97396 | 06/05/91 | 7/22/03 | NFA |
| X | 500 Front St., Gaston, 97119 | 05/14/92 | 09/01/01 | NFA |
| X | 2525 Baseline, Cornelius, 97113 | | | RC |
| X | 4852 North Coast Hwy, Newport, 97365 | | | RC |
| X | 354 Pacific Hwy S, Cottage Grove, 97424 | | | RC |
| X | 1667 Ivy St., Junction City, 97448 | 07/18/90 | 03/01/04 | NFA |
| X | 8718 SE Stark Street, Portland 97216 | 04/30/02 | 01/06/04 | RC |
| X | 1415 E First St., Newberg 97132 | | | RC |
| X | 452 S Main St, Williamina, 97396 | | | RC |
| X | 12130 SW Broadway St, Beaverton 97005 | | | RC |
| X | 3367 Ne Portland Rd, Portland 97217 | | | RC |
| X | Linton Terminal | | | |
| | 11400 NW St. Helens Road 97231 | 07/30/92 | 06/23/97 | RC |

## CALIFORNIA PROPERTIES:

| | | | | |
|---|---|---|---|---|
| X | 2748 San Pablo Ave, Berkeley 98222 | 01/11/91 | 03/03/98 | NFA |
| X | 1885 East 8th St., Chico 95927 | 12/04/90 | 06/94 | RC |
| X | 1456 N Farmersville Rd. Farmersville | | | |
| | 93223    06/17/96 | 6/11/98 | RC | |
| X | 405 Cherokee Lane, Lodi 95240 | 03/31/93 | 01/20/94 | NFA |
| X | 500 N. 12th, Sacramento 95814 | 05/25/90 | 09/08/97 | NFA |
| X | 13475 N. Jack Tone Rd, Lodi 95240 | 11/16/90 | 05/14/92 | NFA |
| X | 8215 Highway 99, Los Molinos 96055 | 10/08/97 | 04/29/98 | NFA |
| X | Road 200, Orland 95963 | 02/16/97 | 04/30/98 | NFA |
| X | 11625 Hwy 99 E, Red Bluff 96080 | | | RC |
| X | 1731 Niles Ave, Bakersfield 93304 | 07/09/91 | 02/18/92 | RCC |
| X | 136 Crescent St, Greenville 95947 | | | RC |
| X | 105 N. Hwy 1, Grover City 93433 | 06/22/90 | 12/19/96 | NFA |
| X | 3230 E Highway 140, Merced 95340 | 06/05/00 | 6/21/02 | NFA |
| X | 848 Newville Road, Orland 95963 | 04/01/94 | 4/01/01 | NFA |
| X | 488 Wright Avenue, Richmond 94840 | 04/27/89 | 10/92 | RC |
| X | 605 10th St., Marysville 95901 | | | RC |
| X | 102 Table Mtn Rd, Oroville 95965 | 07/26/90 | 06/03/97 | RC |
| X | Walnut Street, Red Bluff 96080 | 08/09/99 | 10/99 | RC |
| X | 1850 Main St, Susanville 96130 | | | RC |
| X | 2544 Santa Maria Way, Santa Maria | | | RC |
| | 93433 | 11/29/90 | 10/01/94 | |
| X | 701 S. Yosemite, Oakdale 95361 | 4/27/99 | 10/01/00 | NFA |
| X | 20820 Broadway, Sonoma 95476 | 10/20/88 | 12/05/96 | RC |
| X | 504 Grande Ave., Arroyo Grande 93420 | | RC | |
| X | Hwy. 36 & Willow Way, Chester | | | |
| | 96020 | 03/19/96 | 7/23/98 | NFA |
| X | 2440 Mooney Blvd, Visalia 93291 | | | RC |

## NEVADA PROPERTIES:

| | | | | |
|---|---|---|---|---|
| X | 5190 Sun Valley Dr., Sun Valley 89431 | 05/29/91 | 02/18/92 | RC |
| X | 390 W. Front St., Battle Mountain 89820 | 11/19/87 | 07/99 | NFA |
| X | 1819 Glendale Rd, Sparks 89431 | 04/23/91 | 12/92 | NFA |
| X | 365 Cornell, Lovelock 89419 | 01/06/01 | 04/28/03 | NFA |
| X | 1589 Hwy 395, Minden 89423 | 09/14/90 | 03/03/92 | NFA |
| X | 1300 S Main St., Fallon 89408 | 06/23/93 | 10/01/97 | NFA |
| X | 990 S. Wells Rd, Reno 89502 | 03/06/91 | 12/92 | NFA |

## IDAHO PROPERTIES :

| | | | | |
|---|---|---|---|---|
| X | 1801 Northwest Blvd., Coeur d'Alene 83814 | 09/01/02 | 03/04/03 | NFA |
| X | 710 E Seltice Way, Post Falls 83854 | 09/01/02 | 03/04/03 | NFA |

**NFA – No Further Action Determination**

**RC – Remediation completed**

**X – Current Owners Unknown-Research to determine the current owner of the property was not undertaken by TOC.**

# EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS – QUESTION #23 – ENVIRONMENTAL NOTICES

## EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS – QUESTION #23

Environmental notices

1. Time Oil NW Terminal, 10350 N. Time Oil Road, Portland Oregon 97203
   - State of Oregon Workers' Compensation.
     Occupational Safety and Health Act
     November 24, 1971
   - Oregon OSHA
     Oregon Safe Employment Act (Citation No. P5736-016-78)
     August 16, 1977
   - Oregon OSHA
     Oregon Safe Employment Act
     April 6, 1978
   - Oregon OSHA issued a citation
     Oregon Safe Employment Act
     November 17, 1980
   - U.S. Environmental Protection Agency, Oregon Department of Environmental Quality
     CERCLA, Oregon Environmental Cleanup Law
     February 12, 1985
   - Oregon Department of Environmental Quality
     Oregon hazardous waste law; failure to submit a quarterly hazardous waste generator report.
     May 14, 1985
   - Oregon Department of Environmental Quality
     Oregon hazardous waste law – failure to include a certification statement in the second quarter 1985 hazardous waste generator report.
     January 8, 1986
   - Oregon Department of Environmental Quality
     Oregon hazardous waste law – storage of F027-contaminated soil without a RCRA permit.
     December 14, 1992
   - Oregon Department of Environmental Quality
     Oregon Environmental Cleanup Law, site assessment information request
     March 5, 1999
   - Oregon Department of Environmental Quality
     Oregon hazardous waste law - unlabeled storage containers
     July 8, 2005

2. Former Time Oil Linnton Terminal, 9100 NW St. Helens Road, Portland, Oregon
   - Oregon Department of Environmental Quality
     Oregon air quality law – floating gauge well seal requirement
     November 1993
   - Oregon Department of Environmental Quality
     Oregon Environmental Cleanup Law, site assessment information request

March 5, 1999

3. Former NW Oil Terminals/Premier Edible Oils 10400 N. Burgard Way, Portland, Oregon
   Oregon Department of Environmental Quality
   Oregon Environmental Cleanup Law
   June 2010

4. Portland Harbor Superfund Site – Time Oil NW Terminal, 10350 N. Time Oil Road,
   Portland Oregon
   EPA Region 10
   CERCLA General Notice Letter
   December 2000

5. Portland Harbor Superfund Site – former Time Oil Linnton Terminal, 9100 NW St.
   Helens Road, Portland, Oregon
   EPA Region 10
   CERCLA General Notice Letter
   December 2000

6. Portland Harbor Superfund Site – former NW Oil terminal locations, 12005 N. Burgard
   Road, Portland Oregon and 10400 N. Burgard Way, Portland, Oregon
   EPA Region 10
   CERCLA 104(e) information request
   January 2008

