**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>TOC Holdings Co., fka Time Oil Co.<br><br>Debtor. | Case No. 17-11872-CMA<br><br>**EX PARTE ORDER AUTHORIZING TRUSTEE TO EXECUTE CERTIFICATION TO TERMINATE ADMINISTRATIVE ORDER ON CONSENT FOR PORTLAND HARBOR SUPERFUND SITE** |

THIS MATTER having come before the Court upon the ex-parte motion of Trustee Edmund J. Wood (the "Trustee") for an order allowing the Trustee to execute a certification to terminate administrative order on consent for Portland Harbor Superfund Site. The Court considered the motion, the Certification to Terminate Administrative Order on Consent for the Portland Harbor Superfund Site (the "Certification") and the pleadings and files herein. Now, therefore, it is hereby

ORDERED that the Trustee is authorized to execute the Certification appended to the Motion.

///End of Order///

EX PARTE ORDER - 1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206)447-4400 FAX 206-749-9700

51628164.1

Case 17-11872-CMA    Doc 142    Filed 08/15/17    Ent. 08/15/17 10:51:20    Pg. 1 of 2

1  Presented by:

2  **FOSTER PEPPER PLLC**

3

4  */s/ Deborah A. Crabbe*
Deborah A. Crabbe, WSBA No. 22263
Bryan T. Glover, WSBA No. 51045
5  Attorneys for Trustee Edmund J. Wood

EX PARTE ORDER - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206)447-4400 FAX 206-749-9700

51628164.1

Case 17-11872-CMA    Doc 142    Filed 08/15/17    Ent. 08/15/17 10:51:20    Pg. 2 of 2