Judge Christopher M. Alston
Chapter 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON **AT SEATTLE**

In re:

TOC Holdings Co.
f/k/a Time Oil Co.

                        Debtor.

No. 17-11872-CMA

**REPORT ON SALE**

COMES NOW the Trustee, Edmund Wood, and submits this Report on Sale of Real Property located at 19740 Viking Avenue NW, Poulsbo Washington.

The details can be found on the attachment hereto and are summarized as follows:

| | | | |
|---|---|---|---|
| CONTRACT SALES PRICE | | $ | 232,500.00 |
| Kitsap Co. Treasurer- property tax credit | | $ | 423.91 |
| **TOTAL SALE PRICE** | | **$** | **232,923.91** |
| Buyer's Premium | | $ | - |
| **TOTAL FUNDS RECEIVED FROM BUYER:** | | **$** | **232,923.91** |
| LESS: | | | |
| Realtor Commission | Kidder Mathews | $ | 12,093.92 |
| Escrow Closing Fee | Chicago Title Company | $ | 825.00 |
| Title Insurance | Fidelity National Title | $ | 845.84 |
| Excise Tax | Kitsap County Treasurer | $ | 4,143.50 |
| 2017 Property tax | Kitsap County Treasurer | $ | 3,177.71 |
| Utilities | City of Poulsbo holdback | $ | 250.00 |
| Storm System Holdback | A-1 Services | $ | 3,850.00 |
| **TOTAL COSTS OF SALE** | | **$** | **25,185.97** |
| TOTALS FUNDS RECEIVED | | $ | 232,923.91 |
| LESS: TOTAL CLOSING COSTS | | $ | 25,185.97 |
| **NET PROCEEDS TO TRUSTEE:** | | **$** | **207,737.94** |

DATED this 10th day of November, 2017.

REPORT ON SALE

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

_/s/  Edmund Wood_

Edmund  Wood, WSB # 03695

REPORT ON SALE

Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382



# Chicago Title Company of Washington
10500 NE 8th St., Suite 600, Bellevue, WA 98004
Phone: (425)455-4995 | FAX: (425)646-9154

## AMENDED
## FINAL SELLER'S STATEMENT

**Settlement Date:** November 9, 2017
**Disbursement Date:** November 9, 2017
**Buyer:** Vallestad Holdings, LLC
POB 163
Keyport, WA 98345

**Escrow Number:** 0106958-OC
**Escrow Officer:** Paula K. Adams

**Seller:** Edmund J. Wood as Chapter 7 Trustee for the bankruptcy estate of TOC Holdings Co., fka Time Oil Co.
303 N 67th St. Seattle
Seattle, WA 98103

**Property:** 19740 Viking Ave NW
Poulsbo, WA 98370
Kitsap County, Washington

| | | | $ DEBIT | $ CREDIT |
|---|---|---|---|---|
| **FINANCIAL CONSIDERATION** | | | | |
| Contract sales price | | | | 232,500.00 |
| | | | | |
| **PRORATIONS/ADJUSTMENTS** | | | | |
| County taxes at $1,444.44 | 11/08/17 to 01/01/18 | ($1,444.44 / 184 X 54 days) | | 423.91 |
| | | | | |
| **COMMISSIONS** | | | | |
| Listing Broker commission | Kidder Mathews LLC | | 12,093.92 | |
| | Kidder Mathews LLC | $12,093.92 | | |
| 5% Commission + $468.92 Water Bill paid by Kidder Mathews | | | | |
| | | | | |
| **TITLE & ESCROW CHARGES** | | | | |
| Settlement or closing fee $750.00 plus $75.00 | Chicago Title Company of Washington | | 825.00 | |
| Owner's Policy Premium $776.00 + $69.84 tax | Fidelity National Title Company | | 845.84 | |
| | | | | |
| **GOVERNMENT CHARGES** | | | | |
| City/County tax/stamps | Kitsap County Treasurer | | 4,143.50 | |
| | | | | |
| **MISCELLANEOUS CHARGES** | | | | |
| 2017 Real Estate Taxes | Kitsap County Treasurer | | 3,177.71 | |
| Estimated Final Utility Bill | City of Poulsbo | | 250.00 | |
| Storm System Invoice Holdback | A-1 Services, Inc. | | 3,850.00 | |
| | | | | |
| Subtotals | | | 25,185.97 | 232,923.91 |
| **Balance Due TO Seller** | | | **207,737.94** | |
| **TOTALS** | | | 232,923.91 | 232,923.91 |

**THIS IS A CERTIFIED COPY OF THE ORIGINAL DOCUMENT(S) BY
CHICAGO TITLE COMPANY OF WASHINGTON**

_____

Chicago Title Company of Washington, Settlement Agent

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**