|  | |
|---|---|
| | The Honorable Christopher M. Alston<br>Chapter: 7<br>Hearing Date: December 15, 2017<br>Hearing Time: 9:30 a.m.<br>Hearing Location: Seattle, WA<br>Response Date: December 8, 2017 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>TOC Holdings Co., fka Time Oil Co.,<br><br>                        Debtor. | Case No. 17-11872-CMA<br><br>**TRUSTEE'S MOTION TO AUCTION VEHICLES** |

COMES NOW Edmund J. Wood as trustee ("Trustee") for the bankruptcy estate of TOC Holdings Co., fka Time Oil Co. (the "Debtor") by and through his counsel Foster Pepper PLLC and hereby moves this Court for an order pursuant to 11 U.S.C. § 363(b)(1), (f), 11 U.S.C. § 704 and 11 U.S.C. § 105 authorizing him to two vehicles free and clear of liens, claims and encumbrances as follows:

**I. AUCTION OF CERTAIN PROPERTY BY JAMES G. MURPHY COMPANY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

James G. Murphy Company, Inc. ("JGM") was hired by order of this Court dated October 13, 2017. *See* Dkt No. 179. The Trustee proposes that JGM be permitted to auction two vehicles constituting property of the estate (the "Property").

The auction will be a live auction conducted on February 10, 2018 at JGM's offices located at 18226 68th Ave., NE, Kenmore, WA 98028. *Wood Dec., ¶ 4.* It is the Trustee's position that the sale Property is in the best interest of creditors and the estate. *Wood Dec., ¶ 11.*

MOTION - 1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206)447-4400 FAX 206-749-9700

52891392.1

1. **Nature of the Property**. The Property to be sold consists of two vehicles as follows:

2013 Toyota Tundra VIN 5TFUY5F1XDX272740; and

2013 Chev Equinox LTZ, VIN 2GNFLGEK2D6199402. *Wood Dec.*, *¶ 3.*

2. **Purchase Price and Terms.** The Property will be sold at auction for the highest and best offer with 10% of the proceeds being paid as a commission to JGM. *Wood Dec., ¶ 5.* In addition, JGM will be reimbursed for any costs associated with the sale of the Property. *Wood Dec., ¶ 6.*

3. **Identity of Purchasers**. The buyers at the auction are not known at this time. *Wood Dec., ¶ 7.*

4. **Contingencies.** There are no contingencies for the auctions. *Wood Dec., ¶ 8.*

5. **Condition of Title.** The Trustee believes that Property is unencumbered. *Wood Dec., ¶ 10.*

6. **Utilization of Proceeds.** The Trustee requests that he be permitted to hold the proceeds from the sale in his trust account pending further order of this Court. *Wood Dec., ¶ 13.*

7. **Benefit to the Estate.** The net proceeds will be available to pay claims filed in this case. *Wood Dec., ¶ 11.*

8. **Authority to Sell.** Under 11 U.S.C. § 363(f), a trustee is authorized "to sell property under section (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if . . .(2) such entity consents;. . .(4) such interest is in bona fide dispute; or (5) such entity could be compelled, in a legal or equitable proceedings, to accept money in satisfaction of such interest."

MOTION - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206)447-4400 FAX 206-749-9700

52891392.1

Case 17-11872-CMA    Doc 218    Filed 11/22/17    Ent. 11/22/17 13:50:06    Pg. 2 of 3

Here, the Trustee does not anticipate any objection to his request that the auction be free and clear of liens, claims and encumbrances since the Property is unencumbered. *Wood Dec., ¶ 10.*

Courts have discretion in considering sales and apply the "best interests of the estate" test.

> In approving any sale outside the ordinary course of business, the court must. . .find it is in the best interest of the estate, i.e., it is fair and reasonable, that it has been given adequate marketing, that it has been negotiated and proposed in good faith, and that it is an "arm's length" negotiation.

*In re Wilde Horse Enterprises, Inc.,* 136 B.R. 830, 841 (Bankr.C.D.Cal. 1991).

Here, it is the Trustee's position that the value of the Property can be maximized by having JGM take possession of, stage and advertise the Property for auction at a minimum cost to the estate. *Wood Dec., ¶ 9.* The Trustee believes the auction will maximize the value of the Property. *Wood Dec., ¶ 11.*

Accordingly, the Trustee respectfully requests that the Court approve the sale of the Property described herein free and clear of liens, claims and encumbrances with such liens, claims and encumbrances, if any, and replaced by an identical priority lien in the proceeds from the sale of the Property that are encumbered by such liens, claims and encumbrances, if any.

DATED this 22nd day of November, 2017.

FOSTER PEPPER PLLC

*/s/ Deborah A. Crabbe*
Deborah A. Crabbe, WSBA #22263
Bryan T. Glover, WSBA #51045
Attorneys for Trustee Edmund J. Wood

MOTION - 3

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206)447-4400 FAX 206-749-9700

52891392.1

Case 17-11872-CMA    Doc 218    Filed 11/22/17    Ent. 11/22/17 13:50:06    Pg. 3 of 3