UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>TOC Holdings Co., fka Time Oil Co.<br><br>                      Debtor. | Case No. 17-11872-CMA<br><br>**TRUSTEE'S EX-PARTE MOTION FOR ORDER AUTHORIZING SPECIAL SETTING FOR HEARING ON MOTION APPROVING (i) STALKING HORSE BIDDER, (ii) PAYMENT OF A BREAK-UP FEE AND (iii) BID PROCEDURES FOR SALE OF DEBTOR'S PORTLAND PROPERTY** |

      COMES NOW Edmund J. Wood as trustee ("Trustee") for the bankruptcy estate of TOC Holdings Co., fka Time Oil Co. (the "Debtor") and hereby moves this Court for an order specially setting a hearing on the Trustee's Motion for Order Approving (i) Stalking Horse Bidder; (ii) Payment of Break-Up Fee; and (ii) Bid Procedures for the Sale of Debtor's Portland Property (the "Motion").

      The Trustee seeks a special setting for the Motion on April 26, 2018 at 9:30 a.m. for the following reasons:

      1.     The Motion will propose a stalking horse bidder for the real property commonly known as 10350 N. Time Oil Road, Portland, OR (the "Portland Property"), bid procedures for

EX-PARTE MOTION   - 1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206)447-4400 FAX 206-749-9700

Case 17-11872-CMA   Doc 342   Filed 03/14/18   Ent. 03/14/18 15:47:13   Pg. 1 of 4

the sale of the Portland Property, including a potential auction of the Portland Property, and a break-up fee for the stalking horse in the event another bidder is the buyer of the Portland Property

2. The timing of the Motion affects (i) the timing of the deadline to submit competing bids in accordance with the bid procedures, (ii) a potential auction of the Portland Property; and (iii) a hearing to approve the sale of the Portland Property.

3. The Trustee is proposing a 60 day time period for competing bids to be submitted following the Motion.

4. The Trustee does not have sufficient time to properly notice this Motion for hearing on the Court's next available Chapter 7 calendar on April 6, 2018 as the documents are still being drafting and finalized.

5. The Trustee's counsel is not available on April 20, 2018, which is the Court's next Chapter 7 calendar after April 6, 2018.

6. This would mean that the Motion would have to be noted for May 4, 2018. This would result in the following time frames:

| | |
|---|---|
| May 4, 2018 | Hearing on Motion |
| July 5, 2018 | Deadline to submit competing bids |
| July 9, 2018 | Auction |
| July 20, 2018 | Hearing on sale |

7. In other words, the stalking horse would have to wait almost 120 days from now before it knows whether it is the buyer for the Portland Property. While the stalking horse understands that notice in bankruptcy cases is extremely important, the stalking horse is hoping

EX-PARTE MOTION - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206)447-4400 FAX 206-749-9700

Case 17-11872-CMA    Doc 342    Filed 03/14/18    Ent. 03/14/18 15:47:13    Pg. 2 of 4

to have the matter heard sooner so that it can continue with certain negotiations with the various government entities regarding the environmental issues associated with the Portland Property. The stalking horse is concerned that the additional delay may result in the negotiations being put on hold during the lengthy delay.

8. In addition, and of equal importance is the timing of the bid deadline and auction, which would fall during the week of the July 4th holiday. The Trustee is concerned that this timing, when many people have scheduled vacations, may cause potential bidders to miss the deadline thereby impacting bidding.

9. If the Court were to permit a special setting on its calendar on April 26, 2018, the following time frames could be used saving almost two weeks and also avoiding the July 4, 2018 holiday issues.

| | |
|---|---|
| April 26, 2018 | Hearing on Motion |
| June 25, 2018 | Deadline to submit competing bids |
| June 29, 2018 | Auction |
| July 6, 2018 | Hearing on sale |

10. The stalking horse and the Trustee both believe that the additional two weeks saved is meaningful and important to the sale and the continued negotiations and meaningful to the bidding process.

EX-PARTE MOTION - 3

WHEREFORE, the Trustee respectfully requests that the Court permit the Motion to be specially set on the Court's April 26, 2018 Chapter 13 calendar.

DATED this 14th day of March, 2018.

    FOSTER PEPPER PLLC

*/s/ Deborah A. Crabbe*
Deborah A. Crabbe, WSBA #22263
Attorneys for Trustee Edmund J. Wood

EX-PARTE MOTION - 4

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206)447-4400 FAX 206-749-9700