# EXHIBIT A

Legal Description

LOTS 4 AND 5, BLOCK 29, SWANS ADDITION TO THE TOWN OF OLYMPIA, RECORDED IN VOLUME 1 OF PLATS, PAGE 37,

COUNTY OF THURSTON, STATE OF WASHINGTON

Tax Parcel No. 78202900400

ORDER - 11

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206)447-4400 FAX 206-749-9700

52935187.1

Case 17-11872-CMA    Doc 372-1    Filed 04/03/18    Ent. 04/03/18 13:48:35    Pg. 1 of 1