Judge Christopher M. Alston
Chapter 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON **AT SEATTLE**

In re:

TOC Holdings Co.
f/k/a Time Oil Co.

Debtor.

No. 17-11872-CMA

**REPORT ON SALE**

COMES NOW the Trustee, Edmund Wood, and submits this Report on Sale of Real Property located at 927 Fourth Ave E., Olympia, Washington.

The details can be found on the attachment hereto and are summarized as follows:

| | | | |
|---|---|---:|---:|
| CONTRACT SALES PRICE | | $ | 150,000.00 |
| King co. Treasurer- property tax credit | | $ | 1,196.45 |
| **TOTAL SALE PRICE** | | **$** | **151,196.45** |
| Buyer's Premium | | $ | - |
| **TOTAL FUNDS RECEIVED FROM BUYER:** | | **$** | **151,196.45** |
| | | | |
| LESS: | | | |
| Realtor Commission | Kidder Matthews | $ | 3,750.00 |
| Realtor Commission | Kidder Matthews | $ | 3,750.00 |
| Escrow Closing Fee | Thurston Co. Title | $ | 516.80 |
| Property Taxes (2017/1st half 2018) | Thurston Co. Treasurer | $ | 9,687.43 |
| Title Insurance | Thurston Co. Title | $ | 390.05 |
| Excise Tax | Thurston Co. Treasurer | $ | 1,335.00 |
| Recording fee | Thurston Co. Title | $ | 2.50 |
| Recording fee | Thurston Co. Title | $ | 58.50 |
| Utilities | City of Olympia | $ | 1,577.35 |
| **TOTAL COSTS OF SALE** | | **$** | **21,067.63** |
| | | | |
| TOTALS FUNDS RECEIVED | | $ | 151,196.45 |
| LESS: TOTAL CLOSING COSTS | | $ | 21,067.63 |
| **NET PROCEEDS TO TRUSTEE:** | | **$** | **130,128.82** |

REPORT ON SALE

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

1   DATED this 9th day of May, 2018.

                                    */s/   Edmund Wood*
                                    Edmund Wood, WSB # 03695

| | File No./Escrow No.: TH14259 |
|---|---|
| | Print Date & Time: 04/20/18 01:13 PM |
| | Officer/Escrow Officer: Darla J. Wilkins |
| | Settlement Location: |
| | Thurston County Title Company |
| | 105 8th Ave SE |
| | Olympia, WA 98501 |

Thurston County Title Company
ALTA Universal ID: 1063433
105 8th Ave SE
Olympia, WA 98501

THURSTON COUNTY TITLE
We Certify This To Be A
True And Exact Copy of
The Original
Thurston County Title Co. *BD*

**Property Address:** LOS 4 & 5 BLOCK 29 SWANS ADDITION
927 4TH AVE E
OLYMPIA, WA 98501

**Borrower:** C2 PARTNERS LLC
605 11TH AVENUE SE, SUITE 201
OLYMPIA, WA 98501

**Seller:** BANKRUPTCY ESTATE OF TOC HOLDINGS CO., FKA TIME OIL CO.
C/O FOSTER PEPPER PLLC, 1111 3RD AVE. #3000
SEATTLE, WA 98101

**Settlement Date:** 04/13/2018
**Disbursement Date:** 04/13/2018
**Additional dates per state requirements:**

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | | Deposit | | $5,000.00 |
| | $150,000.00 | Sale Price of Property | $150,000.00 | |
| | | Funds deposited to close | | $148,523.80 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $1,196.45 | County Property Taxes from 04/13/2018 to 06/30/2018 | $1,196.45 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| $390.05 | | Title - Owner's Title Insurance (optional) $780.10 to Thurston County Title Company | $390.05 | |
| $516.80 | | Title - Escrow Fee to Thurston County Title Company | $516.80 | |
| | | | | |
| | | **Commission** | | |
| $3,750.00 | | Real Estate Commission - Listing to KIDDER MATHEWS | | |
| $3,750.00 | | Real Estate Commission - Selling to Kidder Mathews | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| $2.50 | | Additional Transfer Tax - Technology Fee to Thurston | $2.50 | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | County Treasurer | | |
| $58.50 | | Record Trustee's Special Quit Claim Deed to Thurston County Title Company | $58.50 | |
| $1,335.00 | | Transfer Tax to Thurston County Treasurer | $1,335.00 | |
| | | | | |
| | | **Miscellaneous** | | |
| $9,687.43 | | 2017/1st Half 2018 taxes to Thurston County Treasurer | | |
| $1,577.35 | | Utilities to City of Olympia | | |
| | | | | |
| Seller | | | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
| $21,067.63 | $151,196.45 | Subtotals | $153,499.30 | $153,523.80 |
| | | Due To Borrower | $24.50 | |
| **$130,128.82** | | Due To Seller | | |
| $151,196.45 | $151,196.45 | Totals | $153,523.80 | $153,523.80 |

Copyright 2015 American Land Title Association.
All rights reserved.
Printed on: 04/20/18 01:14 PM