Form expadm (08/2016)

## UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In
Re:

TOC Holdings Co

Debtor(s).

Case Number: 17−11872−CMA
Chapter: 7

---

## EXPENSES OF ADMINISTRATION

### RE: #175, #218, #257, #418 and #459 Motion to Sell Free and Clear, 11 USC Sect 363(f).

The following is an itemization of administrative costs to be paid from the estate of the above referenced case pursuant to 28 USDC Sec. 1930. **Please remit your check payble to <u>Clerk, U.S. Bankruptcy Court</u> in the amount of <u> $ 905.00</u> and return a copy of this letter with your check.** If you or your attorney charge additional costs to the above mentioned estate you will receive a subsequent billing.

| | | |
|---|---|---|
| Notices | XNTC−Before 1/1/1998 | $ |
| Photocopies | XCOP | $ |
| Certifications | XCRT−Before 2/1/2001 | $ |
| | OCER−After 2/1/2001 | $ |
| | CERT−After 11/1/2011 | $ |
| Complaints | AP−Before 9/20/2005 | $ |
| | OADV−After 9/20/2005 | $ |
| | OAP−After 11/1/2011 | $ |
| | ADV−After 6/1/2014 | $ |
| Reopenings | RO7 | $ |
| Exemplifications | EXEM | $ |
| Conversion Fees | CV | $ |
| Appeals | APE | $ |
| Cross Appeals | CAPE | $ |
| Direct Appeals and Direct Cross Appeals | DAPE | $ |
| Digital Recording | DR | $ |
| Chaper 7 Filing Fee | I7 | $ |
| Chaper 11 Filing Fee | I11 | $ |
| Chaper 13 Filing Fee | I13 | $ |

Dated: June 15, 2018

Mark L. Hatcher
Clerk of the Bankruptcy Court