,,The Honorable Christopher M. Alston
Chapter: 7
Hearing Date: March 1, 2019
Hearing Time: 11:00 a.m.
Hearing Location: Seattle, WA
Response Date: February 22, 2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TOC HOLDINGS CO., fka TIME OIL CO.,<br><br>Debtor. | Case No. 17-11872-CMA<br><br>**TRUSTEE'S MOTION FOR ORDER APPROVING SECOND AMENDMENT TO SEATTLE ASSET PURCHASE AGREEMENT** |

COMES NOW, Edmund J. Wood, as trustee for the bankruptcy estate of TOC Holdings Co., fka Time Oil Co. (the "Trustee"), and hereby moves the Court for an order approving a Second Amendment to Asset Purchase Agreement, which Asset Purchase Agreement ("APA") between the Trustee and Cantera Development Group, LLC ("Cantera") was approved by the Court by entry of a final order on June 14, 2018 (the "Final Order"), and was thereafter amended to reflect that the APA effective date was June 14, 2018 (the "Effective Date"). *See Dkt No. 521.*

The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The relief sought in this Motion is based upon sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 9014.

This motion is supported by the declaration of the Trustee being filed concurrently (the "Wood Dec.") and the files and records of this case, including but not limited to the Trustee's bid

MOTION - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

53327485.1

procedures motion *[Dkt. # 348]* and the declarations in support of the bid procedures motion *[Dkt. ## 350- 351, 355]*, the order approving Cantera as a stalking-horse bidder *[Dkt. # 371]*, the supplemental filing of the unsigned APA *[Dkt. # 378]*, the Trustee's motion for order approving the sale to Cantera *[Dkt. # 418]*, the declaration of Edmund J. Wood in support *[Dkt. # 419]*, the Findings of Fact for Order Approving Sale of Seattle Property Free and Clear of Liens and Claims and Assignment of Unexpired Lease *[Dkt. # 457]* (the "Findings"), and the Order Approving Sale of Seattle Property Free and Clear of Liens and Claims and Assignment and Assumption of Unexpired Lease *[Dkt. # 458]* (the "Final Order").

### 1. BACKGROUND AND RELIEF REQUESTED

This case was commenced by the Debtor's filing of a voluntary chapter 7 bankruptcy petition on April 24, 2017. The Trustee was appointed as the chapter 7 trustee on the same date and has acted in that capacity at all times since. After extensive discussions and due diligence, Cantera and the Trustee negotiated the APA for the Property, more particularly described in Final Order. *Wood Dec., ¶ 4.*

The APA, as amended, provides that Cantera, as buyer, has not less than 180 days and not more than 360 days from the Effective Date to conduct its due diligence after a final order approving the sale to Cantera was entered (the "Due Diligence Period"). *See Dkt # 458-2 at 11, § 2.2.* As a result, Cantera's Due Diligence Period deadline under the APA is June 9, 2019. *Wood Dec., ¶ 8.*

As part of Cantera's due diligence, Cantera performed the first round of additional sediment testing required by the Washington State Department of Ecology ("DOE") testing in addition to what had already been done by others) and provided an initial update to the Trustee on September 15, 2018. *Wood Dec., ¶ 9.* This round of sediment testing confirmed levels of

MOTION - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

53327485.1

Case 17-11872-CMA    Doc 621    Filed 02/07/19    Ent. 02/07/19 14:10:35    Pg. 2 of 4

contaminants above likely cleanup levels that would be applicable to sediments. DOE has yet to set final, acceptable cleanup levels for sediments. *Wood Dec., ¶ 10.*

Cantera has advised the Trustee that it is working closely with DOE, and that the relationship between Cantera and DOE is positive and productive. *Wood Dec., ¶ 11.* Cantera has engaged Floyd|Snider as its environmental contamination consultants for the Property. Floyd|Snider has prepared for Cantera a draft remedial investigation work plan to fill upland data gaps, and Cantera hopes to incorporate the results into a Prospective Purchaser Agreement ("PPA") with DOE. Final execution and judicial approval of the PPA is a key term of the APA. *Wood Dec., ¶¶ 12-13.*[1]

While negotiations with DOE are ongoing, DOE has advised Cantera that further upland sediment testing is needed to support the work plan. *Wood Dec., ¶ 14.* As a result, on or about January 8, 2019, Cantera made a formal request of the Trustee to extend the expiration of the Due Diligence Period to December 31, 2019 so that Cantera may perform additional sediment testing and upland assessment to support critical aspects of Cantera's negotiations with DOE for the PPA. *See Wood Dec., ¶ 15. See also Dkt # 458-2 at 9, § 2.6.*

These additional studies would necessarily extend the period required to obtain the PPA beyond the June 9, 2019, deadline for the Due Diligence Period. *Wood Dec., ¶ 16.* Cantera has represented to the Trustee and believes that the additional extension of the APA's Due Diligence Period to December 31, 2019, should provide adequate time to complete the necessary testing and PPA negotiations once the results from the studies are obtained. *Wood Dec., ¶ 17.*

---

[1] As the Court may recall, a PPA defines the scope of the purchaser's liability and terms for satisfying that liability with respect to cleanup of environmentally contaminated properties.

MOTION - 3

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

53327485.1

Case 17-11872-CMA    Doc 621    Filed 02/07/19    Ent. 02/07/19 14:10:35    Pg. 3 of 4

As consideration for the extension of the Due Diligence Period to December 31, 2019, Cantera has agreed to pay the sum of $25,000 to the estate of which $12,500 shall be a nonrefundable advance on the purchase price and $12,500 shall be nonrefundable new money that will be added to the purchase price. *Wood Dec., ¶ 19, Ex. A.*

Accordingly, the Trustee is requesting that the Court authorize the Trustee to execute the Second Amendment to Asset Purchase Agreement attached as **Exhibit A** to the *Wood Dec.* and incorporated herein by this reference.

## 2. CONCLUSION

For the foregoing reasons, the Trustee respectfully requests that the Court enter an order in the form proposed by the Trustee authorizing the extension of Due Diligence Period under the APA from June 9, 2019 to December 31, 2019.

DATED this 7th day of February, 2019.

**FOSTER PEPPER PLLC**

*/s/ Deborah A. Crabbe*

Deborah A. Crabbe, WSBA #22263
Attorneys for Trustee Edmund J. Wood

MOTION - 4

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

53327485.1

Case 17-11872-CMA    Doc 621    Filed 02/07/19    Ent. 02/07/19 14:10:35    Pg. 4 of 4