Entered on Docket February 27, 2019

**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In Re: | Case No. 17-11872-CMA |
|---|---|
| TOC Holdings Co., fka Time Oil Co.<br><br>         Debtor. | **ORDER GRANTING TRUSTEE'S MOTION FOR APPROVING SECOND AMENDMENT TO SEATTLE ASSET PURCHASE AGREEMENT** |

THIS MATTER having come on before the Court upon the Motion (the "Motion") of Edmund J. Wood as trustee ("Trustee") for an Order Approving Second Amendment to Asset Purchase Agreement, which Asset Purchase Agreement ("APA") between the Trustee and Cantera Development Group, LLC ("Cantera") was approved by the Court by entry of a final order on June 14, 2018 (the "Final Order"), and thereafter amended to be effective as of June 14, 2018 (the "Effective Date"). The Court reviewed the Motion, the Declaration of Edmund J. Wood in support and exhibit thereto, and the pleadings and files herein and believes there is good cause to grant the Motion. Now, therefore IT IS HEREBY

ORDERED, as follows:

1. The Motion is granted.

ORDER - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206)447-4400 FAX 206-749-9700

53329238.1

**Below is the Order of the Court.**

2. The Second Amendment to Asset Purchase Agreement, a true copy of which is attached as Exhibit 1, is approved.

3. The Due Diligence Period is extended to December 31, 2019.

///End of Order///

Presented by:

**FOSTER PEPPER PLLC**

*/s/ Deborah A. Crabbe*
Deborah A. Crabbe, WSBA No. 22263
Attorneys for Trustee Edmund J. Wood

ORDER - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206)447-4400 FAX 206-749-9700

53329238.1

# EXHIBIT 1

**(Second Amendment to Asset Purchase Agreement)**

ORDER - 3

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206)447-4400 FAX 206-749-9700

53329238.1

# SECOND AMENDMENT TO ASSET PURCHASE AGREEMENT

THIS SECOND AMENDMENT TO ASSET PURCHASE AGREEMENT (this "Second Amendment"), effective as of February ___, 2019, is made by and between CANTERA DEVELOPMENT GROUP, LLC, an Illinois limited liability company or assigns ("Purchaser"), and EDMUND J. WOOD as Chapter 7 Trustee of the Bankruptcy Estate of TOC HOLDINGS CO., a Washington corporation, formerly known as Time Oil Co. ("Seller").

## RECITALS

A. Purchaser and Seller entered into that certain Asset Purchase Agreement made effective March 16, 2019 (the "Agreement") and amended by that First Amendment to Asset Purchase Agreement made effective August 21, 2018 (the "First Amendment"), for the sale by Seller and the purchase by Purchaser, of certain Acquired Assets as more particularly described in Section 2.1 of the Agreement.

B. Purchaser and Seller have agreed to further amend the Agreement, as amended, on the terms and conditions set forth herein.

C. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Agreement.

## AGREEMENT

NOW THEREFORE, in consideration of the Agreement, as amended, and the agreements made in this Second Amendment, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1. Due Diligence Period. Section 2.11 of the Agreement is stricken and replaced with the following:

> **Section 2.11 Due Diligence Period.** Seller and Purchaser agree that Purchaser shall have one hundred eighty (180) days following the Effective Date of the Agreement, as amended by the First Amendment, to investigate and approve, in its sole and absolute discretion, all matters pertaining to the physical, structural, electrical, mechanical, soil, drainage, environmental, zoning, land use and other governmental compliance and conditions and all other matters with respect to the Property (the "***Due Diligence Period***"); provided, however, the Purchaser may elect to extend the Due Diligence Period at its sole discretion and at no cost for not more than two (2) periods of ninety (90) days each, subject to prior written notice of such election delivered to Seller at least twenty (20) days prior to the then-scheduled Closing Date. The Due Diligence Period can be further extended to December 31, 2019 at the election of Purchaser upon (1) payment to the Seller of the sum of $25,000, of which $12,500 shall be a nonrefundable advance on

1

the Purchase Price and $12,500 shall be nonrefundable new money that will be added to the Purchase Price; and (2) delivery to Seller at least twenty (20) days prior to the then-scheduled Closing Date of Purchaser's written notice to extend the Due Diligence Period to December 31, 2019.

2. <u>Effect</u>. Except as expressly amended under this Second Amendment, the terms, conditions and provisions of the Agreement, as amended, shall not be amended or modified. Purchaser and Seller hereby acknowledge and agree that the Agreement, as amended by the First Amendment and this Second Amendment, continues in full force and effect.

3. <u>Execution</u>. This Second Amendment may be executed in any number of identical counterparts, any or all of which may contain the signatures of fewer than all of the parties but all of which shall be taken together as a single instrument. A party's signature on this Second Amendment may be provided by facsimile or a PDF and shall be effective upon transmission to the other party hereto.

IN WITNESS WHEREOF, the parties hereto have caused this Second Amendment to be executed by their respective duly authorized representatives as of the day and year first above written.

**SELLER:**

_____
EDMUND J. WOOD as Chapter 7 Trustee of the Bankruptcy Estate of TOC Holdings Co. formerly known as Time Oil Co.

**PURCHASER:**

CANTERA DEVELOPMENT GROUP, LLC,
a Colorado limited liability company

_____
By Douglas Ciserella, Its Managing Member

2

53269444.1