# EXHIBIT A

| | | Funds to Disburse 2022: | $ 2,281,491.48 | 4.8230% to be distribution | Proposed Distribution |
|---|---|---|---|---|---|
| **UNSECURED CLAIMS** | | | | | |
| 6-1 | Robb A. Dibble | $225,727.00 | $225,727.00 | $24,811.28 | $200,915.72 | $9,690.26 |
| 10-1 | Responza | $1,293.30 | $1,293.30 | $142.16 | $1,151.14 | $55.52 |
| 11-1 | Centurylink Communications LLC-Bankruptcy | $1,674.87 | $1,674.87 | $184.10 | $1,490.77 | $71.90 |
| 12-1 | McGinley and Associates, Inc | $1,545.50 | $1,545.50 | $169.88 | $1,375.62 | $66.35 |
| 13-1 | Centurylink Communications LLC-Bankruptcy | $792.11 | $792.11 | $87.07 | $705.04 | $34.00 |
| 16-1 | Shred-IT USA LLC | $123.00 | $123.00 | $13.52 | $109.48 | $5.28 |
| 17-1 | Property Tax Analytics, Inc. | $23,995.00 | $23,995.00 | $2,637.46 | $21,357.54 | $1,030.08 |
| 18-1 | City of Portland | $1,713.20 | $1,713.20 | $188.31 | $1,524.89 | $73.55 |
| 20-1 | Chemical Waste Management Inc | $3,928.40 | $3,928.40 | $431.80 | $3,496.60 | $168.64 |
| 21-1 | Mitsubishi Corporation/Mitsubishi International Co | $376,700.00 | $376,700.00 | $41,405.81 | $335,294.19 | $16,171.40 |
| 22-2 | City of West Sacramento | $1,062,591.25 | $1,062,591.25 | $116,797.05 | $945,794.20 | $45,616.12 |
| 24-2 | Dawn Fitzgerald Welch | $300,000.00 | $300,000.00 | $32,975.16 | $267,024.84 | $12,878.74 |
| 25-1 | All Along the Watchtower | $1,415,413.83 | $1,415,413.83 | $155,578.32 | $1,259,835.51 | $60,762.49 |
| 26-2 | Joseph Stella | $541,602.50 | $541,602.50 | $59,531.43 | $482,071.07 | $23,250.53 |
| 29-2 | Beazer East, Inc. | $2,133,676.57 | $2,133,676.57 | $234,527.75 | $1,899,148.82 | $91,596.89 |
| 33-1 | PCI Group | $0.00 | $16,200.00 | $0.00 | $16,200.00 | $781.33 |
| 34-1 | Schnitzer Steel Industries | $0.00 | $500,000.00 | $54,958.60 | $445,041.40 | $21,464.57 |
| 35-3 | BNSF Railway Company | $0.00 | $2,895,085.56 | $317,219.69 | $2,577,865.87 | $124,331.75 |
| 36-2 | MMGL LLC | $10,120,171.53 | $5,562,806.58 | $611,448.10 | $4,951,358.48 | $238,806.47 |
| 38-2 | Shaver Transportation Company | $175,000.00 | $175,000.00 | $19,235.21 | $155,764.79 | $7,512.61 |
| 40-1 | Broadway Associates | $0.00 | $53,572.18 | $5,888.50 | $47,683.68 | $2,299.81 |
| 41-2 | Northwest Pipe Company | $175,000.00 | $175,000.00 | $19,235.51 | $155,764.49 | $7,512.60 |
| 42-1 | The Marine Group, LLC | $0.00 | $22,500.00 | $2,473.14 | $20,026.86 | $965.91 |
| 43-1 | State Water Resources Control Board, SCP Program | $1,181.86 | $1,181.86 | $129.91 | $1,051.95 | $50.74 |
| 44-1 | State of Washington Department of Ecology | $3,800,000.00 | $3,800,000.00 | $417,685.34 | $3,382,314.66 | $163,130.71 |
| 45-1*** | State of Oregon | $10,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46-1 | Washington State Department of Ecology | $1,500,000.00 | $1,500,000.00 | $582,561.13 | $917,438.87 | $44,248.53 |
| 47-1 | United States of America | $344,027,287.60 | $31,721,719.00 | $3,486,762.40 | $28,234,956.60 | $1,361,785.93 |
| 49-2 | Lillian and Natalie Lema-Hallauer | $1,006,000.00 | $1,006,000.00 | $110,576.70 | $895,423.30 | $43,186.71 |
| 52-3 | Port of Bellingham | $0.00 | $79,084.07 | $8,692.70 | $70,391.37 | $3,395.01 |
| 53-2 | City of Mountlake Terrace | $1,639.22 | $1,639.22 | $55.92 | $1,583.30 | $76.36 |

| | | | | | |
|---|---|---|---|---|---|
| 54-2 | City of Mountlake Terrace | $508.71 | $508.71 | $55.92 | $452.79 | $21.84 |
| 55-2 | City of Mountlake Terrace | $408.54 | $408.54 | $44.91 | $363.63 | $17.54 |
| 56-2 | City of Mountlake Terrace | $324.00 | $324.00 | $35.61 | $288.39 | $13.91 |
| 66-1 | Portland General Electric | $786.55 | $786.55 | $86.46 | $700.09 | $33.77 |
| 67-1 | Tacoma City Treasurer | $41.00 | $41.00 | $4.51 | $36.49 | $1.76 |
| 69-1 | Clark Public Utilities | $909.34 | $909.34 | $99.95 | $809.39 | $39.04 |
| 74-1 | Birch Communications | $7,986.13 | $7,986.13 | $877.81 | $7,108.32 | $342.84 |
| | | $376,908,021.01 | $53,611,529.27 | $6,307,609.12 | $47,303,920.15 | $2,281,491.48 |

***Stipulation between Trustee and EPA that claim is satisfied (hearing set for 8/25)