The Honorable Christopher M. Alston
Chapter: 7
Hearing Date: August 25, 2022
Hearing Time: 9:30 a.m.
Hearing Location: Seattle, WA
Response Date: August 18, 2022

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>TOC Holdings Co., fka Time Oil Co.,<br><br>        Debtor. | Case No. 17-11872-CMA<br><br>**NOTICE OF TRUSTEE'S MOTION FOR ORDER AUTHORIZING HIM TO PAY SECOND PRO RATA DISTRIBUTION TO CREDITORS WITH ALLOWED GENERAL UNSECURED CLAIMS** |

  PLEASE TAKE NOTICE that Trustee Edmund J. Wood (the "Trustee") has filed a motion for the entry of an order pursuant to 11 U.S.C. §§ 506(a), 507 and 726(a)(1) and (2) (the "Motion") authorizing the Trustee to pay a second pro rata distribution to creditors with allowed general unsecured claims. The total proposed distribution equals $2,292,842.65 less $11,351.17 (which are outstanding checks from the first distribution) for a net distribution of $2,281,491.48.

  The **MOTION IS SET FOR HEARING** as follows:

  **JUDGE:**  Honorable Christopher M. Alston  **TIME:** 9:30 a.m.

  **PLACE:**  **United States Courthouse**  **DATE:** August 25, 2022
        **700 Stewart Street**
        **Courtroom 7206**
        **Seattle, WA 98101**

  A copy of the Motion is on file and may be examined by creditors in the office of the Clerk of the U.S. Bankruptcy Court, 700 Stewart St., Seattle, Washington. If you want a copy of any of

NOTICE - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE 206-447-4400 FAX 206-749-9700

FG:100502509.1
Case 17-11872-CMA  Doc 1400  Filed 07/28/22  Ent. 07/28/22 10:00:54  Pg. 1 of 2

these documents, you must send a written request to Foster Garvey PC, Attention: Deborah A. Crabbe, 1111 Third Avenue, Suite 3000, Seattle, WA 98101.

**IF YOU OPPOSE** this Motion you must file your written response with the court clerk, serve two copies on the Judge's chambers and deliver one copy on the undersigned **NOT LATER THAN** the **Response Date** which is **August 18, 2022.**

**IF NO RESPONSE IS TIMELY FILED AND SERVED,** the Court may, in its discretion, **GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE**, and strike the hearing.

DATED this 25th day of July, 2022.

**FOSTER GARVEY PC**

*/s/ Deborah A. Crabbe*
Deborah A. Crabbe, WSBA #22263
1111 Third Ave. Ste. 3000
Seattle, WA 98101
Telephone: 206-447-5325
Facsimile: 206-447-9700
Email: deborah.crabbe@foster.com

Attorneys for Trustee Edmund J. Wood

NOTICE - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE 206-447-4400 FAX 206-749-9700

FG:100502509.1
Case 17-11872-CMA    Doc 1400    Filed 07/28/22    Ent. 07/28/22 10:00:54    Pg. 2 of 2