

Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

TOC Holdings Co., f/k/a Time Oil Co.,

                Debtor.

Case No. 17-11872-CMA

**ORDER APPROVING MOTION TO APPROVE STIPULATION REGARDING SATISFACTION OF CLAIM NO. 45-1 AND TO RETURN FUNDS ON HOLD TO GENERAL POOL FOR DISTRIBUTION**

THIS MATTER came on before the undersigned upon the Motion to Approve Stipulation Regarding Satisfaction of Claim No. 45-1 and to Return Funds on Hold to General Pool for Distribution ("Motion"), which stipulation between the trustee Edmund J. Wood ("Trustee") and Oregon Department of Environmental Quality ("DEQ") is appended as **Exhibit A** to the Motion, (the "Stipulation").

The Court considered the Motion, the Stipulation, Claim No. 45-1 as filed, and the pleadings and files herein. The Court finds that notice complied with FED. R. BANKR. P. 3007 and LR-2016, that there were no objections to the request to approve the Stipulation and that the evidence supports the relief sought in the Motion. Now, therefore, it is hereby

ORDER - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

ORDERED that the Stipulation is approved, and the Trustee is authorized to take all actions provided for in the Stipulation; it is further

ORDERED that Claim No. 45-1 is deemed paid in full; it is further

ORDERED that the holdback of the interim distribution on the Claim can be released by the Trustee back into the general pool of funds for distribution to all creditors with allowed claims; and it is further

ORDERED that the official Claims Register in this case shall be modified in accordance with this Order.

/// **End of Order** ///

Presented by:

**FOSTER GARVEY PC**


*/s/ Deborah A. Crabbe*
Deborah A. Crabbe, WSBA #22263
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 447-4400
Fax: (206) 447-9700
Email: deborah.crabbe@foster.com
Attorneys for Trustee Edmund J. Wood

ORDER - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 100547175.1

Case 17-11872-CMA    Doc 1425    Filed 08/23/22    Ent. 08/23/22 10:02:27    Pg. 2 of 2