**7.  See attached spreadsheet for a list of the on-going remediation projects.  (The spreadsheet for the on-going remediation projects is also attached above in response to Question #22.)**

| Property Number | Site / Project Address/Associated Impacted Properties | Owner Address / Contact Information | Environmental Consultant or Other Notice Party | Regulatory Status | Remediation System | Prepaid to May 16, 2017 |
|---|---|---|---|---|---|---|
| NA | Umi Sushi 14454 NW Alta Lane, Portland, OR | Seung J Ypp 6334 Meadows Road, Lake Oswego, OR 97305 | None | No Knowledge | No | No |
| 01-115 | 3314 NE 44TH St, Vancouver, WA 98663 | Balvin Properties, LLC, 3314 NE 44th St., Vancouver, WA 98663 | WDOE, c/o Moshen Kourehdar, Southwest Regional Office, P.O. Box 47775, Olympia, WA 98504 | Consent Decree | Yes | Yes |
|  | 4306 NE St. James Rd., Vancouver, WA 98661 | Donald Cramer, 3021 NE 72nd Dr., Ste 9 PMB43, Vancouver, WA 98661 | AMEC, Jack Spadaro: 503-941-4019 (TOC Consultant) |  |  |  |
|  | 3311 NE 44th St., Vancouver, WA 98663 | Ms. Cori Amsted, 15990 SW Roy Rogers Rd., Sherwood, OR 97140 |  |  |  |  |
|  | 3303 NE 44th St., Vancouver, WA 98663 | Ms. June Greiner, 15112 NE 30th Ave., Vancouver, WA 98686 |  |  |  |  |
|  | 2815 NE 42nd St., Vancouver, WA 98663 | Ms. Joyce Paeth, c/o Robert Hughes 2916 NW 133rd St., Vancouver, WA 98685 |  |  |  |  |
|  | 2818 NE Cherry Rd., Vancouver, WA 98663 | Mr. Steve Long, 2818 NE Cherry Rd., Vancouver, WA 98663 |  |  |  |  |
| 01-176 | 24205/24225 56th Ave. W., Mt. Lake Terrace, WA | TOC Holdings Co., 2737 West Commodore Way, Seattle, WA | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | Agreed Order (Waiting on DOE Response) | Yes | Yes |
|  | 24309 56th Ave. W., Mt Lake Terrace, WA | Gateway Tavern (named as PLP) |  |  |  |  |
|  | 24311 56th Ave. W., Mt Lake Terrace, WA | Dave's Auto (named as PLP) |  |  |  |  |
|  | 24325 56th Ave. W., Mt Lake Terrace, WA 98043 | EZ Corner Mart (named as PLP) |  |  |  |  |
| NA | 1029 Market Street, Kirkland, WA | Dibble Engineering 1029 Main Street, Kirkland, WA | Farallon, Jeff Jasper 425-295-0808 (Dibble consultant) | Unknown | No | No |
|  |  | City of Kirkland c/o William Evans, 123 Fifth Ave., Kirkland, WA 98003 |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| NA | 3109 Rainier Ave. S. Seattle | Broadway Assoc., GP c/o Andrew Zabel, Houlihan Law 100 N 35th St. Seattle, WA 98103 | | Unknown | No | No |
| | | | Shell Oil Co., c/o CBRE, 280 Post Oak Blvd., Suite 2300, Houston, TX 77056 | | | |
| 01-309 | 415 Auburn Way N, Auburn, WA | Yeriel, LLC, 22324 Highway 99, Edmonds, WA 98026 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | No | No |
| 01-345 | 8320 East Canyon Rd, Puyallup, WA | Phillip & Jeong Choi, 6825 76th Ct. East, Puyallup, WA 98371 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | No | No |
| 01-372 | 927 E. 4th Ave., Olympia, WA 98506 | TOC Holdings Co., 2737 West Commodore Way, Seattle, WA | ETG, Dan Landry 541-743-2600 (TOC Consultant) | VCP | Yes | No |
| | | | T & C Mini Market, Inc. C/O Mark Tran -927 E 4th Ave, Olympia WA  98506 (Tenant) | | | |
| NA | 911 E. 4th Ave., Olympia WA 98506 | Allen Giles c/o Allen Miller 1801 West Bay Drive NW, #205 Olympia, WA 98502 | This is a property adjoining the TOC Property at 927 E. 4th Avenue, Olympia, WA (as set forth above) | Unknown | Unknown | No |
| 01-467 | 401 S. 1st, Shelton, WA 98584 | TOC Holdings Co. 2737 W Commodore Way, Seattle | Guatemala Todos Santos/Prudentia Lorenzo Mendoza C/O Santiago Ramirez -401 S 1st, Shelton Wa 98584 (Tenant) | VCP | No | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01-687 | 701 S Jackson, Seattle | Dott Mar, Inc., c/o Andrew Zabel, Houlihan Law 100 N 35th St., Seattle, WA 98103 | | Unknown | No | No |
| | | | Tidewater Assoc. Oil Co., 7 West Tenth St., Willmington, DE 19803 | | | |
| | | | Phillips 66 Oil Co., P.O. Box 4428, Houston, TX 77210 | | | |
| 01-901 | 2509-2519 S Jackson Street, Seattle, WA | AATW c/o William Joyce, Joyce Ziker Parkinson 1601 Fifth Ave., Suite 2040 Seattle, WA 98101 (All Along the Watchtower) | Aspect Consulting, Doug Hillman 206-838-5833 (AATW Consultant) | Unknown | NO | No |
| 01-817 | 712 Ave. D, Snohomish, WA | Dawn Welch, 11006 Maple Lane, Lake Stevens, WA 98258 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | Design work in process | Yes |
| | | | Cascadia Law Group, c/o Valerie Fairwell, 1201 3rdAve, Suite 320, Seattle, WA 98101 (Dawn Welch counsel) | | | |
| 01-825 | 905 W. Main Street, Battleground, WA | The Estate of Irwin P. Jessen, c/o Mark Meyers, Williams Kastner, 601 Union St. #4100, Seattle, WA 98101 | Pearl Legal Group, c/o Patty Dost, 529 SW 3rd Ave. #600, Portland, OR 97204 (TOC counsel) | Unknown | No | No |
| | | | Scott Brothers/Colony Insurance C/O Steven Tan Cascadia Law Group 1201 3rd Ave, Suite 320, Seattle, WA 98101 (Scott Brothers/Colony counsel) | | | |
| 06-100 | 5190 Sun Valley Drive, Sun Valley, NV | Bay Area/Diablo Petroleum 501 Shell Ave., Martinez, CA 94553 | McGinley & Associates, Tracy Johnston 775-829-2245 (TOC Consultant) | VCP/NDEP | Yes (idle) | No |
| | | | NDEP 901 S. Stewart St., Carson City, NV 89701 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PSN FA 01-829 | 500 12th Avenue, Seattle WA | Capital Hill Housing c/o Katie Porter 1620 12th Ave., #205, Seattle, WA 98122 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | NA | No | No |
| | | | City of Seattle c/o Tad Schimazu 600 Fourth Ave., 4th Floor, P.O. Box 94769, Seattle, WA 98124 | | | |
| 01-182 | 11701 Hwy 99 N., Everett, WA 98204 | Sotorios Tsakonis, 15515 SE 55th Place, Bellevue, WA 98006 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | Yes (idle) | No |
| 03-611 | NW Oil (Portland Harbor Related) | Owner Unknown | Pearl Legal Group, c/o Patty Dost, 529 SW 3rd Ave. #600, Portland, OR 97204 (TOC counsel) | Unknown | Unknown | No |
| 01-323 | 301 Central Ave., N Kent, WA 98032 | Vivolo Family, LLC, c/o Ian Sutton, Joyce Ziker Parkinson, PLLC, 1601 Fifth Avenue, Suite 2040, Seattle, WA 98101 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | No | No |
| | | | Michael Kunha Azose Commercial Properties 8451 SE 68th Street, #200, Mercer Island, WA 98040 | | | |
| 01-400 | 804 Market Street, Kirkland, WA 98033 | Pigotti Properties Market, LLC., c/o Houllihan Law, 100 N 35th Street, Seattle, WA 98103 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | No | Yes |
| | | | City of Kirkland, c/o Philip Vartanian, 123 Fifth Ave., Kirkland, WA 98003 | | | |
| | | | ExxonMobil Co., c/o Mark Meyers, Williams Kastner, 601 Union St. #4100, Seattle, WA 98101 | | | |
| 01-103 | 42411 NE Yale Bridge Road, Amboy, WA 98601 | Becky Graybill, 42411 NE Yale Bridge Road, Amboy, WA 98601 | Hydrocon, Craig Hultgren 360-703-6079 (TOC Consultant) | VCP | No | No |
| | | | Motorists Insurance Group, c/o Trey Henegar, 471 E. Broad Street, Columbus, Ohio 43215 | | | |
| | | | Joseph Stella c/o Sussman Shank, Patrick Rowe, 1000 SW Broadway, Suite 1400, Portland OR, 97205 | | | |
| | | | Hackett Beecher & Hart, c/o Brent Beecher, 1601 5th Ave., #2200, Seattle, WA 98101 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01-600 | 2737 West Commodore Way, Seattle, WA | TOC Holdings Co. | SoundEarth, Tim Brown 206-436-5929 (TOC Consultant) | VCP | Yes | No |
| | | | LockHaven Marina, 3030 W Commodore Way, Seattle, WA 98199 (Tenant) | | | |
| | | | ASKO Hydraulics, 12128 Cyrus Way, Mukilteo, WA 98275 (Former tenant) | | | |
| | | | Marine Service & Supply c/o Russ Trombley, 2737 "B" West Commodore Way, Seattle WA 98042 (Tenant) | | | |
| | | | BNSF, c/o TRC Brent McDaniel, 10550 Richmond Ave., #210, Houston, TX 77042 | | | |
| 01-600LM | Landsburg Mine Site -Kent Kangley Rd. & 268th Ave SE, Ravensdale, WA 98051 | Palmer Coking Coal, c/o William Kombel, P.O. Box 10/31407 Hwy 169, Black Diamond, WA 98010 | | Consent Decree (pending) | No | No |
| | | | Phillips Petroleum Co., 2423 Lind Ave SW, Renton WA 98057 | | | |
| | | | PACCAR, 777 106th Ave NE, Bellevue, WA 98004 | | | |
| | | | BNSF Railway Co., 2650 Lou Menk Drive, Ft Worth, TX 76131 | | | |
| | | | Plum Creek Timbers, 999 3rd Ave., Seattle, WA 98104 | | | |
| | | | Brownig-Ferris Industries of Illinois, 137 E 154th St., South Holland, ILL 60473 | | | |
| | | | WDOE, Jerome Cruz, 3190 160th Ave., SE, Bellevue, WA 98008 | | | |
| | | | Caroline Cress - Washington Attorney Office, 2425 Bristol Ct. SW, Olympia, WA 98502 | | | |
| 03-610 | Portland Terminal PCP | TOC Holdings Co. 2737 W Commodore Way, Seattle | Stantec, Rebekah Brooks  (206) 494-5028 (TOC Consultant) | ODEQ oversight | Yes | Yes |
| | Portland Terminal Phase II | TOC Holdings Co. 2737 W Commodore Way, Seattle | Stantec, Rebekah Brooks  (206) 494-5028 (TOC Consultant) | ODEQ oversight | Yes | No |
| 03-610 PH | Portland Harbor | TOC Holdings Co. 2737 W Commodore Way, Seattle | Patty Dost, Pearl Legal Group (TOC counsel) | VCP/ODEQ | No | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-100 | 1155 Linden Road, West Sacramento, CA | City of West Sacramento, c/o Paul Dirksen, 1110 West Capital Avenue, West Sacramento, CA 95651 | | Unknown | No | No |
| | | | Lori Gualco, Gualco, c/o Gualco Law 400 Capital Mall, Sacramento, CA 95814 (TOC counsel) | | | |
| | | | California Regional Water Quality Control Board, c/o Kristi Shelton, 11020 Sun Center Drive, Suite 200, Rancho Cordova, CA 95670 | | | |
| 04-159 | 2941/3015 Navy Drive, Stockton, CA 95206 | Port of Stockton - 3015 Navy Drive, Stockton, CA 95206 | Stantec, Todd Brown (916) 472-3942 (Group Consultant) | VCP | Yes (monitoring) | No |
| | | | Buckeye Terminals, c/o Brudereck, 2700 W. Washington St., Stockton, CA 95203 | | | |
| | | | TESORO, c/o Darrell Fah, 3003 Navy Drive, Stockton, CA 95206 | | | |
| | | | California Regional Water Quality Control Board, c/o Kristi Shelton, 11020 Sun Center Drive, Suite 200, Rancho Cordova, CA 95670 | | | |
| | | | NuStar Energy, L.P., c/o Rene Robinson, 2941 Navy Drive, Stockton, CA 95206 | | | |
| 01-041 | Colfax Grange, 105 E Harrison St., Colfax, WA 99111 | Colfax Grange, c/o Bryce Wilcox, 601 W Riverside Ave. #1400, Spokane, WA 99201 | Ryan Bixby, SoundEarth Strategies (PLP Group Consultant) | DOE/Agreed Order/Sold to Petrosun | No | No |
| | | | CHS Inc., c/o Heather Yakely, 818 West Riverside, #250, Spokane, WA 99201 | | | |
| | | | Petrosun/Pacific Convenience & Fuel, c/o Walter Sprague, P.O. Box 11537, Pleasanton, CA 94588 | | | |
| | | | WDOE, 1250 W Alder St, Union Gap, WA 98903 | | | |
| | | | Evans, Craven, and Lackey PS    C/O of Heather Yakley    818 Riverside Ave Suite 250 Spokane, WA 98201 | | | |
| 01-069 | 600 Yakima Valley, Hwy, Sunnyside, WA 98944 | Refer to Consent Decree with the Washington State Department of Ecology | WDOE, 1250 W Alder St, Union Gap, WA 98903 | Consent Decree | Unknown | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03-XXX | Oregon Steel Mills | Unknown | Oregon Department of Environmental Quality 700 NE Multnomah Street, Suite 600, Portland, OR 97232-4100 | Unknown | Unknown | No | |
| | | | Port of Portland, c/o Beverly Pearman, Port of Portland, 7200 NE Airport Way, Portland, OR 97218 | | | | |
| | | | Evraz, Inc. 14400 N. Rivergate Blvd., Portland, OR 97203 | | | | |
| | | | Evraz Inc. NA, c/o Loren Dunn, Riddell Williams, 1001 4th Avenue Plaza, Suite 4500, Seattle WA 98154 | | | | |
| | ODEQ= Oregon Department of Environmental Quality | | | | | | |
| | WDOE= Washington Department of Ecology | | | | | | |
| | VCP= Voluntary Cleanup Program | | | | | | |
| | NDEP= Nevada Division of Environmental Protection | | | | | | |

**CONTINUED EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS—QUESTION
#23 (this information is also contained above in response to Question #22)**

PETROSUN/TOWER ENERGY
COMPLETED/INACTIVE ENVIRONMENTAL PROJECTS

**When the following properties were sold around November, 2007, the obligation to
undertake, continue, or complete remediation of any and all environmental issues was
assumed and indemnified by the buyer (either Petrosun or Tower Energy)**

**WASHINGTON PROPERTIES:**

Current Owners

| Unknown | Address | Initiated | Closed | Environmental Status |
|---------|---------|-----------|--------|---------------------|
| X | 7018 E Sprague, Spokane, WA 99212 | | | Unknown |
| X | 3501 E Francis, Spokane, WA 99207 | | | Unknown |
| X | 314 SW Main Street, Wilbur, 99185 | 05/10/88 | 5/20/04 | NFA |
| X | 715 Preston, Waitsburg, WA 99361 | | | Unknown |
| X | 308 F. St., Quincy, 98848 | 10/15/90 | 04/01/02 | NFA |
| X | 1606 W. Broadway, Moses Lake, 98837 | 09/07/92 | 04/96 | Unknown |
| X | 804 N. Main St., Colfax, 99111 | 01/28/97 | 04/97 | Unknown |
| X | 1303 Wine Country Rd, Prosser, 99350 | 06/19/92 | 06/97 | Unknown |
| X | 500 George Washington Way, Richland, WA 99352 | | | Unknown |
| X | 119 East Humorist Road, Burbank, WA 99323 | | | Unknown |
| X | 301 S 1st Street, Selah, WA 98942 | | | Unknown |
| X | 3312 Main St., Union Gap, 98903 | 07/23/90 | 05/00 | Unknown |
| X | 600 Yakima Valley Hwy, Sunnyside, WA 98944 | | | Unknown |
| X | 100 E Wine Country Rd, Grandview, WA 98930 | | | Unknown |
| X | 4708 Tieton Drive, Yakima, WA 98902 | | | Unknown |
| X | 1710 E Nob Hill, Yakima, WA 98901 | | | Unknown |
| X | 207 Lower Ahtanum Rd, Yakima, 98903 | 10/16/90 | 12/97 | RC |
| X | 1002 W. Washington Ave., Yakima, 98903, | 10/20/94 | 5/01/03 | RC |
| X | 414 Hanford St., Omak, 98841 | 09/30/96 | 05/97 | NFA |
| X | 1300 E Sunset, Bellingham, 98225 | | | RC |
| X | 17587 State Route 536, Mt Vernon 98273 | | | Unknown |
| X | 1121 Moore St, Sedro Woolley, WA 98284 | | | Unknown |
| X | 5830 Grove Street, Marysville, 98270 | 08/25/94 | 12/6/95 | RC |
| X | 6031 A 47th Ave NE, Marysville, WA 98270 | | | Unknown |
| X | 17927 Hwy 9, Snohomish, WA 98290 | | | Unknown |
| X | 19090 Hwy 2, Monroe, WA 98272 | | | Unknown |
| X | 3532 N Broadway, Everett, WA 98201 | | | Unknown |
| X | 4001 California Ave SW, Seattle, WA 98116 | | | Unknown |
| X | 5235 Delridge Way SW, Seattle, WA 98106 | | | Unknown |
| X | 12807 Des Moines Way S, Seattle, WA 98168 | | | RC |
| X | 14312 Lake City Way NE, Seattle, WA 98125 | | | Unknown |

| | | | | |
|---|---|---|---|---|
| X | 18005 15th Ave NE, Seattle, WA  98155 | | | Unknown |
| X | 1602 "A" Street, Auburn, 98002 | 04/22/93 | 05/96 | RC |
| X | 35201 Hwy 507, McKenna, WA 98558 | | | Unknown |
| X | 12714 122nd Street East, Puyallup, WA 98374 | | | Unknown |
| X | 1720 River Road, Puyallup, WA  98371 | | | Unknown |
| X | 204 N Washington St, Orting, WA 98360 | | | Unknown |
| X | 2601 N Stevens, Tacoma, WA  98407 | | | Unknown |
| X | 4601 N Pearl, Tacoma, WA 98407 | | | Unknown |
| X | 7201 Golden Givens Rd E, Tacoma, WA 98404 | 05/08/91 | 03/18/94 | RC |
| X | 9815 Golden Givens Rd E, Tacoma, WA 98445 | | | Unknown |
| X | 8424 Pacific Ave, Tacoma, WA  98444 | | | Unknown |
| X | 2342 Sims Way, Pt Townsend, WA  98368 | | | Unknown |
| X | 4200 Wheaton Way, Bremerton, 98310 | 10/01/96 | 12/97 | RC |
| X | 331 W 1st St., Port Angeles, 98362 | 05/13/91 | 03/20/01 | RC |
| X | 1100 Ness Corner, Hadlock, WA  98339 | | | Unknown |
| X | 108 N First, Shelton, 98584 | | | RC |
| X | 1802 W Harrison, Olympia, WA  98502 | | | Unknown |
| X | 397 W Sussex, Tenino, WA 98589 | | | Unknown |
| X | 1325 S Gold, Centralia, 98531 | | | RC |
| X | 108 State Hwy 603, Chehalis, WA  98532 | | | Unknown |
| X | 102 Harrison, Centralia, WA  98531 | | | Unknown |
| X | 614 W Main St, Chehalis, 98532 | | | RC |
| X | 1986 SW Market, Chehalis, 98532 | 09/26/95 | 02/97 | RC |
| X | 104 E Robert Bush Drive, South Bend, 98586 | | | RC |

**OREGON PROPERTIES:**

| | | | | |
|---|---|---|---|---|
| X | 770 Lancaster Drive, Salem, 97301 | | | RC |
| X | 2101 SE Court, Pendleton, 97801 | 7/24/01 | 01/01/02 | RC |
| X | 13437 Portland Rd NE, Woodburn, OR 97071 | | | Unknown |
| X | 2431 NE Broadway, Portland, 97232 | 10/16/92 | 03/93 | RC |
| X | 1510 NE 42nd, Portland, OR 97213 | | | Unknown |
| X | 23720 NE Halsey, Wood Village, 97060 | 07/05/94 | 03/01/03 | RC |
| X | 3405 N Hwy 97, Bend, 97701 | 07/25/91 | 10/92 | RC |
| X | 28300 SE Hwy 212, Box 354 Boring, 97009 | | | RC |
| X | 10580 SE 82nd, Portland, 97266 | | | RC |
| X | 13038 NE Sandy Blvd, Portland, 97230 | | | RC |
| X | 29629 SE Hwy 224, Eagle Creek, 97022 | 04/08/96 | 11/96 | |
| X | 28210 Orient Dr SE, Gresham, OR  97080 | | | Unknown |
| X | 5235 SW Macadam, Portland, 97201 | | | RC |
| X | 129 E Ellendale, Dallas, 97338 | | | RC |
| X | 1098 13th St SE, Salem, 97302 | 02/25/93 | 01/01/02 | NFA |
| X | 376 SE Main St., Estacada, 97023 | 06/26/90 | 02/04/03 | NFA |
| X | 51883 Columbia River Hwy, Scappoose, OR  97056 | | | Unknown |
| X | 15900 SW Upper Boones Ferry Rd, Tigard, 97223 | | | RC |
| X | 49950 NW Sunset Hwy, Banks, OR  97106 | | | Unknown |

## NEVADA PROPERTIES:

| X | Hwy 40 West, Fernley 89408 | 03/17/92 | 06/22/93 | NFA |
|---|---|---|---|---|
| X | 624 Fifth Street, Hawthorne, NV 89415 | | | Unknown |
| X | 1325 S Taylor, Fallon, NV 89406 | | | Unknown |
| X | 1675 Victorian Ave, Sparks, NV 89431 | | | Unknown |
| X | 500 Keitzke Lane, Reno 89502 | 07/14/92 | 11/17/92 | NFA |

**NFA – No Further Action Determination**

**RC – Remediation completed**

**X – Current Owners unknown –Research to determine the current owner of the property has not been undertaken by TOC.**


**Tower Energy purchased the following properties through PetroSun**

**Completed/Inactive Environmental Projects**

## CALIFORNIA PROPERTIES:

Current Owners

| Unknown | Address | Initiated | Closed | Status |
|---|---|---|---|---|
| X | 1049 S Main St, Angels Camp 95222 | | | |
| X | 202 S Main St, Lakeport 95453 | 8/30/96 | 11/19/97 | NFA |
| X | 1115 W 6th St, Chico 95926 | 3/15/92 | 8/20/97 | NFA |
| X | 585 Sierra St, Hamilton City 95951 | 10/30/91 | 4/20/92 | NFA |
| X | 4430 Auburn Blvd, Sacramento 95841 | | | |
| X | 809 Solano St, Corning 96021 | 5/21/92 | 1/20/94 | NFA |
| X | 14000 E Hwy 88, Lockeford 95237 | | | |
| X | 750 Atlantic Ave, Roseville 95678 | | | |
| X | 615 East St, Woodland 95776 | 10/06/94 | 3/27/00 | NFA |
| X | 2080 Whitmore Ave, Ceres 95307 | | | |
| X | 440 W St Charles, San Andreas 95249 | | | |

| | | | | |
|---|---|---|---|---|
| X | 99 Placerville Drive, Placerville  95667 | | | |
| X | 3444 East Hwy 20, Nice  95464 | | | |
| X | 1434 W Yosemite, Manteca  95336 | 9/19/91 | 5/29/9x | NFA |
| X | 809 Market, Colusa  95932 | | | |
| X | 88 W Hwy 4, Murphys  95247 | 5/16/96 | 12/20/99 | NFA |

**NFA – No Further Action Determination**
**Unclear if the California Properties were indemnified by Petrosun or Tower Energy**
**X – Current Owners unknown –Research to determine the current owner of the property has not been
undertaken by TOC.**

**CONTINUED EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS—QUESTION #23 (this information has also been duplicated above in response to Question #22)**

COMPLETED/INACTIVE ENVIRONMENTAL PROJECTS
(Other Buyers)

**When the following properties were sold during the recent past of Time Oil/TOC, they were sold under various terms, but typically pursuant to one of the following three scenarios:**

　　　　**i) TOC remained responsible to continue any current remediation efforts until a No Further Action Letter was obtained for that property (with an indemnification from the purchaser for any post-sale contamination);**
　　　　**ii) Sold property "as is" (some with an indemnity from the purchaser and some without an indemnity from the purchaser); and**
　　　　**iii) Sold property without addressing remediation issues within the sale documents.**

**WASHINGTON PROPERTIES:**

| Current Owners Unknown | Address | Initiated | Closed | Environmental Status |
|---|---|---|---|---|
| X | 4203 N. Driscoll, Spokane, 99205 | 04/23/03 | 09/23/03 | RC |
| X | N. 1918 Hamilton, Spokane, 99207 | 07/22/91 | 07/22/94 | NFA |
| X | 401 Main St., Dayton, 99328 | 08/21/91 | 03/93 | RC |
| X | Highway 12, Touchet, 99360 | 04/02/91 | 12/6/95 | RC |
| X | 1154 SW Basin, Ephrata, 98823 | | | RC |
| X | 2305 Airway Dr., Moses Lake, 98837 | 11/27/90 | 06/96 | RC |
| X | 118 Bridge St., Clarkston, 99403 | 08/13/91 | 06/92 | RC |
| X | 23905 E Wellesley, Otis Orchards, 99027 | | | RC |
| X | 503 E Main St, Walla Walla, 99362 | | | RC |
| X | 1410 Plaza Way, Walla Walla, 99362 | | RC | |
| X | 2nd & Morton, Walla Walla, 99362 | 01/08/99 | 02/99 | RC |
| X | 406 S. Ely St., Kennewick, 99336 | 03/11/92 | 03/01/03 | NFA |
| X | 524 W. Columbia Dr., Kennewick, 99336 | 06/19/90 | 04/96 | RC |
| X | 620 N Road 28, Pasco, WA, 99301 | | | RC |
| X | 526 W. Columbia Dr., Kennewick 99336 | 06/16/03 | 12/01/03 | RC |
| X | 148 S Road 28, Pasco, 99301 | | | RC |
| X | 1502 N. 4th Street, Pasco, 99301 | 06/17/03 | 12/01/03 | RC |
| X | 67831 Hwy 97 E, Wapato, 98951 | | | RC |
| X | Fort Rd, Toppenish, 98948 | 02/20/91 | 06/97 | RC |
| X | 618 E Toppenish Ave, Toppenish, 98948 | | | RC |
| X | 1121 S 16th, Sunnyside, 98944 | | | RC |
| X | 107 S Lincoln, Sunnyside, 98944 | | | RC |
| X | 620 N 16th Ave., Yakima, 98902 | | | NFA |
| X | 1518 Main Street, Oroville, 98844 | | | RC |

| | | | | |
|---|---|---|---|---|
| X | 1754 N. Wenatchee, Wenatchee, 98801 | 09/01/93 | Monitor | NFA |
| X | 15320 NE Caples, Brush Prairie, 98606 | 03/19/90 | 05/20/94 | NFA |
| X | 208 Columbus Ave. Goldendale, 98620 | 07/25/94 | 01/25/95 | RC |
| X | 408 N 23rd, Kelso, 98626 | | | RC |
| X | 1310 Ocean Beach Hwy, Longview, 98632 | | | |
| X | 26410 NE 10th Ave, Ridgefield, 98642 | 09/10/90 | 01/06/92 | NFA |
| X | Hwy 14 & Valey Rd, Stevenson, 98648 | | | RC |
| X | 13808 NE 28th Ave, Vancouver, 98682 | 08/21/91 | 01/06/92 | NFA |
| X | 2901 St. Johns Blvd, Vancouver, 98661 | 06/02/92 | 01/20/94 | RC |
| X | 2615 East Evergreen Blvd. Vancouver, 98661 | 5/28/02 | 09/23/02 | RC |
| X | 5501 St. Johns Blvd., Vancouver, 98661 | 03/12/90 | 06/04/98 | NFA |
| X | 9408 NE Hwy 99, Vancouver, 98665 | 04/22/91 | 03/08/95 | RC |
| X | 4564 Guide Meridian Rd, Bellingham, 98225 | | | RC |
| X | 1477 Hwy. 20, Anacortes, 98221 | 03/12/96 | 01/01/01 | NFA |
| X | 1801 Commercial Ave, Anacortes, 98221 | 12/02/96 | 03/01/97 | RC |
| X | 2059 Hwy 20, Sedro Woolley, 98284 | | | RC |
| X | 1034 State St., Marysville, 98270 | 07/25/91 | 02/01/03 | RC |
| X | 40315 Highway 532, Stanwood, 98292 | 10/14/94 | 01/01/03 | RC |
| X | 1001 Ave D, Snohomish, 98290 | | | RC |
| X | 1202 Croft Ave, Goldbar, 98251 | 04/29/93 | 05/96 | NFA |
| X | 928 N Broadway, Everett, 98201 | | | RC |
| X | 851 N Broadway, Everett, 98201 | | | RC |
| X | 3531 Rucker Ave., Everett, 98201 | 04/01/91 | 05/09/91 | RC |
| X | 4231 Rucker Ave., Everett, 98203 | | | RC |
| X | 3532 Smith St., Everett, 98204 | 02/01/91 | 09/27/94 | RC |
| X | 325 112th, Everett, 98204 | 06/10/03 | 06/01/03 | RC |
| X | 31325 SR 20/1394 Pioneer, Oak Harbor, 98277 | 01/12/98 | 09/00 | NFA |
| X | 2465 S College St, Seattle, 98144 | | | RC |
| X | 8208 Aurora Ave, Seattle, 98103 | 01/10/90 | 04/93 | RC |
| X | 10420 15th Ave SW, Sea White Center, 98146 | 04/23/91 | 12/98 | NFA |
| X | 14511 Bothell Way, 98125 | 01/28/92 | 06/92 | RC |
| X | 4224 Preston Fall City Rd, Fall City, 98024 | | | RC |
| X | 1551 McHugh St., Enumclaw, 98022 | 04/21/94 | 12/01/01 | NFA |
| X | 405 S Central, Kent, 98031 | | | RC |
| X | 6112 River Rd, Puyallup, 98371 | | | RC |
| X | 11802 S Meridian, Puyallup, 98371 | 06/25/91 | 04/92 | NFA |
| X | 11802 S Meridian, Puyallup, 98371 | 04/01/03 | 01/06/04 | RC |
| X | 19121 Pacific Avenue S, Spanaway 98387 | 09/10/03 | 4/26/2004 | RC |
| X | 16521 Pacific Avenue S, Spanaway 98387 | 09/17/03 | 4/26/2004 | RC |
| X | 1608 Meridian Ave E, Edgewood, | | | |

| | | | | |
|---|---|---|---|---|
| | 98371 | 01/30/01 | 10/01/01 | RC |
| X | 823 Meridian Ave E, Edgewood | | | |
| | 98371 | 11/06/91 | 05/99 | RC |
| X | 1501 S Union, Tacoma, 98405 | | | RC |
| X | 1753 S. Tacoma Way, Tacoma, 98498 | 10/05/89 | 10/30/91 | NFA |
| X | 250 E "D" Street, Tacoma 98421 | 12/01/96 | 01/08/97 | RC |
| X | 2502 S Tac Way, 98445 | 08/04/92 | 05/20/93 | NFA |
| X | 8533 S. Tacoma Way, Tacoma 98444 | 10/05/89 | 03/27/92 | RC |
| X | 10505 Portland Ave, Tacoma, 98498 | 10/01/90 | 09/04/97 | RC |
| X | 808 W. Washington Ave., Sequim | | | |
| | 98382 | 07/22/03 | 09/01/03 | RC |
| X | 3629 Chico Way, Bremerton, 98312 | 01/04/90 | 05/20/04 | NFA |
| X | Chico Creek, Bremerton, 98310 | 12/01/90 | 03/18/94 | RC |
| X | 2044 Wheaton Way, Bremerton, 98310 | 04/15/03 | 04/15/03 | RC |
| X | 3302 W Hwy 16, Port Orchard, 98366 | | | NFA |
| X | 10958 Hwy 104, Kingston, 98346 | 11/29/95 | 05/96 | RC |
| X | 4814 Highway 303 N.E., Bremerton | | | RC |
| | 98310 | 12/03/98 | 05/01/01 | NFA |
| X | Hwy 101, Potlatch, 98584 | 01/17/91 | 09/96 | RC |
| X | 7367 Martin Way, Olympia, 98503 | 11/12/98 | 11/98 | RC |
| X | 476 SR 505 Winlock, 98596 | 12/16/02 | 03/01/03 | RC |
| X | 501 Pioneer Way,Montesano, 98563 | | | RC |
| X | 100 N. West Blvd, Aberdeen, 98520 | 03/24/03 | 03/30/04 | NFA |
| X | 19740 Viking Ave., NW Poulsbo, 98370 | | | NFA |
| X | 2810 Sunset, Spokane 99208 | | | RC |
| X | 10113 – 213th St. E. Graham 98338 | 02/05/02 | 12/01/03 | NFA |
| X | Alberto's Boat Repair - UST Pull | 09/27/94 | 10/01/02 | NFA |
| X | 4910 Leary Way NW, Seattle 98107 | | | NFA |
| X | 3536 Market Street, Spokane 99207 | 12/05/01 | 01/01/02 | RC |
| X | 3150 Chico Way, Bremerton 98312 | | | |
| X | 2301 Monroe Street, Spokane 99205 | 12/05/01 | 01/01/02 | RC |
| X | 519 S Cambrian, Bremerton 98312 | 11/22/00 | 10/01/01 | RC |
| X | Main Street, Oroville 98844 | | | RC |
| X | 16006 Pacific Hwy S, Seatac, WA 98188 | | | RC |
| X | 102 S. 3rd Ave, Renton, WA 98057 | 5/29/97 | 03/01/03 | RC |
| X | 1616 S. Norman Street; Seattle, WA. | 02/18/99 | 03/01/03 | NFA |
| | 98144 | | | |

**OREGON PROPERTIES:**

| | | | | |
|---|---|---|---|---|
| X | 306 Hwy 20, Hines, 97738 | | | NFA |
| X | 9205 SE Holgate, Portland, 97266 | 05/10/94 | 06/01/95 | RC |
| X | 157 S Columbia, Milton Freewater, 97862 | | | RC |
| X | North Highway 395, Hermiston, 97838 | 5/19/97 | 06/99 | NFA |
| X | Rt 3 Box 388, Milton Freewater, 97862 | | | RC |
| X | 530 N Main PO Box 518 Stanfield, 97875 | | | RC |
| X | 6412 NE Portland Rd, NE, Portland, 97218 | | | RC |
| X | 539 Hwy 99 N, Eugene, 97402 | 09/06/91 | 09/99 | NFA |
| X | 380 N. Main St., Tillamook, 97141 | 11/13/90 | 01/01/02 | NFA |

| | Property | | | |
|---|---|---|---|---|
| X | 1014 Mohawk Blvd., Springfield, 97477 | 03/05/90 | 06/01/02 | RC NFA |
| X | 12005 N Burgard, Portland, 97203 | 01/01/89 | 01/10/92 | RC |
| X | 452 S. Main, Willamina, 97396 | 06/05/91 | 7/22/03 | NFA |
| X | 500 Front St., Gaston, 97119 | 05/14/92 | 09/01/01 | NFA |
| X | 2525 Baseline, Cornelius, 97113 | | | RC |
| X | 4852 North Coast Hwy, Newport, 97365 | | | RC |
| X | 354 Pacific Hwy S, Cottage Grove, 97424 | | | RC |
| X | 1667 Ivy St., Junction City, 97448 | 07/18/90 | 03/01/04 | NFA |
| X | 8718 SE Stark Street, Portland 97216 | 04/30/02 | 01/06/04 | RC |
| X | 1415 E First St., Newberg 97132 | | | RC |
| X | 452 S Main St, Williamina, 97396 | | | RC |
| X | 12130 SW Broadway St, Beaverton 97005 | | | RC |
| X | 3367 Ne Portland Rd, Portland 97217 | | | RC |
| X | Linton Terminal 11400 NW St. Helens Road 97231 | 07/30/92 | 06/23/97 | RC |

## CALIFORNIA PROPERTIES:

| | Property | | | |
|---|---|---|---|---|
| X | 2748 San Pablo Ave, Berkeley 98222 | 01/11/91 | 03/03/98 | NFA |
| X | 1885 East 8th St., Chico 95927 | 12/04/90 | 06/94 | RC |
| X | 1456 N Farmersville Rd. Farmersville 93223    06/17/96 | 6/11/98 | RC | |
| X | 405 Cherokee Lane, Lodi 95240 | 03/31/93 | 01/20/94 | NFA |
| X | 500 N. 12th, Sacramento 95814 | 05/25/90 | 09/08/97 | NFA |
| X | 13475 N. Jack Tone Rd, Lodi 95240 | 11/16/90 | 05/14/92 | NFA |
| X | 8215 Highway 99, Los Molinos 96055 | 10/08/97 | 04/29/98 | NFA |
| X | Road 200, Orland 95963 | 02/16/97 | 04/30/98 | NFA |
| X | 11625 Hwy 99 E, Red Bluff 96080 | | | RC |
| X | 1731 Niles Ave, Bakersfield 93304 | 07/09/91 | 02/18/92 | RCC |
| X | 136 Crescent St, Greenville 95947 | | | RC |
| X | 105 N. Hwy 1, Grover City 93433 | 06/22/90 | 12/19/96 | NFA |
| X | 3230 E Highway 140, Merced 95340 | 06/05/00 | 6/21/02 | NFA |
| X | 848 Newville Road, Orland 95963 | 04/01/94 | 4/01/01 | NFA |
| X | 488 Wright Avenue, Richmond 94840 | 04/27/89 | 10/92 | RC |
| X | 605 10th St., Marysville 95901 | | | RC |
| X | 102 Table Mtn Rd, Oroville 95965 | 07/26/90 | 06/03/97 | RC |
| X | Walnut Street, Red Bluff 96080 | 08/09/99 | 10/99 | RC |
| X | 1850 Main St, Susanville 96130 | | | RC |
| X | 2544 Santa Maria Way, Santa Maria 93433 | 11/29/90 | 10/01/94 | RC |
| X | 701 S. Yosemite, Oakdale 95361 | 4/27/99 | 10/01/00 | NFA |
| X | 20820 Broadway, Sonoma 95476 | 10/20/88 | 12/05/96 | RC |
| X | 504 Grande Ave., Arroyo Grande 93420 | | RC | |
| X | Hwy. 36 & Willow Way, Chester 96020 | 03/19/96 | 7/23/98 | NFA |
| X | 2440 Mooney Blvd, Visalia 93291 | | | RC |

**NEVADA PROPERTIES:**

| | | | | |
|---|---|---|---|---|
| X | 5190 Sun Valley Dr., Sun Valley 89431 | 05/29/91 | 02/18/92 | RC |
| X | 390 W. Front St., Battle Mountain 89820 | 11/19/87 | 07/99 | NFA |
| X | 1819 Glendale Rd, Sparks 89431 | 04/23/91 | 12/92 | NFA |
| X | 365 Cornell, Lovelock 89419 | 01/06/01 | 04/28/03 | NFA |
| X | 1589 Hwy 395, Minden 89423 | 09/14/90 | 03/03/92 | NFA |
| X | 1300 S Main St., Fallon 89408 | 06/23/93 | 10/01/97 | NFA |
| X | 990 S. Wells Rd, Reno 89502 | 03/06/91 | 12/92 | NFA |

**IDAHO PROPERTIES :**

| | | | | |
|---|---|---|---|---|
| X | 1801 Northwest Blvd., Coeur d'Alene 83814 | 09/01/02 | 03/04/03 | NFA |
| X | 710 E Seltice Way, Post Falls 83854 | 09/01/02 | 03/04/03 | NFA |

**NFA – No Further Action Determination**

**RC – Remediation completed**

**X – Current Owners Unknown-Research to determine the current owner of the property was not undertaken by TOC.**

# EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS – QUESTION #24 – HAZARDOUS MATERIALS

## EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS – QUESTION #24

Hazardous material release

1. Time Oil Seattle Terminal 2737 W Commodore Way
   - National Response Center
     Oil Pollution Act, leaking oil water separator
     June 2, 1995
   - National Response Center
     Oil Pollution Act, release while filling tug
     July 20, 1988
2. Time Oil NW Terminal, 10350 N. Time Oil Road, Portland Oregon 97203
   - Information and documentation concerning past releases of hazardous materials was submitted to EPA on August, 2008 in response to an EPA CERCLA §104(e) request.
   - Multiple reports concerning past releases of hazardous materials have been submitted to the Oregon Department of Environmental Quality between 1985 and 2017 under Oregon's Environmental Cleanup Law.
   - National Response Center
     CERCLA, discovery of approximately 24 55-gallon degraded drums
     April 29, 1996
   - Additional releases reported to DEQ under the Environmental Cleanup Law include:
     - On April 29, 1972, a gasoline spill occurred at Tank 16003 when an employee failed to open the valve to Tank 38016.
     - In April 1973, the western portion of a pipeline that was used to convey petroleum products was demolished by Schnitzer during construction of the former PEO facility while still in use by Time Oil and containing product. The demolition resulted in a release to soil in an area near the dock; any impacts of the release to other areas are unknown.
     - On March 8, 1975, Tank 29508 ruptured, resulting in an estimated 3663 barrel diesel spill inside the Main Terminal tank farm.
     - In May 1990, approximately 1,000 gallons of ethanol leaked from a pipeline.
     - In May 1994, a release of approximately 1,200 gallons of premium unleaded gasoline occurred from a pipeline to soil within the bermed area of the Main Terminal tank farm.
     - In 1999, approximately 2,479 gallons of ethanol are suspected to have been released in a pipeline leak.
   - Additional releases reported to the US Coast Guard under the Oil Pollution Act:
     - On May 19, 1985, a hose ruptured during vessel unloading and approximately five gallons of leaded regular gasoline spilled from a concrete containment area on the dock and entered the Willamette River.
     - On September 5, 1988, during transfer of product from the MT Hatakase, water was running off the side of the ship. Time Oil personnel believed that a release of methanol was occurring.

- In May 1994, a release of approximately 1,200 gallons of premium unleaded gasoline occurred from a pipeline to soil within the bermed area of the Main Terminal tank farm.

3. Former Time Oil Linnton Terminal, 9100 NW St. Helens Road, Portland, Oregon
   Oregon Department of Environmental Quality
   Oregon Environmental Cleanup Law
   - September 13, 1988: approximate 1000 gallon gasoline release due to malfunctioning automatic gauge
   - July 30, 1992: approximate 250 gallon gasoline release due to leaking gasket on vapor recovery unit
   - September 15, 1999: estimated 20 to 100 gallon diesel release by contractor during tank cleaning

4. Former Time Oil Richmond Terminal
   National Response Center
   Oil Pollution Act, overflowing oil water separator
   January 15, 1993

EXHIBIT TO STATEMENT OF
FINANCIAL AFFAIRS – QUESTION
#25.1 – OTHER BUSINESS IN WHICH
DEBTOR HAD AN INTEREST

**EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS, QUESTION #25.1 - OTHER BUSINESSES IN WHICH DEBTOR HAS/HAD INTEREST.**

Superior Oil Co.

TOC is the sole shareholder of its wholly owned and its only subsidiary, Superior Oil Co. ("Superior"). Although Superior is still officially an "Active" Washington Corporation, Superior is effectively inactive and has been so ever since 1999, when it sold its only asset, Superior Terminal (250 East D Street Tacoma, WA) to Shore Terminals L.L.C. ("Shore"). Shore assumed and gave Superior an indemnity from and against, Superior's environmental liabilities. Superior has not been dissolved only because it remains a party to a Consent Decree in the matter of State of Washington, Department of Ecology, Plaintiff v. Phillips Petroleum Company; Shore Terminals, L.L.C.; Gull Industries, Inc.; and Texaco Inc. and Superior Oil Company (sic), Defendants, Pierce County Washington Superior Court Cause No. 012130752. Superior has no employees. Superior's only current asset is Wells Fargo Account No. 4159656735 with a 3/31/17 balance of $2,506.69. Superior's only known potential debt is any contingent, unliquidated liability should Shore (or its successors and assigns, if any) fail to perform under Shore's assumption of and indemnity for Superior's environmental liabilities – the only known such liability being should Shore (or its successors and assigns, if any) fail to perform the obligations under the Consent Decree, jointly with the Consent Decree's Co-Defendants. Neither Superior nor TOC have any knowledge of any such failure to perform.

# EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS – QUESTION #30.1 – PAYMENTS TO INSIDERS

Severance Benefit Plan ("SBP") – 2017 Calculations – CONFIDENTIAL AND FINAL – REVISED 3-29-2017 – Stromer waives Outplacement

| Employee | 2016 W-2 Salary | Previous estimated salary | JSP | Severance | YOS | **Outplacement | TOTAL SBP PAYOUT | Vacation 2017 | *Vacation Carryover | TOTAL ALL |
|---|---|---|---|---|---|---|---|---|---|---|
| Diann Cannady*** | $61,907 | $58,710 | Not eligible Will be employed | 12,900 | 30,966 | ***$4,500 (Will have employment; will need to waive.) | $43,866*** | $1,667 | 0 | $45,533 |
| Mark Chandler | $126,677 | $130,810 | 31,668 | 31,668 | 7,308 | $4,500 | $75,144 | $3,410 | 0 | $78,554 |
| Richard Gordon* | $161,599 | $156,560 | 40,400 | 40,400 | 68,354 | $4,500 | $153,654 | 9,321 | ~~$20,863~~ *$12,850 (-$8,013) | $175,825 |
| Elynor Lemon*** | $33,794 | $37,080 | Retiring | 3,765 | 8,792 | ***$4,500 (Will retire; will need to waive.) | $12,557*** | 4,780 | $7,170 | $24,507 |
| C. Edward Miller, Jr.*** | $90,741 | 0 | Retiring | 22,500 | 65,762 | ***$4,500 (Will retire; will need to waive.) | $88,262*** | 4,501 | $6,920 | $99,683 |
| Raymond Stromer | $117,569 | $104,030 | 29,392 | 29,392 | 76,908 | $4,500**** | $140,192 | 9,040 | 0 | $149,232 |
| Theone Scholl-Tollefson* | $174,455 | $174,070 | 43,614 | 43,614 | 36,905 | $4,500 | $128,633 | 4,697 | ~~$20,356~~ *$12,850 (-$7,506) | $146,180 |
| NEW Total w/CEM & salary reconciliation | $766,116 | $661,260 | $145,074 | $184,239 | $294,995 | ***$18,000 if waived $13,500 | ~~$642,308~~ $637,808 | $37,416 | $39,790 | ~~$719,514~~ $715,014 |
| Pay Date | | | 4/5 | 4/5 | 4/5 | 4/5 | 4/5 | 4/13 | 3/31 | |
| Method of Pay | | | Off cycle Earned Severance Paycheck via ADP Payout 4/5/2017 | | | | $637,808 Separate ADP Check | Added to Final Paycheck $37,416 Cashier's Check | Added to 3/31 Paycheck $39,790 ADP | $715,014 |

Formatted: Font: (Default) Arial
Formatted: Font: (Default) Arial, Strikethrough
Field Code Changed
Field Code Changed

\*  **Bankruptcy Code – "antecedent debt"** – Preferential transfer for priority wages limits to $12,850 per individual. Lowered 2 employees' carryover amounts to $12,850.
\*\* **Outplacement** – The vendor that the Company has used in the past is Lee Hecht Harrison ("LHH").
  - o  LHH's terms of its "Statement of Work," Paragraph 5. (d) Bankruptcy, states " *In the event Client files for relief under Chapter 7 of the federal bankruptcy code or any other credit action requiring liquidation of assets, LHH shall be under no obligation to continue outplacement services.*"
  - o  TOC offered this service to employees in the last 10 years, and 16 employees elected to use this service, of which 13 completed the program; 2 Declined stating they were "Not interested"; and, 1 did not complete the program but no reason was given. (Note: 9 employees had 3-month ($4,500) programs, and 7 had 2-month ($3,200) programs. (81% completed program; 19% did not complete program.)
  - o  TOC was a going concern when this service was offered to terminating employees.
  - o  TOC will offer $4,500 to assist terminating employees with his/her outplacement/career transition in lieu of providing the service through LHH. Employees will indicate their intention to use/not use this service by signing the Outplacement/Career Transition Form included in their Severance Package.
\*\*\* **3 employees will need to waive if they do not plan to pursue Outplacement.** Diann Cannady will have employment; Elynor Lemon and C. Edward Miller, Jr. will Retire and, as such, will not be eligible; still need to have them sign indicating that they are waiving this option. $4,500 for each of these 3 employees, is not included in Totals for each employee. **\*\*\*\* 3/27/2017 – Raymond Stromer is retiring and waives Outplacement and Career Transition Assistance.**

| Employee | ~ Base Salary (2016 – W2) | Job Search Period (JSP) | Severance Amount | Years of Service | | Outplacement/ Career Transition | TOTAL SBP PAYOUT | Vacation | | TOTAL ALL Categories |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Total years | Total $ equivalent 2017 | | | 2017 Unused | Carryover | |
| Diann Cannady $5,159/mo $238/day/JK 10/5/1981 | $61,907 | 90/$15,478 Will be employed | 75/$12,900 | 36 | 26 x $1,191 = $30,966 | Will be employed | $43,866 | $1,667 (7 days) | | $45,533 |
| Mark Chandler $10,556/mo ($487/day/JK) 7/19/2004 | $126,677 | 90/$31,668 | 90/$31,668 | 13 | 3 X $2,436 = $7,308 | $4,500 | $75,144 | $3,410 (7 days) | | $78,554 |
| Richard Gordon $13,467/mo ($622/day/JK) 7/8/1985 | $161,599 | 90/$40,400 | 90/$40,400 | 32 | 22 X $3,107 = $68,354 | $4,500 | $153,654 | $9,321 (15 days) | $12,850* $20,863 (31) | $175,825 |
| Elynor Lemon $627.48/wk $29.88/hr ($239/day/JK) 3/9/1993 | $33,794 ($627.48/wk) | 60/$5,020 Retiring | 45/$3,765 | 24 | 14 x $628 = $8,792 | Will retire | $12,557 | $4,780 (20 days) | $7,170 (30) | $24,507 |
| C. Edward Miller, Jr $7,500/mo ($346/day/JK) 8/11/1969 | $90,000 | 90/$22,500 Retiring | 90/$22,500 | 48 | 38 x $1,731 = $65,762 | Will retire | $88,262 | $4,501 (13 days) | $6,920 (20) | $99,683 |
| Ray Stromer $9,797/mo ($452/day/JK) 2/1/1973 | $117,569 | 90/$29,392 | 90/$29,392 | 44 | 34 x $2,262 = $76,908 | $4,500 | $140,192 | $9,040 (20 days) | | $149,232 |
| Theone Tollefson $14,537/mo ($671/day/JK) 12/30/1996 | $174,455 | 90/$43,614 | 90/$43,614 | 21 | 11 x $3,355 = $36,905 | $4,500 | $128,633 | $4,697 (7 days) | $12,850* $20,356 (28) | $146,180 |
| Job Search – 60 days or 90 days  • 60 days = 2 months/8 weeks  • 90 days = 3 months/12 weeks  Severance – 45, 75, or 90 days  • 45 days = 6 weeks  • 75 days = 10 weeks  • 90 days = 12 weeks  *Bankruptcy limits to $12,850. | $145,074 | $184,239 | | $294,995 | | $13,500 | $637,808 | $37,416 | $39,790 | $715,014 |

SBP/Severance Benefit Plan – 2017 Calculations – CONFIDENTIAL AND FINAL – REVISED 3-29-2017 – Stromer waives Outplacement /4/11/2017 12:33 PM/    2 | P a g e